# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE VOLOKH, RUMBLE CANADA INC., and LOCALS TECHNOLOGY INC. **Plaintiff,** <br><br> -v- <br><br> LETITIA JAMES, in her official capacity as Attorney General of New York **Defendant.** | Case No. 1:22-cv-10195 <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Rumble Canada Inc. and Locals Technology Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Locals Technology Inc., a private corporation which operates the Locals platform, is a wholly owned subsidiary of Rumble Inc., a publicly held corporation. Rumble Inc. is also the owner of 100045707 Ontario Inc., a private corporation, which owns 100045728 Ontario Inc., a private corporation. 100045728 Ontario Inc. owns Rumble Canada Inc. a private corporation that operates the Rumble Platform.

As of the date of this filing, no public corporation or publicly held corporation owns ten percent or more of Rumble Inc.

**Date:** 12/1/2022

*Aarpana Sheth*

**Signature of Attorney**

**Attorney Bar Code:** 4287918