UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
EUGENE VOLOKH, RUMBLE CANADA INC.,  No. 22 Civ. 10195 (ALC)
and LOCALS TECHNOLOGY INC.

                      Plaintiffs,
     - against –                        NOTICE OF APPEARANCE

LETITIA JAMES, in her official capacity as
Attorney General of New York,

                     Defendant.
---------------------------------------------------------------X

       SETH J. FARBER, a Special Litigation Counsel in the Office of the Attorney General of the State of New York, hereby enters his appearance as counsel for defendant LETITIA JAMES, in her official capacity as Attorney General of New York.

Dated: New York, New York
        December 5, 2022

                                                Respectfully submitted,
                                                LETITIA JAMES
                                                Attorney General
                                                State of New York
                                                **Attorney for Defendant Letitia James**

                                                By: /s/ *Seth J. Farber*
                                                    Seth J. Farber
                                                Special Litigation Counsel
                                                28 Liberty Street
                                                New York, NY 10005
                                                (212) 416-8029
                                                Seth.farber@ag.ny.gov

To:  All counsel of record (by ECF)