**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EUGENE VOLOKH, RUMBLE CANADA INC., and LOCALS TECHNOLOGY INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> LETITIA JAMES, in her official capacity as New York Attorney General, <br><br> *Defendant*. | Civil Action No.: 1:22-cv-10195 <br><br> **DECLARATION OF DARPANA SHETH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

In accordance with 28 U.S.C. § 1746, I, Darpana Sheth, declare as follows:

1. I am over the age of 18 and have personal knowledge of the facts in this declaration.

2. I am an attorney with the Foundation for Individual Rights and Expression, counsel for Plaintiffs in this action. I am admitted to the bar of the State of New York.

3. A true and correct copy of New York General Business Law § 394-ccc (the "Online Hate Speech Law"), downloaded from the New York State Senate website, is attached as **Exhibit A**.

4. A true and correct copy of Governor Hochul's June 6, 2022 press conference may be viewed at https://www.youtube.com/watch?v=SNrci_ey8L4&t=750s.

5. A true and correct copy of the May 18, 2022 press release issued by Attorney General Letitia James, downloaded from the Attorney General's website, is attached as **Exhibit B**.

6. A true and correct copy of the October 18, 2022 press release issued by Attorney General James, downloaded from the Attorney General's website, is attached as **Exhibit C**.

7. A true and correct copy of the Attorney General's investigative report on the role of online platforms in the tragic mass shooting in Buffalo on May 14, 2022, is attached as **Exhibit D**.

8. A true and correct copy of Plaintiff Eugene Volokh's blog post on The Volokh Conspiracy titled "New N.Y. Law Aimed at Getting Social Media Platforms to Restrict 'Hateful' Speech" is attached as **Exhibit E**.

9. A true and correct copy of Plaintiff Eugene Volokh's *Washington Post* article titled "No, there's no 'hate speech' exception to the First Amendment" is attached as **Exhibit F**.

10. A true and correct copy of the transcript of the June 1, 2022 session of the New York State Assembly, downloaded from the Assembly website, is attached as **Exhibit G**.

11. A true and correct copy of the Chicago Journal of International Law comment titled "Regulating Hate Speech: Nothing Customary About It" is attached as **Exhibit H**.

12. A true and correct copy of an interview by ReasonTV discussing a satirical tweet by the Babylon Bee calling the Biden Administration's Assistant Secretary for Health Rachel Levine its "man of the year" may be viewed at https://rumble.com/v1h339k-babylon-bee-wont-back-down-over- trans-joke-twitter-ban.html.

13. A true and correct copy of an historical video of Malcom X discussing white people's guilt may be viewed at https://www.youtube.com/watch?v=q0nNSRuSzx4.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Executed on December 6, 2022.

/s/ *Darpana Sheth*
Darpana Sheth

# CERTIFICATE OF SERVICE

Plaintiff's counsel confirms that a true and correct copy of the foregoing was served via the Court's electronic filing system on this day, December 6, 2022. Notice of this filing will be sent by operation of the Court's electronic filing system

DATED: December 6, 2022

Respectfully submitted,

/s/ Darpana Sheth
Darpana Sheth
(New York Bar No. 4287918)
DANIEL M. ORTNER*
(California State Bar No. 329866)
JAMES M. DIAZ*
(Vermont Bar No. 5014)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Telephone: (215) 717-3473
darpana.sheth@thefire.org
daniel.ortner@thefire.org
jay.diaz@thefire.org

BARRY N. COVERT**
(N.Y. Bar No. 271118)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Ave Suite 120
Buffalo, NY 14202
Tel: 716 849 1333 x 365
bcovert@lglaw.com

*Attorneys for Plaintiff*
*Pro Hac Vice* Motions Forthcoming
** S.D.N.Y. Admission Pending