UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE VOLOKH, RUMBLE CANADA INC., and LOCALS TECHNOLOGY INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> LETITIA JAMES, in her official capacity as New York Attorney General, <br><br> *Defendant*. | Civil Action No.: 1:22-cv-10195-ALC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Pending before this Court is Plaintiffs' Motion for Preliminary Injunction. Based on the submissions of the parties and a hearing on the matter, the motion is **GRANTED**.

It is so **ORDERED** that:

1. Defendant is preliminarily enjoined from enforcing New York General Business Law § 394-ccc.

2. Plaintiffs are not required to provide a security bond under Fed. R. Civ. P. 65(c).

It is so ORDERED on this ___ day of _____, 202_.

s/ _____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE