```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: December 7, 2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**EUGENE VOLOKH, LOCALS TECHNOLOGY INC. and RUMBLE CANADA INC.,**

                  **Plaintiffs,**

-against-

**LETITIA JAMES,** *in her official capacity as New York Attorney General*,

                  **Defendant.**

22-CV-10195 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiffs' motion for preliminary injunction pursuant to Federal Rule of Civil Procedure 65(a) at ECF No. 8.  Defendant is directed to file a written response by **December 13, 2022**.  Any reply must be filed by **December 15, 2022**.

The Court shall hold a telephonic hearing on the motion on **Monday, December 19, 2022 at 2:00 p.m.**  The parties shall contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:  December 7, 2022
         New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**