AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| EUGENE VOLOKH, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cv-10195 |
| Letitia James | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Eugene Volokh, Rumble Canada Inc., and Locals Technology Inc.

Date:  12/07/2022

/s/ Barry Nelson Covert
*Attorney's signature*

Barry Nelson Covert (N.Y. Bar No. 2320117)
*Printed name and bar number*
LIPSITZ GREEN SCIME CMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, NY 14202

*Address*

bcovert@lglaw.com
*E-mail address*

(716) 849-1333
*Telephone number*

(716) 855-1580
*FAX number*