

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

November 21, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DANIEL MOSHE ORTNER, #329866 was admitted to the practice of law in this state by the Supreme Court of California on January 7, 2020 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _San Francisco_
Subscribed and sworn to (or affirmed) before me on this _22nd_ day of _November_, 20_22_, by _Victoria Elly Avila_, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _[signature]_ (Seal)

AMARI BRENT
Notary Public - California
San Francisco County
Commission # 2413796
My Comm. Expires Aug 24, 2026

THE STATE BAR OF CALIFORNIA

_[signature]_

Vicky Avila
Custodian of Records