# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT DANIEL MOSHE ORTNER IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MAJ. ORTNER WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON OCTOBER 30, 2015, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued December 1, 2022

*DaVida M. Davis*
**DaVida M. Davis**
**Director of Regulatory Compliance**