Foundation of Individual Rights and Expression
Corporate Service

**UNITED STATES DISTRICT COURT**
**STATE OF NEW YORK, SOUTHERN DISTRICT OF**
**NEW YORK**

**AFFIDAVIT OF SERVICE**

Index No : **1:22-cv-10195-ALC**

| Plaintiff(s): | **EUGENE VOLOKH, ET AL.** |
|---|---|
| Defendant(s): | **LETITIA JAMES, in her official capacity as Attorney General of New York** |

STATE OF NEW YORK COUNTY OF KINGS         ss.:

**Musab Nassar**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **12/02/2022** at **2:34 PM**, I served the within **LETTER, DATED 12/2/22, SUMMONS IN A CIVIL ACTION, APPEARANCE OF COUNSEL, CIVIL COVER SHEET, RULE 7.1 STATEMENT, AND VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** on **LETITIA JAMES, MANAGING ATTORNEYS OFFICE** at **OFFICE OF THE ATTORNEY GENERAL, 28 LIBERTY STREET, 16TH FLOOR, NEW YORK, NY 10005** in the manner indicated below:

By delivering thereat a true copy of each to **Jasmine Hughes** personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described as said Defendant(s) and knew said individual to be **INTAKE SPECIALIST** thereof.

A description of the person the documents were left with is as follows:

| Sex | Skin/Race | Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 30-45 | 5ft 9in - 6ft 0in | Over 200 lbs. |
| Other Features: | | | | | |

Sworn to and subscribed before me on
12/02/2022

X_____
**ANNAS NASSAR**
Notary Public, State of New York
No. 01NA6387330
Qualified in Kings County
Commission Expires 02/11/2023

X_____
Musab Nassar
License#: 2045119
SERVE INDEX LLC
PO Box 90105
Brooklyn, NY 11209
1-888-994-6339
DCA License#: 2083663
Job #: **1904051**




*1904051*