THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE VOLOKH, RUMBLE CANADA INC., and LOCALS TECHNOLOGY INC., <br><br> *Plaintiff*s, <br><br> v. <br><br> LETITIA JAMES, in her official capacity as New York Attorney General, <br><br> *Defendant*. | Civil Action No.: 1:22-cv-10195-ALC <br><br> **MOTION FOR ADMISSION** <br> ***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, James M. Diaz, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Eugene Volokh, Rumble Canada Inc., and Locals Technology Inc. in the above-captioned action.

I am in good standing of the bar of the State of Vermont and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: December 8, 2022

Respectfully Submitted,

/s/ James Diaz
James M. Diaz
Foundation for Individual Rights and Expression
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473 ext. 218
Fax: (215) 717-3440
jay.diaz@thefire.org

## CERTIFICATE OF SERVICE

Plaintiff's counsel confirms that a true and correct copy of the foregoing was served via the Court's electronic filing system on this day, December 8, 2022. Notice of this filing will be sent by operation of the Court's electronic filing system

DATED: December 8, 2022

Respectfully submitted,

/s/ Jay M. Diaz
  JAMES M. DIAZ*
  (Vermont Bar No. 5014)
  DANIEL M. ORTNER*
  (California State Bar No. 329866)
  Darpana Sheth
  (New York Bar No. 4287918)
  FOUNDATION FOR INDIVIDUAL RIGHTS AND
     EXPRESSION
  510 Walnut Street, Suite 1250
  Philadelphia, PA 19106
  Telephone: (215) 717-3473
  darpana.sheth@thefire.org
  daniel.ortner@thefire.org
  jay.diaz@thefire.org

BARRY N. COVERT**
(N.Y. Bar No. 271118)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Ave Suite 120
Buffalo, NY 14202
Tel: 716 849 1333 x 365
bcovert@lglaw.com

*Attorneys for Plaintiff*
**Pro Hac Vice* Motions Forthcoming*
** S.D.N.Y. Admission Pending