THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE VOLOKH, RUMBLE CANADA INC., and LOCALS TECHNOLOGY INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> LETITIA JAMES, in her official capacity as New York Attorney General, <br><br> *Defendant*. | Civil Action No.: 1:22-cv-10195 <br><br> **DECLARATION OF JAMES M. DIAZ** |

Pursuant to 28 U.S.C. § 1746(2) and Local Rule 1.3(c), I, James M. Diaz declare the following: (1) I have never been convicted of a felony; (2) I have never been censured, suspended, disbarred or denied admission or readmission by any court; and (3) there are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 5, 2022

_____
James M. Diaz