IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE VOLOKH, RUMBLE CANADA INC., and LOCALS TECHNOLOGY INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>LETITIA JAMES, in her official capacity as New York Attorney General,<br><br>*Defendant*. | Civil Action No.: 1:22-cv-10195-ALC<br><br>[PROPOSED] ORDER FOR ADMISSION<br>*PRO HAC VICE* |

The motion of attorney James M. Diaz for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Vermont; and that his contact information is as follows:

James M. Diaz
Foundation for Individual Rights and Expression
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473 ext. 218
Fax: (215) 717-3440

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Eugene Volokh, Rumble Canada Inc., and Locals Technology Inc. in the above-captioned case;

**IT IS HEREBY ORDERED** that James M. Diaz is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Dated: _____

                                                                ANDREW L. CARTER, JR.
                                                                UNITED STATES DISTRCIT JUDGE