UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE VOLOKH, RUMBLE CANADA INC., and LOCALS TECHNOLOGY INC.<br><br>                   Plaintiffs,<br><br>  -against-<br><br>LETITIA JAMES, in her official capacity as Attorney General of New York,<br><br>                  Defendant. | No. 22 Civ. 10195 (ALC)<br><br>NOTICE OF APPEARANCE |

KATHERINE RHODES JANOFSKY, an Assistant Attorney General in the Office of the Attorney General of the State of New York, hereby enters her appearance as counsel for defendant LETITIA JAMES, in her official capacity as Attorney General of New York.

Dated: New York, New York
       December 8, 2022

                                              Respectfully submitted,

                                              LETITIA JAMES
                                              Attorney General
                                              State of New York
                                              <u>Attorney for Defendant Letitia James</u>

                                              By: <u>/s/ Katherine Rhodes Janofsky</u>
                                                   Katherine Rhodes Janofsky
                                              Assistant Attorney General
                                              28 Liberty Street
                                              New York, NY 10005
                                              (212) 416-8621
                                              <u>Katherine.Janofsky@ag.ny.gov</u>

To:  All counsel of record (by ECF)