UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EUGENE VOLOKH, RUMBLE CANADA INC.,  No. 22 Civ. 10195 (ALC)
and LOCALS TECHNOLOGY INC.

                     Plaintiffs,
  - against –                            NOTICE OF APPEARANCE

LETITIA JAMES, in her official capacity as
Attorney General of New York,

                     Defendant.
-------------------------------------------------------------X

      RICK SAWYER, Special Counsel for Hate Crimes in the Office of the Attorney General of the State of New York, hereby enters his appearance as counsel for defendant LETITIA JAMES, in her official capacity as Attorney General of New York.

Dated: New York, New York
       December 12, 2022

                                      Respectfully submitted,
                                      LETITIA JAMES
                                      Attorney General
                                      State of New York
                                      **Attorney for Defendant Letitia James**

                                      By: /s/ *Rick Sawyer*
                                          Rick Sawyer
                                      Special Counsel for Hate Crimes
                                      28 Liberty Street
                                      New York, NY 10005
                                      (212) 416-6182
                                      richard.sawyer@ag.ny.gov

To:  All counsel of record (by ECF)