# EXHIBIT C

# NEW YORK STATE ASSEMBLY
## MEMORANDUM IN SUPPORT OF LEGISLATION
submitted in accordance with Assembly Rule III, Sec 1(f)

**BILL NUMBER:** A7865

**SPONSOR:** Fahy

**TITLE OF BILL**:

An act to amend the general business law, in relation to requiring social media networks to provide and maintain mechanisms for reporting hate speech on their platform

**PURPOSE**:

This legislation would require social media networks to provide and maintain mechanisms for reporting hate speech on their platform

**SUMMARY OF PROVISIONS**:

Section 1 adds a new section to the general business law. Specifically this legislation defines hate speech as a public expression, either verbally, in writing or through images, which intentionally makes a statement about a group of persons because of race, ethnicity, nationality, religion or beliefs, sexual orientation, gender identity or physical, mental or intellectual disability.

This section also defines social media networks, and requires them to maintain a mechanism for individual users to report and make complaints of hate speech. These mechanisms shall be clearly accessible to users and must be easily accessed from both apps and websites Further, Each social media network will have to create a clear and concise policy which includes how a social media network will respond and address incidents of hate speech which have been reported. Such policy shall include a mechanism to provide a direct response to an individual who has reported possible hate speech and how the matter is being handled. Section 2 is the effective date.

**JUSTIFICATION**:

This legislation is part of a package aimed at addressing concerns about misinformation that is spread on social media networks. New Yorkers are all familiar with the expression "If you see something, say something," but unfortunately many virtual social media platforms make the process of "saying something" confusing at best, and impossible at worst. This legislation seeks to empower users of social media to keep virtual spaces safer for all by providing clear and consistent reporting mechanisms for instances of hate speech

**LEGISLATIVE HISTORY**:

None.

**FISCAL IMPLICATIONS**:

None

**EFFECTIVE DATE**:
This act shall take effect on the one hundred eightieth day.