THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE VOLOKH, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>LETITIA JAMES,<br><br>*Defendant*. | Civil Action No. 1:22-cv-10195-ALC<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Daniel Ortner, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Eugene Volokh, Rumble Canada Inc., and Locals Technology Inc. in the above-captioned action.

I am in good standing of the bars of the Supreme Court of California and Supreme Court of Virginia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: December 15, 2022

Respectfully Submitted,

/s/ Daniel M. Ortner
Daniel M. Ortner
Foundation for Individual Rights and Expression
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473, ext. 295
Fax: (215) 717-3440
daniel.ortner@thefire.org

## CERTIFICATE OF SERVICE

Plaintiff's counsel confirms that a true and correct copy of the foregoing was served via the Court's electronic filing system on this day, December 15, 2022. Notice of this filing will be sent by operation of the Court's electronic filing system

DATED: December 15, 2022

Respectfully submitted,

/s/ Daniel M. Ortner

| | |
|---|---|
| DANIEL M. ORTNER* <br> (California State Bar No. 329866) <br> Darpana Sheth <br> (New York Bar No. 4287918) <br> JAMES M. DIAZ** <br> (Vermont Bar No. 5014) <br> FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION <br> 510 Walnut Street, Suite 1250 <br> Philadelphia, PA 19106 <br> Telephone: (215) 717-3473 <br> darpana.sheth@thefire.org <br> daniel.ortner@thefire.org <br> jay.diaz@thefire.org | BARRY N. COVERT <br> (N.Y. Bar No. 271118) <br> LIPSITZ GREEN SCIME CAMBRIA LLP <br> 42 Delaware Ave Suite 120 <br> Buffalo, NY 14202 <br> Tel: 716 849 1333 x 365 <br> bcovert@lglaw.com |

*Attorneys for Plaintiff*
*\*Pro Hac Vice* Motion Forthcoming
\*\* Admitted *Pro Hac Vice*