# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

### Daniel Moshe Ortner

was admitted to practice as an attorney and counsellor at the bar of this Court on December 9, 2015.

I further certify that so far as the records of this office are concerned, Daniel Moshe Ortner is a member of the bar of this Court in good standing.

**Witness** my hand and seal of said Court

This 14th day of December

A.D. 2022

By: _Melina Layman_
Deputy Clerk