THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE VOLOKH, RUMBLE CANADA INC., and LOCALS TECHNOLOGY INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>LETITIA JAMES, in her official capacity as New York Attorney General,<br><br>*Defendant*. | Civil Action No. 1:22-cv-10195-ALC<br><br>**DECLARATION OF<br>DANIEL M. ORTNER** |

Pursuant to 28 U.S.C. § 1746(2) and Local Rule 1.3(c), I, Daniel M. Ortner declare the following: (1) I have never been convicted of a felony; (2) I have never been censured, suspended, disbarred or denied admission or readmission by any court; and (3) there are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 15, 2022

_____
Daniel M. Ortner