

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/20/2022

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8029

December 20, 2022

**BY ECF**
Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

RE: *Volokh v. James*, SDNY No. 22 Civ. 10195 (ALC); Defendant's request for an extension of time to respond to the Complaint

Dear Judge Carter:

This Office represents defendant Letitia James in her official capacity as Attorney General of the State of New York ("A.G. James") in the above-referenced action. I write pursuant to Your Honor's Individual Practices Rule 1(D) to request an extension of time for A.G. James to respond to the Complaint (ECF No. 1). Presently, the deadline to respond to the Complaint is December 23, 2022.

A.G. James requests an extension of time of either thirty (30) days after Your Honor's decision on Plaintiffs' pending motion for preliminary injunction (ECF Nos. 8-11) currently pending before the Court, or February 3, 2023, whichever is later.

This is A.G. James' first request for an extension of time to respond to the Complaint. Plaintiffs' counsel has consented to this request.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

 /s/ *Seth J. Farber*
Seth J. Farber
Special Litigation Counsel

cc: All Counsel of Record (By ECF)

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
12/20/2022

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● www.ag.ny.gov