UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE VOLOKH, RUMBLE CANADA INC., and LOCALS TECHNOLOGY INC.,<br><br>        Plaintiffs,<br><br>- against -<br><br>LETITIA JAMES, in her official capacity as Attorney General of New York,<br><br>        Defendant. | No. 22 Civ. 10195 (ALC)<br><br>**NOTICE OF APPEAL** |

   PLEASE TAKE NOTICE that Defendant Letitia James, Attorney General of the State of New York, hereby appeals to the United States Court of Appeals for the Second Circuit from this Court's Opinion and Order dated February 14, 2023 (ECF No. 29), granting Plaintiffs' motion for a preliminary injunction.

Dated: New York, New York
    March 13, 2023

                        LETITIA JAMES
                         Attorney General
                         State of New York
                         *Attorney for Defendant-Appellant*
                         28 Liberty Street
                         New York, New York 10005

                         By: **/s/ Seth J. Farber**
                         Seth J. Farber
                         Special Litigation Counsel
                         (212) 416-8029
                         Seth.Farber@ag.ny.gov
                         Katherine Rhodes Janofsky
                         Assistant Attorney General
                         (212) 416-8621
                         Katherine.Janofsky@ag.ny.gov
                         Rick Sawyer
                         Special Counsel for Hate Crimes
                         (212) 416-6182
                         Richard.Sawyer@ag.ny.gov

TO:  All Counsel of Record (Via ECF)