UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **EUGENE VOLOKH, LOCALS TECHNOLOGY INC. and RUMBLE CANADA INC.,**<br><br>　　　　　　　　　　**Plaintiffs,**<br><br>　　　　　-against-<br><br>**LETITIA JAMES,** *in her official capacity as New York Attorney General*,<br><br>　　　　　　　　　　**Defendant.** | **22-CV-10195 (ALC)**<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

　　The Court is in receipt of Defendant's motion for a stay of these proceedings pending its appeal to the Second Circuit. (ECF No. 31.) Plaintiffs are directed to file a letter by **March 15, 2023** indicating whether they consent to or oppose a stay.

**SO ORDERED.**

Dated:  March 14, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW L. CARTER, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge