

March 15, 2023

**BY ECF**
Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re:   *Volokh v. James*, 1:22-cv-10195, Plaintiffs Oppose Defendant's Letter Motion for Extension of Time and to Stay All Pending Deadlines

Dear Judge Carter:

We represent the Plaintiffs in this case: Eugene Volokh, Rumble Canada Inc., and Locals Technology Inc. Yesterday, Defendant filed a letter motion requesting that the Court stay all deadlines pending resolution of her appeal.[1] Defendant specifically asks that her response to the Complaint be due 30 days after the conclusion of all appeals.

Plaintiffs oppose Defendant's request because it would unnecessarily delay Plaintiffs' pursuit of a permanent injunction and the efficient resolution of this case. Plaintiffs therefore ask the Court to establish a briefing schedule for Plaintiffs to file an opposition and Defendant to file a reply if she so desires.

Thank you for Your Honor's consideration of this response and request.

Respectfully submitted,

/s Daniel M. Ortner
DANIEL M. ORTNER*
(California State Bar No. 329866)*
DARPANA M. SHETH
(New York Bar No. 4287918)
JAMES M. DIAZ*
(Vermont Bar No. 5014)*

---

[1] Defendant's counsel called Plaintiffs' counsel on March 13 asking for consent to stay pending deadlines. Plaintiffs' counsel responded immediately to the email memorializing the call and to a follow-up email, stating that he would respond as soon as possible. On March 14, as Plaintiffs' counsel was preparing his response to Defendant's proposal, Defendant filed her letter motion.

Hon. Andrew L. Carter
March 15, 2023
Page 2 of 2

                                FOUNDATION FOR INDIVIDUAL RIGHTS
                                                    AND EXPRESSION
510 Walnut St., Suite 1250
Philadelphia, PA 19106
Telephone: (215) 717-3473
daniel.ortner@thefire.org
darpana.sheth@thefire.org
jay.diaz@thefire.org

BARRY N. COVERT
(New York Bar No. 27118)
LIPTSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Ave., Suite 120
Buffalo, NY 14202
Tel: (716) 849-1333 x 365
bcovert@lglaw.com

*Attorneys for Plaintiffs*

*Admitted Pro Hac Vice

cc: All Counsel of Record (By ECF)