UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**EUGENE VOLOKH, LOCALS TECHNOLOGY INC. and RUMBLE CANADA INC.,**

                **Plaintiffs,**

-against-

**LETITIA JAMES,** *in her official capacity as New York Attorney General*,

                **Defendant.**

22-CV-10195 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    Plaintiffs are granted leave to file a letter brief in opposition to Defendant's motion to stay at ECF No. 31 by **March 24, 2023**. Defendant may file a letter brief in response by **March 31, 2023**.

**SO ORDERED.**

Dated:  **March 16, 2023**
          New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**