UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE VOLOKH, LOCALS TECHNOLOGY INC. and RUMBLE CANADA INC.,<br><br>       **Plaintiffs,**<br><br>   -against-<br><br>**LETITIA JAMES,** *in her official capacity as New York Attorney General*,<br><br>       **Defendant.** | 22-CV-10195 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court has considered the parties' letter briefs and determines that a stay pending Defendant's appeal to the Second Circuit is warranted. Accordingly, Defendant's deadline to answer or otherwise respond to the Complaint is adjourned until 30 days after the conclusion of all appeals of the Court's February 14, 2023 Opinion and Order. The Clerk of Court is respectfully requested to terminate the pending motion at ECF No. 31 and mark this case as stayed.

**SO ORDERED.**

Dated: April 3, 2023
   New York, New York

                   **ANDREW L. CARTER, JR.**
                   **United States District Judge**