

**FIRE**
Foundation for Individual
Rights and Expression

November 1, 2023

**SENT BY ECF**
Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY, 10007
ALCarterNYSDChambers@nysd.uscourts.gov

    Re:    *Volokh v. James*, 1:22-cv-10195: Plaintiffs' Opposed Motion for Leave to File Reply Letter Brief in Support of Plaintiffs' Request for a Pre-Motion Conference to Enforce Preliminary Injunction.

Dear Judge Carter:

    Plaintiffs seek leave to file a reply in support of their October 25, 2023 request for a pre-motion conference to enforce this Court's preliminary injunction of New York General Business Law § 394-ccc (the Online Hate Speech Law). Pls.' Ltr. Br., ECF No. 38. On October 30, the State opposed this request to even hold a pre-motion conference, claiming that Plaintiffs are misreading both this Court's preliminary injunction and the Attorney General's demand for information from Plaintiff Rumble and other social-media platforms. State Resp. Br., ECF No. 39. The attached letter brief concisely responds to these new arguments.

    Motions for additional briefing are ordinarily granted "when they address arguments raised for the first time" in briefing. *Bates v. Deva Concepts LLC*, No. 1:20-cv-9056-GHW, 2022 WL 2106494, at *1 (S.D.N.Y. June 10, 2022). Here, the attached reply brief addresses arguments made by the State for the first time regarding the scope and interpretation of this Court's injunction. Accordingly, Plaintiffs respectfully request this Court set a pre-motion conference to narrow the dispute concerning what the injunction covers, and either enforce the injunction or if necessary, set a briefing schedule on a motion to enforce.

                                    Respectfully submitted,

                                    /s Daniel M. Ortner
                                    Daniel M. Ortner*
                                  (California State Bar No. 329866)*

510 Walnut Street, Suite 1250  Philadelphia, PA 19106
Phone: 215-717-3473  Fax: 267-573-3073
thefire.org

Hon. Andrew L. Carter, Jr.
November 1, 2023
Page 2 of 2

                                                    JAMES M. DIAZ*
                                                    (Vermont Bar No. 5014)*
                                                    FOUNDATION FOR INDIVIDUAL RIGHTS
                                                        AND EXPRESSION
                                                    510 Walnut St., Suite 1250
                                                    Philadelphia, PA 19106
                                                    Telephone: (215) 717-3473
                                                    daniel.ortner@thefire.org
                                                    jay.diaz@thefire.org

                                                    BARRY N. COVERT
                                                    (New York Bar No. 27118)
                                                    LIPSITZ GREEN SCIME CAMBRIA LLP
                                                    42 Delaware Ave., Suite 120
                                                    Buffalo, NY 14202
                                                    Tel: (716) 849-1333 x 365
                                                    bcovert@lglaw.com
                                                    *Attorneys for Plaintiffs*

                                                    *Admitted Pro Hac Vice*

cc:      All Counsel of Record (By ECF)

Encl.