```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/9/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VOLOKH, et al.,

                  Plaintiffs,

-against-

JAMES,

                  Defendants.

22-cv-10195 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Plaintiff's pre-motion conference letters related to its anticipated motion to enforce the preliminary injunction as well as Defendant's reply letter in opposition. ECF Nos. 38-40. Plaintiff's request for a pre-motion conference is **DENIED**. Plaintiff is hereby **GRANTED** leave to file a motion to enforce the preliminary injunction. The parties are directed to adhere to the following briefing schedule:

    **Opening Brief:**    November 24, 2023

    **Opposition:**    December 8, 2023

    **Reply:**    December 15, 2023

If the parties wish to propose an alternative briefing schedule, they may do so by filing a Joint Letter on or before **November 13, 2023**.

**SO ORDERED.**

Dated:    November 9, 2023
          New York, New York

                                                            **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**