

November 10, 2023

**SENT BY ECF**
Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY, 10007
ALCarterNYSDChambers@nysd.uscourts.gov

  Re: *Volokh v. James*, 1:22-cv-10195: Stipulated Request to Modify Briefing Schedule for Plaintiffs' Forthcoming Motion to Enforce Preliminary Injunction.

Dear Judge Carter:

  Plaintiffs and Defendant jointly submit this letter in response to your November 9, 2023 order. Order, ECF No. 41. The order set a briefing schedule for the filing of Plaintiffs' forthcoming motion to enforce the preliminary injunction, Defendant's opposition brief, and Plaintiffs' reply. *Id.* The Court informed the parties that if they wished to propose an alternative briefing schedule, they could do so by filing a joint letter on or before November 13, 2023. *Id.*

  In light of the upcoming Thanksgiving holiday, the parties jointly propose and stipulate to modify the briefing schedule by moving the deadlines back by one week as follows:

  Plaintiffs' Opening Brief deadline: December 1, 2023

  Defendant's Opposition deadline: December 15, 2023

  Plaintiffs Reply Brief deadline: December 22, 2023

        Respectfully submitted,

        /s Daniel M. Ortner
        DANIEL M. ORTNER*
        (California State Bar No. 329866)*
        JAMES M. DIAZ
        (VERMONT STATE BAR NO. 5014)*

Hon. Andrew L. Carter, Jr.
November 10, 2023
Page 2 of 2

       FOUNDATION FOR INDIVIDUAL RIGHTS
          AND EXPRESSION
510 Walnut St., Suite 1250
Philadelphia, PA 19106
Telephone: (215) 717-3473
daniel.ortner@thefire.org
jay.diaz@thefire.org

BARRY N. COVERT
(New York Bar No. 27118)
LIPTSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Ave., Suite 120
Buffalo, NY 14202
Tel: (716) 849-1333 x 365
bcovert@lglaw.com

*Attorneys for Plaintiffs*

\*Admitted *Pro Hac Vice*

/s Seth J. Farber
SETH J. FARBER
Special Litigation Counsel
Office of the New York Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-8029
Seth.Farber@ag.ny.gov

*Attorney for State Defendant*