USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/13/2023__

**FIRE**
Foundation for Individual
Rights and Expression

November 10, 2023

**SENT BY ECF**
Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY, 10007
ALCarterNYSDChambers@nysd.uscourts.gov

    Re:    *Volokh v. James*, 1:22-cv-10195: Stipulated Request to Modify Briefing Schedule for Plaintiffs' Forthcoming Motion to Enforce Preliminary Injunction.

Dear Judge Carter:

    Plaintiffs and Defendant jointly submit this letter in response to your November 9, 2023 order. Order, ECF No. 41. The order set a briefing schedule for the filing of Plaintiffs' forthcoming motion to enforce the preliminary injunction, Defendant's opposition brief, and Plaintiffs' reply. *Id.* The Court informed the parties that if they wished to propose an alternative briefing schedule, they could do so by filing a joint letter on or before November 13, 2023. *Id.*

    In light of the upcoming Thanksgiving holiday, the parties jointly propose and stipulate to modify the briefing schedule by moving the deadlines back by one week as follows:

    Plaintiffs' Opening Brief deadline: December 1, 2023

    Defendant's Opposition deadline: December 15, 2023

    Plaintiffs Reply Brief deadline: December 22, 2023

                    Respectfully submitted,

                    /s Daniel M. Ortner
                    DANIEL M. ORTNER*
                    (California State Bar No. 329866)*
                    JAMES M. DIAZ
                    (VERMONT STATE BAR NO. 5014)*

FOUNDATION FOR INDIVIDUAL RIGHTS
   AND EXPRESSION
510 Walnut St., Suite 1250
Philadelphia, PA 19106
Telephone: (215) 717-3473
daniel.ortner@thefire.org
jay.diaz@thefire.org

BARRY N. COVERT
(New York Bar No. 27118)
LIPTSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Ave., Suite 120
Buffalo, NY 14202
Tel: (716) 849-1333 x 365
bcovert@lglaw.com

*Attorneys for Plaintiffs*

\*Admitted *Pro Hac Vice*

/s Seth J. Farber
SETH J. FARBER
Special Litigation Counsel
Office of the New York Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-8029
Seth.Farber@ag.ny.gov

*Attorney for State Defendant*

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

November 13, 2023