# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| EUGENE VOLOKH, RUMBLE CANADA INC., and LOCALS TECHNOLOGY INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> LETITIA JAMES, in her official capacity as New York Attorney General, <br><br> *Defendant.* | Civil Action No.: 1:22-cv-10195 <br><br><br> **DECLARATION OF DANIEL M. ORTNER IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION ORDER** |

In accordance with 28 U.S.C. § 1746, I, Daniel M. Ortner, declare as follows:

1.      I am over the age of 18 and have personal knowledge of the facts in this declaration.

2.      I am an attorney with the Foundation for Individual Rights and Expression and counsel for Plaintiffs in this action. I am admitted to the bar of the States of California and Virginia.

3.      A true and correct copy of the October 12, 2023 letter, "RE: Removing Calls for Violence on the Rumble Platform" issued by New York Attorney General Letitia James is attached as **Exhibit A**.

4.      A true and correct copy of the form letter that was sent to the Investigated Networks and posted on the Attorney General's website is attached as **Exhibit B**.

5.      A true and correct copy of the the October 13, 2023 press release issued by the Attorney General that was posted on the Attorney General's website is attached as **Exhibit C**.

6.      A true and correct copy of the October 18, 2023 letter from Plaintiffs' counsel, on behalf of Rumble Canada Inc., replying to Attorney General Letitia James's October 12, 2023 letter is attached as **Exhibit D**.

7.      A true and correct copy of Attorney General James's October 19, 2023 response to Rumble's letter, entitled "RE: The New York State Attorney General's October 12, 2023 Letter to Rumble Inc." is attached as **Exhibit E**.

8.      A true and correct copy of an excerpt of the transcript of the June 2, 2022 session of the New York State Senate is attached as **Exhibit F**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Executed on December 1, 2023.

/s/ *Daniel M. Ortner*
DANIEL M. ORTNER

**<u>CERTIFICATE OF SERVICE</u>**

Plaintiff's counsel confirms that a true and correct copy of the foregoing was served via the Court's electronic filing system on this day, December 1, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system.

DATED: December 1, 2022

Respectfully submitted,

<u>/s/ Daniel M. Ortner</u>

DANIEL M. ORTNER*
(California State Bar No. 329866)
JAMES M. DIAZ*
(Vermont Bar No. 5014)
FOUNDATION FOR INDIVIDUAL RIGHTS AND
    EXPRESSION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Telephone: (215) 717-3473
daniel.ortner@thefire.org
jay.diaz@thefire.org

BARRY N. COVERT
(N.Y. Bar No. 271118)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Ave Suite 120
Buffalo, NY 14202
Tel: 716 849 1333 x 365
bcovert@lglaw.com

*Attorneys for Plaintiff*
*Admitted Pro Hac Vice*

# Exhibit A



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF ECONOMIC JUSTICE
BUREAU OF INTERNET & TECHNOLOGY

October 12, 2023

**VIA EMAIL**

Michael Ellis, Esq.
General Counsel and Corporate Secretary
Rumble Inc.
444 Gulf of Mexico Drive
Longboat Key, FL 34228

Re:     Removing Calls for Violence on the Rumble Platform

Dear Mr. Ellis:

In the wake of the horrific terrorist attacks in Israel, there have been reports of growing antisemitism and Islamophobia, including threats of violence against Jewish and Muslim people and institutions.  We have also become aware of press reports that terrorist groups and individuals that sympathize with them are disseminating calls for violence and other materials that may incite violence against Jewish and Muslim people and institutions on social media platforms. We are deeply concerned about this activity in light of the tragic history of such calls for violence. We would like to better understand how Rumble is ensuring that its platform (the "Platform") is not being used to incite violence and further terrorist activities, including by describing how the company is identifying, removing, and blocking the re-uploading of such content.

We request that you promptly respond to the following questions by October 20, 2023.

1.  What actions, if any, has the company taken to address the recent calls for violence against Jewish and Muslim people and institutions and the possibility that the Platform may be used to plan, encourage, or disseminate those acts?

2.  Describe in detail the public-facing terms of service, community rules, or other policies that prohibit users from using your Platform to disseminate calls for violence, including copies of any documentation or policies.

3.  Describe in detail the company-facing policies that govern the determination of whether content is a call for violence that should be removed, including copies of any documentation and policies.

4. Describe in detail the company's process for reviewing and removing calls for violence in response to reports from Platform users, including copies of any internal documentation.

5. Describe in detail the company's process for identifying and removing calls for violence other than in response to reports from Platform users, including copies of any internal documentation.

6. Describe in detail the company's methods for identifying and removing additional copies of content that has been removed as a result of the processes described in response to Question 4 and Question 5.

7. Describe in detail the company's methods for blocking the re-posting of content that has been removed as a result of the processes described in response to Question 4, 5, and 6.

8. Describe in detail the company's policies regarding disciplining, suspending, and/or banning users for posting content that has been removed as a result of the processes described in response to Question 4 and Question 5.

9. Describe in detail whether content that has been removed as a result of the European Union's Digital Service Act is removed globally or whether such content remains accessible to users in the United States.

10. Explain whether the company has used the Global Internet Forum to Counter Terrorism hash-sharing database to identify content on the Platform calling for violence.

11. For all questions above, please identify the company or affiliate group responsible for such processes, including but not limited to the organizational chart for such group and the number of full and part-time employees in such group.

Please contact Jordan Adler at jordan.adler@ag.ny.gov or 212-416-6307 if you have any questions.

Sincerely,

*Letitia James*

Letitia James

# Exhibit B



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF ECONOMIC JUSTICE
BUREAU OF INTERNET & TECHNOLOGY

October 12, 2023

**VIA EMAIL**



Re:     <u>Removing Calls for Violence on the ███ Platform</u>

Dear ███:

In the wake of the horrific terrorist attacks in Israel, there have been reports of growing antisemitism and Islamophobia, including threats of violence against Jewish and Muslim people and institutions.  We have also become aware of press reports that terrorist groups and individuals that sympathize with them are disseminating calls for violence and other materials that may incite violence against Jewish and Muslim people and institutions on social media platforms. We are deeply concerned about this activity in light of the tragic history of such calls for violence. We would like to better understand how ███ ensuring that its platform (the "Platform") is not being used to incite violence and further terrorist activities, including by describing how the company is identifying, removing, and blocking the re-uploading of such content.

We request that you promptly respond to the following questions by October 20, 2023.

1.  What actions, if any, has the company taken to address the recent calls for violence against Jewish and Muslim people and institutions and the possibility that the Platform may be used to plan, encourage, or disseminate those acts?

2.  Describe in detail the public-facing terms of service, community rules, or other policies that prohibit users from using your Platform to disseminate calls for violence, including copies of any documentation or policies.

3.  Describe in detail the company-facing policies that govern the determination of whether content is a call for violence that should be removed, including copies of any documentation and policies.

4. Describe in detail the company's process for reviewing and removing calls for violence in response to reports from Platform users, including copies of any internal documentation.

5. Describe in detail the company's process for identifying and removing calls for violence other than in response to reports from Platform users, including copies of any internal documentation.

6. Describe in detail the company's methods for identifying and removing additional copies of content that has been removed as a result of the processes described in response to Question 4 and Question 5.

7. Describe in detail the company's methods for blocking the re-posting of content that has been removed as a result of the processes described in response to Question 4, 5, and 6.

8. Describe in detail the company's policies regarding disciplining, suspending, and/or banning users for posting content that has been removed as a result of the processes described in response to Question 4 and Question 5.

9. Describe in detail whether content that has been removed as a result of the European Union's Digital Service Act is removed globally or whether such content remains accessible to users in the United States.

10. Explain whether the company has used the Global Internet Forum to Counter Terrorism hash-sharing database to identify content on the Platform calling for violence.

11. For all questions above, please identify the company or affiliate group responsible for such processes, including but not limited to the organizational chart for such group and the number of full and part-time employees in such group.

Please contact Jordan Adler at ████████████████ or ██████████ if you have any questions.

Sincerely,

*Letitia James*

Letitia James

# Exhibit C

10/24/23, 10:49 AM · Attorney General James Calls on Social Media Platforms to Provide Answers after Terrorist Attacks in Israel Spark Violent Threats Online

Case 1:22-cv-10195-ALC Document 44-3 Filed 12/01/23 Page 11 of 613

Office of the New York State Attorney General                 Translate



## *Letitia James*
New York State Attorney General

Home

Press Releases

Attorney General James Calls On Social Media Platforms To Provide Answers After Terrorist Attacks In Israel Spark Violent Threats Online

# *Attorney General James Calls on Social Media Platforms to Provide Answers after Terrorist Attacks in Israel Spark Violent Threats Online*

## October 13, 2023

○　　○

NEW YORK – New York Attorney General Letitia James sent a series of letters to social media companies requesting they provide detailed explanations of the steps they are taking to stop the spread of hateful content encouraging violence against Jewish and Muslim people and institutions in the wake of terrorist attacks in Israel. The letters, sent to Google, Meta, X (formerly Twitter), TikTok, Reddit, and Rumble, provide a list of questions for each platform to respond to regarding how they are specifically addressing calls for violence that have rapidly spread in the past week.

"In the wake of Hamas' unspeakable atrocities, social media has been widely used by bad actors to spread horrific material, disseminate threats, and encourage violence," said **Attorney General James**. "These platforms have a responsibility to keep their users safe and prohibit the spread of violent rhetoric that puts vulnerable groups in danger. I am calling on these companies to explain how they are addressing threats and how they will ensure that no online platform is used to further terrorist activities."

10/24/23, 10:49 AM    Attorney General James Calls on Social Media Platforms to Provide Answers After Surge in Antisemitic and Islamophobic Violent Threats Online

Case 1:22-cv-10195-ALC   Document 44-3   Filed 12/01/23   Page 12 of 613

After recent terrorist attacks in Israel, reports have identified antisemitic and Islamophobic threats spreading online, including an Anti-Defamation League report documenting a surge in antisemitic threats and conspiracies spreading on social media following the Hamas attacks. The letters from Attorney General James request that social media companies explain in detail how their content moderation policies and terms of service are being used to limit hate-based threats and reduce the likelihood that the platforms are used to plan acts of violence. The letters also ask the companies to explain:

- What actions, if any, they have taken to address the recent calls for violence against Jewish and Muslim people and institutions;

- What actions they have taken to address the possibility that their platforms may be used to plan, encourage, or disseminate acts of violence;

- The public-facing terms of service, community rules, or other policies in place that prohibit users from utilizing the platform to disseminate calls for violence;

- Details of internal policies that govern the determination of whether content is a call for violence that should be removed;

- Policies regarding disciplining, suspending, and/or banning users for posting content that has been removed for spreading calls for violence.

Attorney General James has consistently taken action to hold social media companies accountable and limit dangerous material from spreading online. This week, Attorney General James advanced legislation to protect children from addictive social media features that could introduce them to harmful content. In July, Attorney General James led a multistate coalition defending the federal government's ability to communicate with social media companies about the spread of dangerous content on their platforms. In October of 2022, Attorney General James released a report on the role that social media platforms played in the Buffalo mass shooting and online extremism. In 2021, Attorney General James joined a multistate coalition investigating Meta for providing and promoting the social media platform Instagram to children and young adults despite knowing that such use is associated with physical and mental health harms.

10/24/23, 10:49 AM Attorney General James Calls on Social Media Platforms to Provide Answers After Buffalo Terrorist Attack, Rise in Violent Threats Online

Case 1:22-cv-10195-ALC Document 44-3 Filed 12/01/23 Page 13 of 613

# *Letitia James*

## New York State Attorney General

  

### Contact

Office of the New York State Attorney General

The Capitol

Albany NY 12224-0341

Phone: 1-800-771-7755

Statewide Offices

Press Releases

File a Complaint

Employment Opportunities

Copyright © 2023 — Office of the New York State Attorney General. All Rights Reserved.

Privacy Policy | Disclaimer | Accessibility Policy

### Translation Services

This page is available in other languages

Translate

# Exhibit D



**FIRE**
Foundation for Individual
Rights and Expression

October 18, 2023

<u>**Sent Via Email to judith.vale@ag.ny.gov and jordan.adler@ag.ny.gov**</u>
Letitia James, Attorney General for the State of New York
Judith Vale, Deputy Solicitor General for the State of New York
Jordan Adler, Senior Enforcement Counsel
Office the New York State Attorney General
28 Liberty Street
New York, New York 10005

Re:     *Volokh v. James*, No. 22 Civ. 10195 (S.D.N.Y): Demand to
        rescind October 12, 2023 investigation letters seeking social-
        media platform policies and actions related to removing
        third-party-posted "materials that may incite violence"

Dear Attorney General James, Ms. Vale, and Mr. Adler:

I am an attorney at the Foundation for Individual Rights and Expression
and counsel for Rumble Canada Inc. (Rumble) in the above-referenced litigation.
I am writing to demand the immediate and unequivocal retraction of your
October 12, 2023 investigation letters to six internet platforms, including
Rumble (collectively referred to as the Investigated Platforms). These letters
violate (1) a federal district court's injunction against the enforcement of New
York General Business Law § 394-ccc (the Online Hate Speech Law); (2) the
active stay of all proceedings in that case as to Rumble; and (3) the First
Amendment rights of the Investigated Platforms and their users.

Your letter set a deadline of October 20, 2023, for Rumble's response. If you
do not rescind your letter by then, we will be required to file a motion with the
district court to enforce the terms of the preliminary injunction and stay of the
proceedings.

As the Attorney General's Office knows, Rumble, in addition to Locals
Technology Inc. (Locals) and Eugene Volokh, is a plaintiff in a lawsuit against
Attorney General James challenging New York's Online Hate Speech Law. The
law targets "hateful" speech across the internet—defining "hateful" content as
that which may "vilify, humiliate, or incite violence against" ten protected
classes—requiring websites to develop and publish hate-speech policies and
reporting mechanisms, and to respond to reports of hate speech. But Judge

New York Attorney General Letitia James
October 18, 2023
Page 2 of 10

Andrew Carter of the U.S. District Court for the Southern District of New York enjoined enforcement of the law, including the law's investigation and enforcement provisions. *Volokh v. James*, No. 22 Civ. 10195, 2023 WL 1991435 (S.D.N.Y. Feb. 14, 2023).

The October 12th letters "request" information about the Investigated Platforms' editorial policies, processes, and decisions for content that "may incite violence." At a minimum and on their face, the letters plainly seek to allow the Office to "take proof and make determinations of fact" under the Online Hate Speech Law. And according to your October 13th press release, the letters go further by demanding that the Investigated Platforms disclose their actions to "stop the spread of hateful content" and "violent rhetoric," in a transparent effort to get them to "remove" protected speech.[1] Because these demands, compounded by their vague references to hateful or violent speech, are within the scope of the Online Hate Speech Law's investigation provision,[2] they violate the district court's injunction. *Volokh*, 2023 WL 1991435 at *1.

Rumble abhors violence, antisemitism, and hatred, and is horrified by the October 7th Hamas attacks on Israeli civilians. However, federal court orders and the First Amendment prohibit any investigation under the Online Hate Speech Law or any attempt to burden the protected speech of the Investigated Platforms and their users. Rumble, therefore, demands that the Attorney General rescind the October 12, 2023 investigation letters immediately. And in any event, in response to a similar June 2022 letter from the Attorney General's Office, Rumble already provided its content-moderation policies, which expressly prohibit the posting of content that promotes violence, illegal activities, and harm or injury to any group, including antisemitism. The policies, which are available online[3], speak for themselves, and Rumble respectfully declines to respond further at this time.

---

[1] As discussed further below, the Attorney General's letter targets any "calls for violence," regardless of whether they rise to the level of constitutionally unprotected incitement or not. Letitia James, *Attorney General James Calls on Social Media Platforms to Provide Answers after Terrorist Attacks in Israel Spark Violent Threats Online New York State Attorney General* (Oct. 13, 2023),https://ag.ny.gov/press-release/2023/attorney-general-james-calls-social-media-platforms-provide-answers-after. [https://perma.cc/S2LU-KSJH]

[2] *See* N.Y. Gen. Bus. Law § 394-ccc(5).

[3]*See* Rumble Website Terms and Conditions of Use and Agency Agreement *https://rumble.com/s/terms* [https://perma.cc/EW44-B7LG ]

New York Attorney General Letitia James
October 18, 2023
Page 3 of 10

**After Rumble Sues and Secures an Injunction, the Attorney General Nevertheless Seeks Information About Rumble's Editorial Decision-Making.**

> **A.    Rumble sues and secures a preliminary injunction of New York's Online Hate Speech Law.**

Last year, New York adopted the Online Hate Speech Law, which requires a vast array of websites to develop and publish a "reporting mechanism" and "policy" on their websites regarding the reporting of and responses to user-created "hateful" content—defined as speech that may "vilify, humiliate, or incite violence against a group" based on ten protected class statuses. N.Y. Gen. Bus. Law § 394-ccc(1)(a). The law also requires websites to provide direct responses to any person reporting "hateful" content. *See id.* § 394-ccc(2-3). Notably, the law empowers the New York Attorney General to "take proof and make a determination of the relevant facts" as necessary to investigate violations. The Attorney General is authorized to assess daily civil fines for violations. *Id.* § 394-ccc(5). Attorney General James hailed the law's passage, noting that "social media platforms provide an unchecked vehicle for [] dangerous and corrosive *ideas* to spread." *See* Verified Complaint ¶ 45 (2d Cir. Joint Appendix 19) (emphasis added).

On December 1, 2022, Rumble, Locals, and Professor Eugene Volokh challenged the Online Hate Speech Law as an unconstitutional content- and viewpoint-based regulation that compelled platforms to endorse the State's definition of hate speech and unlawfully burdened platforms that refused to remove speech the state disfavored. Plaintiffs also argued the law was impermissibly overbroad and vague. The federal lawsuit named Attorney General James in her official capacity as the chief law enforcement agent of the State of New York, and the plaintiffs moved for a preliminary injunction to block enforcement of the law.

On February 14, 2023, after full briefing and oral argument, Judge Carter enjoined enforcement of the Online Hate Speech Law. Judge Carter found that the law:

> both compels social media networks to speak about the contours of hate speech and chills the constitutionally protected speech of social media users, without articulating a compelling governmental interest or ensuring that the law is narrowly tailored to that goal.

New York Attorney General Letitia James
October 18, 2023
Page 4 of 10

*Volokh*, 2023 WL 1991435 at *1. The court recognized that websites and social media networks, including Rumble (as well as Locals and Professor Volokh's legal blog), "are publishers and curators of speech, and their users are engaged in speech by writing, posting, and creating content." *Id.* at *9. The Online Hate Speech Law, therefore, "fundamentally implicates the speech of the networks' users," too. *Id.* Because "the First Amendment protects individuals' right to engage in hate speech, and the state cannot try to inhibit that right, no matter how unseemly or offensive that speech may be to the general public or the state," *id.*, and the law was not narrowly tailored to regulate only categories of unprotected speech, *id.* at *8 n. 3, Judge Carter held that the Online Hate Speech Law is likely to have "a profound chilling effect" on protected expressive activity. In fact, he deemed the law's burden on Rumble, Locals, and Volokh and their users to be "particularly onerous" because their "websites have dedicated 'pro-free speech purposes.'" *Id.* at *16–17. On this basis, the district court enjoined any enforcement of § 394-ccc.

One month later, the State appealed the district court's decision to the U.S. Court of Appeals for the Second Circuit. The following day, the State sought to stay all discovery and other litigation deadlines pending appeal—but did *not* seek to stay the injunction. The district court granted the motion to stay—over Rumble, Locals, and Volokh's written objection—until 30 days after the conclusion of all appeals of the preliminary injunction. *Volokh,* No. 22 Civ. 10195 Order, ECF No. 37.   Briefing is now complete in the Second Circuit and the case is awaiting oral argument to be scheduled. The injunction against § 394-ccc's enforcement remains in effect.

**B.    Attorney General James demands that Investigated Platforms respond to intrusive questions and provide internal documents related to editorial decision-making.**

On October 7, Hamas militants broke through the wall separating Israel and Gaza and engaged in deadly attacks on hundreds of civilians. As announced by press release on October 13, 2023, Attorney General James responded to the attacks by demanding that the Investigated Platforms explain "the steps they are taking to stop the spread of hateful content encouraging violence against Jewish and Muslim people." *See* Press Release*, supra* note 1. Attorney General James also accused "social media" of being "widely used by bad actors to spread horrific material, disseminate threats, and encourage violence," and called on the Investigated Platforms "to keep their users safe and prohibit the spread of violent rhetoric that puts vulnerable groups in danger." The Attorney General's press release also notes that the investigation letters are part and parcel of her

New York Attorney General Letitia James
October 18, 2023
Page 5 of 10

repeated "action[s] to hold social media companies accountable and limit dangerous material from spreading online."

Specifically, the investigation letters, titled "Removing Calls for Violence on the [Investigated Platforms]," contain a number of intrusive interrogatories regarding the platforms' policies, processes, and actions related to third-party content that "may incite violence" against particular ethnic and religious minorities—Jewish and Muslim people. The interrogatories demand, for example, that each platform detail "how the company is identifying, removing, and blocking the re-uploading of," how they respond to user reports of, and how they are "disciplining, suspending, and or banning users for posting" this hateful content. In addition, the investigation letters include ten references to "removing" content in the two-page letter, and repeatedly seek policies related to "identifying" and "blocking" posted content based on the hateful ideas they communicate—exactly the types of investigatory demands the district court's injunction, its ordered stay, and the First Amendment prohibit.

## II. The State's Investigation Letters Violate the Injunction and Stay of Discovery in *Volokh v. James*.

The investigation letters represent an end-run around the proceedings in *Volokh v. James* by the Attorney General's Office. The attempt "to take proof and make a determination of the relevant facts" regarding the Investigated Platforms' measures related to "hateful" content as contemplated by the Online Hate Speech Law violates the preliminary injunction and constitutes improper discovery in violation of the stay order.

### A. The State's investigation letters seek information within the scope of the enjoined Online Hate Speech Law.

The State seeks information that is essentially identical to the information that is the subject matter of the Online Hate Speech Law, and through the same method of investigation contemplated by the law. Subsection (5) of the statute authorizes the Attorney General "to take proof and make determinations of relevant facts" related to what the law defines as "hateful" content—namely, website policies regarding the reporting of and response to online content that may "vilify, humiliate, or incite violence against" particular protected groups. The investigation letters explicitly demand the Investigated Platforms provide their policies, editorial decision-making practices, and actions related to content that "may incite violence" against Jewish and Muslim people. This is the exact information that the Online Hate Speech Law authorizes the State "to take

New York Attorney General Letitia James
October 18, 2023
Page 6 of 10

proof and make determinations of relevant facts." And this provision, like the entirety of the Online Hate Speech Law, is enjoined from enforcement. *Volokh*, 2023 WL 1991435, at * 10. Indeed, the investigation letters do not explicitly invoke any legal authority under which the State is demanding information and internal documents from the Investigated Platforms—perhaps because the implicit statutory authority has been enjoined.

The Attorney General's rhetoric in her October 13th press release also demonstrates that the State is attempting to exercise its investigation authority provided by the now-enjoined Online Hate Speech Law. The press release explicitly mentions Investigated Platforms' responsibility for "hateful content." Consistent with the Attorney General's 2022 comments, the release notes her mission "to hold social media companies accountable and limit dangerous material from spreading online." And like the legislators who argued in support of the Online Hate Speech Law, the Attorney General argues that Investigated Platforms must "keep their users safe" by "prohibit[ing] the spread of violent rhetoric that puts vulnerable groups in danger"—the exact subject matter of the Online Hate Speech Law.

The investigation letters represent an exercise of the State's authority to "take proof," and therefore violate the Southern District of New York's preliminary injunction. The letters must be rescinded immediately.

## B.   The State cannot circumvent a court-ordered stay of discovery through public shaming of its party opponent.

Insofar as the State seeks from Rumble non-public information that would be available only through discovery in *Volokh v. James*—or through enforcement of the Online Hate Speech Law, which, as noted above, is currently enjoined—the investigation letters violate the district court's stay insisted upon by the State. The State sought a stay "to further district court proceedings in the interest of judicial economy." ECF No. 36 at 1. The State predicted that, in the absence of a stay, "at a minimum," it would seek discovery about "whether the suing Plaintiffs are properly within the Statute[.]" *Id.* at 3. Thus, the State argued for the district court to stay the case pending appeal "to avoid unnecessary jurisdictional discovery." *Id.* at 4. The district court agreed and ordered the clerk of court to "mark this case as stayed." ECF No. 37.

While it should not need to be said, litigants cannot propound discovery while recognizing no obligation to *respond to* discovery while a case is stayed. But the Office of the New York Attorney General has done just that with its letters,

New York Attorney General Letitia James
October 18, 2023
Page 7 of 10

and even taken a further step—sending public demands meant to shame a party-opponent into providing discoverable information despite a court-ordered stay.[4] Rumble will not succumb to any public-pressure campaign or honor the State's interrogatories meant to circumvent the court-ordered stay of all proceedings in *Volokh v. James*.

### III.    The State's Investigation Letters Unconstitutionally Burden the First Amendment Rights of the Investigated Platforms and Their Users.

Further, the October 12th investigation letters unconstitutionally burden the Investigated Platforms' publication of First Amendment-protected content and the protected speech of third-party content creators. The First Amendment protects the rights of internet platforms as publishers of third-party content. Like newspapers and bookstores, websites have a First Amendment right to maintain the autonomy of their editorial judgment and discretion "in the selection and presentation of" content provided to the public. *NetChoice, LLC v. Att'y Gen. Fla.*, 34 F.4th 1196, 1210 (11th Cir. 2022), *cert. granted in part sub nom. Moody v. Netchoice, LLC*, No. 22-277, 2023 WL 6319654 (U.S. Sept. 29, 2023), and *cert. denied sub nom. Netchoice v. Moody*, No. 22-393, 2023 WL 6377782 (U.S. Oct. 2, 2023); *see Miami Herald Publ'g. Co. v. Tornillo*, 418 U.S. 241, 258 (1974) (compelled speech law struck down "because of its intrusion into the function of editors").

Similarly, the First Amendment protects content creators and users from governmental burdens that are likely to chill their speech—exactly what the State's investigation letters seek to accomplish with their broad, vague, and inherently subjective language, coupled with references to removing content and "disciplining, suspending, and/or banning users." As the court said in *Volokh*, "the state's targeting and singling out of [particular] speech for special measures certainly could make social media users wary about the types of speech they feel free to engage in without facing consequences from the state." *Volokh*, 2023 WL 1991435, at *10; *see also Bantam Books, Inc. v. Sullivan*, 372 U.S. 58, 68 (1963) ("People do not lightly disregard public officers' thinly veiled threats to institute . . . proceedings against them if they do not come around.").

---

[4] In addition, the October 12th letter was sent to Rumble, a party represented by FIRE in an ongoing litigation against the New York Attorney General that is directly related to the subject matter of the Attorney General's letter. As the Attorney General knows, rules of professional conduct prohibit lawyers from communicating with an opposing party that the lawyer knows to be represented about the subject of the representation. *See* N.Y. R. Prof. Cond. 4.2.

New York Attorney General Letitia James
October 18, 2023
Page 8 of 10

    The State's investigation letters—though styled as information requests—nevertheless signal that the Investigated Platforms should remove "hateful content" and ban "violent rhetoric." The letters, after all, are titled "*Removing* Calls for Violence on the [company] Platform."[5] (emphasis added). The word "remove," or variations of it, appears 10 more times in the two-page letter, with repeated references to "identifying" and "blocking" disfavored content. Combined with the Attorney General's October 13th press release and her past rhetoric, the Investigated Platforms can draw only one conclusion: The chief law-enforcement agent in New York, with vast resources at her disposal, wants what she determines to be "hateful content" and "violent rhetoric" related to Jewish and Muslim people removed from online platforms—and there may be legal consequences if platforms do not do so to the State's satisfaction. This conclusion requires the Investigated Platforms, among others, to "steer far wider" in their content removal than they otherwise would to avoid the legal threat. *Grayned v. City of Rockford*, 408 U.S. 104, 109 (1972).

    The investigation letters are centered around the dissemination of "calls for violence" and "other materials that may incite violence," exacerbating their First Amendment burdens by their use of these phrases and similarly overbroad, vague, and inherently subjective language. The State fails to define these phrases or terms, and thus fails to inform the Investigated Platforms of the type of conduct or speech that could be encapsulated by them. We are therefore forced to wonder, would a video created by a pro-Israeli activist calling for bombing Gaza qualify as a "call for violence"? Is a news report including a quotation from a pro-Palestinian protestor defending Hamas attacks on Israeli military equal to "disseminating calls for violence and other materials that may incite violence"? Do the statements of American elected officials, such as Representative Cori Bush's October 9th call to "end[] U.S. support for Israeli military occupation and apartheid"[6] or Senator Lindsey Graham's October 10th statement that "[w]e're in a religious war . . . do whatever the hell you have to do to defend yourself. Level the Place!"[7] qualify as speech that "may incite violence" or "encourage" violence?

---

[5] The Attorney General's website features a copy of the letter with the name of the company redacted. *See* https://ag.ny.gov/sites/default/files/letters/ag-james-letter-socialplatforms.pdf.

[6] Mark Maxwell, *U.S. Rep. Cori Bush Calls to End Military Aid to Israel*, KSDK News (Oct. 9, 2023), https://www.ksdk.com/article/news/politics/national-politics/us-rep-cori-bush-calls-end-military-aid-to-israel/63-c48f7cf4-0102-4c15-88d0-f123bfd33782. [https://perma.cc/T3C9-ZHKT]

[7] Ja'han Jones, *Republicans Deploy Dangerous Rhetoric Around Israel-Hamas War*, MSNBC (Oct. 12, 2023), https://msnbc.com/the-reidout/reidout-blog/israel-hamas-war-lindsay-graham-marco-rubio-rcna120172. [https://perma.cc/B4LH-L9SZ]

Just as § 394-ccc was preliminarily enjoined as likely to violate the First Amendment—because it inhibits protected expression with viewpoint-discriminatory, overbroad, and vague speech regulations—so too does the State's investigation impinge the free publication and creation of protected speech on Investigated Platforms' websites. For example, the Supreme Court has repeatedly held the First Amendment protects the editorial discretion of newspapers. *See Hurley v. Irish-Am. Gay, Lesbian & Bisexual Grp. of Bos.*, 515 U.S. 557, 570 (1995) ("[T]he presentation of an edited compilation of speech generated by other persons is a staple of most newspapers' opinion pages, which, of course, fall squarely within the core of First Amendment security[.]"); *see also Bursey v. United States*, 466 F. 2d 1059 (9th Cir. 1972) (holding that the First Amendment shielded the Black Panther Party's newspaper from grand jury questions about its editorial policies because "these decisions reflect editorial judgment. So also do the decisions about what should be published initially, how much space should be allocated to the subject, or the placement of a story on the front page or in the obituary section").

## IV.    Conclusion

While Rumble remains deeply saddened by the October 7th attack on Israeli civilians and the ongoing Israeli-Hamas war, it is also acutely aware of Attorney General James's longstanding intention to hold social media platforms and other websites "accountable" for so-called "hateful content"—an undefined and inherently subjective category of protected speech. Because the Attorney General's rhetoric, combined with her enforcement powers, chills protected speech, a federal district court has enjoined the law. But the investigation letters attempt to circumvent the district court's injunction—demanding information from the Investigated Platforms about their policies, processes, and actions related to "hateful" and "violent" content. The fact that the investigation letters do not cite the Online Hate Speech Law (or any legal authority, for that matter) is no defense. They are blatant attempts to both evade the injunction and to act as an end-run around the districts court's stay of the proceedings pending appeal, attempting to force discovery outside the litigation.

To protect the First Amendment rights of Rumble, other online platforms, and content creators and users around the world, the State must rescind the investigation letters. Rumble respectfully declines to respond further at this time. If you do not rescind your letters, then we will be required to file a motion with the district court to enforce the terms of the preliminary injunction and

New York Attorney General Letitia James
October 18, 2023
Page 10 of 10

stay of proceedings. Please let us know by **October 20, 2023**, if you agree to rescind the letters.

Please do not hesitate to contact Jay Diaz at jay.diaz@thefire.org or (215) 717-3473 ext. 218 if you have any questions.

Sincerely,

Jay Diaz, Senior Attorney
Daniel Ortner, Attorney
FOUNDATION FOR INDIVIDUAL RIGHTS
AND EXPRESSION
510 Walnut Street, Suite 1250
Philadelphia, Pennsylvania 19106

cc: Sarah Coco, Barry Covert

# Exhibit E



STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF ECONOMIC JUSTICE
BUREAU OF INTERNET & TECHNOLOGY

**BY EMAIL**

October 19, 2023

Jay Diaz, Esq.
Daniel Ortner, Esq.
Foundation for Individual Rights and Expression
510 Walnut Street, Suite 1250
Philadelphia, PA 19106

Re:   <u>The New York State Attorney General's October 12, 2023 Letter to Rumble Inc.</u>

Dear Messrs. Diaz and Ortner,

I write in response to your October 18, 2023 letter.  While we wholeheartedly disagree with your analysis and the contentions in your letter, in view of your statement that Rumble has "already provided its content-moderation policies" to the Attorney General's Office, and in the interest of avoiding any unnecessary dispute, this Office hereby withdraws the voluntary requests set forth in its October 12, 2023 letter to Rumble.

Sincerely,

Jordan Adler
Senior Enforcement Counsel
Bureau of Internet and Technology

# Exhibit F

4923

1              NEW YORK STATE SENATE

2

3

4           THE STENOGRAPHIC RECORD

5

6

7

8

9             ALBANY, NEW YORK

10              June 2, 2022

11               1:18 p.m.

12

13

14             REGULAR SESSION

15

16

17

18   SENATOR JAMAAL T. BAILEY, Acting President

19   ALEJANDRA N. PAULINO, ESQ., Secretary

20

21

22

23

24

25

4924

```
 1                P R O C E E D I N G S
 2                ACTING PRESIDENT BAILEY:   The
 3     Senate will come to order.
 4                I ask everyone present to please
 5     rise and recite the Pledge of Allegiance.
 6                (Whereupon, the assemblage recited
 7     the Pledge of Allegiance to the Flag.)
 8                ACTING PRESIDENT BAILEY:   In the
 9     absence of clergy, let us bow our heads in a
10     moment of silent reflection or prayer.
11                (Whereupon, the assemblage respected
12     a moment of silence.)
13                ACTING PRESIDENT BAILEY:   Reading
14     of the Journal.
15                THE SECRETARY:   In Senate,
16     Wednesday, June 1, 2022, the Senate met pursuant
17     to adjournment.  The Journal of Tuesday, May 31,
18     2022, was read and approved.  On motion, the
19     Senate adjourned.
20                ACTING PRESIDENT BAILEY:   Without
21     objection, the Journal stands approved as read.
22                Presentation of petitions.
23                Messages from the Assembly.
24                The Secretary will read.
25                THE SECRETARY:   Senator Gaughran
```

1    moves to discharge, from the Committee on

2    Investigations and Government Operations,

3    Assembly Bill Number 10144B and substitute it for

4    the identical Senate Bill 978C, Third Reading

5    Calendar 89.

6                Senator Brooks moves to discharge,

7    from the Committee on Transportation,

8    Assembly Bill Number 9702B and substitute it for

9    the identical Senate Bill 1271B, Third Reading

10   Calendar 235.

11               Senator Biaggi moves to discharge,

12   from the Committee on Alcoholism and Substance

13   Abuse, Assembly Bill Number 658A and substitute

14   it for the identical Senate Bill 409A, Third

15   Reading Calendar 306.

16               Senator Rivera moves to discharge,

17   from the Committee on Finance, Assembly Bill

18   Number 7230B and substitute it for the identical

19   Senate Bill 6534C, Third Reading Calendar 596.

20               Senator Hoylman moves to discharge,

21   from the Committee on Health, Assembly Bill

22   Number 159 and substitute it for the identical

23   Senate Bill 995, Third Reading Calendar 887.

24               Senator Skoufis moves to discharge,

25   from the Committee on Agriculture, Assembly Bill

4926

```
 1    Number 1451A and substitute it for the identical
 2    Senate Bill 8426, Third Reading Calendar 982.
 3              Senator Rivera moves to discharge,
 4    from the Committee on Health, Assembly Bill
 5    Number 9290 and substitute it for the identical
 6    Senate Bill 8813, Third Reading Calendar 989.
 7              Senator Kavanagh moves to discharge,
 8    from the Committee on Housing, Construction and
 9    Community Development, Assembly Bill Number 9675A
10    and substitute it for the identical Senate Bill
11    8793A, Third Reading Calendar 1033.
12              Senator Comrie moves to discharge,
13    from the Committee on Transportation,
14    Assembly Bill Number 3801A and substitute it for
15    the identical Senate Bill 3587C, Third Reading
16    Calendar 1053.
17              Senator Parker moves to discharge,
18    from the Committee on Veterans, Homeland Security
19    and Military Affairs, Assembly Bill Number 25 and
20    substitute it for the identical Senate Bill 3275,
21    Third Reading Calendar 1131.
22              Senator Kaplan moves to discharge,
23    from the Committee on Internet and Technology,
24    Assembly Bill Number 7865A and substitute it for
25    the identical Senate Bill 4511B, Third Reading
```

1   Calendar 1318.

2           Senator Hinchey moves to discharge,

3   from the Committee on Commerce, Economic

4   Development and Small Business, Assembly Bill

5   Number 9649A and substitute it for the identical

6   Senate Bill 8741A, Third Reading Calendar 1326.

7           Senator Akshar moves to discharge,

8   from the Committee on Rules, Assembly Bill

9   Number 9751 and substitute it for the identical

10  Senate Bill 8609, Third Reading Calendar 1375.

11          Senator Breslin moves to discharge,

12  from the Committee on Rules, Assembly Bill Number

13  9269A and substitute it for the identical Senate

14  Bill 8246A, Third Reading Calendar 1558.

15          Senator Skoufis moves to discharge,

16  from the Committee on Investigations and

17  Government Operations, Assembly Bill Number 9625

18  and substitute it for the identical Senate Bill

19  8390, Third Reading Calendar 1560.

20          Senator Sanders moves to discharge,

21  from the Committee on Rules, Assembly Bill Number

22  4947B and substitute it for the identical

23  Senate Bill 621B, Third Reading Calendar 1628.

24          Senator Ortt moves to discharge,

25  from the Committee on Civil Service and Pensions,

4928

```
 1    Assembly Bill Number 9375 and substitute it for
 2    the identical Senate Bill 3723, Third Reading
 3    Calendar 1640.
 4              Senator Martucci moves to discharge,
 5    from the Committee on Rules, Assembly Bill Number
 6    9690 and substitute it for the identical Senate
 7    Bill 8676, Third Reading Calendar 1671.
 8              Senator Ramos moves to discharge,
 9    from the Committee on Transportation,
10    Assembly Bill Number 9964 and substitute it for
11    the identical Senate Bill 8831, Third Reading
12    Calendar 1681.
13              Senator Cooney moves to discharge,
14    from the Committee on Cultural Affairs, Tourism,
15    Parks and Recreation, Assembly Bill Number 9710
16    and substitute it for the identical Senate
17    Bill 8934, Third Reading Calendar 1690.
18              Senator Kaplan moves to discharge,
19    from the Committee on Rules, Assembly Bill Number
20    10085 and substitute it for the identical Senate
21    Bill 8953, Third Reading Calendar 1691.
22              Senator Salazar moves to discharge,
23    from the Committee on Rules, Assembly Bill Number
24    9749B and substitute it for the identical Senate
25    Bill 8972A, Third Reading Calendar 1695.
```

4929

```
 1                    Senator Breslin moves to discharge,
 2      from the Committee on Rules, Assembly Bill Number
 3      10113 and substitute it for the identical Senate
 4      Bill 9036, Third Reading Calendar 1697.
 5                    Senator Hinchey moves to discharge,
 6      from the Committee on Rules, Assembly Bill Number
 7      10271 and substitute it for the identical Senate
 8      Bill 9193, Third Reading Calendar 1714.
 9                    Senator Kaminsky moves to discharge,
10      from the Committee on Rules, Assembly Bill
11      Number 10419 and substitute it for the identical
12      Senate Bill 9196, Third Reading Calendar 1715.
13                    Senator Rivera moves to discharge,
14      from the Committee on Health, Assembly Bill
15      Number 9442A and substitute it for the identical
16      Senate Bill 9207, Third Reading Calendar 1716.
17                    Senator May moves to discharge, from
18      the Committee on Rules, Assembly Bill
19      Number 10237 and substitute it for the identical
20      Senate Bill 9272, Third Reading Calendar 1717.
21                    Senator Palumbo moves to discharge,
22      from the Committee on Rules, Assembly Bill Number
23      9895 and substitute it for the identical Senate
24      Bill 9345, Third Reading Calendar 1722.
25                    ACTING PRESIDENT BAILEY:   So
```

Kirkland Reporting Service

4930

```
 1    ordered.
 2                    Messages from the Governor.
 3                    Reports of standing committees.
 4                    Reports of select committees.
 5                    Communications and reports from
 6    state officers.
 7                    Motions and resolutions.
 8                    Senator Gianaris.
 9                    SENATOR GIANARIS:   Mr. President,
10    once again we're going to try and multitask as
11    much as we can during the day.  And so I'd ask
12    you to simultaneously call an immediate meeting
13    of the Rules Committee in Room 332 and take up
14    previously adopted Resolution 2497, by
15    Senator Hinchey, read its title, and recognize
16    Senator Hinchey.
17                    ACTING PRESIDENT BAILEY:   There
18    will be an immediate meeting of the
19    Rules Committee in Room 332.
20                    The Secretary will read.
21                    THE SECRETARY:   Senate Resolution
22    2497, by Senator Hinchey, memorializing Governor
23    Kathy Hochul to proclaim September 25 through
24    October 2, 2022, as Frontotemporal Degeneration
25    Awareness Week in the State of New York.
```

1          ACTING PRESIDENT BAILEY:   Senator

2    Hinchey on the resolution.

3          SENATOR HINCHEY:   Thank you,

4    Mr. President.

5          Frontotemporal degeneration, or FTD,

6    is the most common form of dementia for people

7    under the age of 60, and yet it's one of the

8    least understood.  Symptoms typically start

9    between the ages of 40 and 65, beginning

10   gradually and progressing rapidly.

11         FTD represents an estimated 5 to

12   15 percent of all dementia cases, and yet it's

13   often misdiagnosed as a psychiatric issue due to

14   the wide range of cognitive and behavioral

15   symptoms and their young onset.

16         When my father was diagnosed with

17   primary progressive aphasia, or PPA, one of the

18   many variants of FTD, the disease took a

19   devastating toll.  Anyone who has had to watch a

20   family member suffer through this degenerative

21   brain disease understands the heartbreak, the

22   frustration of a misdiagnosis, the challenge of

23   finding affordable long-term care, especially in

24   our upstate and our rural communities, and the

25   need for quality information and resources to

1    help prepare for every stage of the disease.

2              We need to strive for a future free

3    of FTD, but to get there we need increased

4    awareness among our population, our communities,

5    but especially amongst our medical community, as

6    this is something that often flies under the

7    radar.

8              I'm incredibly proud to sponsor the

9    resolution designating September 25th to October

10   2nd as Frontotemporal Degeneration Awareness Week

11   here in the State of New York.  The more people

12   who know about this disease, who are aware of

13   this disease, who are looking for the symptoms

14   and the signals, they will be better prepared to

15   support both their family members who are

16   suffering as well as their family members who are

17   suffering alongside those with the disease for

18   the long term.

19             We are all striving for a future

20   without FTD, and this awareness week will help us

21   get there.

22             Thank you, Mr. President.

23             ACTING PRESIDENT BAILEY:   Thank

24   you.

25             Senator Cooney on the resolution.

1              SENATOR COONEY:    Thank you,

2    Mr. President.

3              I want to thank Senator Hinchey for

4    bringing this resolution to the floor and her

5    advocacy in supporting frontotemporal

6    degeneration awareness.  Not only do

7    Senator Hinchey and I share a passion for our

8    upstate communities, we also share the

9    unfortunate circumstance that our parents both

10   suffered from FTD.

11             The onset of FTD, as Senator Hinchey

12   mentioned, occurs early on, and my own mother

13   started right after she retired.  Unfortunately,

14   I lost my mother to a variety of health symptoms,

15   including FTD, about 10 years ago.

16             But Senator Hinchey is right:  We

17   have an opportunity and a responsibility to make

18   sure we're advocates for those who are struggling

19   with dementia, and make sure that there are

20   resources to continue the research in this fight

21   to make sure that no family has to go through

22   what our families and other families across

23   New York State have had to go through with the

24   loss of someone's cognitive ability.

25             I fully support this resolution and

1    again thank Senator Hinchey for her leadership.

2                    ACTING PRESIDENT BAILEY:   Thank

3    you.

4                    The resolution was previously

5    adopted on May 10th.

6                    Senator Liu.

7                    SENATOR LIU:   Mr. President, please

8    take up previously adopted Resolution 2811, by

9    Senator Kaminsky, and read that resolution title

10   only and recognize Senator Kaminsky on the

11   resolution.

12                   ACTING PRESIDENT BAILEY:   The

13   Secretary will read.

14                   THE SECRETARY:   Senate Resolution

15   2811, by Senator Kaminsky, congratulating Dunia

16   Sibomana upon the occasion of capturing the

17   102-pound Division I wrestling title at the

18   New York State Public High School Athletic

19   Association Wrestling Championships on

20   February 26, 2022.

21                   ACTING PRESIDENT BAILEY:   Senator

22   Kaminsky on the resolution.

23                   SENATOR KAMINSKY:   Thank you,

24   Mr. President.

25                   I didn't want to leave session this

 1    year without honoring a very special young man

 2    from my home community of Long Beach, Dunia

 3    Sibomana.

 4              Dunia's story of resilience and

 5    perseverance should be inspiring to all of us in

 6    light of what he's gone through and what he's

 7    achieved.

 8              At the age of six, in Central

 9    Africa, Dunia and his brother and cousin were

10    attacked by wild chimpanzees.  Dunia's brother

11    and cousin were killed, and he was severely

12    disfigured in the incident.

13              Thanks to Smile Rescue Fund, he was

14    brought to the United States and at Stony Brook

15    University Hospital underwent numerous surgeries.

16    And after those surgeries, he was adopted in Long

17    Beach by Miguel and Marissa Rodriguez, and Miguel

18    is the local wrestling coach.

19              Dunia has been a phenom.  And this

20    year, at age 14, he won the state wrestling

21    title.  Dunia has never given up, he doesn't let

22    anything get in his way, and he is a star in our

23    community and we know he's going to go on to do

24    great things.

25              And many of us in our lives get

4936

```
 1   bogged down by the trials and tribulations that
 2   we have to go through.  And we think that
 3   obstacles are in our way, and then you look at
 4   Dunia's situation and realize that it doesn't
 5   hold a candle to what some people have to go
 6   through.  And that if you set your mind to it and
 7   you have some good people around you, you could
 8   achieve anything.
 9              Now, Dunia is not here today.  He's
10   in school.  It's the end of 8th grade, and today
11   is a school day.  But we're going to send him
12   this video.  And so, Mr. President, it would mean
13   the world to our community of Long Beach, to
14   Miguel and Marissa and of course to Dunia, to see
15   that the State of New York recognizes his major
16   feats, that he's not going to be defined by his
17   accident, and that he's going to be a champion
18   today and every day the rest of his life.
19              Thank you.
20              ACTING PRESIDENT BAILEY:   Thank
21   you, Senator Kaminsky.
22              In his absence, we recognize him for
23   his accomplishments and we recognize him for his
24   greatness.
25              We congratulate him.  please rise
```

Kirkland Reporting Service

 1    and recognize him.

 2                    (Standing ovation.)

 3                    ACTING PRESIDENT BAILEY:   Senator

 4    Liu.

 5                    SENATOR LIU:   Mr. President, at the

 6    request of the sponsors, the resolutions are open

 7    for cosponsorship.

 8                    ACTING PRESIDENT BAILEY:   The

 9    resolutions are open for cosponsorship.   Should

10    you choose not to be a cosponsor of the

11    resolutions, please notify the desk.

12                    Senator Liu.

13                    SENATOR LIU:   Mr. President,

14    there's a privileged resolution at the desk.

15    Please take that up, read its title, and

16    recognize Senator Krueger on the resolution.

17                    (Off the record.)

18                    ACTING PRESIDENT BAILEY:   Senator

19    Liu.

20                    SENATOR LIU:   Mr. President, we'll

21    take up the privileged resolution at the desk.

22                    ACTING PRESIDENT BAILEY:   The

23    Secretary will read.

24                    THE SECRETARY:   Senate Resolution

25    2481, by Senator Krueger, Concurrent Resolution

4938

```
1    of the Senate and Assembly concerning the

2    rescission of all previous requests by the

3    New York State Legislature or either house

4    thereof for a convention under Article V of the

5    United States Constitution.

6                    ACTING PRESIDENT BAILEY:   The

7    question is on the resolution.

8                    The Secretary will call the roll.

9                    (The Secretary called the roll.)

10                   ACTING PRESIDENT BAILEY:   Announce

11   the results.

12                   THE SECRETARY:   In relation to

13   Senate Resolution 2481, those Senators voting in

14   the negative are Senators Akshar, Borrello,

15   Boyle, Gallivan, Griffo, Helming, Jordan, Lanza,

16   Martucci, Mattera, Oberacker, O'Mara, Ortt,

17   Palumbo, Rath, Ritchie, Serino, Stec, Tedisco and

18   Weik.

19                   Ayes, 43.  Nays, 20.

20                   ACTING PRESIDENT BAILEY:   The

21   resolution is adopted.

22                   Senator Liu.

23                   SENATOR LIU:   Mr. President, please

24   take up the reading of the calendar.

25                   ACTING PRESIDENT BAILEY:   The
```

4939

```
 1    Secretary will read.
 2                THE SECRETARY:   Calendar Number 89,
 3    Assembly Print Number 10144B, by
 4    Assemblymember McDonald, an act to amend the
 5    Public Officers Law.
 6                ACTING PRESIDENT BAILEY:   Read the
 7    last section.
 8                THE SECRETARY:   Section 3.  This
 9    act shall take effect on the same date and in the
10    same manner as a chapter of the Laws of 2021.
11                ACTING PRESIDENT BAILEY:   Call the
12    roll.
13                (The Secretary called the roll.)
14                ACTING PRESIDENT BAILEY:   Announce
15    the results.
16                THE SECRETARY:   In relation to
17    Calendar Number 89, voting in the negative:
18    Senator Akshar.
19                Ayes, 62.  Nays, 1.
20                ACTING PRESIDENT BAILEY:   The bill
21    is passed.
22                THE SECRETARY:   Calendar Number
23    120, Senate Print 5451C, by Senator Parker, an
24    act directing the Department of Public Service to
25    prepare a written report on the affordability of
```

4940

```
 1   utility services.

 2              ACTING PRESIDENT BAILEY:   Read the

 3   last section.

 4              THE SECRETARY:   Section 4.  This

 5   act shall take effect immediately.

 6              ACTING PRESIDENT BAILEY:   Call the

 7   roll.

 8              (The Secretary called the roll.)

 9              ACTING PRESIDENT BAILEY:   Announce

10   the results.

11              THE SECRETARY:   In relation to

12   Calendar Number 120, those Senators voting in the

13   negative are Senators Borrello, Gallivan, Griffo,

14   Helming, Jordan, Lanza, Oberacker, Ortt, Rath and

15   Stec.

16              Ayes, 53.  Nays, 10.

17              ACTING PRESIDENT BAILEY:   The bill

18   is passed.

19              THE SECRETARY:   Calendar Number

20   235, Assembly Print Number 9702B, by

21   Assemblymember Griffin, an act to amend the

22   Vehicle and Traffic Law.

23              ACTING PRESIDENT BAILEY:   Read the

24   last section.

25              THE SECRETARY:   Section 2.  This
```

```
 1    act shall take effect on the 90th day after it

 2    shall have become a law.

 3                    ACTING PRESIDENT BAILEY:   Call the

 4    roll.

 5                    (The Secretary called the roll.)

 6                    ACTING PRESIDENT BAILEY:   Announce

 7    the results.

 8                    THE SECRETARY:   Ayes, 63.

 9                    ACTING PRESIDENT BAILEY:   The bill

10    is passed.

11                    THE SECRETARY:   Calendar Number

12    306, Assembly Print Number 658A, by

13    Assemblymember Rosenthal, an act to amend the

14    Mental Hygiene Law.

15                    ACTING PRESIDENT BAILEY:   Read the

16    last section.

17                    THE SECRETARY:   Section 2.  This

18    act shall take effect on the 180th day after it

19    shall have become a law.

20                    ACTING PRESIDENT BAILEY:   Call the

21    roll.

22                    (The Secretary called the roll.)

23                    ACTING PRESIDENT BAILEY:   Announce

24    the results.

25                    THE SECRETARY:   Ayes, 63.
```

```
 1                  ACTING PRESIDENT BAILEY:   The bill
 2     is passed.
 3                  THE SECRETARY:   Calendar Number
 4     340, Senate Print 6488, by Senator Kavanagh, an
 5     act to amend the Private Housing Finance Law.
 6                  SENATOR LIU:   Lay it aside.
 7                  ACTING PRESIDENT BAILEY:   Lay it
 8     aside.  Lay it aside for the day.
 9                  SENATOR LIU:   Lay it aside for the
10     day, please.
11                  ACTING PRESIDENT BAILEY:   Lay it
12     aside for the day.
13                  THE SECRETARY:   Calendar Number
14     347, Senate Print 4327C, by Senator Mayer, an act
15     to amend the Insurance Law.
16                  ACTING PRESIDENT BAILEY:   Read the
17     last section.
18                  THE SECRETARY:   Section 5.  This
19     act shall take effect on the 180th day after it
20     shall have become a law.
21                  ACTING PRESIDENT BAILEY:   Call the
22     roll.
23                  (The Secretary called the roll.)
24                  ACTING PRESIDENT BAILEY:   Announce
25     the results.
```

```
 1              THE SECRETARY:   In relation to
 2   Calendar 347, those Senators voting in the
 3   negative are Senators Akshar, Borrello, Boyle,
 4   Gallivan, Griffo, Helming, Jordan, Martucci,
 5   Ortt, Palumbo, Rath, Stec, Tedisco and Weik.
 6                   Ayes, 49.  Nays, 14.
 7              ACTING PRESIDENT BAILEY:   The bill
 8   is passed.
 9              THE SECRETARY:   Calendar Number
10   467, Senate Print 6069, by Senator Parker, an act
11   to amend the Executive Law.
12              ACTING PRESIDENT BAILEY:   Read the
13   last section.
14              THE SECRETARY:   Section 2.  This
15   act shall take effect on the 90th day after it
16   shall have become a law.
17              ACTING PRESIDENT BAILEY:   Call the
18   roll.
19              (The Secretary called the roll.)
20              ACTING PRESIDENT BAILEY:   Announce
21   the results.
22              THE SECRETARY:   Ayes, 63.
23              ACTING PRESIDENT BAILEY:   The bill
24   is passed.
25              THE SECRETARY:   Calendar Number
```

4944

```
 1    473, Senate Print 7855A, by Senator Kennedy, an
 2    act to amend the Racing, Pari-Mutuel Wagering and
 3    Breeding Law.
 4              SENATOR WEIK:   Lay it aside.
 5              ACTING PRESIDENT BAILEY:   Lay it
 6    aside.
 7              THE SECRETARY:   Calendar Number
 8    477, Senate Print 5010, by Senator
 9    Reichlin-Melnick, an act to amend the
10    Real Property Tax Law.
11              ACTING PRESIDENT BAILEY:   Read the
12    last section.
13              THE SECRETARY:   Section 2.  This
14    act shall take effect immediately.
15              ACTING PRESIDENT BAILEY:   Call the
16    roll.
17              (The Secretary called the roll.)
18              ACTING PRESIDENT BAILEY:   Announce
19    the results.
20              THE SECRETARY:   Ayes, 63.
21              ACTING PRESIDENT BAILEY:   The bill
22    is passed.
23              THE SECRETARY:   Calendar Number
24    596, Assembly Print Number 7230B, by
25    Assemblymember Gottfried, an act to amend the
```

1    Public Health Law.

2                    ACTING PRESIDENT BAILEY:   Read the

3    last section.

4                    THE SECRETARY:   Section 2.  This

5    act shall take effect immediately.

6                    ACTING PRESIDENT BAILEY:   Call the

7    roll.

8                    (The Secretary called the roll.)

9                    ACTING PRESIDENT BAILEY:   Announce

10   the results.

11                   THE SECRETARY:   In relation to

12   Calendar Number 596, those Senators voting in the

13   negative are Senators Akshar, Borrello, Boyle,

14   Gallivan, Griffo, Helming, Jordan, Lanza,

15   Oberacker, O'Mara, Palumbo, Rath, Stec, Tedisco

16   and Weik.

17                   Ayes, 48.  Nays, 15.

18                   ACTING PRESIDENT BAILEY:   The bill

19   is passed.

20                   THE SECRETARY:   Calendar Number

21   609, Senate Print 164, by Senator Gianaris, an

22   act to amend the Public Officers Law.

23                   ACTING PRESIDENT BAILEY:   Read the

24   last section.

25                   THE SECRETARY:   Section 2.  This

4946

```
 1    act shall take effect immediately.
 2                    ACTING PRESIDENT BAILEY:   Call the
 3    roll.
 4                    (The Secretary called the roll.)
 5                    ACTING PRESIDENT BAILEY:   Announce
 6    the results.
 7                    THE SECRETARY:   In relation to
 8    Calendar Number 609, recorded in the negative:
 9    Senators Boyle and Felder.
10                    Ayes, 61.  Nays, 2.
11                    ACTING PRESIDENT BAILEY:   The bill
12    is passed.
13                    THE SECRETARY:   Calendar Number
14    665, Senate Print 6664A, by Senator May, an act
15    to amend the Public Health Law.
16                    SENATOR LIU:   Lay it aside for the
17    day.
18                    ACTING PRESIDENT BAILEY:   The bill
19    will be laid aside for the day.
20                    THE SECRETARY:   Calendar Number
21    692, Senate Print 8183, by Senator Gaughran, an
22    act to amend the Executive Law.
23                    ACTING PRESIDENT BAILEY:   Read the
24    last section.
25                    THE SECRETARY:   Section 2.  This
```

4947

```
 1    act shall take effect immediately.
 2                ACTING PRESIDENT BAILEY:   Call the
 3    roll.
 4                (The Secretary called the roll.)
 5                ACTING PRESIDENT BAILEY:   Announce
 6    the results.
 7                THE SECRETARY:   In relation to
 8    Calendar 692, those Senators voting in the
 9    negative are Senators Akshar, Borrello, Griffo,
10    Helming, Jordan, Lanza, Martucci, Oberacker,
11    O'Mara, Ortt, Rath, Ritchie, Serino, Stec and
12    Tedisco.
13                Ayes, 48.  Nays, 15.
14                ACTING PRESIDENT BAILEY:   The bill
15    is passed.
16                THE SECRETARY:   Calendar Number
17    715, Senate Print 8405B, by Senator Parker, an
18    act relating to the development of a blueprint to
19    guide the replacement and redevelopment of
20    New York's oldest and most polluting fossil fuel
21    facilities.
22                ACTING PRESIDENT BAILEY:   Read the
23    last section.
24                THE SECRETARY:   Section 7.  This
25    act shall take effect immediately.
```

```
 1                    ACTING PRESIDENT BAILEY:   Call the
 2      roll.
 3                    (The Secretary called the roll.)
 4                    ACTING PRESIDENT BAILEY:   Announce
 5      the results.
 6                    THE SECRETARY:   In relation to
 7      Calendar 715, those Senators voting in the
 8      negative are Senators Akshar, Borrello, Gallivan,
 9      Griffo, Helming, Jordan, Martucci, Mattera,
10      Oberacker, O'Mara, Ortt, Rath, Ritchie, Serino,
11      Stec and Tedisco.
12                    Ayes, 47.  Nays, 16.
13                    ACTING PRESIDENT BAILEY:   The bill
14      is passed.
15                    THE SECRETARY:   Calendar Number
16      799, Senate Print 7743, by Senator Savino, an act
17      to amend the Alcoholic Beverage Control Law.
18                    ACTING PRESIDENT BAILEY:   Read the
19      last section.
20                    THE SECRETARY:   Section 2.  This
21      act shall take effect immediately on the 30th day
22      after it shall have become a law.
23                    ACTING PRESIDENT BAILEY:   Call the
24      roll.
25                    (The Secretary called the roll.)
```

```
 1                    ACTING PRESIDENT BAILEY:    Announce
 2      the results.
 3                    THE SECRETARY:    Ayes, 63.
 4                    ACTING PRESIDENT BAILEY:    The bill
 5      is passed.
 6                    THE SECRETARY:    Calendar Number
 7      817, Senate Print 2873, by Senator Kavanagh, an
 8      act to amend the Executive Law.
 9                    ACTING PRESIDENT BAILEY:    Read the
10      last section.
11                    THE SECRETARY:    Section 2.  This
12      act shall take effect on the 180th day after it
13      shall have become a law.
14                    ACTING PRESIDENT BAILEY:    Call the
15      roll.
16                    (The Secretary called the roll.)
17                    ACTING PRESIDENT BAILEY:    Announce
18      the results.
19                    THE SECRETARY:    Ayes, 63.
20                    ACTING PRESIDENT BAILEY:    The bill
21      is passed.
22                    THE SECRETARY:    Calendar Number
23      869, Senate Print 7406C, by Senator Krueger, an
24      act to amend the Executive Law.
25                    ACTING PRESIDENT BAILEY:    Read the
```

4950

```
 1     last section.
 2                 THE SECRETARY:   Section 2.  This
 3     act shall take effect April 1, 2023.
 4                 ACTING PRESIDENT BAILEY:   Call the
 5     roll.
 6                 (The Secretary called the roll.)
 7                 ACTING PRESIDENT BAILEY:   Announce
 8     the results.
 9                 THE SECRETARY:   In relation to
10     Calendar 869, those Senators voting in the
11     negative are Senators Akshar, Borrello, Boyle,
12     Felder, Gallivan, Griffo, Helming, Jordan, Lanza,
13     Martucci, Mattera, Oberacker, O'Mara, Ortt,
14     Palumbo, Rath, Ritchie, Serino, Stec, Tedisco and
15     Weik.
16                 Ayes, 42.  Nays, 21.
17                 ACTING PRESIDENT BAILEY:   The bill
18     is passed.
19                 THE SECRETARY:   Calendar Number
20     887, Assembly Print Number 159, by Assemblymember
21     Gottfried, an act to amend the Public Health Law.
22                 ACTING PRESIDENT BAILEY:   Read the
23     last section.
24                 THE SECRETARY:   Section 2.  This
25     act shall take effect immediately.
```

1                    ACTING PRESIDENT BAILEY:   Call the

2      roll.

3                    (The Secretary called the roll.)

4                    ACTING PRESIDENT BAILEY:   Announce

5      the results.

6                    THE SECRETARY:   Ayes, 63.

7                    ACTING PRESIDENT BAILEY:   The bill

8      is passed.

9                    THE SECRETARY:   Calendar Number

10     982, Assembly Print Number 1451A, by

11     Assemblymember Santabarbara, an act to amend the

12     Agriculture and Markets Law.

13                   SENATOR WEIK:   Lay it aside.

14                   ACTING PRESIDENT BAILEY:   Lay it

15     aside.

16                   THE SECRETARY:   Calendar Number

17     989, Assembly Print Number 9290, by

18     Assemblymember Forrest, an act to amend the

19     Social Services Law.

20                   ACTING PRESIDENT BAILEY:   Read the

21     last section.

22                   THE SECRETARY:   Section 2.  This

23     act shall take effect on the 90th day after it

24     shall have become a law.

25                   ACTING PRESIDENT BAILEY:   Call the

```
1    roll.
2                    (The Secretary called the roll.)
3                    ACTING PRESIDENT BAILEY:   Announce
4    the results.
5                    THE SECRETARY:   Ayes, 63.
6                    ACTING PRESIDENT BAILEY:   The bill
7    is passed.
8                    THE SECRETARY:   Calendar Number
9    1016, Senate Print 8750A, by Senator Weik, an act
10   authorizing the County of Suffolk to alienate
11   certain lands used as parklands.
12                    ACTING PRESIDENT BAILEY:   There is
13   a home-rule message at the desk.
14                    Read the last section.
15                    THE SECRETARY:   Section 7.  This
16   act shall take effect immediately.
17                    ACTING PRESIDENT BAILEY:   Call the
18   roll.
19                    (The Secretary called the roll.)
20                    ACTING PRESIDENT BAILEY:   Announce
21   the results.
22                    THE SECRETARY:   Ayes, 63.
23                    ACTING PRESIDENT BAILEY:   The bill
24   is passed.
25                    THE SECRETARY:   Calendar Number
```

```
 1    1019, Senate Print 1962A, by Senator Brooks, an
 2    act to amend the General Business Law.
 3                    ACTING PRESIDENT BAILEY:   Read the
 4    last section.
 5                    THE SECRETARY:   Section 2.  This
 6    act shall take effect immediately.
 7                    ACTING PRESIDENT BAILEY:   Call the
 8    roll.
 9                    (The Secretary called the roll.)
10                    ACTING PRESIDENT BAILEY:   Announce
11    the results.
12                    THE SECRETARY:   Ayes, 63.
13                    ACTING PRESIDENT BAILEY:   The bill
14    is passed.
15                    THE SECRETARY:   Calendar Number
16    1033, Assembly Print Number 9675A, by
17    Assemblymember Glick, an act to amend the
18    Multiple Dwelling Law.
19                    ACTING PRESIDENT BAILEY:   Read the
20    last section.
21                    THE SECRETARY:   Section 2.  This
22    act shall take effect immediately.
23                    ACTING PRESIDENT BAILEY:   Call the
24    roll.
25                    (The Secretary called the roll.)
```

1          ACTING PRESIDENT BAILEY:   Announce

2     the results.

3          THE SECRETARY:   In relation to

4     Calendar 1033, those Senators voting in the

5     negative are Senators Akshar, Borrello, Boyle,

6     Gallivan, Griffo, Jordan, Lanza, Mattera,

7     Oberacker, O'Mara, Ortt, Ritchie, Skoufis,

8     Tedisco and Weik.

9               Ayes, 48.  Nays, 15.

10          ACTING PRESIDENT BAILEY:   The bill

11     is passed.

12          THE SECRETARY:   Calendar Number

13     1052, Senate Print 3535C, by Senator Kennedy, an

14     act to amend the Transportation Law.

15          ACTING PRESIDENT BAILEY:   Read the

16     last section.

17          THE SECRETARY:   Section 8.  This

18     act shall take effect immediately.

19          ACTING PRESIDENT BAILEY:   Call the

20     roll.

21               (The Secretary called the roll.)

22          ACTING PRESIDENT BAILEY:   Announce

23     the results.

24          THE SECRETARY:   Ayes, 63.

25          ACTING PRESIDENT BAILEY:   The bill

1    is passed.

2               THE SECRETARY:   Calendar Number

3    1053, Assembly Print Number 3801A, by

4    Assemblymember Abinanti, an act to amend the

5    Public Authorities Law.

6               ACTING PRESIDENT BAILEY:   Read the

7    last section.

8               THE SECRETARY:   Section 2.  This

9    act shall take effect immediately.

10              ACTING PRESIDENT BAILEY:   Call the

11   roll.

12              (The Secretary called the roll.)

13              ACTING PRESIDENT BAILEY:   Announce

14   the results.

15              THE SECRETARY:   In relation to

16   Calendar 1053, those Senators voting in the

17   negative are Senators Borrello, Helming, Jordan,

18   Oberacker, O'Mara, Ortt, Palumbo, Rath and

19   Tedisco.

20              Ayes, 54.  Nays, 9.

21              ACTING PRESIDENT BAILEY:   The bill

22   is passed.

23              THE SECRETARY:   Calendar Number

24   1057, Senate Print 6839, by Senator Kaminsky, an

25   act to amend the Vehicle and Traffic Law.

```
 1                    ACTING PRESIDENT BAILEY:   There is
 2       a home-rule message at the desk.
 3                    Read the last section.
 4                    THE SECRETARY:   Section 2.  This
 5       act shall take effect immediately.
 6                    ACTING PRESIDENT BAILEY:   Call the
 7       roll.
 8                    (The Secretary called the roll.)
 9                    ACTING PRESIDENT BAILEY:   Announce
10       the results.
11                    THE SECRETARY:   In relation to
12       Calendar 1057, those Senators voting in the
13       negative are Senators Lanza and Skoufis.
14                    Ayes, 61.  Nays, 2.
15                    ACTING PRESIDENT BAILEY:   The bill
16       is passed.
17                    THE SECRETARY:   Calendar Number
18       1105, Senate Print 8828A, by Senator Mayer, an
19       act to amend the Environmental Conservation Law.
20                    ACTING PRESIDENT BAILEY:   Read the
21       last section.
22                    THE SECRETARY:   Section 3.  This
23       act shall take effect immediately.
24                    ACTING PRESIDENT BAILEY:   Call the
25       roll.
```

```
 1                    (The Secretary called the roll.)
 2                    ACTING PRESIDENT BAILEY:   Announce
 3       the results.
 4                    THE SECRETARY:   Ayes, 63.
 5                    ACTING PRESIDENT BAILEY:   The bill
 6       is passed.
 7                    THE SECRETARY:   Calendar Number
 8       1121, Senate Print 8826, by Senator Skoufis, an
 9       act to amend the Alcoholic Beverage Control Law.
10                    ACTING PRESIDENT BAILEY:   Read the
11       last section.
12                    THE SECRETARY:   Section 4.  This
13       act shall take effect on the 90th day after it
14       shall have become a law.
15                    ACTING PRESIDENT BAILEY:   Call the
16       roll.
17                    (The Secretary called the roll.)
18                    ACTING PRESIDENT BAILEY:   Announce
19       the results.
20                    THE SECRETARY:   Ayes, 63.
21                    ACTING PRESIDENT BAILEY:   The bill
22       is passed.
23                    THE SECRETARY:   Calendar Number
24       1131, Assembly Print Number 25, by
25       Assemblymember Cahill, an act to amend the
```

4958

1    Executive Law.

2              ACTING PRESIDENT BAILEY:   Read the

3    last section.

4              THE SECRETARY:   Section 2.  This

5    act shall take effect immediately.

6              ACTING PRESIDENT BAILEY:   Call the

7    roll.

8              (The Secretary called the roll.)

9              ACTING PRESIDENT BAILEY:   Announce

10   the results.

11             THE SECRETARY:   Ayes, 63.

12             ACTING PRESIDENT BAILEY:   The bill

13   is passed.

14             THE SECRETARY:   Calendar Number

15   1144, Senate Print 8767, by Senator Ryan, an act

16   to amend the Executive Law.

17             ACTING PRESIDENT BAILEY:   Read the

18   last section.

19             THE SECRETARY:   Section 2.  This

20   act shall take effect immediately.

21             ACTING PRESIDENT BAILEY:   Call the

22   roll.

23             (The Secretary called the roll.)

24             ACTING PRESIDENT BAILEY:   Announce

25   the results.

```
 1                    THE SECRETARY:   In relation to
 2    Calendar 1144, those Senators voting in the
 3    negative are Senators Brisport and Skoufis.
 4                    Ayes, 61.  Nays, 2.
 5                    ACTING PRESIDENT BAILEY:   The bill
 6    is passed.
 7                    THE SECRETARY:   Calendar Number
 8    1153, Senate Print 8792, by Senator Mayer, an act
 9    to amend the State Finance Law.
10                    ACTING PRESIDENT BAILEY:   Read the
11    last section.
12                    THE SECRETARY:   Section 4.  This
13    act shall take effect immediately.
14                    ACTING PRESIDENT BAILEY:   Call the
15    roll.
16                    (The Secretary called the roll.)
17                    ACTING PRESIDENT BAILEY:   Announce
18    the results.
19                    THE SECRETARY:   Ayes, 63.
20                    ACTING PRESIDENT BAILEY:   The bill
21    is passed.
22                    THE SECRETARY:   Calendar Number
23    1199, Senate Print 670, by Senator Sanders, an
24    act to amend the General Municipal Law and the
25    Banking Law.
```

```
 1                SENATOR WEIK:   Lay it aside.
 2                ACTING PRESIDENT BAILEY:   Lay it
 3      aside.
 4                THE SECRETARY:   Calendar Number
 5      1202, Senate Print 981, by Senator Gaughran, an
 6      act to amend the Real Property Tax Law.
 7                ACTING PRESIDENT BAILEY:   Read the
 8      last section.
 9                THE SECRETARY:   Section 2.  This
10      act shall take effect on the first of April.
11                ACTING PRESIDENT BAILEY:   Call the
12      roll.
13                (The Secretary called the roll.)
14                ACTING PRESIDENT BAILEY:   Announce
15      the results.
16                THE SECRETARY:   In relation to
17      Calendar Number 1202, voting in the negative are
18      Senators Akshar, Brisport and Lanza.
19                Ayes, 60.  Nays, 3.
20                ACTING PRESIDENT BAILEY:   The bill
21      is passed.
22                THE SECRETARY:   Calendar Number
23      1244, Senate Print 7383, by Senator Stavisky, an
24      act to amend the Education Law.
25                ACTING PRESIDENT BAILEY:   Read the
```

4961

1    last section.

2                    THE SECRETARY:   Section 3.  This

3    act shall take effect immediately.

4                    ACTING PRESIDENT BAILEY:   Call the

5    roll.

6                    (The Secretary called the roll.)

7                    ACTING PRESIDENT BAILEY:   Announce

8    the results.

9                    THE SECRETARY:   Ayes, 63.

10                   ACTING PRESIDENT BAILEY:   The bill

11   is passed.

12                   THE SECRETARY:   Calendar Number

13   1275, Senate Print 7586A, by Senator Kaminsky, an

14   act to amend the Highway Law.

15                   ACTING PRESIDENT BAILEY:   Read the

16   last section.

17                   THE SECRETARY:   Section 3.  This

18   act shall take effect immediately.

19                   ACTING PRESIDENT BAILEY:   Call the

20   roll.

21                   (The Secretary called the roll.)

22                   ACTING PRESIDENT BAILEY:   Announce

23   the results.

24                   THE SECRETARY:   In relation to

25   Calendar Number 1275, voting in the negative:

4962

1    Senator Krueger.

2                    Ayes, 62.  Nays, 1.

3                    Excuse me.  Also Senator Ramos.

4                    Ayes, 61.  Nays, 2.

5                    ACTING PRESIDENT BAILEY:   The bill

6    is passed.

7                    THE SECRETARY:   Calendar Number

8    1281, Senate Print 8927A, by Senator Brooks, an

9    act to amend the Highway Law.

10                    (Off the record.)

11                    SENATOR GIANARIS:   Lay it aside for

12    the day.

13                    ACTING PRESIDENT BAILEY:   The bill

14    will be laid aside for the day.

15                    THE SECRETARY:   Calendar Number

16    1304, Senate Print Number 6524, by

17    Senator Reichlin-Melnick, an act to amend the

18    Public Service Law.

19                    ACTING PRESIDENT BAILEY:   Read the

20    last section.

21                    THE SECRETARY:   Section 2.  This

22    act shall take effect on the 90th day after it

23    shall have become a law.

24                    ACTING PRESIDENT BAILEY:   Call the

25    roll.

```
 1                    (The Secretary called the roll.)
 2                    ACTING PRESIDENT BAILEY:   Announce
 3      the results.
 4                    THE SECRETARY:   Ayes, 63.
 5                    ACTING PRESIDENT BAILEY:   The bill
 6      is passed.
 7                    THE SECRETARY:   Calendar Number
 8      1318, Assembly Print Number 7865A, by
 9      Assemblymember Fahy, an act to amend the
10      General Business Law.
11                    ACTING PRESIDENT BAILEY:   Read the
12      last section.
13                    THE SECRETARY:   Section 2.  This
14      act shall take effect on the 180th day after it
15      shall have become a law.
16                    ACTING PRESIDENT BAILEY:   Call the
17      roll.
18                    (The Secretary called the roll.)
19                    ACTING PRESIDENT BAILEY:   Senator
20      Borrello to explain his vote.
21                    SENATOR BORRELLO:   Thank you,
22      Mr. President.
23                    I understand the goal of this bill.
24      However, I think there's a far better way of
25      going about this.
```

1          We're saying here that we need to

2    have some kind of a human being that's going to

3    be monitoring social media, determining whether

4    something is a threat or not, and then reporting

5    it to someone.  Sounds pretty old-fashioned to

6    me.  In fact, I think there's a far better way to

7    do this.

8            Right now, if I were to put a post

9    up on social media, on Facebook, and mention the

10   word "COVID" or "vaccine," instantly that post is

11   tagged with a link that says "Find out where you

12   can get a COVID vaccine near you."

13           Now, that's probably a proprietary

14   algorithm that Facebook has.  They should be able

15   to share that with other social media platforms.

16   Because all this is going to do is it's going to

17   push people into lesser-known and Dark Web social

18   media platforms.  How many people heard of Twitch

19   before the Buffalo shooting?  Anybody?  You?

20   That's weird, though.

21           (Laughter.)

22           SENATOR BORRELLO:   I will say that

23   I did not, because I'm not a gamer.

24           But if you can incidentally tag a

25   COVID post with a link, you can certainly

4965

```
 1     instantly tag and report -- not to a human being,
 2     but to another computer in law enforcement to do
 3     this.
 4               You're leaving the subject to human
 5     error.  And I think it's a nice attempt, but
 6     there are other flaws with this bill, so I'll be
 7     voting no.  Thank you.
 8               ACTING PRESIDENT BAILEY:   Senator
 9     Borrello to be recorded in the negative.
10               Senator Kaminsky to explain his
11     vote.
12               SENATOR KAMINSKY:    Thank you very
13     much.
14               I think this bill from
15     Senator Kaplan is extremely important.  Whether
16     it's in a bullying context where someone posts
17     terrible pictures of your kid or your neighbor's
18     kid or whether someone posts hateful speech,
19     people don't know what to do when they see this.
20               This doesn't say anyone has to do
21     anything other than say where you can report it.
22     A parent has called me:  Do you know that there
23     is a naked picture of my child someone posts?
24     What do I do?  Who do I call?  I have no idea.
25     There's no number, there's no anything to do.
```

4966

```
1              Or, in the case of hateful speech,
2    it could be even more important and in the case
3    of a threat, it could be terribly important.
4              This just says if you need to reach
5    us and flag something for us, here is how you do
6    it.  What happens after that, this bill does not
7    speak to.
8              I think this makes common sense, is
9    common sense, and it is good policy.  I'm an aye.
10             ACTING PRESIDENT BAILEY:    Senator
11   Kaminsky to be recorded in the affirmative.
12             Senator Kennedy to explain his vote.
13             SENATOR KENNEDY:    Thank you,
14   Mr. President.
15             You know, I want to just call into
16   question what I'm hearing on the floor here today
17   from my colleagues that may be against this bill.
18             You know, we just had a horrific
19   mass shooting in Buffalo less than three weeks
20   ago where 10 people died at the hands of an
21   evildoer who posted his hateful thoughts and his
22   horrific atrocities on the internet before he
23   carried out his plan.  Wouldn't it have been
24   well-thought-out to have a place to report this
25   sort of thing?
```

 1              You know, are we to do nothing?  Are
 2     we to stand back and just pretend this didn't
 3     happen and carry on, business as usual?  It's
 4     mind-boggling to think that anybody would be
 5     against some accountability on these websites and
 6     a reporting mechanism to allow for the hate and
 7     the evil and the white supremacy that's happening
 8     all across the internet to be reported.
 9              This handles all of that very
10     neatly, and hopefully we'll prevent some of these
11     atrocities in the future by being able to call
12     them out before they happen.
13              I vote aye, Mr. President.
14              ACTING PRESIDENT BAILEY:   Senator
15     Kennedy to be recorded in the affirmative.
16              Announce the results.
17              THE SECRETARY:   In relation to
18     Calendar 1318, voting in the negative are
19     Senators Borrello, Oberacker and Tedisco.
20              Ayes, 60.  Nays, 3.
21              ACTING PRESIDENT BAILEY:   The bill
22     is passed.
23              THE SECRETARY:   Calendar Number
24     1326, Assembly Print Number 9649A, by
25     Assemblymember Woerner, an act to amend the

4968

1    Economic Development Law.

2                    ACTING PRESIDENT BAILEY:   Read the

3    last section.

4                    THE SECRETARY:   Section 4.  This

5    act shall take effect on the first of January.

6                    ACTING PRESIDENT BAILEY:   Call the

7    roll.

8                    (The Secretary called the roll.)

9                    ACTING PRESIDENT BAILEY:   Announce

10   the results.

11                   THE SECRETARY:   In relation to

12   Calendar Number 1326, voting in the negative:

13   Senator Skoufis.

14                   Ayes, 62.  Nays, 1.

15                   ACTING PRESIDENT BAILEY:   The bill

16   is passed.

17                   THE SECRETARY:   Calendar Number

18   1333, Senate Print 4685, by Senator Rivera, an

19   act to amend the Public Health Law.

20                   ACTING PRESIDENT BAILEY:   Read the

21   last section.

22                   THE SECRETARY:   Section 5.  This

23   act shall take effect on the 90th day after it

24   shall have become a law.

25                   ACTING PRESIDENT BAILEY:   Call the

```
 1    roll.
 2                   (The Secretary called the roll.)
 3                   ACTING PRESIDENT BAILEY:   Announce
 4    the results.
 5                   THE SECRETARY:   In relation to
 6    Calendar 1333, those Senators voting in the
 7    negative are Senators Akshar, Borrello, Boyle,
 8    Felder, Gallivan, Griffo, Helming, Jordan, Lanza,
 9    Mannion, Martucci, Mattera, Oberacker, O'Mara,
10    Ortt, Rath, Ritchie, Serrano, Skoufis, Stec,
11    Tedisco and Weik.
12                   Ayes, 41.  Nays, 22.
13                   ACTING PRESIDENT BAILEY:   The bill
14    is passed.
15                   THE SECRETARY:   Calendar Number
16    1375, Assembly Print Number 9751, by
17    Assemblymember Lupardo, an act to amend the
18    Highway Law.
19                   ACTING PRESIDENT BAILEY:   Read the
20    last section.
21                   THE SECRETARY:   Section 2.  This
22    act shall take effect immediately.
23                   ACTING PRESIDENT BAILEY:   Call the
24    roll.
25                   (The Secretary called the roll.)
```

4970

```
 1              ACTING PRESIDENT BAILEY:   Announce
 2     the results.
 3              THE SECRETARY:   In relation to
 4     Calendar Number 1375, voting in the negative:
 5     Senator Brisport.
 6              Ayes, 62.  Nays, 1.
 7              ACTING PRESIDENT BAILEY:   The bill
 8     is passed.
 9              THE SECRETARY:   Calendar Number
10     1556, Senate Print 8180, by Senator Hinchey, an
11     act to amend the Town Law.
12              SENATOR GIANARIS:   Lay it aside for
13     the day, please.
14              ACTING PRESIDENT BAILEY:   Lay it
15     aside for the day.
16              THE SECRETARY:   Calendar Number
17     1558, Assembly Print Number 9269A, by
18     Assemblymember McDonald, an act to amend the
19     County Law and the Tax Law.
20              ACTING PRESIDENT BAILEY:   There is
21     a home-rule message at the desk.
22              Read the last section.
23              THE SECRETARY:   Section 2.  This
24     act shall take effect immediately.
25              ACTING PRESIDENT BAILEY:   Call the
```

4971

```
 1    roll.
 2                   (The Secretary called the roll.)
 3                   ACTING PRESIDENT BAILEY:   Announce
 4    the results.
 5                   THE SECRETARY:   In relation to
 6    Calendar Number 1558, those Senators voting in
 7    the negative are Senators Akshar, Borrello,
 8    Griffo, Helming, Jordan, Lanza, Martucci,
 9    Mattera, Oberacker, O'Mara, Ortt, Palumbo, Rath,
10    Ritchie, Serino, Stec, Tedisco and Weik.
11                   Ayes, 45.  Nays, 18.
12                   ACTING PRESIDENT BAILEY:   The bill
13    is passed.
14                   THE SECRETARY:   Calendar Number
15    1560, Assembly Print Number 9625, by
16    Assemblymember Jacobson, an act to amend the
17    Tax Law.
18                   ACTING PRESIDENT BAILEY:   There is
19    a home-rule message at the desk.
20                   Read the last section.
21                   THE SECRETARY:   Section 2.  This
22    act shall take effect immediately.
23                   ACTING PRESIDENT BAILEY:   Call the
24    roll.
25                   (The Secretary called the roll.)
```

Kirkland Reporting Service

4972

```
 1              ACTING PRESIDENT BAILEY:   Announce
 2    the results.
 3              THE SECRETARY:   In relation to
 4    Calendar 1560, those Senators voting in the
 5    negative are Senators Akshar, Boyle, Brooks,
 6    Felder, Gallivan, Gaughran, Griffo, Harckham,
 7    Helming, Hinchey, Jordan, Kaplan, Kennedy, Lanza,
 8    Mannion, Martucci, Oberacker, O'Mara, Ortt,
 9    Palumbo, Rath, Ritchie, Serino, Stec, Tedisco,
10    Thomas and Weik.
11              Ayes, 36.  Nays, 27.
12              ACTING PRESIDENT BAILEY:   The bill
13    is passed.
14              THE SECRETARY:   Calendar Number
15    1561, Senate Print 8396A, by Senator Skoufis, an
16    act to amend the Real Property Tax Law.
17              ACTING PRESIDENT BAILEY:   Read the
18    last section.
19              THE SECRETARY:   Section 2.  This
20    act shall take effect on the first of January.
21              ACTING PRESIDENT BAILEY:   Call the
22    roll.
23              (The Secretary called the roll.)
24              ACTING PRESIDENT BAILEY:   Announce
25    the results.
```

4973

```
 1                    THE SECRETARY:   In relation to
 2    Calendar Number 1561, voting in the negative:
 3    Senator Kaplan.
 4                    Ayes, 62.  Nays, 1.
 5                    ACTING PRESIDENT BAILEY:   The bill
 6    is passed.
 7                    THE SECRETARY:   Calendar Number
 8    1563, Senate Print 8549, by Senator Persaud, an
 9    act to amend the Insurance Law.
10                    ACTING PRESIDENT BAILEY:   Read the
11    last section.
12                    THE SECRETARY:   Section 4.  This
13    act shall take effect on the 120th day after it
14    shall have become a law.
15                    ACTING PRESIDENT BAILEY:   Call the
16    roll.
17                    (The Secretary called the roll.)
18                    ACTING PRESIDENT BAILEY:   Announce
19    the results.
20                    THE SECRETARY:   Ayes, 63.
21                    ACTING PRESIDENT BAILEY:   The bill
22    is passed.
23                    THE SECRETARY:   Calendar Number
24    1573, Senate Print 8743B, by Senator O'Mara, an
25    act authorizing the City of Elmira, County of
```

4974

```
 1    Chemung, to alienate and sell parklands.
 2                    SENATOR GIANARIS:   Lay it aside
 3    temporarily.
 4                    (Off the record.)
 5                    ACTING PRESIDENT BAILEY:   Lay it
 6    aside temporarily.
 7                    ACTING PRESIDENT BAILEY:   Calendar
 8    Number 1574, Senate Print 8752B, by
 9    Senator Kaplan, an act in relation to authorizing
10    Gurudwara Shaheedan, Inc., to file with the
11    County of Nassau assessor an application for
12    certain real property tax exemptions.
13                    ACTING PRESIDENT BAILEY:   Read the
14    last section.
15                    THE SECRETARY:   Section 2.  This
16    act shall take effect immediately.
17                    ACTING PRESIDENT BAILEY:   Call the
18    roll.
19                    (The Secretary called the roll.)
20                    ACTING PRESIDENT BAILEY:   Announce
21    the results.
22                    THE SECRETARY:   In relation to
23    Calendar 1574, those Senators voting in the
24    negative are Senators Akshar and O'Mara.
25                    Ayes, 61.  Nays, 2.
```

Kirkland Reporting Service

```
 1                    ACTING PRESIDENT BAILEY:    The bill
 2      is passed.
 3                    THE SECRETARY:    Calendar Number
 4      1578, Senate Print 8845A, by Senator Skoufis, an
 5      act to amend the Tax Law.
 6                    ACTING PRESIDENT BAILEY:    There is
 7      a home-rule message at the desk.
 8                    Read the last section.
 9                    THE SECRETARY:    Section 2.  This
10      act shall take effect immediately.
11                    ACTING PRESIDENT BAILEY:    Call the
12      roll.
13                    (The Secretary called the roll.)
14                    ACTING PRESIDENT BAILEY:    Announce
15      the results.
16                    THE SECRETARY:    In relation to
17      Calendar 1578, those Senators voting in the
18      negative are Senators Akshar, Brooks, Felder,
19      Gallivan, Gaughran, Griffo, Harckham, Helming,
20      Hinchey, Jordan, Kaplan, Kennedy, Lanza, Mannion,
21      Martucci, Oberacker, O'Mara, Ortt, Palumbo, Rath,
22      Ritchie, Serino, Stec, Tedisco, Thomas and Weik.
23                    Ayes, 37.  Nays, 26.
24                    ACTING PRESIDENT BAILEY:    The bill
25      is passed.
```

```
 1                THE SECRETARY:   Calendar Number
 2   1592, Senate Print 9120A, by Senator Sepúlveda,
 3   an act to authorize the City of New York to
 4   discontinue a portion of real property in the
 5   County of the Bronx.
 6                ACTING PRESIDENT BAILEY:   There is
 7   a home-rule message at the desk.
 8                Read the last section.
 9                THE SECRETARY:   Section 7.  This
10   act shall take effect immediately.
11                ACTING PRESIDENT BAILEY:   Call the
12   roll.
13                (The Secretary called the roll.)
14                ACTING PRESIDENT BAILEY:   Announce
15   the results.
16                THE SECRETARY:   In relation to
17   Calendar 1592, voting in the negative are
18   Senators Oberacker and Ortt.
19                Ayes, 61.  Nays, 2.
20                ACTING PRESIDENT BAILEY:   The bill
21   is passed.
22                THE SECRETARY:   Calendar Number
23   1595, Senate Print 9145A, by Senator Weik, an act
24   in relation to authorizing the Town of
25   Brookhaven, County of Suffolk assessor to accept
```

1    an application for a real property tax exemption.

2                    SENATOR WEIK:   Lay it aside

3    temporarily.

4                    ACTING PRESIDENT BAILEY:   The bill

5    will be laid aside temporarily.

6                    THE SECRETARY:   Calendar Number

7    1598, Senate Print 9323A, by Senator Salazar, an

8    act to authorize the City of New York to

9    discontinue the use as parkland of a portion of

10   real property in the Borough of Brooklyn.

11                   ACTING PRESIDENT BAILEY:   There is

12   a home-rule message at the desk.

13                   Read the last section.

14                   THE SECRETARY:   Section 9.  This

15   act shall take effect immediately.

16                   ACTING PRESIDENT BAILEY:   Call the

17   roll.

18                   (The Secretary called the roll.)

19                   ACTING PRESIDENT BAILEY:   Announce

20   the results.

21                   THE SECRETARY:   In relation to

22   Calendar Number 1598, voting in the negative:

23   Senator Oberacker.

24                   Ayes, 62.  Nays, 1.

25                   ACTING PRESIDENT BAILEY:   The bill

1    is passed.

2                   THE SECRETARY:   Calendar Number

3    1628, Assembly Print Number 4947B, by

4    Assemblymember Bichotte Hermelyn, an act to amend

5    the Penal Law.

6                   ACTING PRESIDENT BAILEY:   Read the

7    last section.

8                   THE SECRETARY:   Section 5.  This

9    act shall take effect on the 30th day after it

10   shall have become a law.

11                  ACTING PRESIDENT BAILEY:   Call the

12   roll.

13                  (The Secretary called the roll.)

14                  ACTING PRESIDENT BAILEY:   Senator

15   Ramos to explain her vote.

16                  SENATOR RAMOS:   Yes, thank you,

17   Mr. President.  I rise in support of

18   Senator Sanders' bill.

19                  Actually, you know, upon being

20   elected to the State Senate one of my main

21   missions was actually to figure out how I could

22   help get this bill passed here in this body.

23                  You know, we have lost so many

24   workers since the death of Carlos Moncayo in the

25   construction industry.  In fact, 86 percent of

1    fatalities are non-union work sites, and at least

2    54 percent of the fatalities are Latinos.  And

3    unfortunately, there are six workers since who we

4    cannot name, we haven't been able to identify who

5    they are.

6              But I do want to read the names of

7    workers who have died building New York City

8    since Carlos Moncayo was buried on a construction

9    site in 2015.

10             Carlos Moncayo, Trevor Loftus,

11   Christian Ginesi, Dominick Deluca, Angel Munoz,

12   Juan Cerezo, Fernando Venegas, Pedro Basilico,

13   Eugeniuzo Klecha, Konstantinos Potamousis, Manuel

14   Sobral, Alex Santizo, Phil Dellegrazie, Igor

15   Begun, Lorenzo Perechu, Luis Mata, Bruno

16   Travalja, Paul Kennedy, Michael Buffamante,

17   George Smith, Elizandro Enriquez Ramos, Wilfredo

18   Enriques, Mahamoudon Marega, Rakesh Ram, Antonio

19   Veloso, Jose Cruz, Thomas Ryan, Jonathan

20   Lupinsky, Antonio Garcia, Joseph Pacheco, Juan

21   Chonillo, Christopher Sayers, Przemyslaw

22   Krawczyk, Ju Cong Wu, John Davie, Jorge

23   Castaneda, Edgar Pazmino, Angel Espinoza, Carlos

24   Gabrielli, Luis Almonte, Juan Otoya, Over

25   Paredes, Nelson Salinas, Erik Mendoza, Gregory

```
 1   Echevarria, Giuseppe Pagano, Carlos Olmedo Lala,
 2   Rene Chavarria, Jose Martins, Segundo Huerta,
 3   Stanislaw Supinsky, Luis Miguel Duran Solano,
 4   David Johnson, Victor Pando, Wilson Patricio
 5   López Flores, Mario Salas Victorio, Marcos
 6   Rodriguez, Saqueo Mejia, Jashim Mia, Joseph Rosa,
 7   Scott Keegan, Lizbeth Mass, Diego Lliguicota,
 8   Michael Melfi, David Alomia Jr., Angel Pilataxi,
 9   Alexander Gabatashvili and Holger Molino-Pinos
10   are all the men who have died on construction
11   sites in New York City alone since 2015.  Most of
12   them are Latino, most of them were my neighbors
13   from my district.
14               And so I want to thank the leader,
15   and I want to thank every single one of my
16   colleagues who is about to vote for this bill.
17   It is going to be life-saving for families in my
18   district, and I am forever indebted to you.
19               Thank you.
20               ACTING PRESIDENT BAILEY:   Senator
21   Ramos to be recorded in the affirmative.
22               Senator Sanders to explain his vote.
23               SENATOR SANDERS:   Thank you,
24   Mr. President.
25               It has been very well put by my
```

4981

```
1   colleague Senator Ramos, the necessity of this

2   bill.  I really hope that people have listened

3   and that those words that she was using, those

4   names, that people remember they are people

5   behind that, they are family behind that.

6   There's a -- an injustice that has called out for

7   it to be remedied, and it has waited for a long

8   time for this moment.

9               I am grateful to so many people.

10  I'm grateful to Local 79.  I'm grateful to the

11  leader.  I'm grateful to all of my colleagues

12  here that all of us can take credit for remedying

13  a systemic failure.

14              For those who don't know, a young

15  man went to work, Carlos, and he -- 22 years

16  old -- went to work and he was set to build a

17  trench.  What he didn't know was an inspector had

18  come in and said no one should build that trench,

19  it's not safe.  No one go in there.

20              The employer, of course, said --

21  well, not of course, but the employer said, go in

22  and build a trench anyway.  The trench collapsed,

23  killed him.

24              They took the employer to court.

25  The employer fought it, and the best that they
```

4982

```
 1    could do was fine the guy $10,000.  Ten thousand
 2    dollars for a person's life, a young person, 22
 3    years old, and that was the most that society
 4    could do in a case like that.
 5               Not anymore.  With your vote, we're
 6    going to increase that penalty to $500,000.  Not
 7    anymore will we read name after name after name.
 8               When you were reading it, Senator, I
 9    was saying, When will it end?  Can she ever --
10    when will this end?  It was horrifying to hear
11    each name.
12               So we will call this law after
13    Carlos.  And be aware that there were Carloses
14    before him and Carloses after.  But at least we
15    in this body can do something about it, and we're
16    doing something about it today.
17               Mr. President, I of course am voting
18    yes, and I urge everyone, in honor of all of
19    those names and families that go behind that, to
20    vote yes on Carlos's bill.
21               Thank you, Mr. President.
22               ACTING PRESIDENT BAILEY:   Senator
23    Sanders to be recorded in the affirmative.
24               Announce the results.
25               THE SECRETARY:   In relation to
```

Kirkland Reporting Service

```
 1    Calendar 1628, voting in the negative are
 2    Senators Akshar, Oberacker and Ritchie.
 3                    Ayes, 60.  Nays, 3.
 4                    ACTING PRESIDENT BAILEY:   The bill
 5    is passed.
 6                    THE SECRETARY:   Calendar Number
 7    1632, Senate Print 1608, by Senator Gounardes, an
 8    act to amend the Civil Service Law.
 9                    ACTING PRESIDENT BAILEY:   There is
10    a home-rule message at the desk.
11                    Read the last section.
12                    THE SECRETARY:   Section 2.  This
13    act shall take effect immediately.
14                    ACTING PRESIDENT BAILEY:   Call the
15    roll.
16                    (The Secretary called the roll.)
17                    ACTING PRESIDENT BAILEY:   Announce
18    the results.
19                    THE SECRETARY:   In relation to
20    Calendar Number 1632, voting in the negative:
21    Senator Lanza.
22                    Ayes, 62.  Nays, 1.
23                    ACTING PRESIDENT BAILEY:   The bill
24    is passed.
25                    THE SECRETARY:   Calendar Number
```

4984

```
1    1640, Assembly Print Number 9375, by

2    Assemblymember Hawley, an act to authorize the

3    County of Orleans to offer an optional 20-year

4    retirement plan to Ryan Flaherty.

5                    ACTING PRESIDENT BAILEY:   There is

6    a home-rule message at the desk.

7                    Read the last section.

8                    THE SECRETARY:   Section 2.  This

9    act shall take effect immediately.

10                    ACTING PRESIDENT BAILEY:   Call the

11   roll.

12                    (The Secretary called the roll.)

13                    ACTING PRESIDENT BAILEY:   Announce

14   the results.

15                    THE SECRETARY:   In relation to

16   Calendar Number 1640, voting in the negative:

17   Senator Brisport.

18                    Ayes, 62.  Nays, 1.

19                    ACTING PRESIDENT BAILEY:   The bill

20   is passed.

21                    THE SECRETARY:   Calendar Number

22   1658, Assembly Print Number 879, by

23   Assemblymember Gottfried, an act to amend the

24   Public Health Law and the Insurance Law.

25                    SENATOR WEIK:   Lay it aside.
```

```
 1                    ACTING PRESIDENT BAILEY:   Lay it
 2        aside.
 3                    THE SECRETARY:   Calendar Number
 4        1660, Senate Print 8297A, by Senator Gounardes,
 5        an act to amend the Civil Practice Law and Rules.
 6                    ACTING PRESIDENT BAILEY:   Read the
 7        last section.
 8                    THE SECRETARY:   Section 2.  This
 9        act shall take effect immediately.
10                    ACTING PRESIDENT BAILEY:   Call the
11        roll.
12                    (The Secretary called the roll.)
13                    ACTING PRESIDENT BAILEY:   Announce
14        the results.
15                    THE SECRETARY:   In relation to
16        Calendar Number 1660, those Senators voting in
17        the negative are Senators Akshar, Borrello,
18        Boyle, Jordan, Lanza, Martucci, Mattera, Rath and
19        Tedisco.
20                    Ayes, 54.  Nays, 9.
21                    ACTING PRESIDENT BAILEY:   The bill
22        is passed.
23                    THE SECRETARY:   Calendar Number
24        1671, Assembly Print Number 9690, by
25        Assemblymember Gunther, an act granting
```

1   retroactive Tier IV membership in the New York

2   State and Local Employees' Retirement System to

3   Mark Pavlak.

4           ACTING PRESIDENT BAILEY:   There is

5   a home-rule message at the desk.

6           Read the last section.

7           THE SECRETARY:   Section 2.  This

8   act shall take effect immediately.

9           ACTING PRESIDENT BAILEY:   Call the

10  roll.

11          (The Secretary called the roll.)

12          ACTING PRESIDENT BAILEY:   Announce

13  the results.

14          THE SECRETARY:   Ayes, 63.

15          ACTING PRESIDENT BAILEY:   The bill

16  is passed.

17          THE SECRETARY:   Calendar Number

18  1676, Senate Print 8757, by Senator Helming, an

19  act in relation to authorizing the Town of

20  Webster, County of Monroe, to alienate certain

21  lands used as parkland.

22          ACTING PRESIDENT BAILEY:   There is

23  a home-rule message at the desk.

24          Read the last section.

25          THE SECRETARY:   Section 6.  This

```
 1    act shall take effect immediately.
 2                    ACTING PRESIDENT BAILEY:   Call the
 3    roll.
 4                    (The Secretary called the roll.)
 5                    ACTING PRESIDENT BAILEY:   Announce
 6    the results.
 7                    THE SECRETARY:   Ayes, 63.
 8                    ACTING PRESIDENT BAILEY:   The bill
 9    is passed.
10                    THE SECRETARY:   Calendar Number
11    1679, Senate Print 8775, by Senator Cooney, an
12    act extending the time within which certain
13    elected officials may file their oaths of office.
14                    ACTING PRESIDENT BAILEY:   There is
15    a home-rule message at the desk.
16                    Read the last section.
17                    THE SECRETARY:   Section 2.  This
18    act shall take effect immediately.
19                    ACTING PRESIDENT BAILEY:   Call the
20    roll.
21                    (The Secretary called the roll.)
22                    ACTING PRESIDENT BAILEY:   Announce
23    the results.
24                    THE SECRETARY:   In relation to
25    Calendar Number 1679, voting in the negative:
```

4988

 1    Senator Ortt.

 2                    Ayes, 62.  Ayes, 1.

 3                    ACTING PRESIDENT BAILEY:   The bill

 4    is passed.

 5                    THE SECRETARY:   Calendar Number

 6    1681, Assembly Print Number 9964, by

 7    Assemblymember Joyner, an act to amend the

 8    Public Authorities Law.

 9                    ACTING PRESIDENT BAILEY:   Read the

10    last section.

11                    THE SECRETARY:   Section 2.  This

12    act shall take effect immediately.

13                    ACTING PRESIDENT BAILEY:   Call the

14    roll.

15                    (The Secretary called the roll.)

16                    ACTING PRESIDENT BAILEY:   Announce

17    the results.

18                    THE SECRETARY:   Ayes, 63.

19                    ACTING PRESIDENT BAILEY:   The bill

20    is passed.

21                    THE SECRETARY:   Calendar Number

22    1682, Senate Print 8832, by Senator Boyle, an act

23    authorizing the town board of the Town of Islip,

24    County of Suffolk, to transfer funds of the

25    Kismet Street Improvement District.

4989

1              SENATOR GIANARIS:   Lay it aside

2      temporarily.

3              ACTING PRESIDENT BAILEY:   The bill

4      will be laid aside temporarily.

5              THE SECRETARY:   Calendar Number

6      1685, Senate Print 8864, by Senator Mattera, an

7      act in relation to authorizing the assessor of

8      the Town of Brookhaven, County of Suffolk, to

9      accept an application for exemption from real

10     property taxes.

11             ACTING PRESIDENT BAILEY:   Read the

12     last section.

13             THE SECRETARY:   Section 2.  This

14     act shall take effect immediately.

15             ACTING PRESIDENT BAILEY:   Call the

16     roll.

17             (The Secretary called the roll.)

18             ACTING PRESIDENT BAILEY:   Announce

19     the results.

20             THE SECRETARY:   In relation to

21     Calendar 1685, voting in the negative are

22     Senators Akshar and Oberacker.

23             Ayes, 61.  Nays, 2.

24             ACTING PRESIDENT BAILEY:   The bill

25     is passed.

```
 1                    THE SECRETARY:    Calendar Number
 2      1686, Senate Print Number 8874, by
 3      Senator Reichlin-Melnick, an act to amend the
 4      Executive Law and the State Finance Law.
 5                    ACTING PRESIDENT BAILEY:    Read the
 6      last section.
 7                    THE SECRETARY:    Section 6.  This
 8      act shall take effect immediately.
 9                    ACTING PRESIDENT BAILEY:    Call the
10      roll.
11                    (The Secretary called the roll.)
12                    ACTING PRESIDENT BAILEY:    Announce
13      the results.
14                    THE SECRETARY:    In relation to
15      Calendar 1686, those Senators voting in the
16      negative are Senators Akshar, Borrello, Griffo,
17      Helming, Jordan, Martucci, Ortt, Stec, Tedisco
18      and Weik.  Also Senator Oberacker.
19                    (Off the record.)
20                    ACTING PRESIDENT BAILEY:    Senator
21      Reichlin-Melnick to explain his vote.
22                    SENATOR REICHLIN-MELNICK:    Thank
23      you, Mr. President.
24                    I rise today in support of S8874, a
25      bill that I'm proud to sponsor because New York
```

```
 1    must do all that we can to dismantle the
 2    institutional racism that continues to undermine
 3    the ability for us to reduce the racial wealth
 4    gap.
 5            Owning a home is not just the
 6    foundation of the American dream, it's often the
 7    greatest contributor to household wealth.  And
 8    yet throughout the history of the United States,
 9    government policies have systematically
10    undermined the ability for Black people to own
11    homes, which is such a critical step in ensuring
12    and establishing generational wealth.
13            When the New Deal established the
14    Federal Housing Administration, they created a
15    path for many Americans to own their own homes.
16    But this monumental program that fostered the
17    largest wealth accumulation process in the 20th
18    century excluded Black Americans.  In fact, the
19    FHA intentionally created policies that
20    discouraged banks from lending to Blacks and that
21    today we call redlining.  The Fair Housing Act of
22    1968 officially ended redlining, and it was
23    intended to end systematic housing
24    discrimination.  But the goals of the Fair
25    Housing Act have never been fully realized.
```

4992

1          And so today appraisal

2    discrimination is a continuation of the legacy of

3    federal policies like redlining.  And in fact,

4    it's embedded in the home purchasing process.

5          There are many stories of Black

6    homeowners having their homes appraised at

7    drastically lower values than white homeowners in

8    the same neighborhood.  And a 2018 study by the

9    Brookings Institute found that homes in majority

10   Black neighborhoods were undervalued by an

11   average of 23 percent, or $48,000 per home, and

12   that appraisal discrimination collectively costs

13   Black homeowners billions of dollars a year in

14   lost home values.

15          So this bill aims to crack down on

16   appraisal discrimination by forcing violators of

17   state and federal fair housing policies and laws

18   to pay fines that will be allocated to the

19   Anti-Discrimination in Housing Fund.  It will

20   allow New York to join just a handful of states

21   that have taken action to ensure that everyone,

22   regardless of race, can fully and fairly

23   participate in buying homes.

24          I proudly vote aye, and I thank our

25   Majority Leader for bringing it to a vote.

4993

```
1              ACTING PRESIDENT BAILEY:   Senator
2     Reichlin-Melnick to be recorded in the
3     affirmative.
4              Announce the results.  Could we have
5     a show of hands for those who are recorded in the
6     negative.
7              Senator Jackson to explain his vote.
8              SENATOR JACKSON:   Good afternoon.
9              My colleagues, I rise to --
10    sometimes, you know -- I know that everyone has a
11    right in order to express themselves.  But when
12    in fact people are discriminating, no matter who
13    it is, regarding housing, it's a shame.  And we
14    need to stand up and fight discrimination no
15    matter where it is.
16             So my colleague, let me thank you
17    for bringing this up.  Obviously some of our
18    colleagues are going to vote no because maybe
19    they feel that someone should not be fined when
20    they're discriminating against people in housing.
21             So I just need to stand up for
22    what's right and what's legal and just.  And I
23    just say that it's kind of shameful, to me, to
24    stand here and watch all my colleagues vote no
25    for a fine regarding anyone that has
```

1    discriminated against individuals for housing.

2                    So my colleague, I thank you, and I

3    vote aye on this bill.

4                    ACTING PRESIDENT BAILEY:   Senator

5    Jackson to be recorded in the affirmative.

6                    Announce the results.

7                    THE SECRETARY:   In relation to

8    Calendar 1686, those Senators voting in the

9    negative are Senators Akshar, Borrello, Griffo,

10   Jordan, Martucci, Mattera, Oberacker, Ortt, Stec

11   and Tedisco.

12                   Ayes, 53.  Nays, 10.

13                   ACTING PRESIDENT BAILEY:   The bill

14   is passed.

15                   THE SECRETARY:   Calendar Number

16   1687, Senate Print Number 8881A, by

17   Senator Reichlin-Melnick, an act to authorize the

18   assessor of the Town of Ramapo, County of

19   Rockland, to accept an application for a real

20   property tax exemption.

21                   ACTING PRESIDENT BAILEY:   Read the

22   last section.

23                   THE SECRETARY:   Section 2.  This

24   act shall take effect immediately.

25                   ACTING PRESIDENT BAILEY:   Call the

1     roll.

2                    (The Secretary called the roll.)

3                    ACTING PRESIDENT BAILEY:   Announce

4     the results.

5                    THE SECRETARY:   In relation to

6     Calendar 1687, those Senators voting in the

7     negative are Senators Akshar and O'Mara.

8                    Ayes, 61.  Nays, 2.

9                    ACTING PRESIDENT BAILEY:   The bill

10    is passed.

11                   THE SECRETARY:   Calendar Number

12    1690, Assembly Print Number 9710, by

13    Assemblymember Barrett, an act in relation to

14    conducting a study of public and private museums

15    in New York State.

16                   ACTING PRESIDENT BAILEY:   Read the

17    last section.

18                   THE SECRETARY:   Section 2.  This

19    act shall take effect immediately.

20                   ACTING PRESIDENT BAILEY:   Call the

21    roll.

22                   (The Secretary called the roll.)

23                   ACTING PRESIDENT BAILEY:   Announce

24    the results.

25                   THE SECRETARY:   In relation to

```
 1    Calendar Number 1690, voting in the negative:
 2    Senator Skoufis.
 3                    Ayes, 62.  Nays, 1.
 4                    ACTING PRESIDENT BAILEY:   The bill
 5    is passed.
 6                    THE SECRETARY:   Calendar Number
 7    1691, Assembly Print Number 10085, by
 8    Assemblymember Solages, an act to amend the
 9    Vehicle and Traffic Law.
10                    ACTING PRESIDENT BAILEY:   There is
11    a home-rule message at the desk.
12                    Read the last section.
13                    THE SECRETARY:   Section 2.  This
14    act shall take effect immediately.
15                    ACTING PRESIDENT BAILEY:   Call the
16    roll.
17                    (The Secretary called the roll.)
18                    ACTING PRESIDENT BAILEY:   Announce
19    the results.
20                    THE SECRETARY:   In relation to
21    Calendar Number 1691, voting in the negative:
22    Senator Skoufis.
23                    Ayes, 62.  Nays, 1.
24                    ACTING PRESIDENT BAILEY:   The bill
25    is passed.
```

4997

```
 1                    THE SECRETARY:    Calendar Number
 2      1693, Senate Print 8957A, by Senator Myrie, an
 3      act to amend the Election Law and the State
 4      Finance Law.
 5                    SENATOR GIANARIS:    Lay it aside for
 6      the day.
 7                    ACTING PRESIDENT BAILEY:    The bill
 8      will be laid aside for the day.
 9                    THE SECRETARY:    Calendar Number
10      1694, Senate Print 8959, by Senator Savino, an
11      act to amend the Retirement and Social Security
12      Law.
13                    ACTING PRESIDENT BAILEY:    Read the
14      last section.
15                    THE SECRETARY:    Section 3.  This
16      act shall take effect immediately.
17                    ACTING PRESIDENT BAILEY:    Call the
18      roll.
19                    (The Secretary called the roll.)
20                    ACTING PRESIDENT BAILEY:    Announce
21      the results.
22                    THE SECRETARY:    Ayes, 63.
23                    ACTING PRESIDENT BAILEY:    The bill
24      is passed.
25                    THE SECRETARY:    Calendar Number
```

4998

```
 1    1695, Assembly Print Number 9749B, by

 2    Assemblymember Eichenstein, an act to amend the

 3    Social Services Law.

 4                    ACTING PRESIDENT BAILEY:   Read the

 5    last section.

 6                    THE SECRETARY:   Section 2.  This

 7    act shall take effect on the 180th day after it

 8    shall have become a law.

 9                    ACTING PRESIDENT BAILEY:   Call the

10    roll.

11              (The Secretary called the roll.)

12                    ACTING PRESIDENT BAILEY:   Announce

13    the results.

14                    THE SECRETARY:   Ayes, 63.

15                    ACTING PRESIDENT BAILEY:   The bill

16    is passed.

17                    THE SECRETARY:   Calendar Number

18    1697, Assembly Print Number 10113, by

19    Assemblymember McDonald, an act to amend the

20    Real Property Actions and Proceedings Law.

21                    ACTING PRESIDENT BAILEY:   Read the

22    last section.

23                    THE SECRETARY:   Section 2.  This

24    act shall take effect on the 90th day after it

25    shall have become a law.
```

```
 1              ACTING PRESIDENT BAILEY:   Call the
 2   roll.
 3              (The Secretary called the roll.)
 4              ACTING PRESIDENT BAILEY:   Announce
 5   the results.
 6              THE SECRETARY:   In relation to
 7   Calendar 1697, those Senators voting in the
 8   negative are Senators Akshar, Borrello, Boyle,
 9   Gallivan, Griffo, Jordan, Lanza, Martucci,
10   Mattera, Oberacker, O'Mara, Ortt, Palumbo, Rath,
11   Ritchie, Serino, Stec, Tedisco and Weik.
12              Ayes, 44.  Nays, 19.
13              ACTING PRESIDENT BAILEY:   The bill
14   is passed.
15              THE SECRETARY:   Calendar Number
16   1714, Assembly Print Number 10271, by the
17   Assembly Committee on Rules, an act to amend the
18   Private Housing Finance Law.
19              ACTING PRESIDENT BAILEY:   Read the
20   last section.
21              THE SECRETARY:   Section 2.  This
22   act shall take effect immediately.
23              ACTING PRESIDENT BAILEY:   Call the
24   roll.
25              (The Secretary called the roll.)
```

```
1                    ACTING PRESIDENT BAILEY:    Announce

2      the results.

3                    THE SECRETARY:    Ayes, 63.

4                    ACTING PRESIDENT BAILEY:    The bill

5      is passed.

6                    THE SECRETARY:    Calendar Number

7      1715, Assembly Print Number 10419, by the

8      Assembly Committee on Rules, an act authorizing

9      the Bais Torah U'tefillah to receive retroactive

10     real property tax exempt status.

11                    ACTING PRESIDENT BAILEY:    Read the

12     last section.

13                    THE SECRETARY:    Section 2.  This

14     act shall take effect immediately.

15                    ACTING PRESIDENT BAILEY:    Call the

16     roll.

17                    (The Secretary called the roll.)

18                    ACTING PRESIDENT BAILEY:    Announce

19     the results.

20                    THE SECRETARY:    In relation to

21     Calendar Number 1750, voting in the negative are

22     Senators Akshar and O'Mara.

23                    Ayes, 61.  Nays, 2.

24                    ACTING PRESIDENT BAILEY:    The bill

25     is passed.
```

1                    THE SECRETARY:   Calendar Number

2      1716, Assembly Print Number 9442A, by

3      Assemblymember Gottfried, an act to amend the

4      Social Services Law.

5                    ACTING PRESIDENT BAILEY:   Read the

6      last section.

7                    THE SECRETARY:   Section 2.  This

8      act shall take effect on the 60th day after it

9      shall have become a law.

10                   ACTING PRESIDENT BAILEY:   Call the

11     roll.

12                   (The Secretary called the roll.)

13                   ACTING PRESIDENT BAILEY:   Announce

14     the results.

15                   THE SECRETARY:   Ayes, 63.

16                   ACTING PRESIDENT BAILEY:   The bill

17     is passed.

18                   THE SECRETARY:   Calendar Number

19     1717, Assembly Print Number 10237, by the

20     Assembly Committee on Rules, an act to amend the

21     Not-For-Profit Corporation Law.

22                   ACTING PRESIDENT BAILEY:   Read the

23     last section.

24                   THE SECRETARY:   Section 2.  This

25     act shall take effect immediately.

```
 1                    ACTING PRESIDENT BAILEY:   Call the
 2      roll.
 3                    (The Secretary called the roll.)
 4                    ACTING PRESIDENT BAILEY:   Announce
 5      the results.
 6                    THE SECRETARY:   Ayes, 63.
 7                    ACTING PRESIDENT BAILEY:   The bill
 8      is passed.
 9                    THE SECRETARY:   Calendar Number
10      1718, Senate Print 9293A, by Senator Gounardes,
11      an act to amend the Civil Rights Law.
12                    ACTING PRESIDENT BAILEY:   Read the
13      last section.
14                    THE SECRETARY:   Section 3.  This
15      act shall take effect immediately.
16                    ACTING PRESIDENT BAILEY:   Call the
17      roll.
18                    (The Secretary called the roll.)
19                    ACTING PRESIDENT BAILEY:   Announce
20      the results.
21                    THE SECRETARY:   Ayes, 63.
22                    ACTING PRESIDENT BAILEY:   The bill
23      is passed.
24                    THE SECRETARY:   Calendar Number
25      1721, Senate Print 9327, by Senator Bailey, an
```

1    act to amend the Retirement and Social Security

2    Law.

3                    ACTING PRESIDENT BAILEY:   There is

4    a home-rule message at the desk.

5                    Read the last section.

6                    THE SECRETARY:   Section 3.  This

7    act shall take effect immediately.

8                    ACTING PRESIDENT BAILEY:  Call the

9    roll.

10                   (The Secretary called the roll.)

11                   ACTING PRESIDENT BAILEY:   Announce

12   the results.

13                   THE SECRETARY:   Ayes, 63.

14                   ACTING PRESIDENT BAILEY:   The bill

15   is passed.

16                   THE SECRETARY:   Calendar Number

17   1722, Assembly Print Number 9895, by

18   Assemblymember Thiele, an act to amend the

19   Environmental Conservation Law.

20                   ACTING PRESIDENT BAILEY:   Read the

21   last section.

22                   THE SECRETARY:   Section 2.  This

23   act shall take effect immediately.

24                   ACTING PRESIDENT BAILEY:  Call the

25   roll.

```
 1                    (The Secretary called the roll.)
 2                    ACTING PRESIDENT BAILEY:   Announce
 3      the results.
 4                    THE SECRETARY:   In relation to
 5      Calendar Number 1722, voting in the negative:
 6      Senator Lanza.
 7                    Ayes, 62.  Nays, 1.
 8                    ACTING PRESIDENT BAILEY:   The bill
 9      is passed.
10                    THE SECRETARY:   Calendar Number
11      1731, Senate Print 9418, by Senator Gaughran, an
12      act to amend the Local Finance Law.
13                    ACTING PRESIDENT BAILEY:   Read the
14      last section.
15                    THE SECRETARY:   Section 2.  This
16      act shall take effect immediately.
17                    ACTING PRESIDENT BAILEY:   Call the
18      roll.
19                    (The Secretary called the roll.)
20                    ACTING PRESIDENT BAILEY:   Announce
21      the results.
22                    THE SECRETARY:   Ayes, 63.
23                    ACTING PRESIDENT BAILEY:   The bill
24      is passed.
25                    THE SECRETARY:   Calendar Number
```

```
1    1793, Assembly Print Number 7805D, by the

2    Assembly Committee on Rules, an act to amend the

3    Public Housing Law and the Administrative Code of

4    the City of New York.

5              ACTING PRESIDENT BAILEY:   Read the

6    last section.

7              THE SECRETARY:   Section 4.  This

8    act shall take effect on the 60th day after it

9    shall have become a law.

10              ACTING PRESIDENT BAILEY:   Call the

11   roll.

12              (The Secretary called the roll.)

13              ACTING PRESIDENT BAILEY:   Senator

14   Jackson to explain his vote.

15              SENATOR JACKSON:   Thank you,

16   Mr. President.

17              I rise to speak in support of

18   Senator Salazar's bill, S9409A, to establish a

19   public housing preservation trust for the

20   New York City Housing Authority, commonly known

21   as NYCHA.

22              For decades our community has

23   debated the best path forward for NYCHA.

24   Conditions have deteriorated.  The price tag for

25   urgent capital repairs and operational costs has
```

1    boomed and continues to boom.

2              It is no secret that the facilities

3    require significant investment for design,

4    development, construction, reconstruction,

5    improvement, modernization, rehabilitation and

6    repair of aging buildings.  Access to a secure

7    funding stream that federal subsidies have failed

8    to provide will allow repairs to improve the

9    physical integrity of NYCHA's infrastructure.

10             This legislation would also lead to

11   job creation while addressing core health and

12   safety issues such as mold, lead, heat, pests,

13   elevators -- which are critical to NYCHA's

14   residents' well-being and preserve the permanent

15   affordable character of housing.

16             Let's be clear, Mr. President, that

17   this bill does not -- and I repeat, does not --

18   lead to the privatization of public housing, but

19   it prevents it.  And I acknowledge the huge

20   distrust of the agency that residents feel has

21   failed them year after year after year.

22             But today I trust the groups that

23   support this bill, as well as my colleague

24   Senator Salazar, who is an unwavering defender of

25   public and affordable housing.  Relief for tens

```
 1    of thousands of tenants cannot wait.  I believe
 2    strongly in self-determination.  This bill
 3    includes the ability for NYCHA residents to opt
 4    into the trust.  And it's up to the legislators,
 5    housing advocates and agency to ensure all
 6    residents know how to make the best-informed
 7    decisions for their housing development.
 8                   Finally, if the residents want to
 9    opt in, notice must be provided by way -- in
10    advance, via mail, email, phone call and building
11    postings, with the opportunity to vote virtually.
12    That is what I call democracy.
13                   For these reasons, I'm a proud
14    cosponsor.  I vote aye and urge my colleagues to
15    do the same.  Thank you, Mr. President.
16                   ACTING PRESIDENT BAILEY:   Senator
17    Jackson to be recorded in the affirmative.
18                   Senator Rivera to explain his vote.
19                   SENATOR RIVERA:   Thank you,
20    Mr. President.
21                   Now, while there are no perfect
22    solutions, I think that when we talk about the
23    New York City Housing Authority, we might be
24    talking about something that's very close to a
25    perfect problem.  Billions of dollars -- not
```

```
 1    millions, but billions of dollars lacking from
 2    the federal government; mismanagement at the
 3    local level, repairs not done on time.  Over and
 4    over again, public housing tenants -- thousands
 5    of which live in my district -- are stricken by
 6    these problems.
 7              And so we have to look for a
 8    solution.  Is the preservation trust before us a
 9    perfect solution?  No, sir, Mr. President, it is
10    not.  But there are some things that it does
11    create that need to be underlined, and my
12    colleague Senator Jackson spoke about some of
13    them.
14              First of all, it is not
15    privatization.  As a matter of fact, if we look
16    at the way that over the last couple of years --
17    certainly in my district, for example, just this
18    year alone, 1800 NYCHA units are in the process
19    of being transformed by a so-called RAD Pact
20    without barely any notice.  It is a
21    private-public partnership, but one in which the
22    tenants have little to no input.
23              So the bill before us is, as I said,
24    certainly not a perfect solution, but one that I
25    think provides both choice and input from the
```

1    tenants, provides an opportunity for them to vote

2    and participate in the process.  Now, make no

3    mistake, Mr. President, again, this is not a

4    perfect solution, and we will keep very, very

5    close tabs if we are successful in creating this.

6    This is not a private entity, it is a public

7    entity.  And since we do not have billions of

8    dollars that will come to us from the federal

9    government, I believe that this is the way to go

10   forward.

11            But once again, and finally, we will

12   keep very close track.  The tenants and their

13   involvement in this process -- their opting in,

14   as my colleague said, is the most essential part.

15   Without that, this would not function.

16            So it is why I'm supporting this.  I

17   thank the leader for bringing it to us.  And I

18   thank Senator Salazar for leading on this.

19            Thank you, Mr. President.  I vote in

20   the affirmative.

21            ACTING PRESIDENT BAILEY:   Senator

22   Rivera to be recorded in the affirmative.

23            Senator Savino to explain her vote.

24            SENATOR SAVINO:   Thank you,

25   Mr. President.

```
 1                  I rise in support of this bill.  And
 2       I want to commend Senator Salazar for being
 3       courageous enough to tackle this issue.  Do
 4       you -- sir?
 5                  Being courageous enough to tackle
 6       this issue.  I told her yesterday that I was just
 7       a little younger than her when I first went to
 8       work -- are you trying to tell me something?  Oh.
 9       I was just a little younger than her when I went
10       to work for the City of New York in 1990, as a
11       caseworker in the city's Child Welfare
12       Administration.  In the vast majority of cases
13       that I dealt with at the time, the families were
14       residing in NYCHA developments.
15                  The conditions were deplorable then,
16       and then a few years later I went to work for the
17       union that represented many of the workers who
18       worked in NYCHA.  They were deplorable then.  Ten
19       years later, I got elected to the New York State
20       Senate and I wound up representing a district
21       that had 14 developments in Coney Island and six
22       in Staten Island that I represent.  They were
23       deplorable then.  And they've only continued to
24       get worse and worse with each passing year.
25                  And we've heard over and over that
```

```
 1    if we just had more money from Washington, if we
 2    just had this bailout, if we just had that -- and
 3    it never came.  And the conditions continue to
 4    deteriorate for the people who live there.
 5              In 2012, after Hurricane Sandy, the
 6    people of Coney Island and Staten Island were
 7    devastated.  And other parts of the city as well,
 8    in the Rockaways.  And one of the things we
 9    worked on was tackling the issue of mold
10    remediation, because we saw people were going
11    around selling themselves as mold remediation
12    specialists to affected homeowners.  And the
13    Legislature decided that we needed to create a
14    licensing standard for mold remediation
15    specialists so that homeowners would not get
16    taken advantage of.
17              We negotiated that bill at the ninth
18    hour -- at midnight, I should say, the 11th hour,
19    at midnight on December 31st.  The New York City
20    Housing Authority insisted on being carved out of
21    that bill.  They did not want to be required to
22    live up to the standards that we were going to
23    require of every other property owner in the
24    State of New York.  They promised that they were
25    going to develop their own standard for mold
```

```
 1    remediation.  To date, they have not done it.
 2                Those of you who represent NYCHA
 3    developments, you know the conditions there.  You
 4    know the number of people that have been affected
 5    by mold.  I had a tenant leader in South Beach
 6    Houses, Scherisce Lewis.  She recently died
 7    because she was affected by mold poisoning, in
 8    addition to the kidney disease that she suffered
 9    from.
10                So is this the perfect solution?  I
11    don't know if there is one.  But I know that
12    tenants are concerned because they're afraid of
13    privatization.  This is not privatization.
14    Because here's one thing I know about Julia
15    Salazar.  She would never allow privatization of
16    public housing, never.
17                But this is a plan that will finally
18    begin to turn this agency around.  It was
19    deplorable in 1990, it was deplorable in 2010,
20    deplorable in 2020.  But God willing, it will not
21    be deplorable in 2025.
22                Thank you to Senator Salazar and to
23    everyone who will support this bill.  I proudly
24    vote in favor of it.
25                Thank you, Mr. President.
```

```
 1                  ACTING PRESIDENT BAILEY:   Senator
 2    Savino to be recorded in the affirmative.
 3                  Announce the results.
 4                  THE SECRETARY:   In relation to
 5    Calendar 1793, those Senators voting in the
 6    negative are Senators Akshar, Borrello, Boyle,
 7    Brisport, Cleare, Gallivan, Gianaris, Griffo,
 8    Helming, Jordan, Kavanagh, Martucci, Mattera,
 9    Oberacker, O'Mara, Ortt, Palumbo, Rath, Ritchie,
10    Sanders, Serino, Serrano, Stec, Tedisco and Weik.
11                  Ayes, 38.  Nays, 25.
12                  ACTING PRESIDENT BAILEY:   The bill
13    is passed.
14                  THE SECRETARY:   Calendar Number
15    1835, Assembly Print Number 8427, by
16    Assemblymember Galef, an act to amend the
17    Real Property Tax Law.
18                  SENATOR WEIK:   Lay it aside.
19                  ACTING PRESIDENT BAILEY:   Lay it
20    aside.
21                  Senator Gianaris, that completes the
22    reading of today's calendar.
23                  SENATOR GIANARIS:   Now take up the
24    supplemental calendar, please.
25                  ACTING PRESIDENT BAILEY:   Senator
```

5014

```
1    Gianaris.
2              SENATOR GIANARIS:   My apologies,
3    Mr. President.  I believe there's first a report
4    of the Rules Committee at the desk.  Can we take
5    that up first.
6              ACTING PRESIDENT BAILEY:   The
7    Secretary will read.
8              THE SECRETARY:   Senator
9    Stewart-Cousins, from the Committee on Rules,
10   reports the following bills:
11             Senate Print 67A, by
12   Senator Hoylman, an act to amend the
13   Public Health Law;
14             Senate Print 89B, by
15   Senator Kaminsky, an act to amend the Penal Law;
16             Senate Print 145B, by
17   Senator Thomas, an act to amend the
18   General Business Law;
19             Senate Print 772A, by
20   Senator Kaminsky, an act to amend the
21   Executive Law;
22             Senate Print 2091C, by
23   Senator Jordan, an act to amend the Military Law;
24             Senate Print 4116A, by
25   Senator Hoylman, an act to amend the Penal Law;
```

5015

```
 1              Senate Print 4436, by Senator May,
 2    an act to amend the General Municipal Law;
 3              Senate Print 4970A, by
 4    Senator Kavanagh, an act to amend the
 5    Executive Law;
 6              Senate Print 6022B, by
 7    Senator Hoylman, an act to amend the
 8    Retirement and Social Security Law;
 9              Senate Print 7046, by
10    Senator O'Mara, an act to amend the
11    Criminal Procedure Law;
12              Senate Print 7141, by
13    Senator Addabbo, an act to establish a commission
14    to be known as the "New York Seawall Study
15    Commission";
16              Senate Print 7532, by Senator May,
17    an act to amend the Tax Law;
18              Senate Print 7572A, by
19    Senator Mannion, an act to amend the
20    Executive Law and the State Technology Law;
21              Senate Print 7915, by
22    Senator Martucci, an act in relation to
23    permitting certain municipalities to receive
24    reimbursement from the state for law enforcement
25    activities;
```

```
 1                    Senate Print 8291A, by

 2        Senator Brouk, an act to amend the

 3        Environmental Conservation Law;

 4                    Senate Print 8378C, by

 5        Senator Harckham, an act to amend the

 6        Environmental Conservation Law;

 7                    Senate Print 8443, by

 8        Senator Akshar, an act to authorize the County of

 9        Broome to offer an optional 20-year retirement

10        plan to Joshua Quinn;

11                    Senate Print 8559, by

12        Senator Gounardes, an act to amend the

13        Retirement and Social Security Law;

14                    Senate Print 8863, by

15        Senator Mattera, an act in relation to

16        authorizing the assessor of the Town of

17        Brookhaven, County of Suffolk, to accept an

18        application for a real property tax exemption;

19                    Senate Print 8910A, by

20        Senator Helming, an act to amend the

21        Real Property Tax Law;

22                    Senate Print 8996, by

23        Senator Skoufis, an act to amend the Tax Law;

24                    Senate Print 9016, by

25        Senator Addabbo, an act to amend the Racing,
```

5017

```
 1   Pari-Mutuel Wagering and Breeding Law;
 2                 Senate Print 9032B, by
 3   Senator Kavanagh, an act to amend the
 4   Real Property Tax Law;
 5                 Senate Print 9113A, by
 6   Senator Skoufis, an act to amend the
 7   Civil Practice Law and Rules;
 8                 Senate Print 9229A, by
 9   Senator Hoylman, an act to amend the Penal Law;
10                 Senate Print 9230, by
11   Senator Hoylman, an act to amend the
12   Real Property Actions and Proceedings Law;
13                 Senate Print 9346, by
14   Senator Mannion, an act granting retroactive
15   membership with Tier IV status in the New York
16   State Teachers' Retirement System to
17   Peter Guarino;
18                 Senate Print 9407B, by
19   Senator Kavanagh, an act to amend the Penal Law,
20   the General Business Law and the Executive Law;
21                 Senate Print 9447, by
22   Senator Skoufis, an act to amend the Penal Law;
23                 Senate Print 9454, by
24   Senator Krueger, an act to amend the
25   Administrative Code of the City of New York;
```

5018

```
 1                 Senate Print 9456, by
 2      Senator Sepúlveda, an act to amend the Penal Law;
 3                 Senate Print 9458, by
 4      Senator Thomas, an act to amend the Penal Law;
 5                 Senate Print 9459, by Senator Liu,
 6      an act to amend the Education Law;
 7                 Senate Print 9460, by Senator Liu,
 8      an act to amend the Education Law;
 9                 Senate Print 9461, by
10      Senator Skoufis, an act to amend the Arts and
11      Cultural Affairs Law;
12                 Senate Print 9462, by
13      Senator Kavanagh, an act establishing the
14      special joint legislative commission on
15      affordable housing;
16                 Senate Print 9463, by
17      Senator Jackson, an act to amend the
18      Civil Service Law;
19                 Senate Print 9464A, by
20      Senator Krueger, an act to amend Chapter 53 of
21      the Laws of 2022;
22                 Senate Print 9465, by
23      Senator Bailey, an act to amend the
24      Executive Law;
25                 Senate Print 9466, by
```

1    Senator Hoylman, an act to amend the

2    Judiciary Law and the Family Court Act;

3              Senate Print 9467, by

4    Senator Cooney, an act to amend the

5    Economic Development Law;

6              Senate Print 9470, by

7    Senator Cooney, an act to amend the Real Property

8    Actions and Proceedings Law.

9              All bills reported direct to third

10   reading.

11              SENATOR GIANARIS:   Move to accept

12   the report of the Rules Committee.

13              ACTING PRESIDENT BAILEY:   All in

14   favor of accepting the report of the

15   Rules Committee, signify by saying aye.

16              (Response of "Aye.")

17              ACTING PRESIDENT BAILEY:   Opposed,

18   nay.

19              (No response.)

20              ACTING PRESIDENT BAILEY:   The

21   Rules Committee report is accepted.

22              Senator Gianaris.

23              SENATOR GIANARIS:   Mr. President,

24   can we return to messages from the Assembly,

25   please.

5020

1          ACTING PRESIDENT BAILEY:    Messages

2     from the Assembly.

3              The Secretary will read.

4              THE SECRETARY:    Senator Hoylman

5     moves to discharge, from the Committee on Health,

6     Assembly Bill Number 3298A and substitute it for

7     the identical Senate Bill 67A, Third Reading

8     Calendar 1832.

9                  Senator Thomas moves to discharge,

10    from the Committee on Consumer Protection,

11    Assembly Bill Number 266A and substitute it for

12    the identical Senate Bill 145B, Third Reading

13    Calendar 1846.

14                 Senator Jordan moves to discharge,

15    from the Committee on Finance, Assembly Bill

16    Number 1310B and substitute it for the identical

17    Senate Bill 2091C, Third Reading Calendar 1848.

18                 Senator Hoylman moves to discharge,

19    from the Committee on Codes, Assembly Bill

20    Number 7926A and substitute it for the identical

21    Senate Bill 4116A, Third Reading Calendar 1849.

22                 Senator Hoylman moves to discharge,

23    from the Committee on Civil Service and Pensions,

24    Assembly Bill Number 5278B and substitute it for

25    the identical Senate Bill 6022B, Third Reading

1    Calendar 1852.

2              Senator O'Mara moves to discharge,

3    from the Committee on Codes, Assembly Bill

4    Number 7968 and substitute it for the identical

5    Senate Bill 7046, Third Reading Calendar 1853.

6              Senator Addabbo moves to discharge,

7    from the Committee on Finance, Assembly Bill

8    Number 5557 and substitute it for the identical

9    Senate Bill 7141, Third Reading Calendar 1854.

10             Senator May moves to discharge, from

11   the Committee on Investigations and Government

12   Operations, Assembly Bill Number 8334 and

13   substitute it for the identical Senate Bill 7532,

14   Third Reading Calendar 1855.

15             Senator Mannion moves to discharge,

16   from the Committee on Internet and Technology,

17   Assembly Bill Number 8453A and substitute it for

18   the identical Senate Bill 7572A, Third Reading

19   Calendar 1856.

20             Senator Brouk moves to discharge,

21   from the Committee on Environmental Conservation,

22   Assembly Bill Number 8630A and substitute it for

23   the identical Senate Bill 8291A, Third Reading

24   Calendar 1858.

25             Senator Akshar moves to discharge,

```
 1    from the Committee on Civil Service and Pensions,

 2    Assembly Bill Number 9437 and substitute it for

 3    the identical Senate Bill 8443, Third Reading

 4    Calendar 1860.

 5               Senator Mattera moves to discharge,

 6    from the Committee on Local Government,

 7    Assembly Bill Number 9773 and substitute it for

 8    the identical Senate Bill 8863, Third Reading

 9    Calendar 1863.

10               Senator Skoufis moves to discharge,

11    from the Committee on Investigations and

12    Government Operations, Assembly Bill Number 10205

13    and substitute it for the identical Senate Bill

14    8996, Third Reading Calendar 1865.

15               Senator Addabbo moves to discharge,

16    from the Committee on Racing, Gaming and

17    Wagering, Assembly Bill Number 10028 and

18    substitute it for the identical Senate Bill 9016,

19    Third Reading Calendar 1866.

20               Senator Skoufis moves to discharge,

21    from the Committee on Codes, Assembly Bill

22    Number 7079C and substitute it for the identical

23    Senate Bill 9447, Third Reading Calendar 1873.

24               ACTING PRESIDENT BAILEY:    So

25    ordered.
```

1          SENATOR GIANARIS:   Mr. President,

2     now take up the supplemental calendar.

3          ACTING PRESIDENT BAILEY:   The

4     Secretary will read.

5          THE SECRETARY:   Calendar Number

6     1832, Assembly Print Number 3298A, by

7     Assemblymember Epstein, an act to amend the

8     Public Health Law.

9          ACTING PRESIDENT BAILEY:   Read the

10    last section.

11         THE SECRETARY:   Section 2.  This

12    act shall take effect immediately.

13         ACTING PRESIDENT BAILEY:   Call the

14    roll.

15         (The Secretary called the roll.)

16         ACTING PRESIDENT BAILEY:   Senator

17    Hoylman to explain his vote.

18         SENATOR HOYLMAN:   Thank you,

19    Mr. President.

20         This bill will make our constituents

21    safer by providing patients at risk of what's

22    called Sudden Unexpected Death in Epilepsy, also

23    know as SUDEP, with information about this

24    condition.

25         Transparency, especially relating to

1    our health, is absolutely critical for patients

2    and their loved ones.  Patients deserve to

3    understand the risks associated with their

4    conditions, of course, and this bill ensures that

5    people with epilepsy are more fully informed.

6                    According to CDC, SUDEP causes

7    mortality at an annual rate of 1.16 cases for

8    every thousand people with epilepsy.  Currently

9    SUDEP isn't widely discussed between doctors and

10   their patients, even when the patient might be at

11   high risk.  The best way to prevent SUDEP is to

12   reduce the number of seizures suffered by a

13   person with epilepsy as much as possible.

14                   To reduce seizures, a person with

15   epilepsy needs to know their triggers for

16   seizures, take their medicine on time, and know

17   the risk factors for SUDEP to better understand

18   and plan for the future.

19                   This legislation would require

20   healthcare practitioners to provide patients

21   they're treating for epilepsy that have an

22   elevated risk for SUDEP with current and

23   evidence-based information about SUDEP, and to

24   connect them with nonprofit organizations that

25   can offer further assistance and support.

```
 1                    It will also require the Department
 2         of Health to provide information to healthcare
 3         practitioners to assist with compliance and to
 4         post such information on their website.
 5                    I want to thank the Medical Society
 6         and the Neurological Society for working with us
 7         on this bill.  Of course we wouldn't be here
 8         without my Assembly colleague, Harvey Epstein,
 9         who's passed this legislation already and has
10         successfully shepherded it in the other house.
11                    And thank you to our Majority
12         Leader, Andrea Stewart-Cousins, for bringing this
13         bill to the floor today.
14                    Lastly, Mr. President, I want to
15         thank Tim and Alexis Gembka for their dogged
16         advocacy.  And by "dogged," I mean they called me
17         two or three times a week, sometimes two or three
18         times a day.  Their daughter Natasha tragically
19         died from SUDEP at the age of 24.  Her death
20         might have been avoided if she and her family had
21         been made aware of the existence and risks of
22         SUDEP.  So we have named this bill, in her honor,
23         the Natasha Gembka SUDEP Awareness Act.
24                    I vote aye, Mr. President.
25                    ACTING PRESIDENT BAILEY:   Senator
```

```
 1    Hoylman to be recorded in the affirmative.
 2                    Senator Kaminsky to explain his
 3    vote.
 4                    SENATOR KAMINSKY:    Thank you.  I
 5    really want to thank Senator Hoylman for this
 6    bill.
 7                    A young 10-year-old boy in my
 8    district, Lazar LaPenna from Long Beach, a
 9    Little Leaguer, died of an epileptic seizure
10    rounding first base a few weeks back.  It's
11    rocked our community.  It's been a very difficult
12    time, and the community is looking for answers.
13    Legislation like this in the future will make a
14    big difference.
15                    I vote in the affirmative.  Thank
16    you.
17                    ACTING PRESIDENT BAILEY:    Senator
18    Kaminsky to be recorded in the affirmative.
19                    Announce the results.
20                    THE SECRETARY:    In relation to
21    Calendar 1832, those Senators voting in the
22    negative are Senators Borrello, Ortt, Serino and
23    Stec.
24                    Ayes, 59.  Nays, 4.
25                    ACTING PRESIDENT BAILEY:   The bill
```

5027

1      is passed.

2                  THE SECRETARY:   Calendar Number

3      1845, Senate Print 89B, by Senator Kaminsky, an

4      act to amend the Penal Law.

5                  SENATOR WEIK:   Lay it aside.

6                  ACTING PRESIDENT BAILEY:   Lay it

7      aside.

8                  THE SECRETARY:   Calendar Number

9      1846, Assembly Bill Number 266A, by

10     Assemblymember Paulin, an act to amend the

11     General Business Law.

12                 ACTING PRESIDENT BAILEY:   Read the

13     last section.

14                 THE SECRETARY:   Section 2.  This

15     act shall take effect on the 180th day after it

16     shall have become a law.

17                 ACTING PRESIDENT BAILEY:   Call the

18     roll.

19                 (The Secretary called the roll.)

20                 ACTING PRESIDENT BAILEY:   Announce

21     the results.

22                 THE SECRETARY:   In relation to

23     Calendar 1846, those Senators voting in the

24     negative are Senators Gallivan, Helming and

25     Oberacker.

```
 1                    Ayes, 60.  Nays, 3.
 2                    ACTING PRESIDENT BAILEY:   The bill
 3      is passed.
 4                    THE SECRETARY:   Calendar Number
 5      1847, Senate Print 772A, by Senator Kaminsky, an
 6      act to amend the Executive Law.
 7                    ACTING PRESIDENT BAILEY:   Read the
 8      last section.
 9                    THE SECRETARY:   Section 3.  This
10      act shall take effect on the 90th day after it
11      shall have become a law.
12                    ACTING PRESIDENT BAILEY:   Call the
13      roll.
14                    (The Secretary called the roll.)
15                    ACTING PRESIDENT BAILEY:   Announce
16      the results.
17                    THE SECRETARY:   Ayes, 63.
18                    ACTING PRESIDENT BAILEY:   The bill
19      is passed.
20                    THE SECRETARY:   Calendar Number
21      1848, Assembly Print Number 1310B, by
22      Assemblymember Magnarelli, an act to amend the
23      Military Law.
24                    ACTING PRESIDENT BAILEY:   Read the
25      last section.
```

```
1                    THE SECRETARY:    Section 3.  This
2       act shall take effect on the 120th day after it
3       shall have become a law.
4                    ACTING PRESIDENT BAILEY:   Call the
5       roll.
6                    (The Secretary called the roll.)
7                    ACTING PRESIDENT BAILEY:   Announce
8       the results.
9                    THE SECRETARY:   In relation to
10      Calendar Number 1848, voting in the negative:
11      Senator Brisport.
12                    Ayes, 62.  Nays, 1.
13                    ACTING PRESIDENT BAILEY:   The bill
14      is passed.
15                    THE SECRETARY:   Calendar Number
16      1849, Assembly Print Number 7926A, by
17      Assemblymember Rosenthal, an act to amend the
18      Penal Law.
19                    SENATOR WEIK:   Lay it aside.
20                    ACTING PRESIDENT BAILEY:   Lay it
21      aside.
22                    THE SECRETARY:   Calendar Number
23      1850, Senate Print 4436, by Senator May, an act
24      to amend the General Municipal Law.
25                    ACTING PRESIDENT BAILEY:   Read the
```

1   last section.

2              SENATOR GIANARIS:   Lay it aside for

3   the day, please.

4              ACTING PRESIDENT BAILEY:   Lay the

5   bill aside for the day.

6              THE SECRETARY:   Calendar Number

7   1851, Senate Print 4970A, by Senator Kavanagh, an

8   act to amend the Executive Law.

9              ACTING PRESIDENT BAILEY:   Read the

10  last section.

11             THE SECRETARY:   Section 5.  This

12  act shall take effect on the 180th day after it

13  shall have become a law.

14             ACTING PRESIDENT BAILEY:   Call the

15  roll.

16             (The Secretary called the roll.)

17             ACTING PRESIDENT BAILEY:   Announce

18  the results.

19             THE SECRETARY:   In relation to

20  Calendar Number 1851, those Senators voting in

21  the negative are Senators Akshar, Borrello,

22  Boyle, Gallivan, Griffo, Helming, Jordan, Lanza,

23  Martucci, Mattera, Oberacker, O'Mara, Ortt,

24  Palumbo, Ritchie, Stec and Tedisco.

25             Ayes, 46.  Nays, 17.

1              ACTING PRESIDENT BAILEY:   The bill

2    is passed.

3              THE SECRETARY:   Calendar Number

4    1852, Assembly Print Number 5278B, by

5    Assemblymember Barrett, an act to amend the

6    Retirement and Social Security Law.

7              ACTING PRESIDENT BAILEY:   Read the

8    last section.

9              THE SECRETARY:   Section 2.  This

10   act shall take effect immediately.

11             ACTING PRESIDENT BAILEY:   Call the

12   roll.

13             (The Secretary called the roll.)

14             ACTING PRESIDENT BAILEY:   Senator

15   Hoylman to explain his vote.

16             SENATOR HOYLMAN:   Thank you,

17   Mr. President.

18                  This bill is going to continue to

19   bring justice to veterans who served our country

20   but were less than honorably discharged due to

21   who they are, by allowing those LGBTQ+ veterans

22   to participate in the state's military buy-back

23   program for retirement and pension benefits.

24                  Under -- until the end of "don't

25   ask, don't tell" we punished people who were

1    willing to risk their lives for our country

2    simply because of their sexual orientation, which

3    put many LGBTQ+ veterans out of a job and drove

4    others to hide their identities.

5              This is honestly the least we can do

6    to right the wrongs our military and federal

7    government perpetrated against those that simply

8    wanted to serve.

9              In our retirement system, public

10   employees can purchase up to three years of

11   retirement service in exchange for military

12   service.  This opportunity is available for

13   eligible veterans who were honorably discharged,

14   however.  Discharged LGBTQ+ veterans were

15   discharged less than honorably due to their

16   sexual orientation or gender identity or

17   expression, and thus barred from this retirement

18   benefit.

19             This bill extends existing

20   opportunities to buy back military time to vets

21   who were released from military service due to

22   their being a member of the LGBTQ+ community or

23   suffering from certain conditions such as

24   diagnosis of post-traumatic stress disorder,

25   traumatic brain injury made by or experienced due

```
 1    to military sexual trauma.  We have wronged our
 2    LGBTQ+ veterans for too long, and this bill is
 3    going to help repair the damage.
 4                I want to thank Majority Leader
 5    Andrea Stewart-Cousins for helping bring this
 6    bill to the floor, Assemblymember Didi Barrett
 7    for passing it in the other house, and our
 8    Vets chair, John Brooks, for his support and
 9    guidance through this process.
10                I vote aye, Mr. President.
11                ACTING PRESIDENT BAILEY:   Senator
12    Hoylman to be recorded in the affirmative.
13                Announce the results.
14                THE SECRETARY:   Ayes, 63.
15                ACTING PRESIDENT BAILEY:   The bill
16    is passed.
17                THE SECRETARY:   Calendar Number
18    1853, Assembly Print Number 7968, by the
19    Assembly Committee on Rules, an act to amend the
20    Criminal Procedure Law.
21                ACTING PRESIDENT BAILEY:   Read the
22    last section.
23                THE SECRETARY:   Section 2.  This
24    act shall take effect immediately.
25                ACTING PRESIDENT BAILEY:   Call the
```

```
 1    roll.
 2               (The Secretary called the roll.)
 3               ACTING PRESIDENT BAILEY:   Announce
 4    the results.
 5               THE SECRETARY:   Ayes, 63.
 6               ACTING PRESIDENT BAILEY:   The bill
 7    is passed.
 8               THE SECRETARY:   Calendar Number
 9    1854, Assembly Print Number 5557, by
10    Assemblymember Barnwell, an act to establish a
11    commission to be known as the "New York Seawall
12    Study Commission."
13               ACTING PRESIDENT BAILEY:   Read the
14    last section.
15               THE SECRETARY:   Section 2.  This
16    act shall take effect immediately.
17               ACTING PRESIDENT BAILEY:   Call the
18    roll.
19               (The Secretary called the roll.)
20               ACTING PRESIDENT BAILEY:   Announce
21    the results.
22               THE SECRETARY:   Ayes, 63.
23               ACTING PRESIDENT BAILEY:   The bill
24    is passed.
25               THE SECRETARY:   Calendar Number
```

1    1855, Assembly Print Number 8334, by

2    Assemblymember Salka, an act to amend the

3    Tax Law.

4                    ACTING PRESIDENT BAILEY:   There is

5    a home-rule message at the desk.

6                    Read the last section.

7                    THE SECRETARY:   Section 2.  This

8    act shall take effect immediately.

9                    ACTING PRESIDENT BAILEY:   Call the

10   roll.

11                   (The Secretary called the roll.)

12                   ACTING PRESIDENT BAILEY:   Announce

13   the results.

14                   THE SECRETARY:   In relation to

15   Calendar Number 1855, those Senators voting in

16   the negative are Senators Akshar, Brooks, Felder,

17   Gallivan, Gaughran, Harckham, Helming, Hinchey,

18   Jordan, Kaplan, Kennedy, Lanza, Mannion,

19   Martucci, Mattera, Oberacker, O'Mara, Ortt,

20   Palumbo, Rath, Serino, Skoufis, Tedisco, Thomas

21   and Weik.

22                   Ayes, 38.  Nays, 25.

23                   ACTING PRESIDENT BAILEY:   The bill

24   is passed.

25                   THE SECRETARY:   Calendar Number

1    1856, Assembly Print Number 8453A, by

2    Assemblymember Simon, an act to amend the

3    Executive Law and the State Technology Law.

4                    ACTING PRESIDENT BAILEY:    Read the

5    last section.

6                    THE SECRETARY:    Section 3.  This

7    act shall take effect on the 180th day after it

8    shall have become a law.

9                    ACTING PRESIDENT BAILEY:    Call the

10   roll.

11                    (The Secretary called the roll.)

12                    ACTING PRESIDENT BAILEY:    Announce

13   the results.

14                    THE SECRETARY:    Ayes, 63.

15                    ACTING PRESIDENT BAILEY:    The bill

16   is passed.

17                    THE SECRETARY:    Calendar Number

18   1857, Senate Print 7915, by Senator Martucci, an

19   act in relation to permitting certain

20   municipalities to receive reimbursement from the

21   state for law enforcement activities.

22                    ACTING PRESIDENT BAILEY:    Read the

23   last section.

24                    THE SECRETARY:    Section 2.  This

25   act shall take effect immediately.

```
 1                    ACTING PRESIDENT BAILEY:   Call the
 2      roll.
 3                    (The Secretary called the roll.)
 4                    ACTING PRESIDENT BAILEY:   Senator
 5      Martucci to explain his vote.
 6                    SENATOR MARTUCCI:    Thank you,
 7      Mr. President.
 8                    Today is a good day for several
 9      communities across our state, but in particular
10      it's a good day for the community of
11      Greenwood Lake.
12                    The reason this bill is on the floor
13      here today, I have to personally thank
14      Mayor Jesse Dwyer from the beautiful Village of
15      Greenwood Lake, who brought this issue to my
16      attention.
17                    Greenwood Lake is in the Town of
18      Warwick, and this bill will provide access to
19      funding for police patrols on Greenwood Lake for
20      their municipal police department.  This is
21      important to help keep the lake safe, keep it
22      clean for both residents and visitors alike.
23                    So I do want to take this moment and
24      thank my colleagues for their support of this
25      bill.  I want to thank Mayor Dwyer for bringing
```

```
 1    this important bill to my attention.

 2              And I want to also pause and invite

 3    my colleagues to come visit the beautiful,

 4    beautiful Greenwood Lake, as we sit here on the

 5    verge of our summer break.  It's a great

 6    destination, and I hope to see you all there.

 7              I proudly vote aye.  Thank you,

 8    Mr. President.

 9              ACTING PRESIDENT BAILEY:   Senator

10    Martucci to be recorded in the affirmative.

11              Announce the results.

12              THE SECRETARY:   In relation to

13    Calendar Number 1857, voting in the negative:

14    Senator Brisport.

15              Ayes, 62.  Nays, 1.

16              ACTING PRESIDENT BAILEY:   The bill

17    is passed.

18              THE SECRETARY:   Calendar Number

19    1858, Assembly Bill Number 8630A, by

20    Assemblymember Reyes, an act to amend the

21    Environmental Conservation Law.

22              ACTING PRESIDENT BAILEY:   Read the

23    last section.

24              THE SECRETARY:   Section 2.  This

25    act shall take effect June 1, 2023.
```

```
1                    ACTING PRESIDENT BAILEY:   Call the
2         roll.
3                    (The Secretary called the roll.)
4                    ACTING PRESIDENT BAILEY:   Announce
5         the results.
6                    THE SECRETARY:   Ayes, 63.
7                    ACTING PRESIDENT BAILEY:   The bill
8         is passed.
9                    THE SECRETARY:   Calendar Number
10        1859, Senate Print 8378C, by Senator Harckham, an
11        act to amend the Environmental Conservation Law.
12                   ACTING PRESIDENT BAILEY:   Read the
13        last section.
14                   THE SECRETARY:   Section 2.  This
15        act shall take effect on the 90th day after it
16        shall have become a law.
17                   ACTING PRESIDENT BAILEY:   Call the
18        roll.
19                   (The Secretary called the roll.)
20                   ACTING PRESIDENT BAILEY:   Announce
21        the results.
22                   THE SECRETARY:   In relation to
23        Calendar 1859, those Senators voting in the
24        negative are Senators Akshar, Borrello, Gallivan,
25        Griffo, Helming, Oberacker, O'Mara, Ortt,
```

1    Ritchie, Serino, Stec and Tedisco.

2                    Ayes, 51.  Nays, 12.

3                    ACTING PRESIDENT BAILEY:   The bill

4    is passed.

5                    THE SECRETARY:   Calendar Number

6    1860, Assembly Print Number 9437, by

7    Assemblymember Lupardo, an act to authorize the

8    County of Broome to offer an optional 20-year

9    retirement plan to Joshua Quinn.

10                    ACTING PRESIDENT BAILEY:   There is

11   a home-rule message at the desk.

12                    Read the last section.

13                    THE SECRETARY:   Section 2.  This

14   act shall take effect immediately.

15                    ACTING PRESIDENT BAILEY:   Call the

16   roll.

17                    (The Secretary called the roll.)

18                    ACTING PRESIDENT BAILEY:   Announce

19   the results.

20                    THE SECRETARY:   In relation to

21   Calendar Number 1860, voting in the negative:

22   Senator Brisport.

23                    Ayes, 62.  Nays, 1.

24                    ACTING PRESIDENT BAILEY:   The bill

25   is passed.

1            THE SECRETARY:   Calendar Number

2   1861, Senate Print 8559, by Senator Gounardes, an

3   act to amend the Retirement and Social Security

4   Law.

5            ACTING PRESIDENT BAILEY:   Read the

6   last section.

7            THE SECRETARY:   Section 2.  This

8   act shall take effect immediately.

9            ACTING PRESIDENT BAILEY:   Call the

10   roll.

11            (The Secretary called the roll.)

12            ACTING PRESIDENT BAILEY:   Announce

13   the results.

14            THE SECRETARY:   In relation to

15   Calendar Number 1861, voting in the negative:

16   Senator Brisport.

17            Ayes, 62.  Nays, 1.

18            ACTING PRESIDENT BAILEY:   The bill

19   is passed.

20            THE SECRETARY:   Calendar Number

21   1863, Assembly Print Number 9773, by

22   Assemblymember Smith, an act in relation to

23   authorizing the assessor of the Town of

24   Brookhaven, County of Suffolk, to accept an

25   application for a real property tax exemption.

1            ACTING PRESIDENT BAILEY:    Read the

2    last section.

3            THE SECRETARY:    Section 2.  This

4    act shall take effect immediately.

5            ACTING PRESIDENT BAILEY:    Call the

6    roll.

7            (The Secretary called the roll.)

8            ACTING PRESIDENT BAILEY:    Announce

9    the results.

10           THE SECRETARY:    In relation to

11   Calendar Number 1863, voting in the negative are

12   Senators Akshar and O'Mara.

13           Ayes, 61.  Nays, 2.

14           ACTING PRESIDENT BAILEY:    The bill

15   is passed.

16           THE SECRETARY:    Calendar Number

17   1864, Senate Print 8910A, by Senator Helming, an

18   act to amend the Real Property Tax Law.

19           ACTING PRESIDENT BAILEY:    There is

20   a home-rule message at the desk.

21           Read the last section.

22           THE SECRETARY:    Section 2.  This

23   act shall take effect on the first of January.

24           ACTING PRESIDENT BAILEY:    Call the

25   roll.

```
 1                    (The Secretary called the roll.)
 2                    ACTING PRESIDENT BAILEY:   Announce
 3      the results.
 4                    THE SECRETARY:   In relation to
 5      Calendar Number 1864, voting in the negative:
 6      Senator Akshar.
 7                    Ayes, 62.  Nays, 1.
 8                    ACTING PRESIDENT BAILEY:   The bill
 9      is passed.
10                    THE SECRETARY:   Calendar Number
11      1865, Assembly Print Number 10205, by the
12      Assembly Committee on Rules, an act to amend the
13      Tax Law.
14                    ACTING PRESIDENT BAILEY:   There is
15      a home-rule message at the desk.
16                    Read the last section.
17                    THE SECRETARY:   Section 2.  This
18      act shall take effect immediately.
19                    ACTING PRESIDENT BAILEY:   Call the
20      roll.
21                    (The Secretary called the roll.)
22                    ACTING PRESIDENT BAILEY:   Announce
23      the results.
24                    THE SECRETARY:   In relation to
25      Calendar 1865, those Senators voting in the
```

1  negative are Senators Akshar, Brooks, Felder,

2  Gallivan, Gaughran, Griffo, Harckham, Helming,

3  Hinchey, Jordan, Kaplan, Kennedy, Lanza, Mannion,

4  Martucci, Mattera, Oberacker, O'Mara, Ortt,

5  Palumbo, Rath, Ritchie, Serino, Stec, Tedisco,

6  Thomas and Weik.

7           Ayes, 36.  Nays, 27.

8           ACTING PRESIDENT BAILEY:   The bill

9  is passed.

10          Senator Gianaris.

11          SENATOR GIANARIS:   Thank you,

12  Mr. President.

13          By agreement with the Minority,

14  we're going to allow Senator Ramos to speak on a

15  bill that we previously passed and she did not

16  have the opportunity to explain her vote on.

17          So Calendar 1681, please recognize

18  Senator Ramos to explain her vote on that bill.

19          ACTING PRESIDENT BAILEY:   Senator

20  Ramos to explain her vote on Calendar 1681.

21          SENATOR RAMOS:   Thank you,

22  Mr. President.

23          In 2020 reports were published

24  concerning a commuter rail train conductor who

25  miscarried at six months due to the strenuous

 1    work required of her in the train yard.  The

 2    worker described her water breaking after pulling

 3    a train switch and being afraid to leave her

 4    shift.

 5              Subsequent incidents of similar

 6    tragedies experienced by Metro-North employees

 7    raised the alarm, evidence that this is a pattern

 8    for commuter rail workers.  Train yard work --

 9    manually moving heavy train switches, climbing

10    over tough terrain -- is extremely strenuous, but

11    it's not one where reasonable accommodations are

12    impossible to organize.

13              And that's why with this bill we're

14    establishing a light-work-duty requirement for

15    pregnant workers of commuter rail services.

16    Because without this bill, workers have to go

17    through a heavy administrative process where they

18    somehow have to prove that they need

19    accommodations, and meanwhile they are continuing

20    to work as their pregnancy is progressing.

21              Reproductive justice is not just

22    about abortion access.  It's about the ability to

23    have full agency and protections over your

24    reproductive future.  This bill identifies a

25    place where mental health and labor rights

1    overlap.  A worker's health should never come

2    secondary to the demands of their job.

3                    Thank you, Mr. President.

4                    ACTING PRESIDENT BAILEY:   Senator

5    Ramos to be recorded in the affirmative.

6                    The Secretary will read.

7                    THE SECRETARY:   Calendar Number

8    1866, Assembly Print Number 10028, by

9    Assemblymember Pretlow, an act to amend the

10   Racing, Pari-Mutuel Wagering and Breeding Law.

11                   ACTING PRESIDENT BAILEY:   Read the

12   last section.

13                   THE SECRETARY:   Section 2.  This

14   act shall take effect immediately.

15                   ACTING PRESIDENT BAILEY:   Call the

16   roll.

17                   (The Secretary called the roll.)

18                   ACTING PRESIDENT BAILEY:   Announce

19   the results.

20                   THE SECRETARY:   In relation to

21   Calendar Number 1866, voting in the negative:

22   Senator Brisport.

23                   Ayes, 62.  Nays, 1.

24                   ACTING PRESIDENT BAILEY:   The bill

25   is passed.

```
 1                    THE SECRETARY:   Calendar Number
 2    1867, Senate Print 9032B, by Senator Kavanagh, an
 3    act to amend the Real Property Tax Law.
 4                    ACTING PRESIDENT BAILEY:   Read the
 5    last section.
 6                    THE SECRETARY:   Section 3.  This
 7    act shall take effect immediately.
 8                    ACTING PRESIDENT BAILEY:   Call the
 9    roll.
10                    (The Secretary called the roll.)
11                    ACTING PRESIDENT BAILEY:   Announce
12    the results.
13                    THE SECRETARY:   In relation to
14    Calendar Number 1867, voting in the negative:
15    Senator Oberacker.
16                    Ayes, 62.  Nays, 1.
17                    ACTING PRESIDENT BAILEY:   The bill
18    is passed.
19                    THE SECRETARY:   Calendar Number
20    1868, Senate Print 9113A, by Senator Skoufis, an
21    act to amend the Civil Practice Law and Rules.
22                    ACTING PRESIDENT BAILEY:   Read the
23    last section.
24                    THE SECRETARY:   Section 8.  This
25    act shall take effect on the 30th day after it
```

```
1    shall have become a law.
2                  ACTING PRESIDENT BAILEY:   Call the
3    roll.
4                  (The Secretary called the roll.)
5                  ACTING PRESIDENT BAILEY:   Announce
6    the results.
7                  THE SECRETARY:   In relation to
8    Calendar 1868, those Senators voting in the
9    negative are Senators Borrello, Gallivan, Griffo,
10   Helming, Jordan, Martucci, Oberacker, O'Mara,
11   Ortt, Rath, Ritchie, Serino, Stec and Tedisco.
12                  Ayes, 49.  Nays, 14.
13                  ACTING PRESIDENT BAILEY:   The bill
14   is passed.
15                  THE SECRETARY:   Calendar Number
16   1869, Senate Print 9229A, by Senator Hoylman, an
17   act to amend the Penal Law.
18                  ACTING PRESIDENT BAILEY:   Read the
19   last section.
20                  THE SECRETARY:   Section 6.  This
21   act shall take effect immediately.
22                  ACTING PRESIDENT BAILEY:   Call the
23   roll.
24                  (The Secretary called the roll.)
25                  ACTING PRESIDENT BAILEY:   Senator
```

1    Hoylman to explain his vote.

2              SENATOR HOYLMAN:    Thank you,

3    Mr. President.

4              You know, large-capacity magazines,

5    with which this bill deals, are already illegal.

6    This legislation is going to make it more clear

7    and fix a statutory loophole that has prevented

8    local prosecutors from enforcing the law.

9              Large-capacity magazines, I think

10   most of us have learned, sadly, allow the user to

11   shoot 10 or more rounds of ammunition before

12   needing to reload.  They're incredibly dangerous,

13   and there's absolutely no use for them in

14   everyday gun use or sportsmen activities.

15             The white supremacist murder in

16   Buffalo used a large-capacity magazine to

17   perpetrate his domestic terrorism against the

18   Black community, resulting in the deaths of 10

19   and the serious injuries of three.

20             These devices have been prohibited

21   in New York for years, but conflicting statutes

22   have made prosecution unnecessarily difficult.

23   That's because the prohibition is split into two

24   different sections of the Penal Law, so that a

25   prosecutor has to prove first the device's date

```
 1    of manufacture, and then the manufacture itself,
 2    to secure a conviction.  Since the device designs
 3    don't vary much, this can be impossible to prove
 4    and leave owners of illegal and dangerous weapons
 5    off the hook.
 6              This bill closes this outdated
 7    loophole.  Large-capacity magazines are illegal.
 8    This affirms it.  I want to thank the Brooklyn
 9    district attorney, Eric Gonzalez, for bringing
10    this issue to our attention, as well as the team
11    here, Eric Katz and Dorothy Powell, as well as
12    Majority Leader Andrea Stewart-Cousins for
13    getting this important bill to the floor.
14              I vote aye.  Thank you,
15    Mr. President.
16              ACTING PRESIDENT BAILEY:   Senator
17    Hoylman to be recorded in the affirmative.
18              Announce the results.
19              THE SECRETARY:   In relation to
20    Calendar 1869, those Senators voting in the
21    negative are Senators Akshar, Borrello, Boyle,
22    Gallivan, Griffo, Helming, Jordan, Lanza,
23    Martucci, Mattera, Oberacker, O'Mara, Ortt,
24    Palumbo, Rath, Ritchie, Serino, Stec, Tedisco and
25    Weik.
```

```
 1                    Ayes, 43.  Nays, 20.
 2                    ACTING PRESIDENT BAILEY:   The bill
 3          is passed.
 4                    THE SECRETARY:   Calendar Number
 5          1870, Senate Print 9230, by Senator Hoylman, an
 6          act to amend the Real Property Actions and
 7          Proceedings Law.
 8                    ACTING PRESIDENT BAILEY:   Read the
 9          last section.
10                    THE SECRETARY:   Section 2.  This
11          act shall take effect immediately.
12                    ACTING PRESIDENT BAILEY:   Call the
13          roll.
14                    (The Secretary called the roll.)
15                    ACTING PRESIDENT BAILEY:   Announce
16          the results.
17                    THE SECRETARY:   In relation to
18          Calendar 1870, voting in the negative are
19          Senators Oberacker, O'Mara and Palumbo.
20                    Ayes, 60.  Nays, 3.
21                    ACTING PRESIDENT BAILEY:   The bill
22          is passed.
23                    THE SECRETARY:   Calendar Number
24          1871, Senate Print 9346, by Senator Mannion, an
25          act granting retroactive membership with Tier IV
```

```
 1    status in the New York State Teachers' Retirement
 2    System to Peter Guarino.
 3                  ACTING PRESIDENT BAILEY:   Read the
 4    last section.
 5                  THE SECRETARY:   Section 2.  This
 6    act shall take effect immediately.
 7                  ACTING PRESIDENT BAILEY:   Call the
 8    roll.
 9                  (The Secretary called the roll.)
10                  ACTING PRESIDENT BAILEY:   Announce
11    the results.
12                  THE SECRETARY:   Ayes, 63.
13                  ACTING PRESIDENT BAILEY:   The bill
14    is passed.
15                  THE SECRETARY:   Calendar Number
16    1872, Senate Print 9407B, by Senator Kavanagh, an
17    act to amend the Penal Law.
18                  ACTING PRESIDENT BAILEY:   Read the
19    last section.
20                  THE SECRETARY:   Section 4.  This
21    act shall take effect on the 30th day after it
22    shall have become a law.
23                  ACTING PRESIDENT BAILEY:   Call the
24    roll.
25                  (The Secretary called the roll.)
```

```
 1            ACTING PRESIDENT BAILEY:   Senator
 2   Kennedy to explain his vote.
 3            SENATOR KENNEDY:   Thank you,
 4   Mr. President.
 5            First of all, let me start by
 6   thanking the Majority Leader, Andrea
 7   Stewart-Cousins, for bringing this bill to the
 8   floor today, along with a package of bills to
 9   promote gun safety and public safety across
10   New York State.
11            I want to thank the bill's sponsor
12   for bringing this important piece of legislation
13   of the comprehensive package that we're putting
14   forward today that will establish penalties for
15   the sale or purchase of body armor, including
16   that on the internet, just as the coward did who
17   invaded our community in Buffalo and massacred
18   10 people in broad daylight.
19            That body vest that he wore
20   prevented him from taking a bullet from
21   Lieutenant Salter, who courageously fired back
22   and hit the perpetrator, and he was protected
23   while Lieutenant Salter and nine others were
24   murdered.
25            This bill, had it been in effect,
```

1    would have prevented the invader, the white

2    supremacist, the coward and the racist from ever

3    having purchased that protection for himself

4    illegally here in the State of New York.

5              Again, I want to thank the sponsor

6    for this legislation.  I want to thank my

7    colleagues for their support of this and the

8    other pieces of legislation that will help move

9    New York forward, promote public safety, and set

10   a precedent for the rest of the nation to follow.

11             I vote aye, Mr. President.

12             ACTING PRESIDENT BAILEY:   Senator

13   Kennedy to be recorded in the affirmative.

14             Senator Borrello to explain his

15   vote.

16             SENATOR BORRELLO:   Thank you,

17   Mr. President.

18             I'm not going to support this bill

19   today.  This does not decriminalize the

20   possession of body armor, and in fact something

21   can be purchased five minutes down the road from

22   where the evil person that came to Buffalo could

23   have crossed the border into Pennsylvania to buy

24   that body vest.

25             What it will do, though, however, is

```
 1    it will put in the hands of the Department of
 2    State who will actually get to purchase a vest to
 3    protect themselves.  Now, there are some very
 4    obvious answers to that -- people in law
 5    enforcement and security -- but there are some
 6    that aren't so obvious.
 7              If you're a taxi driver and you feel
 8    you want to have a vest to protect yourself, you
 9    should be able to have one.  That may not be
10    allowed by the Department of State.  If you work
11    an overnight shift at a convenience store in a
12    dangerous neighborhood, you should be able to do
13    that.  Members of EMS.  We actually have doctors
14    that show up at the scenes of dangerous
15    situations that would like to possess that vest.
16              The possession of a vest is not
17    illegal in New York State.  And where I live, you
18    can drive five minutes across the border and
19    purchase one.
20              I don't believe the Department of
21    State will do enough due diligence to determine
22    who can and cannot purchase something that could
23    save their own lives.
24              Therefore, I'll be down on this
25    bill.  Thank you.
```

1          ACTING PRESIDENT BAILEY:   Senator

2    Borrello to be recorded in the negative.

3          Senator Weik to explain her vote.

4          SENATOR WEIK:   Thank you,

5    Mr. President.

6          I would just like to say I do

7    recognize the importance of limiting body vests

8    to law enforcement and important workers, but I

9    want to make sure that we remember that our EMS

10   and ambulance workers have been shot at, and

11   these are important working individuals who will

12   still need to remember to have body vests

13   available to them.

14          So I hope that as we move forward

15   with this legislation, that we include important

16   individuals who are constantly under fire in

17   dangerous situations, risking their own life to

18   save others.  And for that, I am in favor.

19          ACTING PRESIDENT BAILEY:   Senator

20   Weik to be recorded in the affirmative.

21          Senator Kavanagh to explain his

22   vote.

23          SENATOR KAVANAGH:   Thank you,

24   Mr. President.

25          This is of course one bill of a

1    broader package that we're doing today to -- as

2    part of our ongoing efforts in New York to

3    protect New Yorkers from the scourge of gun

4    violence.  We know that we'll never be fully rid

5    of these kinds of atrocities until our Congress

6    and some state legislatures and the gun industry

7    stop blocking the kinds of legislation that we

8    know prevent gun violence.

9              But we in New York have now a long

10   track record of addressing this in ways that we

11   know work across the country and here in

12   New York.  This bill, which is a

13   first-in-the-nation restriction of this type on

14   body armor, is intended to take a modest step

15   with respect to body armor to discourage use of

16   body armor among people who don't have any cause

17   to use it as a result of their job.

18              Now, to the concerns that have been

19   raised on the other side of the aisle, the bill,

20   first of all, doesn't go into effect for 30 days

21   and, second of all, requires the Secretary of

22   State to come up with a list of appropriate

23   professions.  And, thirdly, has a specific

24   provision that allows somebody in a particular

25   profession where they believe they need body

1    armor to be added to that list so that they can

2    purchase it here in New York.

3              I got a call from a reporter who has

4    done overseas work in war zones, pointing out

5    that the bill doesn't specify that reporters in

6    war zones should be able to purchase this.  And

7    obviously that is something I told him I will

8    support the request to the Secretary of State to

9    do that.  Similarly, EMS workers and others that

10   are responding to emergency situations would

11   certainly be perfectly reasonable.

12             The bill doesn't specify all of

13   these things because -- for exactly the reason

14   that we didn't want to take it upon ourselves to

15   anticipate all possible circumstances.  Instead,

16   we've got a flexible process.  The Secretary of

17   State will put out this list before the bill goes

18   into effect, and then they will modify it over

19   time.

20             Again, body armor has been an

21   increasingly common part of these -- especially

22   of these mass shootings, especially of mass

23   shootings where the goal seems to be to kill the

24   maximum number of people.  And this bill takes a

25   modest but significant step towards discouraging

1  that by restricting the sale of this equipment in

2  New York.  It's often marketed as tactical gear

3  that you need along with your tactical weapons.

4           So we're taking this step today.

5  It's an important part of a larger package.  I'm

6  proud to support the package, and I'm proud to

7  vote aye on this bill.

8           ACTING PRESIDENT BAILEY:  Senator

9  Kavanagh to be recorded in the affirmative.

10          Announce the results.

11          THE SECRETARY:  In relation to

12  Calendar 1872, those Senators voting in the

13  negative are Senators Borrello, Griffo, Helming,

14  Jordan, Oberacker, O'Mara, Stec and Tedisco.

15          Ayes, 55.  Nays, 8.

16          ACTING PRESIDENT BAILEY:  The bill

17  is passed.

18          THE SECRETARY:  Calendar Number

19  1873, Assembly Print Number 7079C, by

20  Assemblymember Burdick, an act to amend the

21  Penal Law.

22          ACTING PRESIDENT BAILEY:  Read the

23  last section.

24          THE SECRETARY:  Section 2.  This

25  act shall take effect on the 30th day after it

5060

 1    shall have become a law.

 2                    ACTING PRESIDENT BAILEY:   Call the

 3    roll.

 4                    (The Secretary called the roll.)

 5                    ACTING PRESIDENT BAILEY:   Announce

 6    the results.

 7                    THE SECRETARY:   Ayes, 63.

 8                    ACTING PRESIDENT BAILEY:   The bill

 9    is passed.

10                    THE SECRETARY:   Calendar Number

11    1874, Senate Print 9454, by Senator Krueger, an

12    act to amend the Administrative Code of the City

13    of New York.

14                    ACTING PRESIDENT BAILEY:   Read the

15    last section.

16                    THE SECRETARY:   Section 16.  This

17    act shall take effect immediately.

18                    ACTING PRESIDENT BAILEY:   Call the

19    roll.

20                    (The Secretary called the roll.)

21                    ACTING PRESIDENT BAILEY:   Announce

22    the results.

23                    THE SECRETARY:   Ayes, 63.

24                    ACTING PRESIDENT BAILEY:   The bill

25    is passed.

```
1                THE SECRETARY:    Calendar Number
2    1875, Senate Print 9456, by Senator Sepúlveda, an
3    act to amend the Penal Law.
4                SENATOR WEIK:    Lay it aside.
5                ACTING PRESIDENT BAILEY:    Lay it
6    aside.
7                THE SECRETARY:    Calendar Number
8    1876, Senate Print 9458, by Senator Thomas, an
9    act to amend the Penal Law.
10                SENATOR WEIK:    Lay it aside.
11                ACTING PRESIDENT BAILEY:    Lay it
12    aside.
13                THE SECRETARY:    Calendar Number
14    1877, Senate Print 9459, by Senator Liu, an act
15    to amend the Education Law.
16                ACTING PRESIDENT BAILEY:    Read the
17    last section.
18                THE SECRETARY:    Section 11.  This
19    act shall take effect immediately.
20                ACTING PRESIDENT BAILEY:    Call the
21    roll.
22                (The Secretary called the roll.)
23                ACTING PRESIDENT BAILEY:    Senator
24    Jackson to explain his vote.
25                SENATOR JACKSON:    Thank you,
```

1   Mr. President.

2              I rise to speak in support of my

3   colleague John Liu's legislation S9459, regarding

4   the governance of New York City schools.

5              Mayoral accountability, not control,

6   because one person should not have absolute power

7   over the largest school district in the nation.

8   I say accountability because we need to hold

9   those in power accountable to the school

10  communities they are tasked with serving.

11             The new administration has offered

12  many commitments to students and families, saying

13  that they will "do things differently."  We have

14  come together to extend mayoral accountability by

15  two years -- not three years, not four years,

16  which had been the full term of the

17  administration.

18             We want to ensure the promises

19  stated in announcements and press conferences are

20  kept.  The Legislature will return in two years

21  to review an extension and gauge the success of

22  the administration.

23             I urge our school communities to

24  collaborate on what they would like to see in

25  their school governance, for us to make

5063

```
 1     worthwhile changes if absolutely needed.  School
 2     governance does not begin with the Panel for
 3     Educational Policy level, it begins at the
 4     parent/teacher conference's level, the PTAs and,
 5     very importantly, the school leadership teams and
 6     CECs, the Community Education Councils in
 7     New York City.
 8                    We need to govern from the ground
 9     up.  We expect New York City to abide by the law
10     and support our school communities, reducing
11     class size, providing evidence-based dyslexia
12     support, and engaging students rather than
13     criminalizing them.
14                    We are challenging New York City
15     governance on behalf of our constituents --
16     meaningful parent engagement, student and youth
17     voices in their education.  And for that reason,
18     I vote aye and I urge my colleagues to vote aye.
19                    Thank you.
20                    ACTING PRESIDENT BAILEY:   Senator
21     Jackson to be recorded in the affirmative.
22                    Senator Brisport to explain his
23     vote.
24                    SENATOR BRISPORT:   Thank you,
25     Mr. President.
```

```
 1                    A common joke in New York City is
 2       that you need a passport to go from Brooklyn to
 3       the Bronx.  Even within the same borough, our
 4       neighborhoods are so wildly different from one to
 5       the next that crossing the street can feel like
 6       traveling to a different world.
 7                    Our city has the single largest
 8       public school system in the nation, with nearly a
 9       million students.  And those students are facing
10       a vast and diverse range of circumstances.  As a
11       recent public school teacher, I can tell you that
12       providing kids equitable access to a quality
13       education, especially in New York City, requires
14       deep responsiveness to that range of
15       circumstances.
16                    I recently held a public forum to
17       hear from educators as well as parents and
18       students about their experiences under mayoral
19       control, and it quickly became clear that this
20       current system of hypercentralized power is not
21       resulting in that necessary responsiveness.
22                    In fact, on many issues, like the
23       necessity of remote learning options, Mayor Adams
24       has either looked the other way or failed to even
25       notice their importance.
```

1          While in theory the PEP exists to

2    help the mayor receive and implement feedback,

3    the composition of this small body makes it

4    little more than a barrier between concerned

5    parents and the mayor.  This bill does not do

6    nearly enough to change that.

7          Mayoral control was designed to be

8    temporary, yet lawmakers keep kicking the can

9    down the road instead of investing the time and

10   energy to work with parents and educators to

11   develop a permanent system.  Once again, the

12   Legislature is concentrating power in the hands

13   of a single individual rather than doing that

14   work.

15          To make matters worse, this plan

16   includes a process to review the outcome that is

17   controlled again not by a democratic and diverse

18   body, but again by a single individual.  I would

19   like to remind this body that two years is double

20   the first extension Mayor de Blasio was granted.

21   More importantly, it is also an incredibly long

22   time in the life of a child.  And a quality

23   education too long deferred is a quality

24   education denied.

25          Mr. President, I vote no on this

1    bill.

2                    ACTING PRESIDENT BAILEY:   Senator

3    Brisport to be recorded in the negative.

4                    Senator Sanders to explain his vote.

5                    SENATOR SANDERS:   Mr. President, I

6    have two friends who are arguing here today.   A

7    friend of 30 years, Mayor Adams, makes a claim

8    that he should have the authority.   A friend of

9    longer, the truth, tells me that there are

10   problems here.

11                   One of the problems with this bill

12   is that it fails to recognize that New York City

13   and Yonkers are the only cities in New York State

14   that don't have a school board.   Are we saying

15   that democracy is good for the rest of the state

16   but not good for these cities?

17                   I would say that some will say that

18   this was done because there was some type of

19   problems in the school boards years ago.   Okay.

20   The facts say that over the 20 years that there

21   was school boards in New York City, where

22   hundreds of people were actually involved in the

23   school boards, five people were convicted of

24   crimes during that time.   Hundreds of people.

25                   So are we to say that once there's a

1    problem anywhere, we just get rid of democracy

2    everywhere?  And if that's the case, then we

3    should hold that same standard to the entire

4    state.  The problems of democracy are not solved

5    by getting rid of democracy, but by cleaning it

6    up, working at it.  It's not an easy thing.

7           I also will remind my colleagues

8    that there's been mayoral control for around

9    20 years.  No studies have been done on this.  Do

10   we know it's effective?  Do we know it works or

11   doesn't work?  We should look at these things.

12          So under those conditions, and

13   understanding that time is against us this

14   afternoon, I'm going to urge my colleagues to do

15   whatever they believe is right on this one.  But

16   as for me, I believe that the problems of

17   democracy are solved with more democracy and not

18   saying that people are not worthy of democracy,

19   so we'll take it away and put it into the hands

20   of one person.  That's not the country that I'm

21   fighting for.

22          Thank you very much, Mr. President.

23          ACTING PRESIDENT BAILEY:   Senator

24   Sanders, is that -- are you --

25          SENATOR SANDERS:   I'm voting no,

5068

```
 1    but not against my friend the mayor.
 2                    ACTING PRESIDENT BAILEY:   Senator
 3    Sanders to be recorded in the negative.
 4                    Senator Lanza to explain his vote.
 5                    SENATOR LANZA:   Thank you,
 6    Mr. President, to explain my vote.
 7                    I'm going to be voting no
 8    additionally, but for very different reasons.
 9                    Since the -- from the moment that
10    I've entered public service serving the people of
11    Staten Island, I've been a champion for mayoral
12    control.  That's because I remember the '70s and
13    the '80s.  And I remember how terribly the
14    Department of Education failed students from one
15    end of New York City to the other -- I mean
16    really miserably failed students.
17                    And people were just so frustrated.
18    There was a sense of despair whenever you would
19    talk to a parent or to a teacher anywhere in
20    New York City about what was happening.  And the
21    common response that you would hear with respect
22    to the problem was "We can't hold anyone
23    accountable."
24                    I remember Mayor Dinkins, Mayor
25    Bloomberg, Mayor Giuliani, Mayor Koch --
```

```
 1    Democrats, Republicans -- all had the courage to
 2    say, Let me try.  Give me the power.  Hold me
 3    accountable, and I'll take care of it.  Just in
 4    the same as way as in the City of New York when
 5    crime and public safety are issues, you turn to
 6    the mayor.  God forbid there are fires and there
 7    is not safety with respect to that, you turn to
 8    the mayor.  It's the mayor's job to have a fire
 9    commissioner, a police commissioner.
10              In the same way, the thought has
11    always been:  Well, maybe if we turn it over to
12    the mayor, we're going to see something better
13    happen.  And I truly believe that things did
14    improve under mayoral control.  And while it is
15    not perfect, I still believe it is better to have
16    mayoral control so that the voters, the citizens,
17    the parents, the students of the City of
18    New York, when things aren't going right, they
19    can say, Well, let's change it.
20              You could never change the
21    bureaucracy.  I mean, it was really a joke.  What
22    was it, Livingston Street?  Everything went --
23    people went in and never came out.
24              It was a -- I remember the
25    percentage of dollars that we all thought -- you
```

1   all thought, or people before us all thought they

2   were sending to educate children in the City of

3   New York.  I know Senator Jackson has always been

4   a champion in terms of getting Albany dollars

5   down to the city.  A horrific percentage of those

6   dollars never got to the kids.  They never got to

7   the teachers.  There was a whole city, and it

8   wasn't a shining city on a hill.  It was a

9   Department of Education where dollars went to die

10  and people had patronage jobs who didn't care

11  about our kids.  It's sad, but it's true.

12          The reason I'm voting against this

13  legislation is because I think it takes us a step

14  back in that direction.  I'll take my chances

15  with Mayor Adams.  The people of the City of

16  New York elected him.  He's a good man.  I'd

17  rather the people of the City of New York be able

18  to turn to him and say "You're doing a good job"

19  or "You're failing us and we're going to hold you

20  accountable."

21          This legislation creates a whole new

22  advisory panel where people are going to be

23  sharing that power with him.  And of course one

24  person can't do it all.  But this really divests

25  power from the mayor, sends it off into a new

1    bureaucracy, which is going to be born here,

2    25 now, I'm sure 50 next year, 200 -- before you

3    know it, we're back at Livingston Street, and

4    once again we will not have accountability.

5              We spend more taxpayer dollars per

6    kid, per student in New York City than anywhere

7    on Planet Earth.  And yet all the years I'm here,

8    Democrats and Republicans have said:  Boy, we're

9    failing our kids, it's a disaster.  The kids are

10   being left behind.  How could that be?  More

11   dollars per kid than anywhere on earth.

12             So I know there are problems.  I

13   think the best way to get things done is to have

14   mayoral control.  This takes us back in the wrong

15   direction, back to the bureaucracy, back into the

16   land of no accountability.

17             And so, Mr. President, I vote no.

18             ACTING PRESIDENT BAILEY:   Senator

19   Lanza to be recorded in the negative.

20             Senator Savino to explain her vote.

21             SENATOR SAVINO:   Thank you,

22   Mr. President.

23             I also rise to say that I am

24   unfortunately voting against this bill.  While I

25   support the efforts of the sponsor, and I know

1    that he put a lot of work into this, it's very

2    complicated.  How do we decide who's going to

3    control our school system, who's going to be

4    responsible for the education of our children?

5    It's incredibly complicated.

6              But I do think that this bill takes

7    us a step back, as Senator Lanza said.  I don't

8    think it's actually mayoral control.  It's the

9    exact opposite.  Because instead of having a

10   Panel for Education Policy with 13 or 15, now we

11   have 23.  Rarely does adding bureaucracy increase

12   efficiency or excellence.  We're -- it's going to

13   be impossible to get anything done.  It will be

14   impossible to come to agreement.  It will be

15   impossible to come to decisions about what's best

16   for the school system when you have 23 people --

17   who, by the way, cannot be removed except for

18   cause.

19             And what does that mean?  They're

20   not government employees.  They don't have due

21   process rights.  What venue will that hearing be?

22   Who will determine whether or not they should be

23   removed?  How will that be done?  Will it be done

24   in an oath trial?  Will it be done -- where, in

25   court?  This could lead to endless Article 78

1  cases.

2             So I have concerns about the way

3  this was put together, which is why I'm voting

4  no.  I do think if we believe in mayoral

5  control -- and obviously as a state we do,

6  because we picked it up 20 years ago and we've

7  continued it ever since under three other

8  mayors -- we should allow the mayor then to be in

9  charge of the school system, with a system of

10 checks and balances that the Legislature puts in

11 place.

12            This bill goes backwards, not

13 forwards.  And unfortunately, I cannot vote for

14 it.  I am in the negative.

15            Thank you, Mr. President.

16            ACTING PRESIDENT BAILEY:   Senator

17 Savino to be recorded in the negative.

18            Senator Liu to explain his vote.

19            SENATOR LIU:   Thank you,

20 Mr. President.

21            This is an issue that certainly has

22 taken a great deal of time in this body among our

23 colleagues, and also among the educational

24 community.  There are those who say we need to

25 get rid of mayoral control and therefore

5074

```
 1    potentially revert back to the system of prior to
 2    2002.  There are people who say we need to
 3    strengthen mayoral accountability and make it
 4    perhaps forever.  And then there are others who
 5    are somewhere in the middle.
 6              Then there are the most important
 7    people, the parents.  The parents, who are the
 8    most important stakeholders in public schools.
 9    It's their kids that they have entrusted to our
10    educational system in New York City.  We need to
11    hear them.
12              And for the past many years, the
13    parents have felt less and less and less engaged.
14    They cannot get their suggestions or input heard.
15    Sometimes they can't even get a response to
16    simple questions, especially during a pandemic
17    time when they were very concerned -- not just
18    about the education of their kids, but about
19    their health as well.
20              So there have been a lot of issues.
21    No shortage of emotions that have been injected
22    into this debate.  But today we have a bill, we
23    have a bill that I don't think anybody would say
24    it's perfect.  And how many times have we said,
25    at the end of the day, a good piece of
```

1    legislation is where everybody is unhappy.

2              But the fact of the matter is this.

3    This bill allows the mayor of New York City to

4    retain control of the public schools.  That

5    control is evidenced by the fact that he has a

6    clear majority of appointments to the New York

7    City school board, otherwise known as the Panel

8    for Educational Policy.  The mayor also retains

9    the appointment and termination at any point of

10   the New York City schools chancellor, who has the

11   greatest hand in operating the 1800 schools in

12   New York City.

13             So it would not be accurate to say

14   that the mayor does not have control.  The mayor

15   has a tremendous amount of control, and he will

16   retain a tremendous amount of control over

17   New York City public schools.

18             At the same time we've heard our

19   constituents, we've heard the parents of New York

20   City schoolkids, and we are making the system

21   more responsive to them.  Number one, by

22   expanding the representation of parents on the

23   school board, the PEP.  We're increasing it to

24   reflect the diversity of the boroughs.  We're

25   also requiring the mayor to increase the number

```
 1    of parents that he actually appoints to the PEP.

 2    His choice.  But they should be parents.

 3                   And we're also, importantly,

 4    increasing the voice of the parents with

 5    students, with children with disabilities as well

 6    as parents of children who are English language

 7    learners.

 8                   These are all changes that will make

 9    the PEP stronger, more reflective of the

10    diversity of the city.  And to those who would

11    say it's less efficient, colleagues, we have

12    63 members in this body.  Some -- some would say

13    that's pretty inefficient.  But that's what

14    representation is about.  And to those who would

15    say it's inefficient, I say representation

16    sometimes takes a little bit more time to get

17    things done, but it's important to have that

18    representation.  And we're expanding the

19    representation of parents who truly have felt

20    that they have been left out of the process.

21                   So -- and then, lastly, we are also

22    increasing the integrity of this school board,

23    the PEP, by allowing the appointees of this

24    school board to serve one-year terms.  Those

25    terms can be renewed if their appointer, whether
```

1  it be the mayor or borough president, chooses to

2  do so.  But they will no longer be removable at

3  any moment for no reason, which is what the

4  current system does.  Giving them one-year fixed

5  terms -- not term limits, one-year fixed terms --

6  injects a great deal more integrity into the PEP

7  process.

8            So for all of those reasons and

9  more, but in the interests of time, I vote yes,

10  Mr. President.  Thanks.

11            ACTING PRESIDENT BAILEY:   Senator

12  Liu to be recorded in the affirmative.

13            Announce the results.

14            THE SECRETARY:   In relation to

15  Calendar 1877, those Senators voting in the

16  negative are Senators Akshar, Brisport, Comrie,

17  Griffo, Helming, Jordan, Lanza, Martucci,

18  Mattera, Oberacker, O'Mara, Ortt, Palumbo,

19  Persaud, Rath, Ritchie, Salazar, Sanders, Savino,

20  Stec and Weik.  Also Senators Borrello, Tedisco,

21  Sepúlveda and Serino.

22            Ayes, 38.  Nays, 25.

23            ACTING PRESIDENT BAILEY:   The bill

24  is passed.

25            A brief housekeeping note.  Please

```
1    note that sponsors of the bills are limited to
2    five minutes when explaining their vote, and
3    other members are limited to two minutes while
4    explaining their vote.
5                   The Secretary will read.
6                   THE SECRETARY:   Calendar Number
7    1878, Senate Print 9460, by Senator Liu, an act
8    to amend the Education Law.
9                   ACTING PRESIDENT BAILEY:   Read the
10   last section.
11                  THE SECRETARY:   Section 6.  This
12   act shall take effect immediately.
13                  ACTING PRESIDENT BAILEY:   Call the
14   roll.
15                  (The Secretary called the roll.)
16                  ACTING PRESIDENT BAILEY:   Senator
17   Jackson to explain his vote.
18                  SENATOR JACKSON:   Thank you,
19   Mr. President.
20                  And my colleagues, I rise to explain
21   my vote on behalf of the students for S9460,
22   which finally implements highly needed and
23   desired classroom reductions in New York City.
24                  When I cofounded the Campaign for
25   Fiscal Equity with Michael Rebell to file a
```

1   lawsuit against New York State, excessive class

2   sizes were a main focus for the Foundation Aid

3   formula.  The courts found:  "Tens of thousands

4   of students placed in overcrowded classrooms is

5   large enough to represent a systemic failure."

6              After over 30 years, first came the

7   funding of Foundation Aid, and now the

8   accountability and doing what is proven to

9   improve education outcomes:  Small class sizes.

10             There were those who doubted but now

11  support this fight for educational justice.  As a

12  marathon runner, I know the goal is to stay the

13  course and reach the finish line, and I am

14  extremely excited that my colleagues molded this

15  legislation from my 2021 introduction of S6296A

16  with Assemblymember Jo Anne Simon, an education

17  lawyer.  Since January, we've been beating the

18  drum on requiring a five-year phase-in to reduce

19  class size, placing a cap on class size by grade,

20  creating a strict timeline for meaningful public

21  engagement, and adding teeth to the Contract for

22  Excellence by holding funds if their goals are

23  not met.

24             Every year DOE surveys what changes

25  K-12 parents would like to see in their

```
 1    children's school.  Smaller class sizes have been
 2    the top priority.
 3              This is a win for every student, and
 4    I want to thank the groups who have worked
 5    tirelessly through the years:  Alliance for
 6    Quality Education.  Class Size Matters.
 7    Education Law Center.  And of course we cannot
 8    forget the parents who fought and even sued the
 9    state for its refusal to reduce class size.
10              When I set my mind to something, I
11    don't care how it gets done.  It gets done.  This
12    victory is for the students.  And thank you,
13    Madam Leader, Chair Liu, and UFT.
14              I proudly vote aye, and I ask my
15    colleagues to vote aye.  Thank you.
16              ACTING PRESIDENT BAILEY:   Senator
17    Jackson to be recorded in the affirmative.
18              Senator Brisport to explain his
19    vote.  Senator Brisport not to explain his vote.
20              Senator Liu to explain his vote.
21              SENATOR LIU:   Thank you, Madam
22    President.  And Madam Chair.
23              A generation ago the courts of this
24    state ruled in simple terms that the kids were
25    not getting a sound basic education.  And they
```

1    cited a litany of reasons why that was the case.

2    One of those major reasons was excessive class

3    sizes, too many kids in the same classroom.  Not

4    enough attention possibly being paid to each

5    student by the teacher, because that teacher had

6    too many people in the classroom.

7              And so after years of litigation, of

8    which our colleague Robert Jackson was a

9    plaintiff, the courts decided, including the

10   highest court of this state, that the State of

11   New York needed to provide that funding.  We

12   needed to cough up in order to provide that sound

13   basic education for every child in this state.

14             And so we did.  And this

15   Legislature, although that preceded most of us

16   here, put together a funding plan.  And that plan

17   was followed through until at some point things

18   fell off track, presumably because of some

19   recession.  But thankfully last year we put it

20   back on track.  And we are now in the second of a

21   three-year phase-in.  By next year we will have

22   finally fulfilled the funding mandate that was

23   ordered by our courts.

24             But an important corollary to that

25   funding mandate was the actual definition of what

5082

1    a sound basic education is and what the necessary

2    elements are in order to provide that.  Small

3    class sizes were deemed to be something that

4    needed to be taken care of specifically, as

5    spelled out in the Contract for Excellence that

6    this body has affirmed year after year.  But that

7    mandate has not been complied with by New York

8    City schools.

9              And so now that we have finally

10   given the City of New York all the money that

11   it's due through Foundation Aid, as spelled out

12   by the court system, we are now insisting that

13   the City of New York also live up to the spirit

14   of that Campaign for Fiscal Equity and provide a

15   sound basic education -- which does not include

16   continuing excessive class sizes.

17             When we say small class sizes, I

18   don't even know if that's the right term, because

19   we're -- the plan, this legislation calls for

20   class sizes that are closer to the national norm,

21   even closer to the rest of the state.  The class

22   sizes in the City of New York are substantially

23   larger than the rest of the state and the rest of

24   the country.

25             So I wouldn't even call it small

```
 1    class sizes, I would call it effective class
 2    sizes.  That is necessary in order for all the
 3    New York City schoolkids to get a sound basic
 4    education as envisioned by the court system
 5    nearly a generation ago.
 6                 So Madam President, I thank you, as
 7    the chair of our Education Committee, for all
 8    your support and all the work that you have done
 9    over the years.  I thank our Madam Leader, who's
10    been very much engaged in that court decision
11    over this last generation.
12                 I certainly thank Robert Jackson,
13    who we're -- RJ, we're trying to spare you
14    another walk to Albany, all right? -- and all the
15    advocates who have really been a part of this
16    effort.  I will mention Leonie Haimson, who is
17    the epitome of persistence.
18                 And so with that, once again, I vote
19    yes on this bill.  Thank you.
20                 ACTING PRESIDENT BAILEY:   Senator
21    Liu to be recorded in the affirmative.
22                 Announce the results.
23                 THE SECRETARY:   In relation to
24    Calendar 1878, those Senators voting in the
25    negative are Senators Borrello, Comrie, Ortt and
```

1    Savino.

2                    Ayes, 59.  Nays, 4.

3                    ACTING PRESIDENT BAILEY:   The bill

4    is passed.

5                    THE SECRETARY:  Calendar Number

6    1879, Senate Print 9461, by Senator Skoufis, an

7    act to amend the Arts and Cultural Affairs Law.

8                    ACTING PRESIDENT BAILEY:   Read the

9    last section.

10                    THE SECRETARY:   Section 3.  This

11    act shall take effect immediately.

12                    ACTING PRESIDENT BAILEY:   Call the

13    roll.

14                    (The Secretary called the roll.)

15                    ACTING PRESIDENT BAILEY:   Announce

16    the results.

17                    THE SECRETARY:   Ayes, 63.

18                    ACTING PRESIDENT BAILEY:   The bill

19    is passed.

20                    THE SECRETARY:  Calendar Number

21    1880, Senate Print 9462, by Senator Kavanagh, an

22    act establishing the special joint legislative

23    commission on affordable housing.

24                    ACTING PRESIDENT BAILEY:   Read the

25    last section.

```
 1                  THE SECRETARY:    Section 6.  This
 2      act shall take effect immediately.
 3                  ACTING PRESIDENT BAILEY:   Call the
 4      roll.
 5                  (The Secretary called the roll.)
 6                  ACTING PRESIDENT BAILEY:   Senator
 7      Brisport to explain his vote.
 8                  SENATOR BRISPORT:   Thank you,
 9      Madam President.
10                  It is challenging to stand here
11      right now and speak to you all calmly, because
12      the truth is I'm quite angry.
13                  For five months we have talked about
14      the devastating, compounding impact of the
15      pandemic on our preexisting housing crisis.  We
16      have watched the courts flood with eviction
17      cases.  We have watched a massive wave of rent
18      hikes hit tenants already struggling to rebuild
19      their lives.  Yet the entire time, we have sat on
20      a bill that would drastically improve housing
21      stability for a huge percentage of New York's
22      most vulnerable tenants:  Good Cause Eviction.
23                  And while this body dragged its
24      feet, the real estate industry was busy shelling
25      out unbelievable sums of money to spread
```

```
 1    disinformation about Good Cause, disinformation
 2    that some members of this Legislature seem to
 3    have been successfully misled by.
 4              It is our responsibility as
 5    legislators to base our work in facts and
 6    reality, especially in the face of disinformation
 7    campaigns.  It is our responsibility to
 8    prioritize the well-being of our constituents
 9    over corporate profits.  It is our responsibility
10    to take meaningful action when New York is in
11    crisis.  But instead of voting on the desperately
12    needed, longstanding Good Cause Eviction bill, we
13    are voting on a bill to create a commission
14    stacked with Hochul appointees to think about the
15    issue some more.
16              This bill is an inexcusable
17    abdication of our responsibility.
18              Madam President, I vote no.
19              ACTING PRESIDENT BAILEY:   Senator
20    Brisport to be recorded in the negative.
21              Senator Helming to explain her vote.
22              SENATOR HELMING:   Thank you,
23    Madam President.
24              We all know that homelessness is a
25    problem across the entire state.  It impacts
```

```
 1    every single community, and it impacts every

 2    single county.

 3                This bill creates a special joint

 4    legislative commission on affordable housing to

 5    make recommendations to the Legislature on how to

 6    preserve and maintain existing affordable

 7    housing.  The commission would also explore ways

 8    to support the development of new affordable

 9    housing in the State of New York.

10                Additionally, this commission would

11    examine ways to maximize the impact of private,

12    state, local and federal resources by ensuring

13    long-term affordability -- something that we need

14    to do.

15                Madam -- Mr. President --

16                (Laughter.)

17                SENATOR HELMING:  -- while the goal

18    of this commission is laudable, the fact that

19    neither minority leaders have representation or

20    have the ability to make nominations is

21    problematic to me.

22                Only by bringing in all interested

23    stakeholders will we find real solutions to

24    New York State's affordable housing crisis.  It's

25    my hope that the sponsor of this legislation will
```

1    reconsider the exclusion of the minority

2    conferences being able to nominate

3    representatives.

4            We represent millions of

5    New Yorkers, millions of New Yorkers.  And as I

6    said, this is a crisis across the entire state.

7            I will be voting no, Mr. President.

8            ACTING PRESIDENT BAILEY:   Senator

9    Helming to be recorded in the negative.

10           Senator May to explain her vote.

11           SENATOR MAY:    Thank you,

12   Mr. President.

13           I am voting yes on this bill, but I

14   do so because I recognize the affordable housing

15   crisis is growing and it is complex and there are

16   reasons to study ways to address a whole range of

17   issues that it raises.

18           But I also believe that we know the

19   answers to some of these questions.  And I hope

20   and expect that the commission will take into

21   account policy that we have already drafted,

22   including the Good Cause Eviction, including my

23   bills for statewide right to counsel for people

24   who are facing eviction and the Tenant Dignity

25   and Safe Housing Act that allows tenants to

5089

```
 1    withhold rent if their housing conditions are
 2    unsafe.
 3              So I look forward to the results of
 4    this commission, but I hope that they will build
 5    in the things we already know about how to solve
 6    the problems of affordable housing and eviction
 7    in this state.
 8              I vote aye.  Thank you.
 9              ACTING PRESIDENT BAILEY:   Senator
10    May to be recorded in the affirmative.
11              Senator Jackson to explain his vote.
12              SENATOR JACKSON:   Thank you,
13    Mr. President.
14              I rise to support this bill,
15    understanding that this pandemic that we are all
16    living in has had a negative impact on housing
17    overall.  And you may say, How did it have a
18    negative impact on housing?  Well, all of the
19    people that live in housing, whether or not they
20    are renters or owners or even homeowners, both
21    renters and homeowners have been negatively
22    impacted as we go through this pandemic.
23              And I think realistically, if in
24    fact a true commission comes together and looks
25    at the reasons why, then there are going to be
```

5090

```
 1    some startling events that we will all know that
 2    quite frankly so many people are being negatively
 3    impacted regarding housing, especially during the
 4    pandemic, because of the loss of employment and
 5    what have you.  That's why we, as a State
 6    Legislature, put up ERAP and all the other
 7    programs to help people in housing.
 8                 So I'm looking forward to that.  But
 9    I also agree as far as Good Cause Eviction is
10    extremely important for the people that are
11    living in housing and cannot afford to pay their
12    rent in regard of the pandemic situation, but
13    also understanding that if I'm renting and I'm
14    abiding by the law, rules and regulations, I
15    should have a right to have my lease renewed.
16                 And so I ask all of us to consider:
17    Let's not wait until January, till we come back
18    to deal with a new session.  We should deal with
19    Good Cause Eviction right away, because if not,
20    tens of thousands of people are going to be
21    negatively impacted.  And we don't want to
22    negatively impact tens of thousands of people.
23    We want to be able to help them.
24                 So with that, I vote aye on this
25    bill.
```

1           ACTING PRESIDENT BAILEY:   Senator

2   Jackson to be recorded in the affirmative.

3               Announce the results.

4           THE SECRETARY:   In relation to

5   Calendar Number 1880, those Senators voting in

6   the negative are Senators Akshar, Borrello,

7   Boyle, Brisport, Gallivan, Griffo, Helming,

8   Jordan, Lanza, Martucci, Mattera, Oberacker,

9   O'Mara, Ortt, Palumbo, Rath, Ritchie, Salazar,

10  Stec, Tedisco and Weik.

11              Ayes, 42.  Nays, 21.

12          ACTING PRESIDENT BAILEY:   The bill

13  is passed.

14              Senator Gianaris.

15          SENATOR GIANARIS:   Thank you,

16  Mr. President.

17              Once again, we are moving so

18  expeditiously through the calendar -- which I

19  appreciate -- that one of our members missed the

20  opportunity to speak on his bill.

21              So by agreement, can we return to

22  Calendar 1879 and recognize Senator Skoufis to

23  explain his vote.

24          ACTING PRESIDENT BAILEY:   On

25  Calendar 1879, Senator Skoufis to explain his

1    vote.

2              SENATOR SKOUFIS:    Thank you very

3    much, Mr. President.  Thank you to Senator

4    Gianaris.

5              I didn't want to miss the

6    opportunity to speak on this bill.  A lot of work

7    was put in by central staff, my team --

8    specifically Evan Gallo, Eric Katz,

9    Shontell Smith.  I want to also thank our

10   Majority Leader.

11             This is over a year in the making.

12   We're updating our ticketing laws here in

13   New York State.  And coming out of the pandemic,

14   you know, I think we all acknowledge and all

15   appreciate that New York State offers the best

16   entertainment -- events, entertainment -- in the

17   country, perhaps even the world.  It's important

18   that our access to those events keeps up and we

19   offer the best opportunities for our constituents

20   to access these great events as well.

21             And so facing an expiration in just

22   about four weeks, on July 1st, we had an

23   opportunity to renew, to update our live event

24   ticketing statute.  And working with

25   Assemblyman O'Donnell, we did that.

1            And in particular I want to

2    highlight two provisions that are

3    first-in-the-nation provisions, if I could use a

4    Cuomonian statement there.  First, all-in

5    pricing.

6                Everyone in this chamber has

7    probably bought tickets, and you go to StubHub,

8    you go to Vivid, you go to any of these websites

9    and you see a price and their listing.  That's a

10   wonderful price, I'm willing to pay.  The first

11   click, you put in your name, your address,

12   et cetera.  The second click you put in your

13   credit card information.  The third click you put

14   in something else.  The fifth click, you're

15   checking out, and now suddenly there's a

16   $25 service charge and an $18 delivery fee, an

17   $11 convenience charge, and the ticket price is

18   now double what you thought you were paying for

19   20 minutes prior.

20                All-in pricing requires all of these

21   sellers to move that total price to the front so

22   you know what you're paying for right at the

23   beginning of the transaction.

24                And the second, we'll be the first

25   in the country to disclose -- mandate -- that the

5094

1   original price, the face value price be disclosed

2   on the resale market.  And so when you go to

3   these platforms, you will now be able to see what

4   the original price of that ticket was.

5               Are you getting a good deal?  Are

6   you getting a bad deal?  You still want to buy a

7   ticket.  If you got a bad deal, fine, but you at

8   least deserve to know the context, whether you

9   are getting a good deal or a bad deal, whether

10  that ticket's marked up two times, three times,

11  four times.  And that's what consumers will now

12  be able to do.

13              We also ban delivery fees if there's

14  no delivery.  Go figure.  If you're printing your

15  ticket at home, you shouldn't be charged a

16  delivery fee.

17              We're also banning the resale of

18  free tickets.  This is a provision that our

19  colleague Senator Hoylman has championed over the

20  years.

21              Shakespeare in the Park, free

22  tickets are handed out, and unscrupulous

23  individuals then go out and try and make a profit

24  reselling those tickets.  The Pope comes to town

25  a few years ago; free tickets are given out to

1    faithful Catholics throughout New York State.

2    Unscrupulous individuals then go and put on

3    Craigslist and elsewhere $500, $800 to get this

4    hot ticket that they got for free.  That will no

5    longer happen in New York State.

6              So I will argue this makes us the

7    leader in this space in the country.  These are

8    great reforms.  And again, I appreciate the

9    opportunity to speak on this and share some

10   words.

11             Thank you.

12             ACTING PRESIDENT BAILEY:   Senator

13   Skoufis to be recorded in the affirmative on

14   Calendar 1879.

15             The Secretary will read.

16             THE SECRETARY:   Calendar Number

17   1881, Senate Print 9463, by Senator Jackson, an

18   act to amend the Civil Service Law.

19             ACTING PRESIDENT BAILEY:   Read the

20   last section.

21             THE SECRETARY:   Section 25.  This

22   act shall take effect immediately.

23             ACTING PRESIDENT BAILEY:   Call the

24   roll.

25             (The Secretary called the roll.)

```
 1                  ACTING PRESIDENT BAILEY:   Announce
 2      the results.
 3                  THE SECRETARY:   Ayes, 63.
 4                  ACTING PRESIDENT BAILEY:   The bill
 5      is passed.
 6                  THE SECRETARY:   Calendar Number
 7      1882, Senate Print 9464A, by Senator Krueger, an
 8      act to amend Chapter 53 of Laws of 2022.
 9                  SENATOR GIANARIS:   Is there a
10      message of necessity at the desk?
11                  ACTING PRESIDENT BAILEY:   There is
12      a message at the desk.
13                  SENATOR GIANARIS:   Move to accept
14      the message of necessity.
15                  ACTING PRESIDENT BAILEY:   All those
16      in favor of accepting the message of necessity
17      please signify by saying aye.
18                  (Response of "Aye.")
19                  ACTING PRESIDENT BAILEY:   Opposed,
20      nay.
21                  (Response of "Nay.")
22                  ACTING PRESIDENT BAILEY:   The
23      message is accepted.
24                  Read the last section.
25                  THE SECRETARY:   Section 2.  This
```

```
 1    act shall take effect immediately.
 2                 ACTING PRESIDENT BAILEY:   Call the
 3    roll.
 4                 (The Secretary called the roll.)
 5                 ACTING PRESIDENT BAILEY:   Announce
 6    the results.
 7                 THE SECRETARY:   Ayes, 63.
 8                 ACTING PRESIDENT BAILEY:   The bill
 9    is passed.
10                 THE SECRETARY:   Calendar Number
11    1883, Senate Print 9465, by Senator Bailey, an
12    act to amend the Executive Law.
13                 ACTING PRESIDENT BAILEY:   Read the
14    last section.
15                 THE SECRETARY:   Section 4.  This
16    act shall take effect immediately.
17                 ACTING PRESIDENT BAILEY:   Call the
18    roll.
19                 (The Secretary called the roll.)
20                 ACTING PRESIDENT BAILEY:   Announce
21    the results.
22                 THE SECRETARY:   In relation to
23    Calendar 1883, those Senators voting in the
24    negative are Senators Borrello, Helming,
25    Oberacker and Ortt.
```

```
 1                    Ayes, 59.  Nays, 4.
 2                    ACTING PRESIDENT BAILEY:   The bill
 3      is passed.
 4                    THE SECRETARY:   Calendar Number
 5      1884, Senate Print 9466, by Senator Hoylman, an
 6      act to amend the Judiciary Law and the
 7      Family Court Act.
 8                    ACTING PRESIDENT BAILEY:   Read the
 9      last section.
10                    THE SECRETARY:   Section 4.  This
11      act shall take effect immediately.
12                    ACTING PRESIDENT BAILEY:   Call the
13      roll.
14                    (The Secretary called the roll.)
15                    ACTING PRESIDENT BAILEY:   Announce
16      the results.
17                    THE SECRETARY:   Ayes, 63.
18                    ACTING PRESIDENT BAILEY:   The bill
19      is passed.
20                    THE SECRETARY:   Calendar Number
21      1885, Senate Print 9467, by Senator Cooney, an
22      act to amend the Economic Development Law.
23                    SENATOR GIANARIS:   Mr. President,
24      is there a message of necessity at the desk?
25                    ACTING PRESIDENT BAILEY:   There is
```

1    a message of necessity at the desk.

2              SENATOR GIANARIS:   Move to accept

3    the message of necessity.

4              ACTING PRESIDENT BAILEY:   All those

5    in favor of accepting the message please signify

6    by saying aye.

7              (Response of "Aye.")

8              ACTING PRESIDENT BAILEY:   Opposed,

9    nay.

10             (Response of "Nay.")

11             ACTING PRESIDENT BAILEY:   The

12   message is accepted.

13             Read the last section.

14             THE SECRETARY:   Section 5.   This

15   act shall take effect immediately.

16             ACTING PRESIDENT BAILEY:   Call the

17   roll.

18             (The Secretary called the roll.)

19             ACTING PRESIDENT BAILEY:   Senator

20   Cooney to explain his vote.

21             SENATOR COONEY:   Thank you,

22   Mr. President.

23             First let me thank the

24   Majority Leader and her staff for bringing this

25   legislation forward, along with my coprime

1   sponsor Senator Mannion.

2                This legislation has the potential

3   to be absolutely transformational in our state.

4   This legislation will position New York to take

5   advantage of the federal push to bring

6   semiconductor manufacturing back to the

7   United States, which is critical to our economy

8   and to our national security.

9                Green CHIPS projects are

10  semiconductor manufacturing projects that also

11  include sustainability measures to mitigate

12  greenhouse gas emissions over the lifetime of the

13  project.

14               It also includes commitments to

15  worker training and community investment,

16  including investing in programs to help keep

17  employment for underserved communities.  Think

18  about the community colleges that may be in your

19  community and the training programs that they're

20  providing to get people these good-paying jobs.

21               It's also labor-friendly.  This

22  includes a requirement for federal prevailing

23  wages for the construction projects.

24               As the chair of the Cities 2

25  Committee, I traveled across the state, and the

```
 1    access to good-paying jobs is the number-one way
 2    that we're going to grow and keep our population
 3    in these small and midsized cities across the
 4    state, especially in the Thruway Corridor.
 5              Passing this bill today makes
 6    New York not only more competitive with other
 7    states across the country, but also positions us
 8    to lead in ushering in a new generation of green
 9    manufacturing in New York State.
10              Mr. President, I vote aye.
11              Thank you.
12              ACTING PRESIDENT BAILEY:   Senator
13    Cooney to be recorded in the affirmative.
14              Senator Mannion to explain his vote.
15              SENATOR MANNION:   Thank you,
16    Mr. President.
17              I'm proud to stand here today, along
18    with my colleague Senator Cooney, in not only the
19    construction of this bill but certainly the
20    advocacy for it.  And I thank the leader for
21    bringing it to the floor.
22              We've learned a lot over the past
23    few years, and one thing is that we must make our
24    products -- essential products, products
25    essential to a number of different industries,
```

 1    products essential to national security -- we

 2    must make those here in the United States of

 3    America.  And better yet, we should make them in

 4    New York State.

 5              I represent an area that has a great

 6    history of technology, a great history of

 7    industry, a great history of manufacturing.

 8    Syracuse, New York, Rochester, New York, and

 9    other places around this state are where we

10    should be making our conductors --

11    semiconductors, excuse me.

12              Clay, New York, one area that I

13    represent, is perfectly positioned for projects

14    like what would benefit from Green CHIPS.  We not

15    only have a tremendous workforce, we have

16    excellent educational institutions, we have

17    tremendous natural resources and transportation

18    systems.  But one thing we have that many do not

19    know is that we are at the crossroads of

20    electrical transfer that comes from green energy,

21    maybe more than anywhere else in North America.

22              And as a result, I'm proud to

23    promote this bill, proud to promote a program

24    that will have community benefits built into it,

25    proud to make sure that we again in Syracuse,

```
 1    New York, are at the cutting edge of technology.
 2                    I proudly vote aye.  Thank you,
 3    Mr. President.
 4                    ACTING PRESIDENT BAILEY:   Senator
 5    Mannion to be recorded in the affirmative.
 6                    Senator Krueger to explain her vote.
 7                    SENATOR KRUEGER:   Thank you,
 8    Mr. President.
 9                    I'm voting no on this bill.  I
10    respect the people who have dreams of what might
11    happen, but I've watched this state for decades
12    make deals that are races to the bottom with
13    people from other states, from county to county,
14    where we give away our tax dollars.  Sometimes,
15    when you add them up, they're dramatically more
16    than could ever be seen as new economic activity
17    from the program.
18                    I understand why we're doing this,
19    and I respect my colleagues who will vote for it.
20    But I worry and I've in fact even told Senator
21    Schumer, who's behind the federal bill, that I
22    worry that he's encouraging range wars between
23    the states so that now we need to give away even
24    more of our tax dollars to try to draw in
25    companies that might have been perfectly happy to
```

1    come to us just on the federal program, but we

2    have to match federal money, we have to give even

3    bigger contributions -- tax dollars away.

4              I just read about a deal of a

5    similar plant in Ohio, and they're talking about

6    wanting to do 10 there, where Ohio is clearly

7    going to spend more money on the building of

8    these plants than they can ever generate in the

9    number of jobs that will be created.

10             I worry that this program, because

11   it goes for almost 25 years, is estimated to

12   potentially cost us 500 million per year in state

13   money, the equivalent in matching local tax

14   giveaways -- and that's $25 billion over

15   potentially 25 years.

16             And they're not jobs for low-wage

17   workers, they're actually jobs of $100,000 to

18   $200,000 that, with all due respect, in this

19   economy high-skill workers are going to get those

20   jobs anyway.  Maybe they wouldn't all be in

21   New York; I don't know.

22             So I worry that we continue this

23   pattern of saying we're only doing economic

24   development in the context of the biggest

25   megadeals in the hopes of drawing people into

1    New York State, as opposed to focusing on what's

2    already here, who's already here, what they're

3    trying to do, and investing in them.

4              I worry, even though I think there

5    are more protections in this bill than in many

6    others I've seen, that if they don't deliver on

7    their side of the deal, we still lose the tax

8    money.  You know, I worry that there will be side

9    deals -- okay, we'll give you the land for free

10   now.  Okay, you don't have to pay the school

11   taxes for 25 years now.  So you'll draw people

12   into your community, but you won't have any more

13   money to pay for the schools.

14             I worry about a lot of things.  And

15   I think that this kind of program, since it is

16   going to pass, needs a commitment from us and the

17   Governor's office that we are going to evaluate

18   this step by step, the kinds of evaluations we

19   talk about but we don't do in economic

20   development programs in this state.

21             For example, Mr. President, we have

22   these two chip plants right here in the Albany

23   area.  They were started by George Pataki and

24   every Governor since.  And I keep being told

25   those were incredibly successful, those are our

1    model.  Well, with all due respect, nobody's even

2    done a report to study how much tax money we gave

3    up in these years for those plants and what we

4    got out of it.

5            We owe the people of New York

6    transparency and accountability when we do these

7    kinds of deals, and this one will be the biggest

8    one New York State has ever done.

9            So -- sorry -- I'm too cynical about

10   this model.  I can't vote for this bill.

11           Thank you, Mr. President.

12           ACTING PRESIDENT BAILEY:   Senator

13   Krueger to be recorded in the negative.

14           Senator Kennedy to explain his vote.

15           SENATOR KENNEDY:   Thank you,

16   Mr. President.

17           Let me just start by thanking

18   Majority Leader Stewart-Cousins for bringing this

19   important bill to the floor, and thanking the

20   bill's sponsor, Senator Cooney, for working to

21   help advance this very important piece of

22   legislation that's going to create jobs in

23   New York State.

24           It's going to help improve our

25   economy, particularly in upstate New York.  And

1   it's going to play off of the federal vision for

2   bringing semiconductor processes and jobs to the

3   great State of New York.

4            What we need to do as a body, as a

5   Legislature, as a government is to allow for the

6   most flexibility that we possibly can give to our

7   economic development agencies to lure businesses

8   from out of state and out of country so that we

9   can provide for local economies.  Areas of the

10  State of New York, particularly upstate, have

11  really felt the pain over many decades of

12  neglect, and unfortunately have felt as if we've

13  been left behind.

14            Those days are over.  And this is an

15  opportunity for us to demonstrate that we're

16  focused on economic development, we're focused on

17  a new vision for our economy, we're focused on

18  every area of New York State, including upstate,

19  and making sure that we're giving the tools

20  necessary to the economic development agencies to

21  produce jobs.

22            With that, Mr. President, again, I

23  thank the bill's sponsor, and I vote aye.

24            ACTING PRESIDENT BAILEY:   Senator

25  Kennedy to be recorded in the affirmative.

```
 1                    Announce the results.
 2                    THE SECRETARY:   In relation to
 3      Calendar 1885, those Senators voting in the
 4      negative are Senators Krueger and Skoufis.
 5                    Ayes, 61.  Nays, 2.
 6                    ACTING PRESIDENT BAILEY:   The bill
 7      is passed.
 8                    THE SECRETARY:   Calendar Number
 9      1886, Senate Print 9470, by Senator Cooney, an
10      act to amend the Real Property Actions and
11      Proceedings Law.
12                    SENATOR GIANARIS:   Lay it aside
13      temporarily, please.
14                    ACTING PRESIDENT BAILEY:   The bill
15      will be laid aside temporarily.
16                    Senator Gianaris, that completes the
17      reading of the supplemental calendar.
18                    SENATOR GIANARIS:   Thank you,
19      Mr. President.  Can we now move to the
20      controversial calendar, beginning with
21      Calendar 1845.
22                    ACTING PRESIDENT BAILEY:   The
23      Secretary will ring the bell.
24                    The Secretary will read.
25                    THE SECRETARY:   Calendar Number
```

```
 1    1845, Senate Print 89B, by Senator Kaminsky, an
 2    act to amend the Penal Law.
 3                    ACTING PRESIDENT BAILEY:   Senator
 4    Lanza, why do you rise?
 5                    SENATOR LANZA:   Mr. President, I
 6    believe there's an amendment at the desk.  I
 7    waive the reading of that amendment and ask that
 8    you recognize Senator Akshar to be heard.
 9                    ACTING PRESIDENT BAILEY:   Thank
10    you, Senator Lanza.
11                    Upon review of the amendment, in
12    accordance with Rule 6, Section 4B, I rule it
13    nongermane -- and Tito, Michael, and any other
14    Jackson -- and out of order at this time.
15                    SENATOR LANZA:   Accordingly,
16    Mr. President, I appeal the ruling of the chair
17    and ask that you recognize Senator Akshar.
18                    ACTING PRESIDENT BAILEY:   The
19    appeal has been made and recognized, and
20    Senator Akshar may be heard.
21                    SENATOR AKSHAR:   Mr. President,
22    thank you.  I rise to appeal your ruling from the
23    chair.
24                    The proposed amendment is in fact
25    germane, Mr. President, not only to the
```

1   bill-in-chief before us.  The bill seeks to

2   address issues related to the safety of students

3   and so too, Mr. President, does the amendment, as

4   it would provide for the safety of students by

5   requiring all schools to employ a school resource

6   officer and provide the funding for the hiring of

7   such personnel.

8              There's no disputing the facts,

9   Mr. President, that recent events have reminded

10  us all of the critical importance of protecting

11  our students because of the threat of violence.

12             Most importantly, providing the

13  funding, in requiring each school in New York to

14  have a school resource officer, would help secure

15  the safety of our students, teachers,

16  administrators and school personnel.

17             These officers, as many of us know,

18  they have diverse duties in the school setting.

19  They provide protection to our children.  They

20  provide mentoring and counseling services.  They

21  assist in the design of school safety plans and

22  security policies.

23             And these officers, frankly, become

24  members of the school community and develop a

25  level of trust with students and faculty, putting

1    them in a perfect position, Mr. President, to

2    observe or receive information on both students

3    in need of help and potential threats.

4              School resource officers, there's no

5    denying this, have the capacity to help prevent

6    targeted violence in school and to respond

7    quickly to attack -- God forbid it takes place.

8              We are taking up a series of bills,

9    Mr. President, to protect New Yorkers.  Of course

10   this bill before us aims to protect students.

11   And while I recognize there is a script for you

12   to follow from the chair, I would respectfully

13   ask you to reconsider your position with respect

14   to the amendment that I have put forth.

15             Mr. President, I thank you.

16             ACTING PRESIDENT BAILEY:   Thank

17   you, Senator Akshar.

18             I want to remind the house that the

19   vote is on the procedures of the house and the

20   ruling of the chair.

21             Those in favor of overruling the

22   chair signify by saying aye.

23             SENATOR LANZA:   Request a show of

24   hands.

25             SENATOR GIANARIS:   Mr. President,

```
 1     we have agreed to waive the showing of hands and
 2     record each member of the Minority in the
 3     affirmative.
 4                    ACTING PRESIDENT BAILEY:   Without
 5     objection, so ordered.
 6                    Announce the results.
 7                    THE SECRETARY:   Ayes, 20.
 8                    ACTING PRESIDENT BAILEY:   The
 9     ruling of the chair stands, and the bill-in-chief
10     is before the house.
11                    Senator Lanza, why do you rise?
12                    SENATOR LANZA:   Mr. President, I
13     believe there is another amendment at the desk.
14                    I waive the reading of this
15     amendment and ask that you recognize Senator
16     Borrello to be heard and recognized.
17                    ACTING PRESIDENT BAILEY:   Thank
18     you, Senator Lanza.
19                    Upon review of this amendment, in
20     accordance with Rule 6, Section 4B, I rule it
21     nongermane and out of order at this time.
22                    SENATOR LANZA:   Accordingly,
23     Mr. President, I appeal the ruling of the chair
24     and ask that you recognize Senator Borrello.
25                    ACTING PRESIDENT BAILEY:   The
```

1    appeal has been made and recognized, and

2    Senator Borrello may be heard.

3                   SENATOR BORRELLO:    Thank you,

4    Mr. President.

5                   I rise because this bill is -- this

6    amendment is germane to the bill-in-chief because

7    it makes amendments to the Criminal Procedure Law

8    related to criminal offenses that this bill

9    creates.  In fact, this amendment makes both

10   offenses created by this bill bail-eligible.

11                  It also includes a provision to

12   require judges to order psychiatric assessments

13   for any person charged with this offense.

14                  This bill is laudable, but it really

15   doesn't have any teeth because it identifies

16   someone who's making a threat, like to shoot up a

17   school.  And what's going to happen to them?

18   They're going to get an appearance ticket and

19   we'll see you in a month.

20                  That's not good enough if we think

21   someone is a threat.  If that person who's made

22   the threat is a student, is 16 or 17 years old,

23   he's going to be sent to Family Court and the

24   records will be sealed.

25                  We need to have more teeth in this

5114

```
 1    bill.  That's why this amendment is not only
 2    germane but incredibly important to ensuring the
 3    safety of our students.
 4             So, Mr. President, I ask you to
 5    reconsider your ruling.  Thank you.
 6             ACTING PRESIDENT BAILEY:   Thank
 7    you, Senator Borrello.
 8             I want to remind the house that the
 9    vote is on the procedures of the house and the
10    ruling of the chair.
11             Those in favor of overruling the
12    chair signify by saying aye.
13             SENATOR LANZA:   Request a show of
14    hands.
15             SENATOR GIANARIS:   Mr. President,
16    have once again graciously agreed --
17             (Laughter.)
18             SENATOR GIANARIS:   -- to waive the
19    showing of hands and record each member of the
20    Minority in the affirmative.
21             ACTING PRESIDENT BAILEY:   Another
22    one.  Without objection, so ordered.
23             Announce the results.
24             THE SECRETARY:  Ayes, 20.
25             ACTING PRESIDENT BAILEY:   The
```

```
 1    ruling of the chair stands, and the bill-in-chief
 2    is before the house.
 3                    Senator Palumbo.
 4                    SENATOR PALUMBO:    Thank you,
 5    Mr. President.
 6                    Would the sponsor yield for a few
 7    quick questions, please.
 8                    ACTING PRESIDENT BAILEY:    Would the
 9    sponsor yield for some questions?
10                    SENATOR KAMINSKY:    I got one good
11    one left in me.  Yes.
12                    ACTING PRESIDENT BAILEY:    The
13    sponsor has one good one left, and he will yield.
14                    SENATOR PALUMBO:    Thank you,
15    Senator Kaminsky.  Good evening.  Good to see
16    you.
17                    Just a few quick questions.  And if
18    maybe you could just tell our colleagues very
19    briefly what this bill does and why it was
20    necessary, please.
21                    SENATOR KAMINSKY:    Sure.  This bill
22    adds supplemental criminal offenses because the
23    crime of making a terroristic threat was really
24    eviscerated by the Appellate Division a few years
25    back.  In a case, in fact, involving a
```

 1    Long Island case.

 2              There was a custodian named Hulsen

 3    who, in front of a colleague, said he was going

 4    to Columbine the place, made a shooting noise,

 5    and when they went to his house, an AR-15 was

 6    recovered, he was arrested.  But the court said

 7    that to make a terroristic threat you need to

 8    prove imminence.  And he could have Columbined

 9    that school at any time, and the definition of

10    the law was not met.

11              So what this does, it says just the

12    fact of making a threat of mass harm without any

13    indicia of evidence would be sufficient to prove

14    this new offense, either the lower level or an

15    overt action in furtherance of that on the

16    greater level.

17              SENATOR PALUMBO:   Will the sponsor

18    yield for another question?

19              ACTING PRESIDENT BAILEY:   Will the

20    sponsor continue to yield?

21              SENATOR KAMINSKY:   Yes.

22              ACTING PRESIDENT BAILEY:   The

23    sponsor yields.

24              SENATOR PALUMBO:   Thank you,

25    Senator.

 1            And I think we all agree that in

 2    light of what's currently been occurring in our

 3    society, that this is a loophole that needed to

 4    be dealt with.

 5            And in line with what some of my

 6    colleagues just mentioned, are either of these

 7    offenses bail-eligible?

 8            SENATOR KAMINSKY:   Through you,

 9    Mr. President, they are not.

10            SENATOR PALUMBO:   Will the sponsor

11    yield for another question?

12            SENATOR KAMINSKY:   Yes.

13            ACTING PRESIDENT BAILEY:   Will the

14    sponsor yield?   The sponsor yields.

15            SENATOR PALUMBO:   Thank you again,

16    Senator.

17            And was there any particular reason

18    why you felt the level of offense should be a

19    B misdemeanor for making the threat and

20    aggravating factors being if you take an overt

21    act, make a list or do something in the

22    furtherance of that threat, it's only an

23    A misdemeanor?

24            SENATOR KAMINSKY:   Through you,

25    Mr. President.   That was the agreement that we

1    were able to work out.

2                But it was satisfactory to me

3    because, you know, this is not taking anything

4    away from law enforcement, this is only

5    supplementing it.  This is only adding more tools

6    so our men and women in law enforcement will be

7    able to be deal with these threats.

8                There are many cases where someone

9    can make an arrest.  And I think we've lost

10   sight, especially in a lot of our bail

11   discussions, the case doesn't end at arraignment.

12   It continues, and there are consequences at the

13   end of that case.  But for making a terroristic

14   threat where you couldn't prove imminence, that

15   was not the case.

16               So ensuring that there could be a

17   conviction and that there were actual

18   consequences as a result of making a threat --

19   more than just against schools, against places of

20   mass gathering, whether it's a supermarket or a

21   town hall.  It was important to make sure that we

22   close that loophole.

23               SENATOR PALUMBO:    Thank you,

24   Senator Kaminsky.

25               ACTING PRESIDENT BAILEY:    Can we

```
 1    have some order, please.

 2                    SENATOR PALUMBO:    Thank you,

 3    Mr. President.  And thank you, Senator Kaminsky.

 4                    On the bill, please, Mr. President.

 5                    ACTING PRESIDENT BAILEY:    Senator

 6    Palumbo on the bill.

 7                    SENATOR PALUMBO:    Thank you.

 8                    And I certainly support this bill.

 9    This is something that we certainly needed to

10    address.  And just from experience, there were

11    some wrinkles that I've dealt with in the

12    criminal justice system.  For example, when

13    someone would make a bomb threat many years ago

14    when I was an ADA, and they would threaten to

15    blow up a school, we would actually charge the

16    felony of falsely reporting an incident.  And

17    that was limited to fires or explosions or

18    releasing of a hazardous substance, and that was

19    a Class E felony.

20                    In fact, in my district, I believe

21    it was yesterday -- in the past two days someone

22    threatened to shoot up a school and they were

23    charged with the Class D felony of making a

24    terroristic threat.  Quite frankly, I don't

25    know -- and as Senator Kaminsky indicated
```

Kirkland Reporting Service

1    accurately, I don't know if that particular

2    threat meets the specific elements.

3                  So we do have a huge hole in the

4    Penal Law with regard to crimes we can charge.

5    And quite frankly, we already have the ability --

6    falsely reporting an incident in the third

7    degree, which is a Class A misdemeanor, is

8    actually, in my opinion, easier to prove than

9    these new crimes that are the subject of this

10   bill.

11                 A person is guilty of falsely

12   reporting an incident in the third degree when,

13   knowing the information reported conveyed or

14   circulated to be false or baseless, he or she

15   initiates or circulates a false report or warning

16   of an alleged occurrence or impending occurrence

17   of a crime, catastrophe or emergency under

18   circumstances in which it is not unlikely that

19   public alarm or inconvenience will result.

20                 That's an A misdemeanor.  So if

21   someone threatened today, before this becomes

22   law, you already have an A misdemeanor that is

23   easy elements, and you can certainly prove that

24   particular crime.  You can charge them, get them

25   the help they need.  Obviously there are a lot of

```
 1      mental health aspects to this.
 2                   So quite frankly, my friends, I do
 3      support this.  Of course I think we all do.  But
 4      if we're going to do it, let's do it.  Let's do
 5      it right.  Let's do it for real.  Let's make the
 6      threat of, in my opinion, a terrorist act to
 7      shoot up a school, whether you're an 18-year-old
 8      kid -- and I've even handled cases like this,
 9      where it's just a kid who doesn't want to take an
10      exam that day and they thought it would be cute
11      to leave an anonymous message that there's a bomb
12      in someone's locker so they didn't have school
13      that day.
14                   But that terrorized communities.
15      And now, in this current climate, with what we've
16      seen over the past few years, that is extremely
17      heightened.
18                   So I do support this bill.  And of
19      course I urge my colleagues -- I'm sure they will
20      be voting in the affirmative.  But let's do it
21      right.  Because we actually have a bill on the
22      agenda we're going to be taking up in a little
23      bit that my 18-year-old son -- because under the
24      semiautomatic rifle bill, giving is considered a
25      sale, just like with drugs, under our Penal Law.
```

```
 1              So if I give my 18-year-old son a
 2    .22 rifle in a couple of days, without a
 3    license -- or when this becomes law, I should
 4    say, I would be guilty of a Class E felony for
 5    giving my son a lawfully owned .22 rifle.  Yet if
 6    I threaten to shoot up a school, I get an
 7    appearance ticket.
 8              So we need to go further.  I
 9    appreciate what we're doing here.  And I know, I
10    understand the nature of this business, that you
11    have certain compromise and certain people with
12    different views of the criminal justice system.
13    But we need to unify on this issue now.  This
14    needs to be a real crime, a serious crime, not
15    just on the misdemeanor level.
16              Thank you, Mr. President.
17              ACTING PRESIDENT BAILEY:   Thank
18    you, Senator Palumbo.
19              Are there any other Senators wishing
20    to be heard?
21              On the bill, Senator Borrello, or to
22    explain your vote?
23              SENATOR BORRELLO:   On the bill,
24    Mr. President.
25              ACTING PRESIDENT BAILEY:   Senator
```

 1   Borrello on the bill.
 2               SENATOR BORRELLO:   Thank you,
 3   Mr. President.
 4               I'd like to thank Senator Kaminsky
 5   for this bill.  I do not believe it doesn't have
 6   enough teeth.  But what we're trying to do here
 7   is we're trying to protect innocent people from
 8   carnage.  And we want to know in advance when
 9   someone's going to do something.  But we're not
10   always going to have that opportunity.  In fact,
11   we will likely not have that opportunity,
12   unfortunately.
13               But we have the opportunity to do
14   something here.  We can do it today, we can do it
15   before we leave here.  And that is to mandate and
16   fund a school resource officer in every school
17   building in New York State.  You want to help our
18   kids?  You want to keep them safe?  An armed SRO
19   in every school.  That will be a big step
20   forward.
21               But you won't do that.  You won't do
22   that because those radical "defund the police"
23   advocates -- I love the word "advocates" -- they
24   don't like that.  They don't like having a
25   trained officer in a school with a gun.  Because

1    even now, two years after the disaster of bail

2    reform and the spikes in crimes that we've seen,

3    they still believe that law enforcement is the

4    enemy, and they don't want them in our schools

5    protecting our children.

6                So you're not going to do that, and

7    you could.  You could do it easily.  We have the

8    money to do it.  We could do it before we leave

9    Albany.  And you won't do it because of politics.

10                Thank you, Mr. President.

11                ACTING PRESIDENT BAILEY:  Are there

12   any other Senators wishing to be heard?

13                Seeing and hearing none, debate is

14   closed.  The Secretary will ring the bell.

15                Read the last section.

16                THE SECRETARY:  Section 2.  These

17   act shall take effect immediately.

18                ACTING PRESIDENT BAILEY:  Call the

19   roll.

20                (The Secretary called the roll.)

21                ACTING PRESIDENT BAILEY:  Senator

22   Lanza to explain his vote.

23                SENATOR LANZA:  Mr. President, I

24   rise in support of this legislation.

25                I thank the sponsor.  I think it's a

1    step in the right direction.  I know that you

2    can't hit the mark and solve every problem in one

3    piece of legislation, but I think our side of the

4    aisle has put on the floor today amendments,

5    provisions which, if added to this legislation, I

6    think would really give it teeth and really make

7    a difference.

8              So this legislation says that if you

9    threaten mass harm, you can be arrested.  It

10   would be a crime under this legislation.  I think

11   that's appropriate.

12             You're arrested, you're given a DAT,

13   you can't be held on bail, you go home.  God only

14   knows what is going to happen then.  Especially

15   since not only do you now have a person who

16   threatened mass harm, but who has now been

17   arrested by the police and told, Okay, we'll see

18   you later.  I think it may -- and I fear I'm

19   wrong -- I hope I am wrong -- may possibly

20   increase the risk and put this person in a whole

21   new different state of mind.

22             So why not -- and I urge the

23   sponsor.  The Governor threatened to bring us

24   back.  I urge the sponsor, my good friend, to

25   consider, if this becomes law, amending it and

1    add a commonsense public safety provision that

2    says, yes, you threaten mass harm, you're going

3    to be arrested.  Now that you're arrested, you're

4    bail-eligible.  Not only that, you are going to

5    undergo immediate psychiatric evaluation.

6              We've all seen the story play over

7    and over again.  It's the same storyline,

8    tragically.  People say they're going to do

9    something.  They slip through the cracks.

10   Government fails time and time again.  They're

11   sent on their way.  All the signs were there.  If

12   only there was a psychiatric evaluation.  If only

13   there was a psychiatric evaluation.

14             So I think this is a good start.

15   We have an arrest, we have the person in custody.

16   Now let's actually do something about it.  Let's

17   actually make sure that we're not putting a

18   person who is a real threat, who is a person

19   that's going to carry out on their words, back on

20   the street without actually trying to understand

21   who it is we're dealing with.

22             So I vote in the affirmative,

23   Mr. President, but I urge my colleague:  Please

24   consider these measures.  Consider these

25   amendments.

5127

```
 1              ACTING PRESIDENT BAILEY:   Senator
 2    Lanza to be recorded in the affirmative.
 3              Senator Tedisco to explain his vote.
 4              SENATOR TEDISCO:   Thank you,
 5    Mr. President.
 6              I just want to follow up on what's
 7    been said about what's being proposed here,
 8    because I think it's a good idea.  I'm going to
 9    support it.
10              But if you do exactly what you've
11    put into this bill, it's been explained by
12    Senator Lanza and others exactly what's going to
13    happen.  You're going to find somebody that
14    probably has a psychological, emotional or mental
15    problem, an anger problem.  And then you're going
16    to bring them in, you're going to chastise them,
17    take a weapon away, maybe.  But again, as he
18    said, they're going to walk out the door.
19              So you've given them a false sense
20    of security.  You've found the potential
21    perpetrator -- and we always talk about assisting
22    and helping in solving the problem.  Not making
23    somebody a criminal, but stopping them from being
24    a criminal before they become one.  And that
25    entails providing an evaluation, and then that
```

1    provides treatment after.

2              If that were added to that, this

3    would be a tremendous bill.  If you said, We've

4    got a problem, the law is going to say we're

5    going to evaluate you, see what your problem is,

6    and then we're going to force you to have some

7    treatment -- because we've done some bills before

8    on addiction where individuals who were

9    incarcerated, very difficult when you have

10   addiction to start -- get treatment.

11             But when you're incarcerated, you're

12   locked down.  We can provide you the treatment.

13   We got a grant in Schenectady, part of the system

14   we passed here, for $300,000 to treat individuals

15   when they were incarcerated.  This doesn't do

16   that.

17             Even if we did do that, though,

18   there are still going to be people who slip

19   through the harp.  So I want to bring back

20   something you may think is an instant replay.

21   It's something we talked about about four years

22   ago when we were in the majority and I had a bill

23   called the Guardians of Schools.

24             I want to ask you, when you walk

25   down the halls before you go through all the

1  process to get into the LOB or come up to the

2  Capitol here, what do you see as a security

3  program to protect you and the constituents who

4  come here?  Let's stop for a minute, let's think

5  about it.

6              When I get up the elevator and I

7  walk down the hall, the first thing I see is

8  what?  Several armed troopers, law enforcement

9  officials, with usually their hands on their guns

10 on the side.  In here.  Not to protect the kids

11 in the school.  They're not in the school

12 protecting the kids in the school.  You're much

13 older than kids right now -- sometimes we act

14 like kids here -- but they're protecting you.

15             ACTING PRESIDENT BAILEY:  Senator

16 Tedisco, if I may, could I ask you to wrap up and

17 explain your vote.  How will you be voting?

18             SENATOR TEDISCO:  Sure.  And that's

19 the security you have.  Then you go through metal

20 detectors.  Then we have cameras all over.  Then

21 we have emergency --

22             ACTING PRESIDENT BAILEY:  Senator

23 Tedisco, how do you vote?

24             SENATOR TEDISCO:  -- activities.

25 Shouldn't you provide that to the kids in the

5130

```
 1   school --
 2                   ACTING PRESIDENT BAILEY:   Senator
 3   Tedisco, how do you vote?
 4                   SENATOR TEDISCO:   -- if you're
 5   providing that security for yourself?
 6                   ACTING PRESIDENT BAILEY:
 7   (Gaveling.)  How do you vote?
 8                   SENATOR TEDISCO:   I'm going to vote
 9   no --
10                   ACTING PRESIDENT BAILEY:   Senator
11   Tedisco to be recorded in the negative.
12                   SENATOR TEDISCO:   No, I'm going to
13   vote yes --
14                   ACTING PRESIDENT BAILEY:   Senator
15   Tedisco to be recorded in the affirmative.
16                   SENATOR TEDISCO:   -- because you've
17   done a --
18                   ACTING PRESIDENT BAILEY:
19   Senator Kaminsky to explain his vote.
20                   SENATOR TEDISCO:   You've got me
21   confused.  You're very loud in my ear.
22                   ACTING PRESIDENT BAILEY:   I'm
23   sorry, Senator Tedisco, I was trying to --
24                   SENATOR TEDISCO:   Shut me up.  I
25   know, that's okay.
```

1          ACTING PRESIDENT BAILEY:   No, you

2    were past the two-minute prescribed limit and you

3    started to veer off into a topic that was not

4    germane to the bill.  I tried to give you every

5    possible allowance, Senator.

6          SENATOR TEDISCO:   Sometimes the

7    other side does that too, but you give them a

8    little leeway.  So I was taking --

9          ACTING PRESIDENT BAILEY:   Well, I

10   gave you leeway as well.  Thank you, Senator

11   Tedisco.

12         SENATOR TEDISCO:   That's like

13   giving me a couple of feet for a shot, right?

14         ACTING PRESIDENT BAILEY:   I still

15   can't guard you, Jimmy.

16         SENATOR TEDISCO:   So I'm going to

17   vote yes.  You went partway.  But give them the

18   security you have here.  They should ask for no

19   less.

20         ACTING PRESIDENT BAILEY:   Senator

21   Tedisco to be recorded in the affirmative.

22         Senator Kaminsky to explain his

23   vote.

24         SENATOR KAMINSKY:   Thank you very

25   much, Mr. President.

```
 1                    I just want to start explaining my
 2      vote by going over some facts.  First of all, in
 3      light of changes we made to the Criminal
 4      Procedure and the Health Law in the State Budget,
 5      it is not the case -- I repeat, not the case --
 6      that someone in emotional distress, who appears
 7      to clearly be mentally ill or in some type of
 8      psychotic episode, someone who would want to
 9      cause mass harm, would be given an appearance
10      ticket and told to go on his or her own way.
11      That's not how the system would now work.
12                    The person would be brought before a
13      judge and, if the judge believes that this person
14      is a danger to himself or others, would be
15      ordered to undergo a psychiatric evaluation that
16      could lead to in-person -- an in-person --
17      inpatient treatment, that is.  And that was
18      important to include.
19                    And there will now be consequences
20      for a threat of making mass harm, and I think
21      that's important and it's important that we're
22      doing it here today.
23                    Remember, in light of extreme risk
24      protection orders, guns recovered at the incident
25      is not as simple as giving someone a ticket and
```

1   walking away.  There are lots of things that this

2   law will now enable law enforcement to do to

3   defuse what might otherwise be a catastrophic

4   situation.

5              But I want to step back from this

6   actual bill to discuss the larger issue that

7   we're grappling with as a nation and as a state.

8   Because this body is emblematic of the problems

9   that we're having in Washington where each side

10  is talking past each other.

11             Of course I'm in favor of having

12  more school resource officers.  That's important.

13  But what about people being shot up in movie

14  theaters and supermarkets and in the street and

15  at a concert and God knows where?  Locking down

16  our schools might be one answer, but it's

17  certainly not the only one.  And we continue to

18  talk past each other.

19             The idea of having a mandatory

20  psychiatric evaluation is of course important.

21  But I was here sitting on that side when we

22  continually disinvested in our state system,

23  closed down homes, and let people walk the street

24  with no pants on and just their socks.  And it

25  happened in my community all the time.

1              I was here in 2018 when, after

2      Parkland, nothing happened.  I was in the

3      Judiciary Committee when we brought up extreme

4      risk protection orders.  And here's a real debate

5      that happened.  Senator Sepúlveda opened up his

6      heart and talked about a family member, an

7      immediate family member who committed suicide.

8      And why not having guns around such a person

9      might be a good idea, and why a red flag law

10     might help.  And the chair of the committee said,

11     "Well, she could have just have jumped off a

12     bridge."

13             And when we failed as a body to

14     address the issue -- and I was with students

15     marching, people were fed up -- this chamber

16     changed leadership.  And I think those two things

17     are absolutely connected.

18              Why can't we both agree that we have

19     answers to this question that does involve

20     regulating guns and creating gun safety, that

21     does involve giving law enforcement more tools,

22     that does involve giving our schools more

23     security and, yes, involves not allowing people

24     to walk around with weapons of war in the State

25     of New York where no war is currently occurring,

```
 1   except the one that a crazy person could dream up
 2   any day of the week.
 3               So this is a small commonsense
 4   measure, but I beg us to stop talking past each
 5   other.  It is crazy.  People want to know what is
 6   the future of our country when we can't protect
 7   our children, when we can't protect our
 8   supermarkets, that someone going to buy a bag of
 9   carrots doesn't come home.
10               We can do this together.  And our
11   state, at least, is stepping up.  The problem is
12   you can go into Pennsylvania or anywhere else and
13   evade a lot of this.  So we need more than just
14   us.  But I'll be damned to do nothing and watch
15   this happen.
16               I vote in the affirmative.  I'm
17   sorry it took two massacres to get this law done,
18   but we're doing it.  Thank you, Mr. President.
19               ACTING PRESIDENT BAILEY:   Senator
20   Kaminsky to be recorded in the affirmative.
21               Announce the results.
22               THE SECRETARY:   In relation to
23   Calendar 1845, those Senators voting in the
24   negative are Senators Ramos and Salazar.
25               Ayes, 61.  Nays, 2.
```

1           ACTING PRESIDENT BAILEY:   The bill

2    is passed.

3           Senator Gianaris.

4           SENATOR GIANARIS:   Mr. President,

5    can we now move to Calendar 473, and then take

6    the remaining bills on the controversial calendar

7    in order from there.

8           ACTING PRESIDENT BAILEY:   The

9    Secretary will ring the bell.

10          The Secretary will read.

11          THE SECRETARY:   Calendar Number

12   473, Senate Print 7855A, by Senator Kennedy, an

13   act to amend the Racing, Pari-Mutuel Wagering and

14   Breeding Law.

15          ACTING PRESIDENT BAILEY:   Senator

16   Borrello.

17          SENATOR BORRELLO:   Mr. President,

18   will the sponsor yield for some questions.

19          ACTING PRESIDENT BAILEY:   Senator

20   Kennedy, do you yield?

21          SENATOR KENNEDY:   Thank you,

22   Mr. President, I certainly do.

23          ACTING PRESIDENT BAILEY:   The

24   sponsor yields.

25          SENATOR BORRELLO:   All right, thank

1    you, Senator Kennedy.

2              Can you just explain what this bill

3    does, please.

4              SENATOR KENNEDY:   Sure, yeah.

5    Through you, Mr. President, this bill will

6    restructure the Western Region OTB board.

7              SENATOR BORRELLO:   Mr. President,

8    will the sponsor continue to yield?

9              ACTING PRESIDENT BAILEY:   Will the

10   sponsor continue to yield?

11             SENATOR KENNEDY:   I do.

12             ACTING PRESIDENT BAILEY:   The

13   sponsor yields.

14             SENATOR BORRELLO:   And why did you

15   bring this bill forward for the Western Region

16   OTB?

17             SENATOR KENNEDY:   That's a great

18   question, Mr. President.

19             This legislation is about cleaning

20   up one of the most corrupt and unethical agencies

21   in our state, the Western Region OTB, that has

22   needed to be addressed for quite some time.

23   We're going to create oversight where I believe

24   it is begging for oversight.

25             SENATOR BORRELLO:   Mr. President,

```
 1    will the sponsor continue to yield?
 2                    ACTING PRESIDENT BAILEY:   Will the
 3    sponsor continue to yield?
 4                    SENATOR KENNEDY:   Yes.
 5                    ACTING PRESIDENT BAILEY:   The
 6    sponsor yields.
 7                    SENATOR BORRELLO:   Well, when you
 8    say oversight, it looks like it's really a shift,
 9    it's a shift in who is going to be represented.
10                    So can you explain how this new
11    board is going to be structured and how that's
12    going to create oversight?
13                    SENATOR KENNEDY:   Sure.  Through
14    you, Mr. President.  This legislation will amend
15    the OTB restructuring bill that we initially put
16    forward that will ensure that every community
17    that's represented by the Western OTB board has a
18    voting member.
19                    Those voting members will each have
20    a proportional amount of weighted vote based upon
21    the population that that individual represents.
22    We will continue to have a member from two cities
23    that are also currently on the board, Buffalo and
24    Rochester.  And then we are adding three members
25    to the board -- one appointment by the Governor,
```

```
 1   one appointed by the Majority Leader of the

 2   Senate, and one appointment by the leader of the

 3   Assembly.

 4               SENATOR BORRELLO:   Mr. President,

 5   will the sponsor continue to yield?

 6               ACTING PRESIDENT BAILEY:   Will the

 7   sponsor continue to yield?

 8               SENATOR KENNEDY:   I will.

 9               ACTING PRESIDENT BAILEY:   The

10   sponsor yields.

11               SENATOR BORRELLO:   You mentioned an

12   audit by the Comptroller as justification.  Was

13   there a recommendation for this structure from

14   the Comptroller's office?

15               SENATOR KENNEDY:   I did not mention

16   the Comptroller's audit today.

17               SENATOR BORRELLO:   In the memo, I'm

18   sorry.

19               SENATOR KENNEDY:   I did mention it

20   the last time we spoke of these bills, when we

21   voted on a couple of different pieces of

22   legislation that banned the use of take-home

23   vehicles for Western Region OTB and other OTBs,

24   as well as the personal use of tickets at these

25   OTBs.
```

```
 1              But those, along with this, were
 2   based upon an audit by the office of the State
 3   Comptroller, as well as advisory opinions by the
 4   Attorney General and outside legal counsel that
 5   the dysfunction at the OTB and the pattern of
 6   dysfunction as well as a blatant disregard for
 7   the rules and the lack of accountability at the
 8   Western OTB needed to be addressed.
 9              I would like to add that the
10   State Comptroller is highly supportive of this
11   legislation in addressing the issues of
12   dysfunction that he put forward in his audit.
13              SENATOR BORRELLO:   Mr. President,
14   will the sponsor continue to yield?
15              ACTING PRESIDENT BAILEY:   Will the
16   sponsor yield?
17              SENATOR KENNEDY:   I will.
18              ACTING PRESIDENT BAILEY:   The
19   sponsor yields.
20              SENATOR BORRELLO:   Through you,
21   Mr. President.
22              So can you explain currently how the
23   profits of the Western Region OTB are
24   distributed?
25              SENATOR KENNEDY:   Sure.  The
```

```
 1    current profits are sent out, they're disbursed
 2    by a proportional amount, depending on the
 3    population of each area of that region.  So based
 4    on population, the finances are disbursed.  And
 5    based upon population, we will have
 6    representation on the board.
 7                SENATOR BORRELLO:   Mr. President,
 8    will the sponsor continue to yield?
 9                ACTING PRESIDENT BAILEY:   Will the
10    sponsor continue to yield?
11                SENATOR KENNEDY:   I do.
12                ACTING PRESIDENT BAILEY:   The
13    sponsor yields.
14                SENATOR BORRELLO:   Does the sponsor
15    have any data on which counties generate the most
16    revenue for Western Region OTB?
17                SENATOR KENNEDY:   Not at this
18    moment.
19                SENATOR BORRELLO:   Mr. President,
20    will the sponsor continue to yield?
21                ACTING PRESIDENT BAILEY:   Will the
22    sponsor continue to yield?
23                SENATOR KENNEDY:   I will.
24                ACTING PRESIDENT BAILEY:   the
25    sponsor yields.
```

```
 1              SENATOR BORRELLO:   Well, I'll
 2   answer my own question for you.   Batavia Downs is
 3   the major revenue source, and a large job creator
 4   in Genesee County.
 5              So how many -- what percentage of
 6   weighted vote will Genesee County have in this
 7   process, considering they are the ones
 8   responsible for the lion's share of the profit
 9   that's generated and distributed to all the other
10   counties?
11              SENATOR KENNEDY:   Through you,
12   Mr. President, which county were you referring
13   to?
14              SENATOR BORRELLO:   Well, it's
15   Batavia, so it's Genesee County.
16              SENATOR KENNEDY:   Genesee County.
17              And the question again?
18              SENATOR BORRELLO:   They are the
19   largest generator of revenue.   What percentage of
20   vote are they going to get in the weighted votes?
21              SENATOR KENNEDY:   The percentage of
22   vote that Genesee County will receive is based
23   upon the population in Genesee County, just as it
24   will be determined today on how that money is
25   provided already.
```

Kirkland Reporting Service

1              So according to the statistics that

2      I have in front of me, Genesee County has

3      58,388 residents out of a total population of all

4      counties of over 2.5 million.  You would divide

5      the population of Genesee County by the

6      population of the overall regional representation

7      of the board, and therein you will have your

8      answer.

9              However, I will add to that that,

10     you know, not everyone that gambles at

11     Batavia Downs resides in Genesee County.  As a

12     matter of fact, many folks from Erie County and

13     the surrounding vicinity come to Genesee County.

14     So I think it's an important note to add to the

15     statistics that you're representing.

16              SENATOR BORRELLO:   Mr. President,

17     will the sponsor continue to yield?

18              ACTING PRESIDENT BAILEY:   Will the

19     sponsor continue to yield?

20              SENATOR KENNEDY:   I will.

21              ACTING PRESIDENT BAILEY:   The

22     sponsor yields.

23              SENATOR BORRELLO:   Well, as someone

24     who operates a large entertainment venue myself,

25     I can tell you that it's the responsibility of

 1   those folks at Batavia Downs to maintain the
 2   infrastructure.  The local government has to
 3   provide order, they have to provide services,
 4   everything else.
 5            So I would say that they bear the
 6   lion's share of it.  And I understand revenue can
 7   come from a number of places.  But in the end,
 8   they're going to have a far less say in what
 9   happens and how the funds are distributed and
10   actually what happens when it comes to the
11   management of OTB.  Right now they're at
12   6 percent, and that will drop in the weighted
13   vote to 1 percent.  And yet the Majority Leader
14   will have 34 percent.
15            How are we going to ensure that
16   those votes are in the best interests of the
17   people of Genesee County and the surrounding
18   areas when the Majority Leader here, who I would
19   bet has never been to the Batavia Downs, is going
20   to have the lion's share of the votes?
21            SENATOR KENNEDY:   Through you,
22   Mr. President.  We are creating accountability by
23   ensuring that the voice of the state is
24   represented, the voice of the region is
25   represented, and the voice of the local community

```
 1    is represented.  All on a proportional basis, all
 2    due to the extreme dysfunction that has been
 3    demonstrated by the Western Region over many
 4    years.
 5                  We wouldn't be having this
 6    conversation today had the audits come back and
 7    said they're doing a wonderful job dealing with
 8    the finances at the Western Region OTB.  Quite
 9    the contrary.  It has been several audits and
10    advisory opinions, the State Comptroller, the
11    State Attorney General.  There's investigations
12    from the federal government that have taken
13    place.  The Western Region OTB has hired its own
14    outside counsel that agreed with the Attorney
15    General and the Attorney General's determination.
16    There is dysfunction that needs to be addressed.
17                  So what we need to do is recognize
18    the dysfunction and create a process to which the
19    people, not only in the Western Region but in
20    this great state, all of which have the
21    opportunity to utilize the services provided by
22    the Western Region OTB, to ensure that there is
23    transparency and accountability at the top of
24    that administration.
25                  SENATOR BORRELLO:  Mr. President,
```

1    will the sponsor continue to yield?

2                  ACTING PRESIDENT BAILEY:   Will the

3    sponsor continue to yield?

4                  SENATOR KENNEDY:   I will.

5                  ACTING PRESIDENT BAILEY:   The

6    sponsor yields.

7                  SENATOR BORRELLO:   Senator Kennedy,

8    I believe all the other regional OTBs were also

9    audited and investigated.  How did they do in

10   their audits and investigations, and what

11   remedies are we suggesting for them?

12                  SENATOR KENNEDY:   Through you,

13   Mr. President, I happen to reside out in the

14   Western Region of this state.  I am a

15   Buffalonian.  And we're starting with the

16   Western Region OTB because from the audits that

17   I've seen from the State Comptroller, I know for

18   a fact that the egregious dysfunction that's been

19   demonstrated needs to be addressed.

20                  We'll have plenty of time to address

21   the other regions if my colleague would like to

22   do that.

23                  I think for today's purposes and the

24   purpose of this legislation, I think it's

25   important that we put in the additional state

1    oversight.  You know, we've heard from the

2    community that has made it very clear that

3    oversight is necessary.

4              You know, I think it's important

5    here, since we're on the issue of why we're doing

6    this today, the financial and ethical

7    improprieties that have been demonstrated, to

8    point them out.

9              In 2008 the Attorney General's

10   office concluded that OTB board members are not

11   legally authorized to receive health insurance

12   benefits.  Eleven years later, in 2019, the OTB,

13   as I already mentioned, hired a prominent law

14   firm to provide an opinion, an independent

15   opinion on whether these board members were

16   entitled to the health benefits on their own, and

17   they agreed with the Attorney General's

18   assessment that they're not legally authorized.

19   But yet today, they continue to receive that

20   benefit.

21             In 2020, despite receiving over

22   $3 million in federal aid through the PPP program

23   from the federal government, the Western OTB

24   furloughed 300 workers and is continuing to deal

25   with closed facilities.

5148

1          You know, there is, again, story
2     after story.  I could go on, Mr. President.  For
3     the purposes of time, I will hold it to that, but
4     I could go on and on about what we believe, in
5     the best interests of the public, is there needs
6     to be serious reforms at the Western Region OTB
7     to rein in the dysfunction and to create
8     transparency and accountability at the top.
9               SENATOR BORRELLO:   Mr. President,
10    on the bill.
11              ACTING PRESIDENT BAILEY:   Senator
12    Borrello on the bill.
13              SENATOR BORRELLO:   Senator Kennedy,
14    thank you very much for your engagement today.
15              I don't think that we're addressing
16    corruption here.  What we're doing is we're
17    shifting this.  You're shifting the
18    accountability away and actually giving more
19    authority to a very small group of people.  In
20    fact, the four people in Erie County will now
21    have 60 percent of the vote.  There are several
22    counties listed here that are all involved in
23    Western Region OTB, but Erie County is going to
24    control the table.  So I think we're just
25    swapping one corruption for potentially another

1    corruption, and less transparency instead of more

2    transparency.

3            But more importantly, the small

4    communities like Genesee County, like -- you

5    know, the small rural counties where these are

6    job creators, where this is important revenue,

7    are going to be silenced.  They're going to have

8    1 percent, 1 percent, 2 percent, zero percent to

9    a weighted vote in Erie County.

10           So I don't see how this solves the

11   problem.  I think what this does is it shifts it

12   actually from Republican-leaning counties and a

13   bipartisan, really, group of people that all had

14   an equal -- essentially equal vote, to

15   Erie County and to here in Albany.  And I think

16   one thing we've learned about Albany is they're

17   not really good at fixing corruption.  So that's

18   probably not going to work.

19           I think it's going to be unfair, and

20   ultimately I think it's going to be a problem;

21   we're going to replace one problem with another

22   problem.  We've got a lot of corruption in

23   New York State government, I don't disagree with

24   that.  I don't think this is a solution.

25           Thank you, Mr. President.

```
1                    ACTING PRESIDENT BAILEY:   Thank
2       you, Senator Borrello.
3                    Are there any other Senators wishing
4       to be heard?
5                    Senator Rath, are you on the bill or
6       are you going to explain your vote?
7                    SENATOR RATH:   Explain my vote.
8                    ACTING PRESIDENT BAILEY:   Senator
9       Rath to explain his vote when the time comes.
10                   SENATOR RATH:   Thank you,
11      Mr. President.
12                   ACTING PRESIDENT BAILEY:   No,
13      Senator, when the time comes.  I'm sorry, Senator
14      Rath.
15                   Seeing and hearing none, the debate
16      is closed.  The Secretary will ring the bell.
17                   Read the last section.
18                   THE SECRETARY:   Section 2.  This
19      act shall take effect on the 120th day after it
20      shall have become a law.
21                   ACTING PRESIDENT BAILEY:   Call the
22      roll.
23                   (The Secretary called the roll.)
24                   ACTING PRESIDENT BAILEY:   Senator
25      Rath to explain his vote.
```

1           SENATOR RATH:    Thank you,

2    Mr. President.   I rise to explain my vote here.

3                And there's no doubt that the

4    Western Region OTB has some problems and some

5    challenges, and improvements most certainly must

6    be made.

7                However, what we have before us

8    today is not an improvement.   Instead, what the

9    Majority has opted to do is to take action before

10   us for no reason other than political gain.

11               I have no clue why the Governor has

12   appointments to this board in its restructured

13   proposal.   Also I'm not sure why the Western

14   Region OTB is the only target when there is

15   corruption across the state on OTBs.   Twelve of

16   the 14 counties that are part of the

17   Western Region OTB are rural.   And what we have

18   here today is a bill that blatantly reduces the

19   voices of all 12 of those rural counties.

20               Specifically, in my district, we are

21   potentially and significantly weakening the

22   representation of Genesee County.   This

23   legislation silences their needs and concerns,

24   and that is the very municipality that hosts the

25   Western Region OTB as well as Batavia Downs.

```
 1              For Genesee County to be left
 2   without significant presence on this board is
 3   outrageous, it's ridiculous, and it's
 4   inappropriate.  It's all three of those things
 5   because they are the largest revenue producer for
 6   the Western Region OTB.  Their voice should be
 7   respected, and it's being disrespected with a 1
 8   percent weighted proportional representation.
 9              To be clear, what we have before us
10   today will not address the problems facing the
11   Western Region OTB.  Rather, it silences the
12   communities most impacted by the Western Region
13   OTB, particularly Genesee County and Batavia
14   Downs.
15              So for these reasons, Mr. President,
16   I'll be voting in the negative.  Thank you.
17              ACTING PRESIDENT BAILEY:   Senator
18   Rath to be recorded in the negative.
19              Senator Kennedy to explain his vote.
20              SENATOR KENNEDY:   Thank you,
21   Mr. President.
22              To close?  I'll -- I'll defer.
23              ACTING PRESIDENT BAILEY:   Senator
24   Kennedy to defer.
25              Senator Helming to explain her vote.
```

```
 1              SENATOR HELMING:   Thank you,
 2   Mr. President.
 3              So I rise to express why I will be
 4   voting no on this bill.  This is nothing more
 5   than a purely political bill.  Let's call it for
 6   what it is.
 7              The sponsor talked about state
 8   oversight.  The Comptroller does audits every
 9   single week -- of schools, of towns, cities,
10   villages.  But this is targeted at one OTB.
11              State oversight?  That's not what
12   this is about.  This is stripping away the voices
13   of our rural counties -- Wyoming, Chautauqua,
14   Cayuga, Genesee, Livingston, Schuyler, Seneca,
15   Niagara, Oswego, Cattaraugus and Orleans --
16   telling all of these counties that they cannot
17   have equal representation.  Saying to them, We're
18   taking away your voice and we're replacing it
19   with appointments by the Democrats in the state:
20   The Governor, a representative appointed by the
21   Majority Leader of the Senate, a representative
22   appointed by the Speaker of the Assembly.
23              That's wrong.  And that's why people
24   are sick and tired, they're fed up of one-party
25   rule in this state.  This is wrong.
```

```
 1                   To crush and silence the voices of
 2       the rural communities, replace them with big-city
 3       voices and people who are not familiar with their
 4       activities, is wrong, and I vote no.
 5                   ACTING PRESIDENT BAILEY:   Senator
 6       Helming to be recorded in the negative.
 7                   Senator Kennedy to explain his vote.
 8                   SENATOR KENNEDY:   Thank you,
 9       Mr. President.
10                   Well, I suppose I'm glad that I
11       deferred so I could clean up the record here,
12       Mr. President.
13                   Let me just start by saying that a
14       lot of what I've heard from my colleagues across
15       the aisle that want to put politics before good
16       policy is just simply unfortunate, and I believe
17       that the people of this state deserve better.
18                   You know, why is it that someone who
19       resides in Erie County, that has a population of
20       over 950,000, shouldn't have a proportional vote
21       to that population when someone in another county
22       represented on the board -- by the way, today --
23       has a population that is 53 times less?
24                   You know, it's unfortunate that my
25       colleagues are trying to politicize something
```

1   that the Comptroller of the State of New York,

2   through his audits, has demonstrated needs

3   significant solutions to.

4           And that's what we're providing

5   today.  We're cleaning up the dysfunction at the

6   Western Region OTB by providing a board vote

7   that's proportional to the population it serves,

8   plain and simple.  And at the same time we're

9   ensuring that that vote is in line with the way

10  that the money is disbursed already.

11          So this legislation is simply about

12  cleaning up one of the most corrupt and unethical

13  agencies in the state, the Western OTB.  It's a

14  creation of the state.  This isn't some random

15  corporation, this is a creation of the state,

16  controlled by the legislation we put forward.

17  But this creation of the state has time and time

18  again willfully ignored the audits of the

19  Comptroller, the Attorney General, even their own

20  outside counsel.

21          What sense does that make?  Does

22  that fall in line with serving the taxpayers

23  they're supposed to be representing?  I certainly

24  don't think so.

25          This is a pattern of dysfunction

5156

```
 1    that's gone on year after year.  And we're here
 2    to change that today.  We need a board that's
 3    representative of the people of the Western
 4    Region, a board voting structure that's based on
 5    population, not politics.  This organization
 6    clearly needs additional state oversight, which
 7    is why this bill adds members appointed by the
 8    Executive and by the leaders of the Legislature.
 9                    And for far too long, the
10    Western OTB has been a dumping ground for
11    political patronage, leading to lavish benefits
12    for executives and board members and their
13    families, while the taxpayers of the Western
14    Region have been stuck with the bill.
15                    Enough is enough.  This hasn't been
16    a one-and-done type of situation, either.  This
17    has been a pattern of behavior over decades.  And
18    it's clear that a slap on the hand isn't going to
19    fix this problem long term.
20                    The OTB has said they're already
21    taking steps to correct these offenses.  And if
22    they truly are, then they shouldn't mind us
23    holding them and future boards accountable, and
24    holding them to their word.
25                    This bill is one of a series that
```

1    I've introduced to directly address the misuse of

2    power and funds at the OTB.  They're commonsense

3    reforms, simply put.  And quite frankly, they're

4    long overdue.

5              Comptroller DiNapoli, as I mentioned

6    earlier, is incredibly supportive of this

7    legislation advancing.  And I am very proud of

8    this Democratic Conference for showing that

9    there's little tolerance for the kind of behavior

10   indicated in the Comptroller's report.  Taxpayers

11   deserve accountability, they deserve

12   transparency, they deserve better, and today

13   we're delivering on that.

14             I want to thank Majority Leader

15   Andrea Stewart-Cousins for bringing this

16   important bill to the floor today.  And I want to

17   thank my colleagues for their vote in the

18   affirmative.

19             Thank you, Mr. President.  I vote

20   aye.

21             ACTING PRESIDENT BAILEY:   Senator

22   Kennedy to be recorded in the affirmative.

23             Announce the results.

24             THE SECRETARY:   In relation to

25   Calendar 473, those Senators voting in the

```
 1    negative are Senators Akshar, Borrello, Boyle,
 2    Cooney, Gallivan, Griffo, Helming, Jordan, Lanza,
 3    Martucci, Mattera, Oberacker, O'Mara, Ortt,
 4    Palumbo, Rath, Ritchie, Serino, Stec, Tedisco and
 5    Weik.
 6                  Ayes, 42.  Nays, 21.
 7                  ACTING PRESIDENT BAILEY:   The bill
 8    is passed.
 9                  The Secretary will ring the bell.
10                  The Secretary will read.
11                  THE SECRETARY:   Calendar Number
12    982, Assembly Print Number 1451A, by
13    Assemblymember Santabarbara, an act to amend the
14    Agriculture and Markets Law.
15                  ACTING PRESIDENT BAILEY:   Senator
16    Borrello.
17                  SENATOR BORRELLO:   Hello again,
18    Mr. President.
19                  ACTING PRESIDENT BAILEY:   Good to
20    see you.
21                  SENATOR BORRELLO:   Yes, same here.
22                  Will the sponsor yield for a
23    question.
24                  ACTING PRESIDENT BAILEY:   Will the
25    sponsor yield?
```

```
 1                  SENATOR SKOUFIS:   Of course.
 2                  ACTING PRESIDENT BAILEY:   The
 3      sponsor yields.
 4                  SENATOR BORRELLO:   Through you,
 5      Mr. President.  Thank you, Senator Skoufis.
 6                  I understand the purpose of this
 7      bill is to ensure that those who use propane gas
 8      to heat their homes may be able to essentially
 9      self-declare a state of emergency, which isn't
10      something -- it's normally an authority that's
11      given to a government and not an individual.
12                  SENATOR SKOUFIS:   Through you,
13      Mr. President, I appreciate the question.
14                  So the -- it's not -- I would not
15      characterize the bill as simply as you just did
16      through this self-declaration process.  There are
17      very specific circumstances that need to be met
18      before the provisions of this bill are triggered.
19                  For example, a federal, state or
20      local state of emergency can be declared.  That
21      is one possible trigger.
22                  I think the one that you're
23      referring to is an option whereby there is a
24      severe weather event or some other similar
25      debilitating circumstance that puts an individual
```

```
 1    in imminent danger or may result in significant
 2    damage to their building due to lack of heat.
 3              So it's not quite as open-ended as
 4    you just characterized.  There needs to be --
 5    there are these very specific criteria that must
 6    be met.
 7              SENATOR BORRELLO:  Mr. President,
 8    will the sponsor continue to yield?
 9              ACTING PRESIDENT BAILEY:  Will the
10    sponsor yield?
11              SENATOR SKOUFIS:  Yes.
12              ACTING PRESIDENT BAILEY:  The
13    sponsor yields.
14              SENATOR BORRELLO:  Well, I realize
15    there are specific criteria.  But isn't this
16    still a self-declaration regardless?
17              They can say, Well, I live out here
18    in the rural areas -- like I represent -- and
19    it's snowing right now, and I didn't pay my bill
20    to my current propane supplier, and I'm in crisis
21    of running out and I'm declaring an emergency
22    because I may not be able to heat my home because
23    I haven't paid my bill and I can't get a refill.
24              SENATOR SKOUFIS:  Through you,
25    Mr. President, I appreciate the scenario that was
```

```
1    just shared.  But under that scenario, no, the

2    provisions of this bill would not apply, because

3    there was not some severe weather event or other

4    similar circumstances that would apply the

5    provisions to be triggered here.

6                    I also want to point out that in

7    order for an alternative company to deliver

8    propane to a homeowner, there needs to be an

9    effort in good faith for that customer to reach

10   out to their original, their existing company.

11   And only if that company cannot provide for a

12   delivery within 24 hours or the regularly

13   scheduled delivery pursuant to their contract,

14   then if these other criteria are met, may the

15   customer go out and seek an alternative.

16                    SENATOR BORRELLO:   Mr. President,

17   will the sponsor continue to yield?

18                    ACTING PRESIDENT BAILEY:   Will the

19   sponsor yield?

20                    SENATOR SKOUFIS:   Yes.

21                    ACTING PRESIDENT BAILEY:   The

22   sponsor yields.

23                    SENATOR BORRELLO:   Well, 24 hours

24   is kind of a short notice.  I can tell you that

25   those folks who have propane gas -- you know, the
```

```
 1   technology is there for their suppliers to
 2   monitor the amount in there, that they should get
 3   to a point where they still have several days,
 4   not 24 hours.
 5           If they've gotten to the point --
 6   anyone who has propane, who operates off
 7   propane -- I know lots of people.  If you've
 8   gotten to where you have less than 24 hours of
 9   gas, you really have been irresponsible.  But
10   also you have the ability to have your supplier,
11   usually at no charge to you, put a monitor where
12   they can remotely monitor that amount of gas.
13           So I guess my question is -- I'm
14   going to go back to my first question -- is who
15   is going to determine whether or not they have
16   met the criteria?  You said they have to meet
17   certain criteria.  But if they call up a
18   competitor, the person that doesn't own that
19   tank, a different propane supplier and say, Hey,
20   I meet the criteria of this new state law and I
21   want you to come and fill my tank, who's going to
22   determine that that's okay or not?
23           SENATOR SKOUFIS:   Through you,
24   Mr. President, I appreciate the question.
25           I do just want to clarify one thing
```

Kirkland Reporting Service

```
 1    that my colleague stated, and that is that the
 2    fulfillment of that good-faith effort must be
 3    made within 24 hours.  The 24 hours is applicable
 4    to that, not the -- I think you misinterpreted
 5    what the 24 hours pertains to.
 6              But to answer your question, look,
 7    there are regs that will be developed by the
 8    Department of Ag & Markets that will speak to I
 9    think some of the guardrails that you're looking
10    to have in place.
11              But, you know, I do think -- look,
12    what happened this past winter, what happened a
13    couple of winters ago, there were situations
14    where you had young families in negative 5 degree
15    weather in the dead of winter with an infant in
16    their home, not able to heat and keep their
17    families safe because one company in particular
18    was so derelict in their responsibilities they
19    were not even responding to phone calls.
20              And so in those kinds of situations
21    where you're trying to protect your family and
22    you can't heat your home, this needs to be in
23    place so that you can, within reason, in
24    emergency circumstances, go out and find an
25    alternative supplier so that you can keep your
```

5164

 1    family safe.

 2                SENATOR BORRELLO:   Mr. President,

 3    on the bill.

 4                ACTING PRESIDENT BAILEY:   Senator

 5    Borrello on the bill.

 6                SENATOR BORRELLO:   You know, I've

 7    spoken to a lot of people in the propane

 8    business.  I have friends and relatives in the

 9    business.  And the bottom line is they make every

10    effort to deliver.

11                And there are a lot of competitors.

12    I realize that perhaps over in your neck of the

13    woods, Senator Skoufis, maybe there's not enough

14    competitors.  But where I live, there's a lot of

15    them, and they're all willing to do whatever they

16    can -- and do whatever they can, even in the

17    harshest weather conditions in the most remote

18    parts of New York State, to make sure that those

19    people don't run out of gas.

20                That's why they have the technology

21    in place to ensure that, barring some really

22    strange unforeseen circumstance, they can

23    predict -- and they know -- when those people

24    will need to have a refill.  And they make every

25    effort to do so.

```
 1                 But what this bill does is it's
 2      going to allow bad actors to come in and say --
 3      and particularly those folks that are
 4      homeowners -- and say, You know what, I ran up my
 5      bill over here, I don't own the tank, but I can
 6      call this guy down the street and he'll come and
 7      fill this tank and I don't have to worry about
 8      paying that bill over here.  And then do that
 9      again to the next person.
10                 And unfortunately, that's going to
11      create a situation where you're going to have
12      less choices.  People aren't going to want to
13      deliver propane.  And that is a greater risk than
14      anything -- any of these rare circumstances that
15      we've heard occur.  This is going to create a
16      much more common circumstance and also a
17      liability issue.
18                 The company that owns that propane
19      tank owns it because they're leasing it to that
20      person.  Now, every homeowner has a chance and
21      the opportunity to buy the tank, and then they
22      can have anybody fill it any time they want, they
23      don't have to stick with a particular supplier.
24                 But if you don't do that, or you
25      can't afford to do that, that tank is owned and
```

5166

```
1    is the liability and the property of the company
2    that's delivering the propane gas.
3              You're now going to let a competitor
4    come in who has really no responsibility to
5    ensure that they're safely and correctly filling
6    the tank, and no responsibility or liability if
7    something goes wrong.  Propane's a very dangerous
8    gas.  It explodes.  And somebody who doesn't know
9    what they're doing could create a dangerous
10   situation.
11             So I understand the problem you're
12   trying to solve, but you're creating a new
13   problem, several new problems with this bill.
14   And that's really the ultimate problem here.
15   This is going to essentially encourage people to
16   do fraudulent things while also creating new
17   liabilities for the companies that ultimately may
18   decide that they don't want to be in the
19   business.  Which will create less choice and less
20   opportunity and more dangerous situations.
21             So, Mr. President, I vote no when
22   the time comes.  Thank you.
23             ACTING PRESIDENT BAILEY:  Thank
24   you, Senator Borrello.
25             Are there any other Senators wishing
```

     1     to be heard?

     2               Seeing and hearing none, debate is

     3     closed.  The Secretary will ring the bell.

     4               Read the last section.

     5               THE SECRETARY:   Section 3.  This

     6     act shall take effect on the 120th day after it

     7     shall have become a law.

     8               ACTING PRESIDENT BAILEY:  Call the

     9     roll.

    10               (The Secretary called the roll.)

    11               ACTING PRESIDENT BAILEY:  Announce

    12     the results.

    13               THE SECRETARY:  In relation to

    14     Calendar 982, those Senators voting in the

    15     negative are Senators Akshar, Borrello, Griffo,

    16     Jordan, Lanza, Mattera, Oberacker, O'Mara, Ortt,

    17     Palumbo, Rath, Ritchie, Stec, Tedisco and Weik.

    18               Ayes, 48.  Nays, 15.

    19               ACTING PRESIDENT BAILEY:  The bill

    20     is passed.

    21               THE SECRETARY:  Calendar Number

    22     1199, Senate Print 670, by Senator Sanders, an

    23     act to amend the General Municipal Law and the

    24     Banking Law.

    25               ACTING PRESIDENT BAILEY:  Senator

5168

```
 1   Borrello.
 2                 SENATOR BORRELLO:   Mr. President, I
 3   rise to ask a question of the sponsor, if he
 4   shall yield.
 5                 ACTING PRESIDENT BAILEY:   It's been
 6   a while, Senator Borrello.
 7                 Senator Sanders, do you yield?
 8                 SENATOR SANDERS:   Absolutely,
 9   Mr. President.
10                 SENATOR BORRELLO:   Through you,
11   Mr. President.  Hello again, Senator Sanders.
12   Good to see you.
13                 SENATOR SANDERS:   Me too.
14                 SENATOR BORRELLO:   We've talked
15   about this in the Bank Committee several times.
16   I think you're aware of my position on this.
17                 But I just want to start off by
18   asking a few questions on this bill.  I
19   understand that credit unions in particular are
20   prolific across our state.  But just answer the
21   first question, just for the benefit of those who
22   are watching.
23                 Do credit unions pay corporate taxes
24   to New York State or to the federal government?
25                 SENATOR SANDERS:   Through you,
```

1   Mr. President -- I'll take that as a yes -- they

2   don't pay those particular taxes, but they pay

3   many others, sir.

4                SENATOR BORRELLO:   Mr. President,

5   will the sponsor continue to yield.

6                ACTING PRESIDENT BAILEY:   Will the

7   sponsor yield?

8                SENATOR SANDERS:   Absolutely.

9                ACTING PRESIDENT BAILEY:   The

10  sponsor yields.

11               SENATOR BORRELLO:   Do credit unions

12  pay sales tax to New York State?

13               SENATOR SANDERS:   Mr. President,

14  credit unions often pay federal, state and local

15  taxes, including real and personal property taxes

16  and employment taxes, sir.

17               SENATOR BORRELLO:   Mr. President,

18  will the sponsor continue to yield.

19               ACTING PRESIDENT BAILEY:   Will the

20  sponsor continue to yield?

21               SENATOR SANDERS:   Absolutely.

22               ACTING PRESIDENT BAILEY:   The

23  sponsor yields.

24               SENATOR BORRELLO:   For the

25  downstate credit unions, do they pay the

5170

```
 1    Metropolitan Transportation business tax
 2    surcharge, which is required of every business
 3    and not-for-profit in the 12 downstate counties?
 4              SENATOR SANDERS:   As a
 5    non-for-profit corporation, no, sir, they would
 6    not.
 7              SENATOR BORRELLO:   Mr. President,
 8    will the sponsor continue to yield.
 9              ACTING PRESIDENT BAILEY:   Will the
10    sponsor yield?
11              SENATOR SANDERS:   Absolutely.
12              ACTING PRESIDENT BAILEY:   The
13    sponsor yields.
14              SENATOR BORRELLO:   Are credit
15    unions required to participate in the New York
16    State or federal Community Reinvestment Act?
17              SENATOR SANDERS:   Not at this
18    moment.  Through you, Mr. President, not at this
19    moment.  That's forthcoming.  I'm working on a
20    bill on that.
21              SENATOR BORRELLO:   Mr. President,
22    will the sponsor continue to yield?
23              ACTING PRESIDENT BAILEY:   Will the
24    sponsor yield?
25              SENATOR SANDERS:   Absolutely.
```

```
 1                    ACTING PRESIDENT BAILEY:   The
 2      sponsor yields.
 3                    SENATOR BORRELLO:   When it comes to
 4      federally insured deposits, how do credit unions
 5      work -- stand on that area as far as
 6      participating in the federal deposit insurance
 7      program?
 8                    SENATOR SANDERS:   Through you,
 9      Mr. President -- I'll take that as a yes -- they
10      are insured through their federal deposit -- I'm
11      sorry, National Credit Union Share Insurance.
12      They are guaranted that way, sir.
13                    SENATOR BORRELLO:   Thank you,
14      Mr. President.  Will the sponsor continue to
15      yield?
16                    ACTING PRESIDENT BAILEY:   Will the
17      sponsor continue to yield?
18                    SENATOR SANDERS:   Absolutely.
19                    ACTING PRESIDENT BAILEY:   The
20      sponsor yields.
21                    SENATOR BORRELLO:   So this bill
22      proposes essentially that taxpayer money, whether
23      it be property taxes from a county government or
24      other taxes, could -- instead of being deposited
25      in a local community bank that's paying taxes,
```

1   could be deposited into a credit union that's not

2   paying taxes.  Is that correct?

3                   SENATOR SANDERS:    Through you,

4   Mr. President.  No, that's not correct, sir.

5                   The origin of this bill comes from

6   a -- there was a time when the majority was

7   Republican, and they requested that some of us

8   come up and see the conditions of the North

9   Country.  And I was one of those people who went

10  out there, and I looked at the conditions of

11  Watertown, of other places, and saw the economic

12  devastation that was taking place in communities

13  like that.

14                  I made a promise to the people of

15  Watertown, and a promise to many others, that we

16  were going to do something about this.  And this

17  bill is an attempt to do that.  And this is why

18  we are supported by the New York State Conference

19  of Mayors and Municipal Officials, the New York

20  State Association of Counties, the New York State

21  School Boards Association, and many more

22  organizations that understand that they need to

23  have financial institutions in their communities,

24  local ones, that they can put their money in.

25                  And may I remind you that this is a

```
 1   voluntary program, that the mayors don't have to
 2   do it.  But if they see that they can get a good
 3   return for their local communities, the
 4   communities of Watertown, Floral Park, Webster,
 5   Beacon, Fishkill, Rome, Ulster and Warwick and
 6   others -- if they could get a return in those
 7   communities, then I think that we should let the
 8   laws of capitalism work.  Let them have some
 9   choice.
10                  SENATOR BORRELLO:   Will the sponsor
11   continue to yield.
12                  ACTING PRESIDENT PERSAUD:   Does the
13   sponsor yield?
14                  SENATOR SANDERS:   Madam, you've
15   changed.  But yes.  Yes.
16                  (Laughter.)
17                  ACTING PRESIDENT PERSAUD:   The
18   sponsor yields.
19                  SENATOR BORRELLO:   It's a nice
20   change of scenery, Madam President.
21                  Well, you're making the assumption
22   that these current government entities don't have
23   a banking relationship and they need one.  And I
24   understand and I appreciate the fact that you've
25   come upstate and you've seen the economic
```

5174

```
 1    devastation, and certainly it does exist.
 2              But part of that problem is that
 3    you're assuming that they don't have a banking
 4    relationship now.  They all must.  Every county,
 5    every municipality you just mentioned, they
 6    already have banking relationships.
 7              What we're going to do now is we're
 8    going to take those community banks that are
 9    themselves taxpayers, property taxpayers,
10    employers, and we're going to create unfair
11    competition, are we not, by allowing credit
12    unions, who aren't paying the same load as far as
13    taxes, to be able to compete with those community
14    banks that are paying taxes.  Isn't that really
15    what would happen here?
16              SENATOR SANDERS:   Through you,
17    Madam President, no, I wouldn't see it that way.
18              I would suggest to you that it's the
19    largest banks that are competing against the
20    smaller community banks.  That this voluntary
21    program allows the local mayor, aided by all of
22    people in the local communities, to decide which
23    of these offer the best return for their
24    community.  Often these smaller communities are
25    not putting it in their local banks, they're
```

```
 1    driving miles, hours away to put it into some
 2    larger bank.
 3              Why not trust the people of Floral
 4    Park, Watertown, et cetera, et cetera, to make
 5    the right decisions?  Let them choose which one
 6    they wish.  And if they see fit to go with the
 7    banks that they've been going with, this is a
 8    voluntary program.  This is good.  But they
 9    should -- capitalism works best with competition,
10    and they need to have some competition.
11              SENATOR BORRELLO:   Okay.  Madam
12    President, on the bill.
13              ACTING PRESIDENT PERSAUD:   Senator
14    Borrello on the bill.
15              SENATOR BORRELLO:   Senator Sanders,
16    thank you very much.  Once again, you and I have
17    talked about this time and time again in the
18    Banks Committee, and I'm happy to serve as the
19    ranking member on the Banks Committee with you.
20              But you and I have disagreed on this
21    since Day One.  And the reason is, Madam
22    President, is that this is creating unfair
23    competition.  Credit unions used to be a small
24    specialty group.  I remember my first car loan
25    was with a local credit union, and I was able to
```

 1    get a decision at the local level.

 2              That's really what the essence of a

 3    credit union is, to serve a particular group of

 4    people -- whether it's a group of people that

 5    work for the same company, a group of people that

 6    live in the same community, that are in the same

 7    trade -- that has a specialty because they are

 8    not-for-profit and they can provide a better

 9    return, better rates on loans to serve that

10    specific population.

11              But what they have morphed into now

12    are behemoths that are not paying the same share,

13    the fair share that other community banks are.

14    They are billions of dollars in assets, foreign

15    investments.  These credit unions have become

16    very much like some of our hospital organizations

17    where you've got multiple six-figure salaries,

18    high-paid members of boards of directors, and

19    patronage jobs.  And they have created unfair

20    competition.

21              Now, we're talking about a very

22    fundamental thing here.  We're talking about a

23    municipality, a county that collects property

24    taxes -- and they're going to take those taxes

25    and they're going to deposit it in an institution

1    that doesn't pay those taxes.  That's the

2    fundamental problem here.  They are going to take

3    and get a little better rate because they're not

4    paying the same load as our community banks are,

5    and they're going to take property taxes, sales

6    tax revenues, investments on -- vehicle

7    investments.  And we're going to be able to get a

8    little bit better rate than that community bank

9    that relies on those deposits and has for years.

10                   We're not creating a level playing

11   field.  In fact, we're creating an unlevel

12   playing field.  And credit unions are not what

13   they used to be.  They are big business.  And

14   they're a big business that does not participate

15   in some of the basics, in some of the -- well,

16   like paying these taxes.  Like in -- you know,

17   like in making sure that those funds are secured

18   properly.  Like participating, as I mentioned, in

19   the Community Reinvestment Act, which other

20   banks are required to do.  All those things that

21   we tell our other banks to do, credit unions do

22   not have to comply with.  And that's why this is

23   not fair.

24                   But it's more than not fair.  New

25   York State's going to lose a lot of revenue here.

```
 1    If this money is now being deposited with
 2    institutions that aren't paying those taxes,
 3    New York State will lose tax revenue.
 4              And even those communities that
 5    choose to go this route are ultimately going to
 6    be hurting themselves, because they are going to
 7    be hurting those community banks that are paying
 8    property taxes, that are paying all the taxes
 9    that the credit unions are not paying, and
10    possibly put them in a situation where they have
11    to decide whether or not they want to keep those
12    branches open in those small communities.  It
13    will reduce choice, not increase choice.
14              This is a problem, and hopefully my
15    colleagues will join me in voting against this.
16    No deference to Senator Sanders -- I know your
17    heart is in the right place, sir -- but this is
18    not the right way to go about this.
19              Madam President, I'll be a no when
20    it comes time to vote.  Thank you.
21              ACTING PRESIDENT PERSAUD:    Thank
22    you.
23              Are there any other Senators wishing
24    to be heard?
25              Seeing and hearing none, the debate
```

 1    is closed.  The Secretary will ring the bell.

 2                   Read the last section.

 3                   THE SECRETARY:   Section 13.  This

 4    act shall take effect on the 90th day after it

 5    shall have become a law.

 6                   ACTING PRESIDENT PERSAUD:   Call the

 7    roll.

 8                   (The Secretary called the roll.)

 9                   ACTING PRESIDENT PERSAUD:

10    Senator Sanders to explain his vote.

11                   SENATOR SANDERS:   Thank you,

12    Madam President.

13                   I just have faith that the mayors of

14    all of these small places can do math, that they

15    can sit up and see what is the best for their

16    particular community.  I have faith that they can

17    get together with the School Boards Association

18    and the Association of Counties, and they can all

19    sit together and decide, since this is a

20    voluntary program, is this the program that is

21    best for them.  I think that it's just a question

22    of making sure that people have choices.

23                   And if -- there are some large

24    credit unions.  The majority are small, the local

25    ones to their particular town.  And under those

```
 1    conditions, it's better to have your money go to
 2    your town than drive it 50 miles away, 100 miles
 3    away, and put it in some other bank.  In your
 4    town, your money circulates.
 5                And that's the faith that I have,
 6    and that's why I'm voting for this and in support
 7    of the New York State Conference of Mayors and
 8    Municipal Officials, the New York State
 9    Association of Counties, the New York State
10    School Boards Association, and I'm sure others.
11                Thank you very much.
12                ACTING PRESIDENT PERSAUD:   Senator
13    Sanders to be recorded --
14                SENATOR SANDERS:   It was a great
15    debate.
16                ACTING PRESIDENT PERSAUD:   Senator
17    Sanders to be recorded in the affirmative.
18                Announce the results.
19                THE SECRETARY:   In relation to
20    Calendar 1199, those Senators voting in the
21    negative are Senators Akshar, Borrello, Gallivan,
22    Hinchey, Jordan, Lanza, Mattera, O'Mara, Ortt,
23    Palumbo, Rath, Ryan, Savino, Stec, Tedisco and
24    Weik.
25                Ayes, 47.  Nays, 16.
```

```
 1                    ACTING PRESIDENT PERSAUD:   The bill
 2       is passed.
 3                    THE SECRETARY:   Calendar Number
 4       1658, Assembly Print Number 879, by
 5       Assemblymember Gottfried, an act to amend the
 6       Public Health Law and the Insurance Law.
 7                    ACTING PRESIDENT PERSAUD:   Senator
 8       Oberacker.
 9                    (Pause.)
10                    SENATOR OBERACKER:   Yes.
11                    (Laughter.)
12                    ACTING PRESIDENT PERSAUD:   Senator
13       Oberacker, why do you rise?
14                    SENATOR OBERACKER:   Yes,
15       Madam President.  I rise to see if the bill
16       sponsor would answer some questions, please.
17                    ACTING PRESIDENT PERSAUD:   Senator
18       Cleare, do you yield?
19                    SENATOR CLEARE:   Yes, I yield.
20                    ACTING PRESIDENT PERSAUD:   The
21       sponsor yields.
22                    SENATOR OBERACKER:   Thank you,
23       Madam President, for my lack of speed on this.
24                    And thank you, Senator Cleare, to
25       answer some questions.
```

1          Through you -- Mr. President.

2          (Laughter.)

3          SENATOR OBERACKER:   Wow.  Very

4    good.

5          How would this bill account for the

6    subspecialties that it's looking to require?

7          SENATOR CLEARE:   I'm not sure I

8    understand your question.

9          SENATOR OBERACKER:   So we have

10   currently these medical necessity determinations

11   are made by licensed physicians who would consult

12   with specialist physicians when needed.  So this

13   is a fair and effective way, I think, to handle a

14   large number of claims submitted.

15          In contrast, this proposed

16   legislation presents a widely and an expensive

17   process by adding in another layer, if you will,

18   of specialists.  And so what I was wondering is

19   how are these -- how does this bill account for

20   that?  How do we vet, if you will, these

21   subspecialties?

22          SENATOR CLEARE:   Well, I'm not sure

23   how we vet them.  But the bill requires simply

24   that if care is going to be denied or subject to

25   an appeal, the individual from the health plan

```
 1    must be somebody that's licensed in the state,
 2    board-certified, and practicing in that
 3    specialty.
 4                  SENATOR OBERACKER:   Thank you.
 5                  Through you, Mr. President, would
 6    the sponsor continue to yield.
 7                  ACTING PRESIDENT BAILEY:   Will the
 8    sponsor yield?
 9                  SENATOR CLEARE:   I yield.
10                  ACTING PRESIDENT BAILEY:   The
11    sponsor yields.
12                  SENATOR OBERACKER:   Thank you.
13                  So it appears to require that the
14    initial utilization review agent be licensed in
15    any of these specialities.  So if -- like, for an
16    example, aerospace medicine is a recognized
17    specialty.  Would this plan or would plans be
18    required to have an aerospace specialist on the
19    payroll?
20                  Or maybe more practically, let's use
21    this example:  Medicine that would be for our
22    older geriatric patients.  Would this plan have
23    to be sent to a utilization review of elderly
24    patients to a geriatric specialist rather than
25    just, say, a doctor of internal medicine?
```

```
 1                    SENATOR CLEARE:   It would only have
 2    to be sent to -- it would have to be sent to a
 3    peer of the doctor who is prescribing the course
 4    of care.
 5                    So whomever that is, yes, it would
 6    have to go to them.
 7                    SENATOR OBERACKER:   Through you,
 8    Mr. President, would the sponsor continue to
 9    yield.
10                    ACTING PRESIDENT BAILEY:   Will the
11    sponsor yield?
12                    SENATOR CLEARE:   I yield.
13                    ACTING PRESIDENT BAILEY:   The
14    sponsor yields.
15                    SENATOR OBERACKER:   Thank you.
16                    Senator Cleare, we have -- your
17    district and mine, even though we're neighbors in
18    the LOB, which is -- glad to have you.  Welcome
19    to the neighborhood, so to speak.
20                    The ruralness of my district is
21    something that at times I don't think is
22    considered as we look at some of the legislation
23    with travel.  I know many people that have to
24    travel 18 miles one way for any type of an
25    interview or with a doctor's appointment.
```

```
 1              So does this adding another layer of
 2    potential -- another potential layer for
 3    reviewing of these things, has that been taken
 4    into account, in other words, you know, with that
 5    much travel involved?
 6              SENATOR CLEARE:   Right.  So we're
 7    only talking about claims being denied in the
 8    first place, right?
 9              And, you know, what this bill does
10    is it actually focuses on the course of care for
11    the patient and the prescription of their doctor,
12    who is the expert, as opposed to weighing on the
13    side of profit or something else.  It focuses
14    attention on making sure that someone's review
15    process is being handled by someone who
16    understands that specialty and is licensed and
17    practicing in the state.
18              SENATOR OBERACKER:   Through you,
19    Mr. President, would the sponsor continue to
20    yield?
21              ACTING PRESIDENT BAILEY:   Will the
22    sponsor yield?
23              SENATOR CLEARE:   Yes.
24              ACTING PRESIDENT BAILEY:   The
25    sponsor yields.
```

```
 1              SENATOR OBERACKER:   So there is
 2    currently a national physician shortage, and
 3    Governor Hochul has extended an executive order
 4    waiving the preauthorization reviews multiple
 5    times, citing the need to free up available
 6    clinical staff.
 7              If hospitals and providers are
 8    experiencing a shortage of available doctors, how
 9    will health plans be able to hire appropriate
10    personnel to uphold this mandate?
11              SENATOR CLEARE:   Again, this only
12    applies when they're denying claims or delaying
13    claims.  And this bill focuses on the health of
14    the patient, the best quality of care for the
15    patient.
16              SENATOR OBERACKER:   Through you,
17    Mr. President, will the sponsor continue to
18    yield?
19              ACTING PRESIDENT BAILEY:   Will the
20    sponsor continue to yield?
21              SENATOR CLEARE:   I yield.
22              ACTING PRESIDENT BAILEY:   So the
23    sponsor memo states that current utilization
24    review can result in medically necessary care
25    being inappropriately denied.  Does the sponsor
```

```
 1    have any evidence of this happening?
 2                   SENATOR CLEARE:   No, I didn't say
 3    that.
 4                   But, you know, dozens of New Yorkers
 5    get denied care daily with good health plans, or
 6    supposedly good health plans, employer-based,
 7    private-based.  But -- (conferring).
 8                   Well, I'll go with that.  There has
 9    been -- there's been support on this.  I've
10    spoken to the Medical Society of the State of
11    New York, who have issued a memo of support of
12    this bill, as well as the New York Cancer and
13    Blood Specialists.
14                   SENATOR OBERACKER:   Thank you.
15                   Through you, Mr. President, will the
16    sponsor continue to yield?
17                   ACTING PRESIDENT BAILEY:   Will the
18    sponsor yield?
19                   SENATOR CLEARE:   Yes.
20                   ACTING PRESIDENT BAILEY:   The
21    sponsor yields.
22                   SENATOR OBERACKER:   So who pays for
23    all of this expertise?  You know, with plans now
24    mandated to have all of these specialists on the
25    utilization review staff, and demand for their
```

1   services will be exponential, specialists will be

2   able to set their fees at, I don't know, any

3   level -- whatever the market will bear.  And

4   these plans have to comply.

5                    So who, in essence, is going to pay

6   for this?

7                    SENATOR CLEARE:   This only applies,

8   first of all, if they're denying claims.  And the

9   bill is really focused on people being seen or

10  being -- their cases being reviewed by people in

11  that specialty, physicians in that specialty and

12  licensed by the State of New York.

13                   And this only applies to claims

14  being denied.

15                   SENATOR OBERACKER:   On the bill,

16  Mr. President.

17                   ACTING PRESIDENT BAILEY:   Senator

18  Oberacker on the bill.

19                   SENATOR OBERACKER:   And I would

20  like to thank my colleague for the debate and for

21  bringing forth those answers.

22                   You know, this bill would require,

23  again, the initial determination of medical

24  necessity regarding a claim to be made by a

25  board-certified specialist in the same or related

5189

```
 1    specialty as the physician who recommended the
 2    treatment under review.  Essentially, it would
 3    require health plans to have a plethora of
 4    specialists on staff to make initial claim
 5    determinations.
 6              In my opinion, this is unnecessary
 7    in light of the current law, which adequately
 8    protects consumers by requiring that
 9    board-certified specialists review the claim at
10    both intermediate and at the highest levels of
11    appeal.
12              Senate Bill 8113 is unwarranted
13    because plans often contract with specialists as
14    required by the National Committee for Quality
15    Assurance.  In those cases where specialized
16    clinical judgment is necessary to make
17    appropriate coverage determinations, plan medical
18    directors must call on outside experts.
19              However, mandating this standard for
20    every denial is overburdensome and costly.  And
21    the costs of providing this expertise will be
22    borne by the premium payers, at a time when
23    health insurance costs are already rising at two
24    or three times the Consumer Price Index.
25              You know, lastly, this bill states
```

```
 1    that there would be no fiscal implications for

 2    enacting this proposal.  Clearly, clearly there

 3    will be added costs for added specialty physician

 4    reviews beyond those required by the NCQA.  The

 5    current process has plans prevailing more than

 6    60 percent of the time without this costly

 7    administrative requirement.

 8                    And for all these reasons,

 9    Mr. President, I will be voting in the negative.

10    Thank you.

11                    ACTING PRESIDENT BAILEY:   Are there

12    any other Senators wishing to be heard?

13                    Senator Cleare, on the bill or to

14    explain your vote?

15                    SENATOR CLEARE:   On the bill.

16                    ACTING PRESIDENT BAILEY:   Senator

17    Cleare on the bill.

18                    SENATOR CLEARE:   It's often said

19    that your health is your wealth, and this

20    statement is both literally true and contains a

21    sense of irony, as our healthcare system is

22    for-profit.

23                    The bill before us, known as Peer to

24    Peer, establishes and extends an important

25    principle in law; namely, that insurance
```

Kirkland Reporting Service

1  companies and other plan review personnel who

2  have the power to deny or alter treatment to

3  patients that was recommended by medical

4  professionals, at the very least have the same

5  credentials, specialties, and standing as medical

6  professionals, as a prerequisite for making an

7  evaluation and review.

8           I think this is important to our

9  consumers.  It will improve healthcare in

10  New York State, and I vote aye on the bill.

11           ACTING PRESIDENT BAILEY:   Are there

12  any other Senators wishing to be heard?

13           Seeing and hearing none, debate is

14  closed.  The Secretary will ring the bell.

15           Read the last section.

16           THE SECRETARY:   Section 2.  This

17  act shall take effect immediately.

18           ACTING PRESIDENT BAILEY:   Call the

19  roll.

20           (The Secretary called the roll.)

21           ACTING PRESIDENT BAILEY:   Announce

22  the results.

23           THE SECRETARY:   In relation to

24  Calendar 1658, those Senators voting in the

25  negative are Senators Borrello, Gallivan,

```
 1   Helming, Lanza, Martucci, Oberacker, O'Mara,

 2   Ortt, Palumbo, Rath, Ritchie, Serino, Stec and

 3   Tedisco.

 4                 Ayes, 49.  Nays, 14.

 5                 ACTING PRESIDENT BAILEY:   The bill

 6   is passed.

 7                 THE SECRETARY:   Calendar Number

 8   1835, Assembly Print Number 8427, by

 9   Assemblymember Galef, an act to amend the

10   Real Property Tax Law.

11                 ACTING PRESIDENT BAILEY:   Senator

12   Rath, why do you rise?

13                 SENATOR RATH:   Through you,

14   Mr. President, will the sponsor yield for some

15   questions.

16                 ACTING PRESIDENT BAILEY:   Senator

17   Harckham, do you yield?

18                 SENATOR HARCKHAM:   Through you,

19   Mr. President, absolutely.

20                 ACTING PRESIDENT BAILEY:   The

21   sponsor yields.

22                 SENATOR RATH:   Good to see you,

23   Senator Harckham.

24                 SENATOR HARCKHAM:   Good to see you

25   as well, sir.
```

1          SENATOR RATH:   Got a few questions

2     here.

3          The first off is, what is the

4     general purpose of this legislation?

5          SENATOR HARCKHAM:   Sure.   Thank you

6     for the question.

7          Through you, Mr. President, this is

8     a three-word amendment to a bill that we passed

9     in 2020, ostensibly in response to the closure of

10    the Indian Point nuclear power plant and the loss

11    of tax revenue for the Village of Buchanan and

12    the Hendrick Hudson School District.

13          However, this is a statewide bill

14    because we know we have other nuclear power

15    plants in New York State that eventually will

16    close.   They cycle out.   They have a life cycle.

17          So at the time it would allow the

18    municipality to place real property value on the

19    spent casks, the concrete casks that spent fuel

20    are in, and they will be there in perpetuity.   So

21    every municipality that has a nuclear power

22    plant, while the power plant is going, they're a

23    great corporate citizen, they pay the lion's

24    share of the property taxes, it's great.   But

25    when they leave, the taxes go away and they are

```
 1    left with nuclear waste in the middle of their
 2    municipality and they can't repurpose that
 3    property for economic development.
 4               So at the time, the bill was to
 5    allow them to tax the casks.  The reason we did
 6    not authorize them to assess the spent fuel was
 7    because at the time it was believed that the
 8    spent fuel belonged to the federal government.
 9    And it does not.
10               The spent fuel belongs to the
11    company that's doing the decommissioning.  The
12    federal government pays them to store it on that
13    location.  They don't pay them enough, so our
14    taxpayers and our ratepayers have to make up the
15    difference.  But this allows them to place a real
16    property value on that.
17               So for instance, the Village of
18    Buchanan, with the closure of Indian Point, lost
19    50 percent of their tax revenue {snaps fingers}
20    like that.  The Hendrick Hudson School District
21    lost 30 percent of their tax revenue {snaps
22    fingers} like that.
23               And so this would allow these
24    municipalities to assess these, so essentially
25    when they're doing a PILOT agreement, these
```

```
 1    are -- as the plant is being decommissioned, it

 2    allows them to have another tool in the toolkit

 3    in their negotiation to establish a PILOT, and it

 4    protects our taxpayers and it protects our local

 5    institutions.

 6              SENATOR RATH:   Through you,

 7    Mr. President, will the sponsor continue to

 8    yield.

 9              ACTING PRESIDENT BAILEY:   Will the

10    sponsor yield?

11              SENATOR HARCKHAM:   Absolutely,

12    Mr. President.

13              ACTING PRESIDENT BAILEY:   The

14    sponsor yields.

15              SENATOR RATH:   Thank you for your

16    answer.  That actually covered a few things, and

17    we'll get into I think a few more of the details

18    on it.

19              My first question, though, along

20    those lines is, are spent nuclear fuel rods

21    subject to sales or use tax when they are

22    acquired for use by a nuclear facility?

23              SENATOR HARCKHAM:   I'm sorry, I

24    couldn't hear the question.

25              SENATOR RATH:   Are they subject to
```

Kirkland Reporting Service

```
 1    sales or use tax when they're acquired by a
 2    nuclear facility?
 3                    SENATOR HARCKHAM:   A sales tax when
 4    they're acquired?
 5                    SENATOR RATH:   When they're
 6    acquired originally.  By a facility.
 7                    SENATOR HARCKHAM:   I would say --
 8    and I am not certain, but I would say because
 9    they're federally regulated materials, there's
10    probably not a local assessment on those.
11                    SENATOR RATH:   Okay.
12                    SENATOR HARCKHAM:   That would be my
13    guess.  We can find more out for you.
14                    SENATOR RATH:   I'm curious.
15                    SENATOR HARCKHAM:   It's a good
16    question.
17                    SENATOR RATH:   Yeah, I'm curious.
18    Thank you.
19                    Through you, Mr. President, will the
20    sponsor yield?
21                    ACTING PRESIDENT BAILEY:   Will the
22    sponsor yield?
23                    SENATOR HARCKHAM:   Absolutely.
24                    ACTING PRESIDENT BAILEY:   The
25    sponsor yields.
```

```
 1              SENATOR RATH:   So along those
 2    lines, do you know of any other states that could
 3    potentially be taxing nuclear fuel rods?
 4              SENATOR HARCKHAM:   Maine started
 5    this.  Vermont.  And then based on our law in
 6    2020, New Jersey was working on a law.  So we are
 7    not the only ones doing this.
 8              SENATOR RATH:   Through you,
 9    Mr. President, will the sponsor continue to
10    yield.
11              ACTING PRESIDENT BAILEY:   Will the
12    sponsor yield?
13              SENATOR HARCKHAM:   Absolutely.
14              ACTING PRESIDENT BAILEY:   The
15    sponsor yields.
16              SENATOR RATH:   Under this
17    legislation, who will determine the value of the
18    spent fuel rods, spent fuel pools, and dry cask
19    storage?
20              SENATOR HARCKHAM:   Through you,
21    Mr. President, that will be done by the local
22    assessors.
23              SENATOR RATH:   Through you,
24    Mr. President, will the sponsor continue to
25    yield.
```

```
 1                    ACTING PRESIDENT BAILEY:   Will the

 2       sponsor yield?

 3                    SENATOR HARCKHAM:    Absolutely.

 4                    ACTING PRESIDENT BAILEY:   The

 5       sponsor yields.

 6                    SENATOR RATH:   Is there a proven

 7       and established market for spent fuel pools,

 8       spent fuel rods, and dry cask storage?

 9                    SENATOR HARCKHAM:    Through you,

10       Mr. President, that's an excellent question.

11                    The answer is no, they're not

12       allowed to by federal policy.  Other countries

13       repurpose the fuel rods that are spent.  In the

14       United States, that is not allowable under energy

15       policy.

16                    So these will sit in perpetuity in

17       casks.  And because the federal government pays

18       the decommissioning company -- not even the

19       utility anymore, or the energy generator, it's a

20       decommissioning company, that they pay them to

21       store them there.  That adds inherent value to

22       them, and therefore they are allowed -- and

23       that's not even counting the millions of dollars

24       that these casks are worth.  They're very

25       high-tech, concrete, steel, to keep those rods
```

```
 1   safe.  But they're going to be there in
 2   perpetuity.
 3                 So the municipality is losing out on
 4   the rateables, and so this allows them to tax
 5   that property and at least recoup some of what
 6   they're losing by not allowing other
 7   private-sector enterprise to build in those
 8   facilities.
 9                 SENATOR RATH:   Through you,
10   Mr. President, will the sponsor continue to
11   yield.
12                 ACTING PRESIDENT BAILEY:   Will the
13   sponsor continue to yield?
14                 SENATOR HARCKHAM:   Absolutely.
15                 ACTING PRESIDENT BAILEY:   The
16   sponsor yields.
17                 SENATOR RATH:   Shifting gears a
18   little bit.  In New York and in many other
19   states, real property is generally assessed based
20   on its full value.
21                 How will assessors account for
22   federal regulations concerning the handling and
23   storage of spent fuel as well as other relevant
24   state environmental regulations?
25                 SENATOR HARCKHAM:   That's a very
```

 1   good question.

 2                   By the time that these are placed,

 3   they are in full storage.  The safety and the

 4   movement is closely controlled by the Nuclear

 5   Regulatory Commission.

 6                   In New York State, we went one step

 7   further.  Again, in 2020 we had originally had

 8   legislation for this.  We ended up doing it in a

 9   chapter amendment with the former governor to

10   establish a decommissioning oversight board for

11   Indian Point that can be a model moving forward,

12   with representatives of state agencies who have

13   relevant say.  In fact, the PSC is in the process

14   of hiring their own inspector to be full-time on

15   the ground during the decommissioning, to

16   coordinate and oversee the safety of the

17   different agencies.

18                   But the safety of nuclear fuel is

19   generally the purview of the Nuclear Regulatory

20   Commission.

21                   SENATOR RATH:   Mr. President, will

22   the sponsor continue to yield.

23                   ACTING PRESIDENT BAILEY:   Will the

24   sponsor yield?

25                   SENATOR HARCKHAM:   Absolutely.

```
 1                  ACTING PRESIDENT BAILEY:   The
 2      sponsor yields.
 3                  SENATOR RATH:   Is the fuel rod
 4      reprocessing and recycling, is that allowed in
 5      the United States?
 6                  SENATOR HARCKHAM:   Through you,
 7      Mr. President, it's not.  And that's a whole
 8      issue we're dealing with, is that these fuel rods
 9      will be stored forever in these municipalities.
10                  So, you know, if you have -- through
11      you, Mr. President, if the Senator has a
12      functioning nuclear power plant in his district,
13      at some point that will close.  And there is no
14      federal repository for the spent fuel.  You
15      remember years ago the federal government was
16      going to try and do that repository at Yucca
17      Mountain.  For whatever reason, that fell
18      through.
19                  So now every local nuclear power
20      plant, all of the spent fuel must be stored on
21      the facility.  And so therefore, when that
22      facility closes -- and so for instance in
23      Indian Point, the company Holtec was brought in
24      to do the decommissioning.  They will take every
25      building down, go several feet down to restore
```

1    the property to before the power plant was there.

2    Except right in the middle there's going to be

3    four acres of spent nuclear fuel that will be

4    there in the Village of Buchanan forever, unless

5    the federal government comes with up with a

6    solution.

7                Now, this is pristine Hudson River

8    property.  Could you put a hotel and a marina

9    there?  Not with the spent fuel there.  You know,

10   could you put a manufacturing facility?  Not with

11   the spent fuel there.

12               So at least this allows a

13   municipality a little protection, and the school

14   district a little protection to assess that and

15   tax it as real property.

16               SENATOR RATH:   Thank you.

17               Through you, Mr. President, will the

18   sponsor continue to yield.

19               ACTING PRESIDENT BAILEY:   Will the

20   sponsor yield?

21               SENATOR HARCKHAM:   Yes.

22               ACTING PRESIDENT BAILEY:   The

23   sponsor yields.

24               SENATOR RATH:   So since this is not

25   done in the United States, how will spent nuclear

```
 1   fuel rods have any tangible value?
 2                SENATOR HARCKHAM:    I'm sorry --
 3                SENATOR RATH:    No problem.  I saw
 4   that.  I saw that.  I got your back.  I'll ask it
 5   again.
 6                Since this is not done in the
 7   United States right now, how will spent nuclear
 8   fuel rods have any tangible value?
 9                SENATOR HARCKHAM:    Good question.
10                And what counsel was telling me was
11   the last facility in the United States that
12   reprocessed these rods closed in the 1970s.
13                So the value is derived in a couple
14   of ways.  The value is derived because the
15   federal government pays the company to store the
16   fuel.  And as we said at the beginning, they
17   don't pay them enough, so that's subsidized by
18   ratepayers and taxpayers through the
19   decommissioning fund.  The federal government
20   really needs to step up.
21                So the fact that they are paying
22   them to store it on that property is value right
23   there.  The casks themselves have value.  And as
24   we know, you know, from our limited knowledge of
25   property law in New York, that anything that is
```

1  basically attached or a part of -- I think the

2  word we would use is -- well, it's affixed to.

3  Anything that's affixed to a property would also

4  yield it to be taxable.

5              And this -- this -- something that's

6  there forever, I think in a reasonable person's

7  definition, would be affixed.

8              SENATOR RATH:   Through you,

9  Mr. President, will the sponsor continue to

10  yield.

11              ACTING PRESIDENT BAILEY:   Will the

12  sponsor yield?

13              SENATOR HARCKHAM:   Absolutely.

14              ACTING PRESIDENT BAILEY:   The

15  sponsor yields.

16              SENATOR RATH:   Shifting gears

17  again.

18              How will this bill impact PILOT

19  agreements for existing nuclear plants that are

20  in the process of decommissioning?

21              SENATOR HARCKHAM:   A very good

22  question.  And this is another tool in the

23  toolkit for municipalities and school districts

24  in negotiating PILOTs.

25              This is really a statewide bill.  So

Kirkland Reporting Service

1    it was not intended to intervene in any local

2    negotiations.  If it's a tool that the

3    municipality can use, that's fine.

4              But what we wanted to do was set a

5    template, because as we know, in the decades to

6    come as these plants age out and close, we want

7    to give our municipalities -- you know, yesterday

8    Senator O'Mara spoke very passionately about

9    property taxes from energy supporting our local

10   municipalities.  And we've got to give them the

11   tools to do it.  Because, you know, these are

12   small school districts, small municipalities.

13   And I know from colleagues upstate they're the

14   same types of communities.

15             SENATOR RATH:   Through you,

16   Mr. President, will the sponsor continue to

17   yield.

18             ACTING PRESIDENT BAILEY:   Will the

19   sponsor yield?

20             SENATOR HARCKHAM:   Absolutely.

21             ACTING PRESIDENT BAILEY:   The

22   sponsor yields.

23             SENATOR RATH:   Your sponsor's memo

24   specifically references the Indian Point Energy

25   Center, which is in the process of

1    decommissioning.  Are you aware of the joint

2    proposal that was approved by the Public Service

3    Commission in April of 2021?

4                    SENATOR HARCKHAM:   I am.  I serve

5    on the decommissioning oversight board -- through

6    you, Mr. President -- and I am aware of all of

7    those agreements.

8                    SENATOR RATH:   Through you,

9    Mr. President, will the sponsor continue to

10   yield.

11                   ACTING PRESIDENT BAILEY:   Will the

12   sponsor yield?

13                   SENATOR HARCKHAM:   Absolutely.

14                   ACTING PRESIDENT BAILEY:   The

15   sponsor yields.

16                   SENATOR RATH:   The joint proposal

17   specifically contains provisions regarding real

18   property tax payments as well as specific

19   commitments made to negotiate PILOT agreements

20   with the local taxing jurisdictions.

21                   Are you familiar and aware with

22   those specific provisions?

23                   SENATOR HARCKHAM:   I am aware of

24   the agreements and the negotiations.  I do not

25   get involved in them.  It's not appropriate for,

1    I believe, a Senator to get involved in local

2    negotiations.  So that is between the

3    municipality, the school district and the company

4    Holtec.

5                  SENATOR RATH:    Through you,

6    Mr. President, will the sponsor continue to

7    yield.

8                  ACTING PRESIDENT BAILEY:   Will the

9    sponsor yield?

10                 SENATOR HARCKHAM:    Absolutely.

11                 ACTING PRESIDENT BAILEY:    The

12   sponsor yields.

13                 SENATOR RATH:    Also contained

14   within that joint proposal is a specific

15   provision relating to "future state legislation."

16   Is the sponsor aware of that provision?

17                 SENATOR HARCKHAM:    There are

18   provisions pertaining to offsetting the cost of

19   state legislation.

20                 And so as I said before,

21   Mr. President, this is a statewide bill setting

22   statewide policy.  It is not meant to influence

23   what is happening necessarily in one community or

24   another community, but this is giving all

25   communities the tools that are needed in their

```
 1   negotiations on the PILOT.
 2              SENATOR RATH:   Through you,
 3   Mr. President, will the sponsor continue to
 4   yield.
 5              ACTING PRESIDENT BAILEY:   Will the
 6   sponsor yield?
 7              SENATOR HARCKHAM:   Absolutely.
 8              ACTING PRESIDENT BAILEY:   The
 9   sponsor yields.
10              SENATOR RATH:   My last question.
11   And Senator Harckham, thank you for the
12   discussion and the debate.
13              How would this legislation impact
14   the agreed payments specified in the joint
15   proposal to the state and local municipalities?
16              SENATOR HARCKHAM:   Another good
17   question.
18              And quite honestly, I cannot tell
19   you, because I am not involved in the daily
20   negotiations.  This is something that is amending
21   something that we did three years ago, this body.
22              You know, and thank you for a really
23   fact-based debate.  I remember three years ago
24   when we had this debate, you know, the nuclear
25   industry really tried to sow a lot of fear.  And
```

```
 1    this bill is really agnostic on the nuclear
 2    industry.  This is just like what are you doing
 3    with the spent fuel.  It's not pro, it's not --
 4    you know, it hasn't cost anyone a job, it hasn't
 5    closed a plant.
 6                So I really want to thank you for
 7    the tenor of the debate.
 8                What was the question again?
 9                (Laughter.)
10                SENATOR RATH:   You know, that's
11    twice now I'm going to have to have your back.
12                (Laughter.)
13                SENATOR RATH:   What is the
14    legislative impact on agreed payments specified
15    in the joint proposal to state and local
16    municipalities?
17                SENATOR HARCKHAM:   Oh, all right.
18                So in this case it may be
19    cost-neutral, because if they were to pay more in
20    property tax, there may be relief on the back end
21    through the decommissioning fund.
22                So, you know, for this company to be
23    concerned, I think in this instance they don't
24    need to be concerned.  This is either not going
25    to be a big hit, a de minimis hit, or no hit to
```

1  them.  This is really fixing the law we did three

2  years ago because we now have better information.

3              And moving forward, this can be

4  statewide policy that will help our small

5  communities at least meet some of the tax burden

6  when these big taxpayers in their district close

7  down.

8              SENATOR RATH:   Mr. President, on

9  the bill.

10              ACTING PRESIDENT BAILEY:   Senator

11  Rath on the bill.

12              SENATOR RATH:   Thank you,

13  Senator Harckham, for a very informative

14  discussion.

15              I want to start by saying that state

16  and local governments entered into this joint

17  petition last year for the Indian Point Energy

18  Center, which covered all the specific provisions

19  of property tax payments, PILOT agreements, as

20  well as payments to be made as a part of the

21  decommissioning activity.

22              This bill now seeks to open that

23  joint petition back up and make changes to the

24  agreement that was unanimously agreed to by

25  numerous local governments, the host county, and

```
1    associated entities.  I have grave concerns about
2    reopening this agreement.
3              To me, Mr. President, plain and
4    simple, this looks to me to be an attempt at a
5    money grab.  It looks to also be an unprecedented
6    program here, with legal concerns.  And I also
7    think it's a dangerous example in New York State.
8    The sponsor talks about setting a template; this
9    could be setting a very dangerous template in
10   New York State.
11             So for these reasons, I'll be in the
12   negative.  Thank you.
13             ACTING PRESIDENT BAILEY:   Thank
14   you, Senator Rath.
15             Are there any other Senators wishing
16   to be heard?
17             Seeing and hearing none, debate is
18   closed.  The Secretary will ring the bell.
19             Read the last section.
20             THE SECRETARY:   Section 2.  This
21   act shall take effect immediately.
22             ACTING PRESIDENT BAILEY:   Call the
23   roll.
24             (The Secretary called the roll.)
25             ACTING PRESIDENT BAILEY:   Announce
```

1     the results.

2                    THE SECRETARY:    In relation to

3     Calendar 1835, those Senators voting in the

4     negative are Senators Borrello, Boyle, Gallivan,

5     Griffo, Helming, Jordan, Lanza, Mannion,

6     Martucci, Oberacker, O'Mara, Palumbo, Rath,

7     Serino, Stec and Tedisco.

8                    Ayes, 47.  Nays, 16.

9                    ACTING PRESIDENT BAILEY:    The bill

10    is passed.

11                   THE SECRETARY:    Calendar Number

12    1849, Assembly Bill Number 7926A, by

13    Assemblymember Rosenthal, an act to amend the

14    Penal Law.

15                   ACTING PRESIDENT BAILEY:    Senator

16    Borrello.

17                   SENATOR BORRELLO:    Mr. President,

18    will the sponsor yield for a question.

19                   ACTING PRESIDENT BAILEY:    Will the

20    sponsor yield for some questions?

21                   SENATOR HOYLMAN:    Yes, thank you.

22                   ACTING PRESIDENT BAILEY:    The

23    sponsor yields.

24                   (Laughter.)

25                   SENATOR BORRELLO:    It's too early

1    to be this slappy.

2              Thank you, Mr. President.  Through

3    you, Mr. President.  Could you please --

4    Senator Hoylman, could you please explain what

5    this bill does?

6              SENATOR HOYLMAN:  Yes.  Through

7    you, Mr. President, this bill will require all

8    newly manufactured semiautomatic pistols sold in

9    New York to be equipped with microstamping

10   technology.

11             Now, microstamping is a process that

12   imprints a unique microscopic array of

13   alphanumeric characters onto the shell casings of

14   each cartridge fired from the weapon.

15             This technology is for law

16   enforcement, and it makes it possible to examine

17   a spent shell casing -- say at the scene of a

18   crime -- and easily identify the pistol from

19   which it was fired.  The technology is going to

20   provide law enforcement officials with a vital

21   new tool to investigate shootings and gun

22   trafficking patterns and bring the people who

23   commit those crimes to justice.

24             Microstamping is the missing link

25   between the shell casing and the firearm tracing

1    system when firearms are not recovered at a crime

2    scene.

3                Now, the reason it's so important,

4    Mr. President, is that we have such low clearance

5    rates.  Clearance rates are used to measure the

6    number of crimes that are solved.  For a firearm

7    homicide, the clearance rate is the percentage of

8    homicide cases where an arrest was made or the

9    police have evidence to make an arrest but can't

10   because of exceptional circumstances such as the

11   suspect's death.

12               A high clearance rate indicates that

13   most perpetrators are arrested and thus there's a

14   high proportion of solved homicides.  The

15   opposite is what we have in the State of

16   New York.  A low clearance rate indicates that

17   most perpetrators were not arrested and thus

18   there is a high proportion of unsolved homicides.

19               Now, the national homicide clearance

20   rate was only 58.3 percent from 2014 to 2018.  In

21   New York City the clearance rate in 2020 was only

22   30 percent.  In Buffalo, between January and

23   November 2020, it was 8 percent.

24               Now, the vast majority of these

25   unsolved crimes are in Black and brown

1    communities.  Microstamping is a key for law

2    enforcement.  It is a technology that has been

3    proven.  And New York is taking a bold step to

4    pass it.

5              I will say that this chamber has

6    rejected microstamping twice before.  Under the

7    leadership of Mayor Mike Bloomberg, a Republican

8    then, and Governor Arnold Schwarzenegger, a

9    Republican then, microstamping took off in

10   2007-2010.  It was attempted to be passed in this

11   chamber but rejected.

12             Those were the days, Mr. President,

13   when bipartisan agreement, commonsense gun

14   solutions were on the table.  We need to bring

15   that back to bear given the low clearance rates

16   in the homicides, the unsolved murders in our

17   communities here in New York.

18             SENATOR BORRELLO:   Mr. President,

19   will the sponsor continue to yield.

20             ACTING PRESIDENT BAILEY:   Will the

21   sponsor yield?

22             SENATOR HOYLMAN:   Yes,

23   Mr. President.

24             ACTING PRESIDENT BAILEY:   The

25   sponsor yields.

1           SENATOR BORRELLO:   Thank you for

2     that answer, Senator Hoylman.

3               So are you saying that the reason

4     that we have such a low clearance rate is we

5     can't figure out which gun the bullet came from?

6           SENATOR HOYLMAN:   Through you,

7     Mr. President, that is certainly the problem.

8               Now, we do have ballistics

9     technology.  And some ballistics technology, you

10    know, is inadvertent.  When a gun is fired, there

11    is a trace element left on the casing, not

12    intended.  But I will tell you that that trace

13    element that results in a mark, so that law

14    enforcement can pursue the gun crime, only solves

15    cases about 1.3 percent of the time.

16              And of course when you're using this

17    trace element to try to track the owner of a gun

18    that's been used at a crime scene, well, frankly,

19    you need the gun.  And in the vast majority of

20    cases the gun is nowhere to be found.  So that

21    creates a situation where very few gun crimes are

22    solved, because you don't have the chain of

23    custody -- this is what we're talking about, the

24    chain of custody that is necessary to link a

25    shell casing to the actual gun that was fired.

```
 1                 SENATOR BORRELLO:   Mr. President,
 2    will the sponsor continue to yield?
 3                 ACTING PRESIDENT BAILEY:   Will the
 4    sponsor yield?
 5                 SENATOR HOYLMAN:   Yes,
 6    Mr. President.
 7                 ACTING PRESIDENT BAILEY:   The
 8    sponsor yields.
 9                 SENATOR BORRELLO:   Well, I would
10    argue that that's not -- has really nothing to do
11    with the low crime-solving rate.  You've defunded
12    the police in New York City, you cut their budget
13    by a billion dollars, you've taken away from
14    their ability to proactively take people off the
15    streets that are committing crimes.  You've
16    gotten rid of the gang unit, every other tool
17    that the police department used to have when they
18    had a better rate than the last two years, is
19    when this is all really happening.
20                 So I would not think it has anything
21    to do, so much, with the forensic and ballistic
22    technology, and more to do with the fact that you
23    have hamstrung the police department and the
24    NYPD.  But I'm going to move on to my next
25    question.
```

1          So microstamping, you're saying, is

2     this great solution.  But does the technology

3     actually exist?  I mean, is this -- and is this a

4     reliable technology?

5               SENATOR HOYLMAN:   Through you,

6     Mr. President, yes, it exists.  It's been in

7     existence for a couple of decades now.

8               But I'll tell you that it has

9     improved appreciably in the last five to

10    10 years.  And there are a number of companies

11    that are pursuing microstamping technology which

12    we have identified here in the State of New York.

13    There is a market now for microstamping

14    technology which we hope to spur, actually,

15    through this legislation today.

16              It has been proven to be -- to show

17    effectiveness over 90 percent of the time in

18    trials where microstamping technology was used.

19              So there is a market.  There is the

20    ability for us to spur new interest in this.  And

21    frankly, New York can be a leader in

22    microstamping technology through this legislation

23    that we're hopefully going to pass today.

24              SENATOR BORRELLO:   Mr. President,

25    will the sponsor continue to yield.

```
 1                    ACTING PRESIDENT BAILEY:   Will the
 2      sponsor continue to yield?
 3                    SENATOR HOYLMAN:   Yes,
 4      Mr. President.
 5                    ACTING PRESIDENT BAILEY:   The
 6      sponsor yields.
 7                    SENATOR BORRELLO:   So you claim
 8      that microstamping technology is working.  Can
 9      you tell me where it's working?
10                    SENATOR HOYLMAN:   Through you,
11      Mr. President.  Of course, I'm sure my colleague
12      knows that California passed, under Republican
13      Governor Arnold Schwarzenegger, microstamping
14      legislation back in 2007.
15                    The gun manufacturers rebelled, and
16      they filed a lawsuit which eventually was found
17      in favor of the State of California and has
18      permitted microstamping technology to proceed.
19                    But there have been fits and starts,
20      I'm not going to deny it.  That's one of the
21      reasons why it's so important that New York be
22      the third jurisdiction after California and
23      Washington, D.C., to pass it.
24                    But I have numerous studies,
25      Mr. President, showing the viability, both
```

```
1    scientifically and marketplace analysis, of
2    microstamping technology.
3                    SENATOR BORRELLO:   Mr. President,
4    will the sponsor continue to yield?
5                    ACTING PRESIDENT BAILEY:   Will the
6    sponsor yield?
7                    SENATOR HOYLMAN:   Yes,
8    Mr. President.
9                    ACTING PRESIDENT BAILEY:   The
10   sponsor yields.
11                   SENATOR BORRELLO:   I appreciate
12   that you have some studies.  But can you tell me
13   where it's working now, where it has effectively
14   been put in place and is solving crimes.  You
15   said Washington, D.C., you said California.
16   Where is it working?
17                   SENATOR HOYLMAN:   Through you,
18   Mr. President, it is a technology that, while not
19   new, has not yet been fully deployed, given the
20   gun manufacturers' lawsuit that went all the way
21   to the federal Circuit Court in California.
22   Unfortunately, that is the reality of the gun
23   manufacturers' resistance.
24                   But every study that I've
25   examined -- and that's why we have the support of
```

1   district attorneys here in New York.

2   Mayor Bloomberg organized city mayors across the

3   state to support it.  The International

4   Association of Chiefs of Police.  And of course

5   gun safety organizations:  New Yorkers Against

6   Gun Violence, Everytown for Gun Safety, the Brady

7   Research Center, the Coalition to Gun Violence.

8                This is a time, Mr. President, for

9   bold action.  We have nothing to lose.  We have

10  lives to save.

11               SENATOR BORRELLO:   Mr. President,

12  will the sponsor continue to yield.

13               ACTING PRESIDENT BAILEY:   Will the

14  sponsor continue to yield?

15               SENATOR HOYLMAN:   Yes,

16  Mr. President.

17               ACTING PRESIDENT BAILEY:   The

18  sponsor yields.

19               SENATOR BORRELLO:   I appreciate

20  everything you had to say, but I didn't hear an

21  answer to where it was actually being implemented

22  and working.

23               So I think the answer is the fact

24  that this passed in 2007 in California, and here

25  we are all these years later, 15 years later, and

```
 1   as you said, fits and starts -- these are not
 2   fits and starts.  It's a complete failure.  They
 3   haven't implemented it in California, nor have
 4   they implemented it in Washington, D.C.
 5                 So what makes you think that it's
 6   going to work here in New York?
 7                 SENATOR HOYLMAN:   Through you,
 8   Mr. President, I don't see that we have a
 9   choice when you have so many unsolved gun crimes
10   in our community, when you have the fact that,
11   according to the National Association -- the
12   National Integrated Ballistic Information
13   Network, when they use bullet and cartridge
14   evidence to try to track illegal guns, they only
15   solve those crimes 1.5 percent of the time.
16                 And I'll also add that our
17   legislation is different than California, in that
18   California's legislation was both to modify the
19   breechface as well as the firing pin.  The
20   technology has since advanced, and we propose
21   only that the firing pin be modified in newly
22   manufactured semiautomatic pistols.
23                 SENATOR BORRELLO:   Mr. President,
24   will the sponsor continue to yield.
25                 ACTING PRESIDENT BAILEY:   Will the
```

Kirkland Reporting Service

1    sponsor yield?

2              SENATOR HOYLMAN:   Yes.

3              ACTING PRESIDENT BAILEY:   The

4    sponsor yields.

5              SENATOR BORRELLO:   You just brought

6    up an interesting statistic that only 1.5 percent

7    of crimes committed with illegal guns have been

8    solved, but we're talking about microstamping

9    brand-new guns.

10             Are we just planning to have the

11   criminals bring their guns in to have their

12   firing pins microstamped?  How is that going to

13   work?

14             SENATOR HOYLMAN:   Through you,

15   Mr. President.  The reality is that another

16   important part of microstamping technology is

17   that about a third of illegal guns are actually

18   purchased legally in the State of New York and

19   nationwide.

20             So, you know, that old adage

21   "criminals having guns" really doesn't apply,

22   because so many of those guns are purchased

23   originally legally.

24             Plus we need to create an enormous

25   disincentive to those who traffic in illegal guns

1   to understand that they will be tracked, their

2   guns will be traced.  No more using straw

3   purchasers to fund the "iron pipeline" into the

4   State of New York.  We will track those guns, and

5   we will find the perpetrator and prosecute them

6   to the fullest extent of the law.

7            SENATOR BORRELLO:   Mr. President,

8   will the sponsor continue to yield?

9            ACTING PRESIDENT BAILEY:   Will the

10  sponsor yield?

11           SENATOR HOYLMAN:   Yes,

12  Mr. President.

13           ACTING PRESIDENT BAILEY:   The

14  sponsor yields.

15           SENATOR BORRELLO:   So let's assume

16  for the moment that we do this, and we have a new

17  gun with a microstamp on the firing pin.  You're

18  saying if someone steals that gun from someone's

19  home, or it is an arm's length transaction -- all

20  these things that put a legally purchased gun

21  into the hands of someone who is not legally

22  allowed to possess it -- you don't think that

23  they wouldn't just file that off of the -- that

24  microstamp right off the firing pin?

25           SENATOR HOYLMAN:   Through you,

1    Mr. President.  The truth is it's -- most guns

2    that are illegal are not modified, and the

3    statistics bear that out.

4               It is very difficult to remove a pin

5    and replace it with another one unless you're a

6    gunsmith or an expert.  So it has been

7    demonstrated that the firing pin is not something

8    that can be easily removed or altered.

9               That said, also the statistics show

10   that most people who use guns for crimes don't

11   alter them either.

12              SENATOR BORRELLO:   Mr. President,

13   will the sponsor continue to yield.

14              ACTING PRESIDENT BAILEY:   Will the

15   sponsor continue to yield?

16              SENATOR HOYLMAN:   Yes,

17   Mr. President.

18              ACTING PRESIDENT BAILEY:   The

19   sponsor yields.

20              SENATOR BORRELLO:   Okay, let's say

21   I buy a gun that has a microstamp and it's a

22   registered firearm, it's a pistol, and that gun

23   gets stolen out of my house.  How are we going to

24   connect that person who stole the gun, whose name

25   the gun is not registered in, to the crime when

1    that gun comes back to me?

2            How is that going to work?  How are

3    we going to actually solve a crime if a gun crime

4    was committed by a person who stole that gun and

5    then committed a crime, when the microstamp goes

6    back to me as the registered gun owner?

7            SENATOR HOYLMAN:    Through you,

8    Mr. President.  Just to be clear, also, to my

9    colleague's earlier question about those who

10    might file or attempt to alter the gun, there

11    will be additional criminal penalties for that

12    that can be imposed on such a -- in such a

13    situation.

14            Of course, microstamping is not the

15    be-all or end-all of solving gun crimes.  It is

16    an important tool for law enforcement.  We need

17    all hands on deck to try to attempt to solve gun

18    crimes and reduce gun violence in our

19    communities.

20            I'm not suggesting that

21    microstamping is going to solve every gun crime.

22    I am suggesting, though, that based on the data,

23    based on real-world evidence and based on the new

24    technology, it can make a big difference.  That's

25    why so many in law enforcement support this

1    legislation.

2              SENATOR BORRELLO:   Mr. President,

3    will the sponsor continue to yield?

4              ACTING PRESIDENT BAILEY:   Will the

5    sponsor continue to yield?

6              SENATOR HOYLMAN:   Yes.

7              ACTING PRESIDENT BAILEY:   The

8    sponsor yields.

9              SENATOR BORRELLO:   So your bill

10   mentions that we're going to determine if this is

11   technologically viable.  You certainly have some

12   data to suggest that it is.  But that's a broad

13   term.

14             Explain what "technologically

15   viable" means, especially since we can't point to

16   a single state or municipality that's actually

17   implemented this technology to solve crimes.  So

18   who's going to determine "technologically

19   viable," and what does that mean?

20             SENATOR HOYLMAN:   Well, through

21   you, Mr. President, according to the legislation,

22   within six months the Division of Criminal

23   Justice Services, DCJS, is going to engage in and

24   complete an investigation to certify the

25   technical viability, to prove to the naysayers

1    that this in fact can work.

2              That's why we have that period where

3    we will examine the viability of microstamping-

4    enabled pistols.  The investigation's going to

5    include live-fire testing evidence.  And

6    ultimately DCJS will certify or decline to

7    certify that microstamping-enabled pistols are

8    technologically viable.

9              I think the plain language of

10   "technological viability" speaks for itself,

11   although I would imagine that DCJS will look to

12   the regulatory-making process to further fill out

13   what that definition will be.

14              SENATOR BORRELLO:  Mr. President,

15   will the sponsor continue to yield?

16              ACTING PRESIDENT BAILEY:  Will the

17   sponsor yield?

18              SENATOR HOYLMAN:  Yes,

19   Mr. President.

20              ACTING PRESIDENT BAILEY:  The

21   sponsor yields.

22              SENATOR BORRELLO:  So we're talking

23   about DCJS.  Are they going to be required to

24   consult with firearms experts to do this

25   analysis?

```
 1              SENATOR HOYLMAN:    Through you,
 2    Mr. President, I would imagine that will be part
 3    of their process.  The legislation doesn't
 4    specify that.
 5              But knowing the expertise that is in
 6    DCJS, both in-house and outside of DCJS, I would
 7    hope that they would look and consult with
 8    experts, both on staff and elsewhere, to make
 9    that determination.
10              SENATOR BORRELLO:    Mr. President,
11    will the sponsor continue to yield?
12              ACTING PRESIDENT BAILEY:    Will the
13    sponsor yield?
14              SENATOR HOYLMAN:    Yes,
15    Mr. President.
16              ACTING PRESIDENT BAILEY:    The
17    sponsor yields.
18              SENATOR BORRELLO:    You know, the
19    repeated use of a firearm would inevitably lead
20    to the wearing away of that microstamping, and I
21    think that's what some of these studies indeed do
22    show happening.
23              So is there any requirement for that
24    firearm owner to ensure that that microstamp is
25    maintained on that firing pin?
```

```
 1              SENATOR HOYLMAN:   The studies have
 2    shown that microstamping technology can last for
 3    literally thousands of rounds.  And ultimately,
 4    if it is worn off, the pin will have to be
 5    replaced.
 6              But there are statistics, again,
 7    that show that microstamping technology is in
 8    fact very durable.  Even if part of the
 9    alphanumeric code is worn because of repeated
10    thousands and thousands of firings, that is much
11    more information than law enforcement currently
12    has now.
13              SENATOR BORRELLO:   Mr. President,
14    will the sponsor continue to yield?
15              ACTING PRESIDENT BAILEY:   Will the
16    sponsor continue to yield?
17              SENATOR HOYLMAN:   Yes,
18    Mr. President.
19              ACTING PRESIDENT BAILEY:   The
20    sponsor yields.
21              SENATOR BORRELLO:   Well, you keep
22    talking about this as if there's someplace where
23    this is actually taking place and we're solving
24    crimes.  You say it's very durable, it's going to
25    last for thousands of rounds.
```

```
 1              But again, we don't even have a
 2      single state or municipality where this has been
 3      successfully utilized.  So where is that data
 4      coming from?
 5              SENATOR HOYLMAN:    Through you,
 6      Mr. President.  Well, we -- California does have
 7      a lot of experience in this realm, having passed
 8      a statute in that regard.  We have, of course,
 9      real-world data from a number of different
10      organizations and advocacy groups.  And we have
11      actual microstamping private firms that are
12      looking to enter the marketplace here in New York
13      State.
14              SENATOR BORRELLO:    Mr. President,
15      will the sponsor continue to yield?
16              ACTING PRESIDENT BAILEY:    Will the
17      sponsor yield?
18              SENATOR HOYLMAN:    Yes,
19      Mr. President.
20              ACTING PRESIDENT BAILEY:    The
21      sponsor yields.
22              SENATOR BORRELLO:    But again, we're
23      doing this because you're saying that there is
24      proof positive, evidence, that microstamping will
25      help solve a crime.  Where has that happened?
```

```
 1                  SENATOR HOYLMAN:    Through you,
 2      Mr. President.  Once again, in California, the
 3      gun manufacturers blocked the deployment of this
 4      technology.  It is in place in the District of
 5      Columbia.
 6                  New York needs to take bold action
 7      and be the third jurisdiction to pass
 8      microstamping technology requirements.
 9                  But also, understand that the
10      legislation lays out a time frame and a series
11      of -- of performance --
12                  SENATOR BORRELLO:   Measures?
13                  SENATOR HOYLMAN:   No, I was --
14      thank you very much for that assistance.
15                  -- lays out a series of
16      opportunities for private manufacturers to weigh
17      in.  In fact, we don't -- the latest that
18      microstamping technology will actually come into
19      effect in New York is four months after -- four
20      years, rather, after it's certified to be
21      technologically and commercially viable.
22                  So we have laid out a runway to
23      drill down into the commercial and technological
24      viability of this.  And I know that is a concern
25      of the sponsor.  But there's a roadmap here for
```

1    us to determine its effectiveness and its

2    commercial viability laid out in this bill.

3                   SENATOR BORRELLO:   Mr. President,

4    will the sponsor continue to yield?

5                   ACTING PRESIDENT BAILEY:   Will the

6    sponsor yield?

7                   SENATOR HOYLMAN:   Yes,

8    Mr. President.

9                   ACTING PRESIDENT BAILEY:   The

10   sponsor yields.

11                  SENATOR BORRELLO:   I guess I'm

12   hearing something conflicting here.  You're

13   saying that we have to determine that it's

14   viable, but you've said it's already -- we

15   already have a viable ability to deploy this.  So

16   why do we have to wait four years if it's already

17   viable?

18                  And I still am waiting for an answer

19   as to who's actually successfully done this.  You

20   said California passed it in 2007.  But I don't

21   want to go off on a tangent here.  How is -- if

22   it's already commercially viable, why can't we

23   just deploy it?

24                  SENATOR HOYLMAN:   Through you,

25   Mr. President.  The technology is viable.  We've

1    had gun manufacturers who have intervened and

2    stalled its application, with the intention of

3    undermining this effort to make our streets and

4    communities safer.

5              We need to go around the gun

6    manufacturers, and that's exactly what we're

7    doing with this legislation today.

8              SENATOR BORRELLO:   Mr. President,

9    will the sponsor continue to yield?

10             ACTING PRESIDENT BAILEY:   Will the

11   sponsor yield?

12             SENATOR HOYLMAN:   Yes.

13             ACTING PRESIDENT BAILEY:   The

14   sponsor yields.

15             SENATOR BORRELLO:   So I'd say it

16   would be correct to say that there are millions

17   of pistols in New York State that are already

18   existing that will not have this microstamping

19   technology.  So, you know, what are we going to

20   do about the millions of guns that already exist

21   that are not going to be brought in to be

22   microstamped or modified?  Those are the ones

23   that are illegally possessed in many cases.

24             And the vast, vast majority of gun

25   crimes, by the way, we know are committed by

1    people who have guns that they illegally possess.

2    So how is this going to help that situation?

3                    SENATOR HOYLMAN:   Well, through

4    you, Mr. President, the -- it's new guns that are

5    actually causing one-third of gun crimes here in

6    the State of New York, new guns.  So newly

7    manufactured.

8                    The -- my colleague is correct in

9    that this bill would not have any impact on guns

10   that are in the private possession of

11   New Yorkers.  But we're taking other steps.  And

12   I appreciate -- I appreciate my colleague's

13   concern about those millions of guns.  And we

14   need to take additional steps in regard to that,

15   and that's what we're doing with today's package.

16                    So I share my colleague's concern,

17   and I welcome him into this argument.  And let's

18   have some bipartisan on gun safety.  Let's fix

19   this problem which is killing -- literally,

20   Mr. President -- our children.  Let's have

21   New York be the bipartisan model for Washington,

22   the inaction in Washington that is resulting in

23   the deaths of so many of our loved ones.

24                    SENATOR BORRELLO:   Mr. President,

25   will the sponsor continue to yield.

```
 1              ACTING PRESIDENT BAILEY:   Will the
 2    sponsor yield?
 3              SENATOR HOYLMAN:   Yes,
 4    Mr. President.
 5              ACTING PRESIDENT BAILEY:   The
 6    sponsor yields.
 7              SENATOR BORRELLO:   So I'm going to
 8    ask one last question here.  We have ballistics
 9    technology.  We already have the ability to trace
10    a bullet back to a gun.  You've brought that up.
11    We have the -- the people, unfortunately, have
12    been underfunded recently in law enforcement to
13    do this.
14              So without any examples of where
15    this has been done successfully, how is this
16    realistically going to help solve crime?
17              SENATOR HOYLMAN:   Through you,
18    Mr. President.  We are looking for that missing
19    link between a gun used to murder someone who we
20    may know and love, and the shell casing that is
21    often left at the scene of the crime.  Through
22    microstamping technology, we establish that chain
23    of custody and we empower law enforcement to
24    solve gun crimes.
25              That is the least we can do in this
```

1    moment of national despair when just this week

2    yet another mass shooting occurred.  But it's not

3    just the mass shootings, it's the killings that

4    seem to happen almost on a daily basis in some of

5    our communities across the state of New York.

6                    Microstamping technology is a

7    promise, but we have to take every step to make

8    sure that our families are safe.  And I think

9    it's a bet that we cannot afford to miss.

10                    SENATOR BORRELLO:   Mr. President,

11   on the bill.

12                    ACTING PRESIDENT BAILEY:   Senator

13   Borrello on the bill.

14                    SENATOR BORRELLO:   Senator Hoylman,

15   thank you.  You have obviously studied this well,

16   and I appreciate the engagement today.

17                    Senator Hoylman talked about what we

18   can do to empower law enforcement.  I know what

19   we can do to empower law enforcement.  We can

20   start respecting them again, we can start funding

21   them again, we can start giving them the tools

22   that they need to not just solve crimes but to

23   prevent crimes.

24                    We need to do a lot of other things.

25   Microstamping technology is not a proven

5238

```
 1    technology.  It isn't working.  They passed this
 2    in 2007 in California, and trust me, in the last
 3    15 years I'm sure something could have been done
 4    to get that deployed.
 5              But what we're really talking about
 6    here is we're talking about the gun.  We're not
 7    talking about the people that use the gun.  And
 8    that's the problem with all of these bills that
 9    we have here today.  Until we address people that
10    have violent tendencies, until we address those
11    folks with violent mental illness, until we
12    address people that have evil in their hearts --
13    and we are not doing anything to separate these
14    people, pull them out of society -- nothing like
15    this is going to help.
16              We're going to nibble around the
17    edges.  We're going to make political statements.
18    But the reality is New York has become far more
19    dangerous in the last two years.  Not because of
20    new guns, but because of bad policy out of
21    Albany, because of things like our failed bail
22    reform law, the other criminal justice reforms.
23    That's why New York is more dangerous.
24              Are there more guns here in New York
25    than there were two years ago?  Maybe.  But the
```

5239

```
 1    bottom line is we are now at a 40-year high for
 2    crime here in New York.  So we're going to sit
 3    here, we're going to talk about law-abiding
 4    citizens, we're going to create a barrier to
 5    selling guns here in New York State by requiring
 6    a microstamping technology, which will happen --
 7    which is what happened in California, is the gun
 8    manufacturers are just going to say, We're not
 9    going to sell them.
10              And there are a lot of you that
11    would say, That's great, we don't want to sell
12    any more guns here in New York State, that's
13    wonderful.  But unfortunately, most of the guns
14    that are on the street here in New York State
15    were not legally purchased.  Most of the guns
16    that are being used in crimes are not legally
17    possessed.
18              So this is just another feeble
19    attempt to try and hamstring everyone's
20    Second Amendment right to keep and bear arms.
21    It's not going to work.  The technology is not
22    there.  It's not being used anywhere.  And this
23    isn't going to happen.
24              So I'm voting no.  Thank you.
25              ACTING PRESIDENT BAILEY:  Are there
```

```
 1    any other Senators wishing to be heard?
 2                   Seeing and hearing none, debate is
 3    closed.   The Secretary will ring the bell.
 4                   Read the last section.
 5                   THE SECRETARY:   Section 2.   This
 6    act shall take effect immediately.
 7                   ACTING PRESIDENT BAILEY:   Call the
 8    roll.
 9                   (The Secretary called the roll.)
10                   ACTING PRESIDENT BAILEY:   Senator
11    Boyle to explain his vote.
12                   SENATOR BOYLE:   Thank you,
13    Mr. President, to explain my vote.
14                   It seems like every time we have an
15    issue where we need to come here after a tragedy,
16    the focus by the Majority is always on firearms.
17    We can debate that.   But we're talking about a
18    bill here about microstamping forensic
19    technology -- as Senator Borrello so aptly
20    pointed out, an unproven technology.
21                   But you know what technology does
22    work?   DNA.   This Majority refuses to bring to
23    the floor legislation on genetic genealogy and
24    familial DNA.   This tool has solved numerous,
25    numerous cases around the world, but we don't
```

Kirkland Reporting Service

1    allow it here in New York State.  The Angie Dodge

2    case in Idaho, murder case, was solved with

3    familial DNA.  The Eve Wilkowitz case in my

4    district, Bay Shore, just solved by our new

5    district attorney, Ray Tierney.  A 42-year-old

6    cold murder case solved with familial testing and

7    genetic genealogy.

8              And Senator Hoylman, you brought up

9    the State of California and microstamping.  Okay,

10   they passed a law to have microstamping.  I do

11   not believe they've solved any crimes with

12   microstamping.  But you know what case California

13   did solve?  The Golden State Killer.  Joseph

14   DeAngelo, murdered 13 women and men.  Raped more

15   than 50 women, 120 burglaries, and they caught

16   him through genetic genealogy, a technology that

17   does work, has been proven to work, and you will

18   not allow it in this state.

19             I will vote no on this and hope that

20   my colleagues will bring familial testing and

21   genetic genealogy to New York State.

22             ACTING PRESIDENT BAILEY:   Senator

23   Boyle to be recorded in the negative.

24             Senator Jackson to explain his vote.

25             SENATOR JACKSON:   Thank you,

5242

```
 1    Mr. President.
 2              To my colleagues, I've listened to
 3    the debate and discussion on this particular
 4    matter.  And everyone is entitled to their
 5    opinions.  But I say to you, I support this bill
 6    because we need to make sure that if in fact it
 7    works, that we microstamp the bullets and
 8    everything that comes out of the guns because of
 9    the fact that we can then trace these to whoever.
10              One of the colleagues said that what
11    if in fact they had a pistol and it was stolen.
12    Well, like anything else, if you -- someone robs
13    your house or robs your vehicle and steals the
14    merchandise, and especially a gun, you'd better
15    report it so that the police know that the
16    weapons were stolen, and also try to find those
17    to the extent that we can.
18              The bottom line is that this is
19    about trying to save lives and also to connect
20    people that have used guns, especially if there's
21    microstamping for robberies, killings and stuff
22    like that.  This is a positive aspect, this is
23    not a negative aspect.  We're trying to save
24    lives and trying to reduce crime overall.
25              So I appreciate my colleague and --
```

```
 1    standing up not only on behalf of himself, but on

 2    behalf of myself and everyone else that supports

 3    this bill.  And I respect my colleagues that

 4    disagree, but I hope that we move forward in

 5    unity in order to save lives, in order to stop

 6    crime, and in order to identify the type of -- if

 7    in fact weapons are used, that we'll be able to

 8    determine where the gun came from or where the

 9    bullets came from.

10              So with that, Mr. President I vote

11    aye.

12              ACTING PRESIDENT BAILEY:   Senator

13    Jackson to be recorded in the affirmative.

14              Senator Hoylman to explain his vote.

15              SENATOR HOYLMAN:   Thank you,

16    Mr. President.  I appreciate the debate with my

17    colleague and his questioning.

18              I guess we differ in the urgency

19    which we face given the problem of gun violence

20    in our state and across this country.

21              I would say that failing to pass

22    comprehensive gun violence legislation just isn't

23    an option anymore, Mr. President.  It is quite

24    literally a matter of life or death for too many

25    New Yorkers, and we must act now.
```

1              The truth is that only half of all

2    homicides in New York from 2010 to 2019 were

3    solved.  In New York City, only 30 percent of

4    those were solved in 2020.  The inability to

5    solve murders -- and we have so many colleagues,

6    Mr. President, on both sides of the aisle who are

7    concerned about public safety, as we all should

8    be, and consider themselves law and order

9    officials.  But the inability to solve murders is

10   a racial one.  It disproportionately affects

11   Black and brown communities.

12              Across 52 of the nation's largest

13   cities, 53 percent of murders of Black Americans

14   between 2008 and 2018 never led to an arrest --

15   53 percent -- let alone a conviction.

16              Microstamping technology can help

17   end these egregious failures by helping law

18   enforcement identify firearms used in shootings

19   and solve more crimes.

20              When shootings and homicides and

21   other firearms crimes are unsolved, something

22   else happens, Mr. President.  We didn't get a

23   chance to talk about this.  There's a retaliatory

24   cycle of violence when a crime is unsolved.

25   Trauma, vigilantism are more likely to erupt,

```
 1    leading to an increased sense of lack of security
 2    and violence and injury, a weakened trust in our
 3    judicial system.
 4               Microstamping technology is
 5    feasible, reliable and its costs are minimal.
 6    The estimate is it costs less than 10 bucks a
 7    firearm.
 8               In addition to reducing gun deaths,
 9    this law can also create a greater sense of
10    security among the public, serve the public
11    interest and public safety in ways other than by
12    reducing deaths and physical bodily injury
13    alone -- including by addressing psychological
14    harms -- and ensure that Americans and their
15    families have the security equally to enjoy the
16    full range of constitutional freedoms.
17               Now I want to say that I'm so
18    grateful to all the gun advocacy groups that got
19    us here.  And there's so many of them.  You know,
20    we sat down at the beginning of session and we
21    identified this priority.  We had no idea that
22    we'd be here today with so many shootings having
23    occurred.  But New Yorkers Against Gun Violence,
24    Everytown, the Coalition to Stop Gun Violence,
25    Giffords, Brady.  District attorneys like
```

5246

1   DAs Gonzalez and Bragg have also written in their

2   support.

3            I want to thank Governor Hochul for

4   embracing our legislation, and the Assembly for

5   passing it yesterday through my colleague

6   Assemblymember Linda Rosenthal, and of course

7   Majority Leader Andrea Stewart-Cousins and all of

8   my colleagues for making microstamping a

9   technology and taking this leap forward, this

10  bold step that we need to address gun violence.

11           Thank you, Mr. President.  Thank you

12  to my colleagues.  I vote aye.

13           ACTING PRESIDENT BAILEY:   Senator

14  Hoylman to be recorded in the affirmative.

15           Announce the results.

16           THE SECRETARY:   In relation to

17  Calendar 1849, those Senators voting in the

18  negative are Senators Akshar, Borrello, Boyle,

19  Gallivan, Griffo, Helming, Jordan, Lanza,

20  Martucci, Mattera, Oberacker, O'Mara, Ortt,

21  Palumbo, Rath, Ritchie, Serino, Stec, Tedisco and

22  Weik.

23           Ayes, 43.  Nays, 20.

24           ACTING PRESIDENT BAILEY:   The bill

25  is passed.

```
 1                 THE SECRETARY:   Calendar Number
 2   1875, Senate Print 9456, by Senator Sepúlveda, an
 3   act to amend the Penal Law.
 4                 ACTING PRESIDENT BAILEY:   Senator
 5   Palumbo, why do you rise?
 6                 SENATOR PALUMBO:   Thank you,
 7   Mr. President.  Would the sponsor yield for a few
 8   questions, please.
 9                 ACTING PRESIDENT BAILEY:   Senator
10   Sepúlveda, will you yield?
11                 SENATOR SEPÚLVEDA:   Well, I feel
12   left out now, because Senator Borrello is not
13   asking me questions.
14                 (Laughter.)
15                 ACTING PRESIDENT BAILEY:   Senator
16   Borrello may indulge you later.
17                 Senator Sepúlveda, will you yield?
18                 SENATOR SEPÚLVEDA:   Yes, I will.
19                 ACTING PRESIDENT BAILEY:   The
20   sponsor yields.
21                 SENATOR PALUMBO:   Thank you,
22   Senator Sepúlveda.
23                 Regarding this bill, it's a pretty
24   straightforward addition to the definition of a
25   firearm, about four lines that adds any other
```

5248

```
 1    weapon as a type of firearm in the State of
 2    New York.
 3                    Can you tell us where the language
 4    used in the proposed legislation originated?
 5                    SENATOR SEPÚLVEDA:   I'm having a
 6    hard time hearing you.
 7                    SENATOR PALUMBO:   Sure.  Can you
 8    just tell us -- am I on here?  I'm on.  It's lit.
 9                    Can you just tell us the origin of
10    the language used in the bill?
11                    SENATOR SEPÚLVEDA:   The origin?
12                    SENATOR PALUMBO:   Yeah, if you have
13    one.  Is it your own words?  It appears to be
14    somewhat similar to --
15                    SENATOR SEPÚLVEDA:   Through you,
16    Mr. President, absolutely.
17                    So I represent the Central and
18    South Bronx, and in our community there's been a
19    rash of violence involving firearms.  The problem
20    that we have is when we charge these individuals
21    with offenses that have to do, for example, with
22    criminal use first degree of a firearm, if
23    they're using -- the biggest issue we have is a
24    ghost gun.  You cannot elevate the charge, you
25    cannot elevate the sentence because the ghost
```

```
 1    guns aren't defined as a firearm under the
 2    current definition in the statute.
 3              What this will do is it will include
 4    ghost guns -- a major problem in the community
 5    that I have.  Some of the children that were shot
 6    recently, some of the residents, they used a
 7    ghost gun.  When I speak to my precinct councils
 8    and my commanding officers in my precinct, they
 9    all say ghost guns is a major problem that we
10    have.
11              That is the origin of the language.
12              SENATOR PALUMBO:  So if I can get
13    into the specific words used, because I would
14    like to compare them.  And I'll tell you where
15    I'm going with this.  Under the National Firearms
16    Act --
17              ACTING PRESIDENT BAILEY:  Senator
18    Palumbo, are you asking Senator Sepúlveda to
19    yield?
20              SENATOR PALUMBO:  Yes.  Would you
21    yield, please, Senator.
22              ACTING PRESIDENT BAILEY:  Does the
23    sponsor yield?  The sponsor yields.
24              SENATOR PALUMBO:  Yes, thank you.
25              So in this bill it adds a new
```

5250

```
 1    subsection (f) to the definition of a firearm,
 2    "any other weapon that is not otherwise defined
 3    in this section containing any component that
 4    provides housing or a structure designed to hold
 5    or integrate any fire control component that is
 6    designed to or may readily be converted to expel
 7    a projectile by action of explosive."
 8                    So regarding that specific language,
 9    can you just explain to us what do you mean by an
10    explosive act that would project a projectile
11    from this device?
12                    SENATOR SEPÚLVEDA:   Through you,
13    Mr. President.  If you're using a device that
14    uses, for example, gunpowder -- something that is
15    used to create an explosion so that a projectile
16    can be released from that object -- then that
17    particular object will be considered a firearm
18    under this definition.
19                    SENATOR PALUMBO:   Will the sponsor
20    continue to yield.
21                    ACTING PRESIDENT BAILEY:   Will the
22    sponsor yield?
23                    SENATOR SEPÚLVEDA:   Yes, I do.
24                    ACTING PRESIDENT BAILEY:   The
25    sponsor yields.
```

```
 1              SENATOR PALUMBO:    Thank you.
 2    Through you, Mr. President.
 3                   So is there any sort of
 4    characterization as to the type of projectile or
 5    the speed of the projectile?  Because I do recall
 6    that in, for example, charging use of a firearm
 7    in New York, it needs to be a projectile that is
 8    readily capable -- or the firearm, the object,
 9    would be readily capable of producing a shot that
10    can cause serious physical injury or death.
11                   So is that what's intended here,
12    although it's not specifically defined?
13              SENATOR SEPÚLVEDA:    Through you,
14    Mr. President.  So we want to capture weapons
15    that are used sort of as firearms but are not
16    defined as firearms.
17                   So in your situation, if in fact the
18    object that you're using as a firearm does expel
19    a projectile, at that point it falls under the
20    definition of the statute.
21              SENATOR PALUMBO:    Will the sponsor
22    continue to yield?
23                   ACTING PRESIDENT BAILEY:    Does the
24    sponsor yield?
25                   SENATOR SEPÚLVEDA:    Yes.
```

1          ACTING PRESIDENT BAILEY:   The

2     sponsor yields.

3          SENATOR PALUMBO:   Thank you,

4     Senator Sepúlveda.

5          So essentially -- and these have

6     been termed, on occasion, as maybe a zip gun,

7     someone takes a radio antenna and they

8     manufacture something that can fire off a

9     cartridge, say a .22 cartridge -- are those the

10    type of firearms you're talking about?

11         SENATOR SEPÚLVEDA:   If the object

12    uses something like gunpowder or any explosive

13    that's going to release a projectile, then yes,

14    all of that would fall under the statute.

15         SENATOR PALUMBO:   Will the sponsor

16    continue to yield.

17         SENATOR SEPÚLVEDA:   Yes.

18         ACTING PRESIDENT BAILEY:   Will the

19    sponsor yield?   The sponsor yields.

20         SENATOR PALUMBO:   So pursuant to

21    that definition, would a flare gun be considered

22    a firearm under this legislation?

23         SENATOR SEPÚLVEDA:   No.   Through

24    you, Mr. President, no.

25         SENATOR PALUMBO:   Will the sponsor

1    continue to yield.

2                    SENATOR SEPÚLVEDA:   Yes.

3                    ACTING PRESIDENT BAILEY:   Will the

4    sponsor yield?  The sponsor yields.

5                    SENATOR PALUMBO:   I appreciate that

6    clarification, Senator.

7                    And for the purposes of legislative

8    intent, I guess we should get in the weeds a

9    little bit.  Because that is something that has a

10   primer, it's almost like a shotgun shell that has

11   a device that strikes it -- a firing pin, so to

12   speak, that can strike -- in a plastic flare gun,

13   and that projectile can certainly cause injury.

14                   So can you tell me how that does not

15   fit within your definition of a firearm?

16                   SENATOR SEPÚLVEDA:   Through you,

17   Mr. President, I think part of the requirements

18   to be convicted of a gun offense is that you're

19   using the object as a weapon.

20                   I don't think that most people use

21   flare guns as weapons, so that wouldn't fall

22   under the category under the statute.

23                   SENATOR PALUMBO:   Would the sponsor

24   continue to yield.

25                   ACTING PRESIDENT BAILEY:   Will the

1   sponsor yield?

2               SENATOR SEPÚLVEDA:   Yes.

3               ACTING PRESIDENT BAILEY:   The

4   sponsor yields.

5               SENATOR PALUMBO:   And so -- and

6   this is the rub, and I'm going to ask you some

7   questions because there's similar language used

8   in the federal law.  That a weapon, for example,

9   like a dangerous instrument -- it can be a piece

10  of paper, under the Penal Law.  If I use

11  something that can be used to threaten someone

12  with injury, for example, in a robbery, it could

13  be a bottle, it could be a phone, it could be a

14  number of -- it could be a telephone, it could

15  be -- you know, a can of soda could be a

16  dangerous instrument.

17              So along those lines, this

18  definition of a firearm becomes so expansive that

19  it doesn't actually define specifically the

20  dangerous level of the projectile and it does not

21  even describe the actual device.

22              So can you reconcile that for me,

23  please?

24              SENATOR SEPÚLVEDA:   Through you,

25  Mr. President, did you have a question?  Because

```
 1   I know you were speaking and I was speaking to my
 2   counsel.  I'm sorry.
 3              SENATOR PALUMBO:   Yes, Senator.
 4   Just can you reconcile that issue that we don't
 5   have -- that it's extremely expansive?
 6              That in the example I gave of maybe
 7   a flare gun or even a potato gun that you make as
 8   a kid -- you know, you take some PVC pipe, you
 9   get a sparker from a barbecue, you squirt in some
10   hair spray, and you can shoot a potato gun across
11   the yard, shoot a potato that you shove down it.
12   I mean, we've -- I haven't shot one in years.
13              (Laughter.)
14              SENATOR PALUMBO:   But in fact that
15   is a projectile that's produced by way of an
16   explosion.
17              So can you reconcile that, just for
18   clarification for all of us?  Because this will
19   be a crime to possess a firearm if and when this
20   becomes law.
21              SENATOR SEPÚLVEDA:   Through you,
22   Mr. President, I haven't used a firearm to shoot
23   potato chips or french fries yet, but I'll look
24   at what you do with a potato gun.
25              But the point is that, first of all,
```

5256

```
1     the issue of dangerousness doesn't exist anywhere
2     in the statute.  So, you know, it's not going to
3     change what we consider dangerous, because it's
4     not defined here.  It's not defined throughout
5     the criminal procedure.
6                     But with respect to your examples,
7     first of all, you have to have the explosive,
8     gunpowder.  You have to have the intent to harm.
9     And that's the critical difference.  Most people
10    that use potato guns aren't trying to kill
11    someone.  But this, in this definition, if you
12    use the explosive and the projectile causes
13    injury, just like any -- if you see the
14    definition here of any firearm, it's the same
15    concept.  As long as it's a firearm or you're
16    using it as a firearm to cause harm, then you
17    would fall under the definition.
18                    SENATOR PALUMBO:   Will the sponsor
19    continue to yield?
20                    ACTING PRESIDENT BAILEY:   Will the
21    sponsor yield?
22                    SENATOR SEPÚLVEDA:   Yes.
23                    ACTING PRESIDENT BAILEY:   The
24    sponsor yields.
25                    SENATOR PALUMBO:   Well, Senator, so
```

5257

1   this is the wrinkle.  Under 265.01 of the

2   New York State Penal Law, a person is guilty of

3   criminal possession of a firearm when he or she,

4   one, possesses any firearm.

5               So the mere possession of a

6   firearm -- referring, of course, to the statute

7   that we're amending and adding language to right

8   here -- just the possession of it, regardless of

9   intent, is a Class A misdemeanor.

10              So that's the wrinkle.  So please,

11  if you can, reconcile that.

12              SENATOR SEPÚLVEDA:   Through you,

13  Mr. President, that's exactly what we're trying

14  to resolve here.  If it's a -- we want to use the

15  definition of firearm even if it's a Class A

16  felony.  Without this bill, the ghost guns

17  wouldn't fall under that category, and someone

18  can use a ghost gun to injure someone and get

19  away with it; they won't get charged with, say,

20  criminal possession of the use of a firearm.

21              With this, you can actually go after

22  someone under the charge of criminal possession

23  of a firearm in the first degree because you have

24  to have the predicate felon first.  And in this

25  case let's say you commit a Class B felony.  Now

```
 1    you have the predicate to be able to be charged
 2    with criminal use of a firearm in the first
 3    degree, which gives you 25 years rather than, you
 4    know, a lot less if you're convicted of
 5    possession or you use a firearm -- you commit a
 6    Class B felony but don't use your typical firearm
 7    but instead use a ghost gun.
 8                 SENATOR PALUMBO:   Will the sponsor
 9    continue to yield?
10                 ACTING PRESIDENT BAILEY:   Will the
11    sponsor continue to yield?
12                 SENATOR SEPÚLVEDA:   Yes.
13                 ACTING PRESIDENT BAILEY:   The
14    sponsor yields.
15                 SENATOR PALUMBO:   Well, so,
16    Senator, I guess another wrinkle with that is,
17    though, a ghost gun is simply a gun that is
18    readily capable of producing a shot that can
19    cause serious physical injury or death that just
20    doesn't have a serial number, for example.
21    That's a ghost gun.  So that's already covered,
22    in my opinion.
23                 But let me ask you this.  And I
24    have, under the National Firearms Act, the
25    federal definition of any other weapon.  Because
```

Kirkland Reporting Service

1    that does exist, a definition in our law

2    somewhere.  Title 26 of the United States Code,

3    Section 5845:  "Any other weapons is any weapon

4    or device capable of being concealed on the

5    person from which a shot can be discharged

6    through the energy of an explosive, a pistol or

7    revolver having a barrel with a smooth bore

8    designed or redesigned to fire a fixed shotgun

9    shell" -- so a prepared shell itself -- "weapons

10   with combination shotgun and rifle barrels

11   12 inches or more, less than 18 inches in length,

12   from which only a single discharge can be made

13   from either barrel without manual reloading, and

14   shall include any such weapon which may be

15   readily restored to fire."  So that's a pretty

16   specific definition.

17             Further, "Such term shall not

18   include a pistol or a revolver having a rifle

19   bore or rifle bores, plural, or weapons designed,

20   made or intended to be fired from the shoulder

21   and not capable of firing fixed ammunition."

22             So the federal statute, which is

23   quite clear as a catch-all, is much more limited

24   to specific items.  So when we juxtapose that

25   with what you're offering, it doesn't have to be

5260

```
 1    concealable, it doesn't have to be
 2    shoulder-fired, but it's anything that can
 3    produce a shot.
 4               So again -- and I don't mean to
 5    bring us back to the flare gun, but I think
 6    that's kind of an easy example, because that is a
 7    readily prepared ammunition, if you want to call
 8    it that, and just about I would say most boaters
 9    have those on their boats themselves.  So that's
10    what I'm trying to reconcile in my head.
11               So if you could maybe show me
12    somewhere in the statute, if I'm missing it, if
13    there's more to it -- but it's only four lines.
14    So please help me out, if you can.
15               SENATOR SEPÚLVEDA:   Through you,
16    Mr. President.  Look, the federal statutes, the
17    federal government, they have their own
18    legislation when it comes to guns.
19               New York State, we have our own
20    legislation when it comes to firearms.  We're not
21    bound by the federal government.  If we want ours
22    to be more expansive, we can be more expansive.
23               And I think in a particular case
24    like this, the flare gun doesn't hold water
25    because the flare gun is not used as a projectile
```

5261

```
 1    to hurt someone.  You may do it accidentally.
 2    But when you have a gun that's using -- an item
 3    that's using gunpowder to excrete a projectile,
 4    that would fall under this definition.
 5                  SENATOR PALUMBO:   Will the sponsor
 6    continue to yield?
 7                  ACTING PRESIDENT BAILEY:   Will the
 8    sponsor yield?
 9                  SENATOR SEPÚLVEDA:   Yes.
10                  ACTING PRESIDENT BAILEY:   The
11    sponsor yields.
12                  SENATOR PALUMBO:   Thank you,
13    Senator.
14                  So I'm going to have to try and make
15    some distinctions, though, because there are
16    gunpowder-fired machines used in construction,
17    for example, called a Ram shooter, where you'd
18    shoot nails into concrete with, essentially, a
19    .22 round without a bullet.  Your bullet, your
20    projectile, is in fact a nail with a little bit
21    of a plastic casing on it so that it shoots
22    straight.
23                  And if you took that thing and were
24    able to discharge it in someone's direction, you
25    bet that's going to hurt someone and could
```

5262

```
 1    possibly kill them.  So is that a firearm
 2    pursuant to this statute?
 3                    SENATOR SEPÚLVEDA:   Through you,
 4    Mr. President, if in fact these guns use anything
 5    that can be used as a projectile, like gunpowder
 6    or something like that, if the intent is to hurt
 7    someone, then chances are they may fall under
 8    this definition.
 9                    It's about the intent.  We can have
10    dozens of examples about how we can use
11    projectiles, but the intent here is to hurt
12    someone or to commit a felony using one of these
13    guns -- or one of these objects.
14                    SENATOR PALUMBO:   Thank you.  Will
15    the Senator continue to yield?  Through you,
16    Mr. President.
17                    ACTING PRESIDENT BAILEY:   Will the
18    Senator continue to yield?
19                    SENATOR SEPÚLVEDA:   I do.
20                    ACTING PRESIDENT BAILEY:   The
21    Senator yields.
22                    SENATOR PALUMBO:   Thank you.
23                    And, Senator, could you please point
24    me to where in this statute or the Criminal
25    Procedure Law "intent to harm" is necessary for
```

5263

```
 1    possession of a firearm?
 2                 SENATOR SEPÚLVEDA:    Through you,
 3    Mr. President.  That's correct, it can be charged
 4    with possession of a firearm if in fact it falls
 5    under the category that we've listed here, that's
 6    correct.  Even without the intent, because
 7    possession is not intent.
 8                 But as long as you're able to fall
 9    within the definition of a firearm and you have
10    that -- if you have a ghost gun, for example, in
11    your pocket, then you can be charged with
12    possession of a firearm under this definition.
13    Right now you cannot.
14                 SENATOR PALUMBO:    Thank you,
15    Senator.  I appreciate that.
16                 And Mr. President, on the bill.
17                 ACTING PRESIDENT BAILEY:    Senator
18    Palumbo on the bill.
19                 SENATOR PALUMBO:    And thank you,
20    Senator Sepúlveda, I appreciate your honesty.
21                 That's the answer I was looking for,
22    that you can simply possess a firearm under the
23    sections that already exist, right, under (a)
24    through (e), assault weapons, firearms, as we
25    obviously know, or pistols, revolvers and so
```

 1    forth, shotguns that are short shotguns.

 2              But you can also possess now any

 3    other weapon that is not otherwise defined in

 4    this section, containing any component with a

 5    housing, a fire control component, and maybe

 6    either designed to or readily be converted to

 7    expel a projectile by action of an explosive.

 8              That's an AM radio.  Because I've

 9    seen radio antennas converted to fit a .22 round

10    in them, and a little zip gun with paper clips or

11    otherwise MacGyver-ed pieces of metal that strike

12    the back of a rimfire cartridge -- you just need

13    to hit it anywhere hard enough to make it spark,

14    it ignites the powder, and the projectile goes

15    forward.  And you've probably heard of those .

16    They haven't -- they now -- you know, Saturday

17    night specials they'd call, you know, old, cheap

18    guns that were made in someone's garage.  That is

19    a dangerous weapon.  I completely agree with

20    that.

21              However, if we want to start adding

22    anything that can produce a shot, like a flare

23    gun -- because that fits into the statute, quite

24    frankly -- like a ram shooter or anything else,

25    not only will you be guilty of a crime by

1   possessing it, but you in fact will need a

2   license for it.

3                 So this is something that -- and I

4   understand the laudable intent.  And I think, as

5   some of my colleagues said in the previous

6   discussions on the bills and, you know, some of

7   my colleagues and sponsors on the other side were

8   talking about gun safety, and this is about

9   bipartisan gun safety, and that everyone should

10  be concerned about public safety.

11                Who really isn't?  I mean, we can't

12  say that with a straight face that we all aren't

13  completely concerned about public safety.  But we

14  keep adding laws, and you look at a lot of these

15  really restrictive -- from a lawful standpoint,

16  areas of this country -- Baltimore, Chicago,

17  New York, LA -- crime is running -- flying

18  through the roof, and we add another law to say,

19  Well, this is bad.  And then we add another law,

20  there's a horrible tragedy -- well, now it's

21  really bad, we're going to say this is really

22  bad.

23                And by admission of the sponsor of

24  the previous bill, one-third of guns used in

25  crimes are bought lawfully.  In fact, I've never

```
 1   seen that high a number.  I've seen from
 2   10 percent down, depending on the study you look
 3   at.  So less than 10 percent of gun crimes are
 4   with legal guns.
 5              So what's the answer?  Put another
 6   law on the books, we'll say hooray, we fixed it?
 7   Or -- here's a novel issue -- they do nothing
 8   unless they go off.  And it reminds me of the
 9   situation when you have young police officers who
10   watch a lot of TV and they get to a crime scene,
11   like a homicide scene, and the murder weapon's on
12   the ground next to the decedent.  And they see,
13   on TV, they take a pencil and stick it through
14   the trigger guard, they have to disturb the crime
15   scene -- yes, it's probably loaded.  You don't
16   need to make it safe.  You need to secure the
17   crime scene and not spoil evidence, because it
18   does not go off unless somebody's operating it.
19              So the answer, my friends, is to
20   punish people who unlawfully use guns, not make
21   more lawful guns more difficult to get.  Because
22   let's say this is great and you do that and, you
23   know, let's get rid of -- let's ban all guns in
24   New York, because that's where we're going.
25   Let's just do it.  That's great.  Who's going to
```

1   have guns?  And you think of that old bumper

2   sticker -- I never had it -- but "When guns are

3   outlawed, only outlaws will have guns."

4          Well, the math is even by admission,

5   I think it might have been a little fudged, those

6   numbers -- not intentionally.  There may be a

7   study that says that.  But by own admission,

8   two-thirds of crimes committed with guns are with

9   illegal guns.  So they don't care.  They don't go

10  to stick up the 7-11 and say, Oh, I hope I have

11  ten rounds in this magazine, because they're bad

12  guys.  And bad girls.

13         So I get it.  And this has always

14  been the answer, unfortunately, is that we'll

15  just throw another law on the books, we'll do

16  less and less to the lawful gun owner.  There

17  will be more and more restrictions where you

18  cannot have something to protect yourself from

19  the bad guys.

20         Why do you think these soft targets

21  have been targets of these maniacs, school

22  districts?  Because nobody's armed.  They know

23  they can go in there and wreak havoc.  It's

24  awful.  You don't see that happening in a police

25  station, do you?  For obvious reasons.

1          So I understand -- and certainly we

2     have had this discussion for years, I think, in

3     this building, in this house and the other one.

4     But we all know what the answer is.  The answer

5     is to get tough.  The answer isn't to make it a

6     misdemeanor to threaten to shoot up a school so

7     you can maybe go home that afternoon and get, you

8     know, yelled at by your parents.  No.  We make it

9     a real crime, because that will deter people from

10    doing it.  Will it eliminate them all the time?

11    It won't.  Of course it won't.  Because we have

12    sociopaths who are maniacs.  Many of them expect

13    to die when they commit a mass shooting.

14          But this is unfortunately not an

15    answer.  And this is just going to be so out of

16    control because it is so expansive.  When you

17    look at the federal statute, it limits it to

18    concealable guns, it limits it to actual,

19    specific items that are used to force a

20    projectile out, not every single one.

21          So I appreciate the intention of

22    this bill, but it is unfortunately way off the

23    mark.  We need to reorganize our priorities.  And

24    I would urge my colleagues to vote no.

25          Thank you, Mr. President.

5269

```
 1                    ACTING PRESIDENT BAILEY:   Are there
 2      any other Senators wishing to be heard?
 3                    Seeing and hearing none, debate is
 4      closed.  The Secretary will ring the bell.
 5                    Read the last section.
 6                    THE SECRETARY:   Section 2.  This
 7      act shall take effect on the 30th day after it
 8      shall have become a law.
 9                    ACTING PRESIDENT BAILEY:  Call the
10      roll.
11                    (The Secretary called the roll.)
12                    ACTING PRESIDENT BAILEY:  Senator
13      Sepúlveda to explain his vote.
14                    SENATOR SEPÚLVEDA:   Thank you,
15      Mr. President, for allowing me for explain my
16      vote.
17                    I thank my colleague for a spirited
18      debate.
19                    It seems like some of my colleagues
20      believe that doing nothing is the option rather
21      than doing something immediately to combat some
22      of the issues that we have with guns and weapons
23      in this state.  I invite all my colleagues to
24      come to the neighborhood that I represent and
25      speak to the mothers who have lost children to
```

Kirkland Reporting Service

5270

1     ghost guns and see what their position is.  The
2     problem we have in this country is the
3     proliferation and availability of weapons.  Since
4     President Obama became president, I think the
5     number of weapons that were sold in this country
6     doubled or was 200 percent; since the pandemic,
7     another 200 percent.
8              And there lies the issue with guns
9     in this country.  It's the availability of guns.
10    We can put our heads in the sand, deny and deny
11    it and try to get around it, but if there aren't
12    any guns or there are less guns, obviously there
13    would be less violence.
14             The problem we have in my district
15    is exacerbated by the use of ghost guns.  Some of
16    these individuals that are using it are clever
17    enough to know that if they use a ghost gun, the
18    criminal charges that they face, the length of
19    sentences that they face is nowhere what it would
20    be if they used a traditional gun.  And we have
21    to stop that.
22             I invite you all to come to my
23    district.  I invite you all to see how a ghost
24    gun is used.  It's not a flare gun.  People don't
25    go into places to hurt other people and say

```
 1    either stop or I'm going to shoot a flare gun at
 2    you.  They use projectiles, a projectile that can
 3    be emitted from a gun, from an object that looks
 4    like a gun.  And ghost guns are becoming a major
 5    problem in this state and outside of this state.
 6              I've spoken to many law enforcement
 7    individuals who have told me if we don't do
 8    something about ghost guns, things are going to
 9    get worse.  And so that is the basis of this
10    legislation.
11              Now, you know, you can try to -- you
12    know, you may want a perfect piece of
13    legislation, but I never let the perfect get in
14    the way of the good.  Especially when it's
15    children in the district that I represent that
16    are being murdered, that are being shot and
17    killed by the use of ghost guns, and yet those
18    that perpetrate the crime do not face the full
19    extent of the law because the definition of a
20    ghost gun is not within the definition of a
21    firearm.
22              So I proudly vote yes on this bill,
23    and I hope that it makes a humongous difference
24    for the children that I represent in the
25    South Bronx.
```

1                    Thank you.

2                    ACTING PRESIDENT BAILEY:   Senator

3     Sepúlveda to be recorded in the affirmative.

4                    Announce the results.

5                    THE SECRETARY:   In relation to

6     Calendar 1875, those Senators voting in the

7     negative are Senators Borrello, Boyle, Gallivan,

8     Griffo, Helming, Jordan, Lanza, Martucci,

9     Mattera, Oberacker, O'Mara, Ortt, Palumbo, Rath,

10    Ritchie, Serino, Stec, Tedisco and Weik.

11                   Ayes, 44.  Nays, 19.

12                   ACTING PRESIDENT BAILEY:   The bill

13    is passed.

14                   THE SECRETARY:   Calendar Number

15    1876, Senate Print 9458, by Senator Thomas, an

16    act to amend the Penal Law.

17                   ACTING PRESIDENT BAILEY:   Read the

18    last section -- I'm sorry.

19                   Senator --

20                   SENATOR AKSHAR:   I want to ask a

21    question when it's appropriate.

22                   ACTING PRESIDENT BAILEY:   Sure.  I

23    wasn't sure who was debating.

24                   Senator Akshar, why do you rise?

25                   SENATOR AKSHAR:   Would the sponsor

5273

```
 1   yield for a few questions.

 2               ACTING PRESIDENT BAILEY:   Will the

 3   sponsor yield?

 4               SENATOR THOMAS:   Yes, if it's

 5   short.

 6               (Laughter.)

 7               ACTING PRESIDENT BAILEY:   The

 8   sponsor conditionally yields, apparently.

 9               SENATOR THOMAS:   Yes.  Yes.  Yes.

10               SENATOR AKSHAR:   Am I standing

11   between you and supper?

12               (Laughter.)

13               SENATOR THOMAS:   No, absolutely

14   not.

15               SENATOR AKSHAR:   Mr. President,

16   through you --

17               ACTING PRESIDENT BAILEY:   The

18   sponsor does yield.

19               SENATOR AKSHAR:   Thank you.

20               The bill is seven pages long.  On

21   14 occasions the bill uses the words "take

22   possession."  I'm wondering -- Mr. President,

23   through you -- if the sponsor could give me a

24   definition of those two words, "take possession."

25   What does that mean?
```

```
 1              SENATOR THOMAS:   Through you,
 2   Mr. President.  This piece of legislation is
 3   about saving lives, because thoughts and prayers
 4   no longer work.  This piece of legislation is not
 5   about taking away anyone's guns, it's about a
 6   permitting process for individuals that want to
 7   purchase a semiautomatic rifle.
 8                   Now, you ask me what does it mean to
 9   take possession; Webster's Dictionary will
10   probably tell you:  To take something from
11   someone else.
12              SENATOR AKSHAR:   Mr. President,
13   through you, if the sponsor will continue to
14   yield.
15              ACTING PRESIDENT BAILEY:   Senator
16   Thomas, do you yield?
17              SENATOR THOMAS:   Yes.
18              ACTING PRESIDENT BAILEY:   The
19   sponsor yields.
20              SENATOR AKSHAR:   Yeah, I don't give
21   a damn what Webster's Dictionary said.  Webster
22   didn't write the bill, you did.  What did you
23   mean by that?
24              SENATOR THOMAS:   Through you,
25   Mr. President, the Webster's Dictionary would
```

```
 1    basically say the same thing.
 2                SENATOR AKSHAR:   Mr. President,
 3    through you, if the sponsor will continue to
 4    yield.
 5                ACTING PRESIDENT BAILEY:   Will the
 6    sponsor yield?
 7                SENATOR THOMAS:   Yes.
 8                ACTING PRESIDENT BAILEY:   The
 9    sponsor yields.
10                SENATOR AKSHAR:   Would the sponsor
11    be so kind to tell me what Webster's Dictionary
12    says with respect to "take possession"?
13                SENATOR THOMAS:   Through you,
14    Mr. President, we are here to discuss this bill
15    today, not to discuss what's in the dictionary.
16                I was responding to what I meant --
17    or what the bill meant by "take possession."  So
18    I told you what that basically meant.
19                SENATOR AKSHAR:   Mr. President,
20    through you, if the sponsor would continue to
21    yield.
22                ACTING PRESIDENT BAILEY:   Will the
23    sponsor yield?
24                SENATOR THOMAS:   Yes.
25                ACTING PRESIDENT BAILEY:   The
```

5276

 1    sponsor yields.

 2                 SENATOR AKSHAR:   Well, all due

 3    respect, Senator, that's why I'm asking the

 4    questions, because I care about what the bill

 5    says.  You wrote the bill.  On 14 occasions it

 6    uses the words "or to purchase or take possession

 7    of a semiautomatic rifle."  What does that mean,

 8    "take possession"?  It's a relatively simple

 9    question.

10                 SENATOR THOMAS:   Through you,

11    Mr. President, for this purpose in the bill it's

12    about someone giving someone a gun, purchasing a

13    gun -- what else -- bartering a gun.  But again,

14    that's what I was saying before.

15                 SENATOR AKSHAR:   Mr. President,

16    thank you.  If the sponsor would continue to

17    yield.

18                 ACTING PRESIDENT BAILEY:   Will the

19    sponsor yield?

20                 SENATOR THOMAS:   Yes.

21                 ACTING PRESIDENT BAILEY:   The

22    sponsor yields.

23                 SENATOR AKSHAR:   Senator, would

24    that include the temporary -- temporarily taking

25    possession of, such as maybe borrowing a

5277

```
 1    semiautomatic rifle?  If you were to go on a
 2    hunting trip with your father or your grandfather
 3    and he in fact gave you -- let you borrow a
 4    semiautomatic .30-06 deer rifle, would that fall
 5    within that scope of "take possession"?
 6                    SENATOR THOMAS:   Through you,
 7    Mr. President.  Again, this bill is about
 8    purchasing, not about a possession license.  It's
 9    about a purchasing permit.
10                    SENATOR AKSHAR:   All right.
11    Mr. President, through you, if the sponsor would
12    continue to yield.
13                    ACTING PRESIDENT BAILEY:   Does the
14    sponsor yield?
15                    SENATOR THOMAS:   Yes.
16                    ACTING PRESIDENT BAILEY:   The
17    Senator yields.
18                    SENATOR AKSHAR:   Does the
19    legislation prevent anybody from traveling out of
20    the state to purchase a semiautomatic rifle and
21    bring it back into the State of New York?
22                    SENATOR THOMAS:   Through you,
23    Mr. President, I am a New York State Senator and
24    I cannot prevent an individual from going to
25    another state to purchase a gun.
```

```
 1              SENATOR AKSHAR:   Mr. President,
 2    through you, if the sponsor would continue to
 3    yield.
 4              ACTING PRESIDENT BAILEY:   Will the
 5    sponsor yield?
 6              SENATOR THOMAS:   Yes.
 7              ACTING PRESIDENT BAILEY:   The
 8    sponsor yields.
 9              SENATOR AKSHAR:   If I own a dozen
10    semiautomatic hunting rifles currently, and
11    90 days after this bill passes, what process
12    would I go through if I chose to purchase my
13    13th semiautomatic rifle?
14              SENATOR THOMAS:    Through you,
15    Mr. President.  Right now, if you own a
16    semiautomatic rifle, you do not have to get a
17    permit.  But if you are going to get a new
18    semiautomatic rifle, you will have to go through
19    the permitting process which is described in the
20    bill.
21              SENATOR AKSHAR:   Mr. President,
22    through you, if the sponsor would continue to
23    yield.
24              ACTING PRESIDENT BAILEY:   Will the
25    sponsor yield?
```

```
 1                    SENATOR THOMAS:   Yes.
 2                    ACTING PRESIDENT BAILEY:   The
 3      sponsor continues to yield.
 4                    SENATOR AKSHAR:   So can you -- just
 5      for my own edification and the edification of the
 6      people of this great state, can you explain how
 7      the licensing process would work pursuant to your
 8      legislation?
 9                    SENATOR THOMAS:   So the licensing
10      process, if you look at Section 3 of the bill, it
11      has -- it says "Applications."  And applications
12      shall state the full name, date of birth,
13      residence, present occupation of each person or
14      individual signing the same, whether or not he is
15      a citizen of the United States, whether or not he
16      complies with each requirement for eligibility
17      specified in subdivision 1 of the section, and
18      such other facts as may be required.
19                    So this is basically your pedigree
20      information, your character and fitness, a
21      background check.  So that's what entails a
22      permitting process for this specific gun.
23                    SENATOR AKSHAR:   Mr. President,
24      through you, if the sponsor would continue to
25      yield.
```

```
 1                    ACTING PRESIDENT BAILEY:   Will the
 2      sponsor yield?
 3                    SENATOR THOMAS:   Yes.
 4                    ACTING PRESIDENT BAILEY:   The
 5      sponsor yields.
 6                    SENATOR AKSHAR:   So, Senator, is it
 7      the same process as one would go through to apply
 8      for a pistol permit?
 9                    SENATOR THOMAS:   Correct, yes.
10                    SENATOR AKSHAR:   Mr. President,
11      through you, if the sponsor will yield.
12                    ACTING PRESIDENT BAILEY:   Will the
13      sponsor yield?
14                    SENATOR THOMAS:   Yes.
15                    ACTING PRESIDENT BAILEY:   The
16      sponsor yields.
17                    SENATOR AKSHAR:   So I have a pistol
18      permit back at home.  If I wanted -- 90 days
19      after this becomes law, if I wanted to go and
20      purchase a semiautomatic hunting rifle, would I
21      have to go and get a new permit?
22                    SENATOR THOMAS:   Through you,
23      Mr. President, the licensing officers will be
24      able to make a determination on that.  But I
25      don't -- I don't see an issue with that.
```

```
 1                    SENATOR AKSHAR:   Mr. President,
 2      through you, if the sponsor would continue to
 3      yield.
 4                    ACTING PRESIDENT BAILEY:   Will the
 5      sponsor yield?
 6                    SENATOR THOMAS:   Yes.
 7                    ACTING PRESIDENT BAILEY:   The
 8      sponsor yields.
 9                    SENATOR AKSHAR:   If you'd be so
10      kind, can you clarify that a little bit?
11                    I mean, my question very
12      specifically is, there are many pistol permit
13      holders throughout this great state.  Ninety days
14      after this becomes law, would they -- if they
15      chose to buy a semiautomatic hunting rifle, would
16      they have to go through a new permitting process,
17      get a new permit or a new license for that
18      semiautomatic hunting rifle?
19                    SENATOR THOMAS:   Through you,
20      Mr. President, they would still need a separate
21      permit.  But your licensing officer should to be
22      able to give you more instructions on what you
23      need to do next.
24                    SENATOR AKSHAR:   Mr. President,
25      through you, if the sponsor would continue to
```

1    yield.

2                    ACTING PRESIDENT BAILEY:   Will the

3    sponsor yield?

4                    SENATOR THOMAS:   Yes.

5                    ACTING PRESIDENT BAILEY:   The

6    sponsor yields.

7                    SENATOR AKSHAR:   I want to make

8    sure I'm clear about this, because it doesn't

9    sound like, as the author of this bill, you're

10   clear at all about what will happen with

11   respect -- during the licensing process.

12                    Now, am I -- I buy a .30-06

13   semiautomatic hunting rifle, or I want to buy

14   that.  Do I go and see the pistol permit clerk at

15   the sheriff's office and say, "Brian, I just

16   bought a .30-06 hunting rifle, will you put it on

17   my permit?"  And he puts it on my permit, then I

18   can go back to the store, pick it up and bring it

19   home?

20                    SENATOR THOMAS:   Through you,

21   Mr. President, you would still need to go through

22   a new permitting process to get a semiautomatic

23   rifle.

24                    SENATOR AKSHAR:   All right,

25   Mr. President, through you, if the sponsor would

1    continue to yield.

2              ACTING PRESIDENT BAILEY:   Will the

3    sponsor yield?

4              SENATOR THOMAS:   Yes.

5              ACTING PRESIDENT BAILEY:   The

6    sponsor yields.

7              SENATOR AKSHAR:   So 90 days after

8    this becomes law, anyone -- either if you're a

9    card-bearing member of having a pistol permit,

10   you would still be required to go to the

11   licensing agency in your respective county, fill

12   out a new application, and wait for whoever the

13   issuing authority is to give you the blessing

14   whether or not you can legally possess that

15   firearm?

16             SENATOR THOMAS:   Through you,

17   Mr. President, it's a process of amending your

18   permit.  If you've ever had a permit before, and

19   if you wanted to add another gun, you would go

20   and amend it.  Correct?  This is exactly what it

21   would entail.

22             SENATOR AKSHAR:   Mr. President,

23   through you, if the sponsor would continue to

24   yield.

25             ACTING PRESIDENT BAILEY:   Will the

```
1    sponsor yield?
2                SENATOR THOMAS:   Yes.
3                ACTING PRESIDENT BAILEY:   The
4    sponsor yields.
5                SENATOR AKSHAR:   Does the sponsor
6    have a pistol permit?
7                SENATOR THOMAS:   Through you,
8    Mr. President, no, I do not.
9                SENATOR AKSHAR:   Mr. President,
10   through you, if the sponsor would continue to
11   yield.
12               ACTING PRESIDENT BAILEY:   Will the
13   sponsor yield?
14               SENATOR THOMAS:   Yes.
15               ACTING PRESIDENT BAILEY:   The
16   sponsor yields.
17               SENATOR AKSHAR:   So you've never --
18   you've never amended a pistol permit?
19               SENATOR THOMAS:   Through you,
20   Mr. President, if I never had a permit before,
21   I've never amended a permit.  So yes.
22               SENATOR AKSHAR:   I'm on the bill
23   for just a moment.
24               ACTING PRESIDENT BAILEY:   Senator
25   Akshar on the bill.
```

```
 1                    SENATOR AKSHAR:   This is the
 2      problem with this bill.  You've authored a bill,
 3      you have no idea how the process works.
 4                    This is -- this is the problem.   In
 5      one breath you are saying you have to go out and
 6      get a new license, you have to go through a new
 7      application process, and then in the second
 8      breath you're saying, well, no, you would just go
 9      and amend your pistol permit.  You would just add
10      the .30-06 to your existing permit.
11                    SENATOR THOMAS:   Mr. President, may
12      I respond to that?
13                    SENATOR AKSHAR:   Sure.
14                    ACTING PRESIDENT BAILEY:   Senator
15      Thomas -- is Senator Thomas asking Senator Akshar
16      to yield?
17                    Do you yield to a question?  Senator
18      Akshar yields to a question from Senator Thomas.
19                    SENATOR THOMAS:   This bill is about
20      saving lives.  There might be some technicalities
21      here and there, there might be some bureaucracies
22      involved in this.  But this is about saving lives
23      and raising the age of individuals trying to get
24      a semiautomatic that's being used to kill
25      individuals.
```

```
 1                    If you want to change the process at
 2         these gun licensing agencies, you should put in a
 3         bill.
 4                    SENATOR AKSHAR:   Mr. President,
 5         through you, if the sponsor would continue to
 6         yield.
 7                    ACTING PRESIDENT BAILEY:   Will the
 8         sponsor yield?
 9                    SENATOR THOMAS:   Yes.
10                    ACTING PRESIDENT BAILEY:   The
11         sponsor yields.
12                    SENATOR AKSHAR:   So this bill
13         really is about raising the age of young people
14         being able to buy firearms, 18-, 19-, or
15         20-year-olds?
16                    SENATOR THOMAS:   Through you,
17         Mr. President, yes.  And to ensure a proper
18         background check.
19                    SENATOR AKSHAR:   Mr. President,
20         through you, if the sponsor would continue to
21         yield.
22                    ACTING PRESIDENT BAILEY:   Will the
23         sponsor yield?
24                    SENATOR THOMAS:   Yes.
25                    ACTING PRESIDENT BAILEY:   The
```

1    sponsor yields.

2              SENATOR AKSHAR:   How will this bill

3    affect school-aged children who are engaged in

4    shooting sports?

5              SENATOR THOMAS:   Through you,

6    Mr. President, they would need to use other types

7    of rifles.

8              SENATOR AKSHAR:   Mr. President,

9    through you, if the sponsor would continue to

10   yield.

11             ACTING PRESIDENT BAILEY:   Will the

12   sponsor yield?

13             SENATOR THOMAS:   Yes.

14             ACTING PRESIDENT BAILEY:   The

15   sponsor yields.

16             SENATOR AKSHAR:   Like what kind of

17   rifle?

18             SENATOR THOMAS:   Through you,

19   Mr. President, bolt action.  Guns with bolt

20   action.  Not a semiautomatic.

21             SENATOR AKSHAR:   Mr. President,

22   through you, if the sponsor would continue to

23   yield.

24             ACTING PRESIDENT BAILEY:   Will the

25   sponsor yield?

```
 1                    SENATOR THOMAS:   Yes.
 2                    ACTING PRESIDENT BAILEY:   The
 3      sponsor yields.
 4                    SENATOR AKSHAR:   So any
 5      school-sanctioned shooting program that used
 6      semiautomatic weapons would no longer be able to
 7      be in existence, under the construct of this law.
 8                    SENATOR THOMAS:   Through you,
 9      Mr. President, I don't know of how many school
10      districts have such a program where they use a
11      semiautomatic.  But we could obviously work with
12      them and the State Education Department to see
13      what other types of rifles they could use to
14      continue their program.
15                    SENATOR AKSHAR:   Mr. President,
16      through you, if the sponsor would continue to
17      yield.
18                    ACTING PRESIDENT BAILEY:   Will the
19      sponsor yield?
20                    SENATOR THOMAS:   Yes.
21                    ACTING PRESIDENT BAILEY:   The
22      sponsor yields.
23                    SENATOR AKSHAR:   Senator, I just
24      want to come back to the permitting piece, if I
25      may, for just a moment.  I want to make sure that
```

```
 1    I completely understand how we're moving forward,
 2    because this inevitably will be signed into law.
 3                    And I agree with you, you've heard
 4    it a lot today -- I said it after Senator Kennedy
 5    spoke about the tragedy in Buffalo, that it was
 6    my hope that we could move the conversation and
 7    the policy forward in a positive direction.  And
 8    as you've seen, in these bills today, you saw
 9    some bipartisanship.
10                    But I want to understand whether or
11    not, when I go home to talk to my constituency,
12    many of whom have semiautomatic hunting rifles,
13    who have pistol permits, if in fact they're going
14    to have to apply once again for a specific permit
15    to be able to purchase that semiautomatic hunting
16    rifle.
17                    SENATOR THOMAS:   Through you,
18    Mr. President, I believe I answered this like
19    five different times already.
20                    SENATOR AKSHAR:   Mr. President,
21    through you, if the sponsor will continue to
22    yield.
23                    ACTING PRESIDENT BAILEY:   Will the
24    sponsor yield?  Will the sponsor yield?
25                    SENATOR THOMAS:   Yes.
```

5290

```
 1                ACTING PRESIDENT BAILEY:   The
 2      sponsor yields.
 3                SENATOR AKSHAR:   You did answer it
 4      five times.  Five different ways.  So I am asking
 5      it the sixth time.
 6                Mr. President, so just --
 7                ACTING PRESIDENT BAILEY:   The
 8      sponsor has yielded, Senator Akshar.
 9                SENATOR AKSHAR:   So the question
10      again is, do you have to go now, fill out a new
11      application form 90 days from the enactment of
12      this law -- new application form, a whole host of
13      things happen, a process takes place.  Where from
14      I'm from, the sheriff sends it to the county
15      court judge, the county court judge is the
16      issuing authority.  He or she will make that
17      decision.
18                Is that process going to happen?  Or
19      is a pistol permit holder simply going to be able
20      to go and buy that .30-06 rifle and just amend
21      his or her pistol permit?
22                SENATOR THOMAS:   Through you,
23      Mr. President, they would need to go through a
24      separate application process for a semiautomatic
25      rifle.  But since they are already a permit
```

```
 1    holder, they can talk to the issuing agency.  It
 2    would make it a lot easier.
 3              But if you have any suggestions on
 4    making it easier, you know, I'm more than open to
 5    it.
 6              SENATOR AKSHAR:  Mr. President,
 7    through you, if the sponsor would continue to
 8    yield.
 9              ACTING PRESIDENT BAILEY:  Will the
10    sponsor yield?
11              SENATOR THOMAS:  Yes.
12              ACTING PRESIDENT BAILEY:  The
13    sponsor yields.
14              SENATOR AKSHAR:  Is the sponsor
15    willing to lay the bill aside for the day and
16    have a follow-up conversation about making the
17    bill better?
18              SENATOR THOMAS:  Through you,
19    Mr. President, no.
20              SENATOR AKSHAR:  I just --
21    Mr. President, through you, if the sponsor would
22    continue to yield, I'll just ask a couple more
23    questions.
24              ACTING PRESIDENT BAILEY:  Will the
25    sponsor yield?
```

```
 1                    SENATOR THOMAS:   Yes.
 2                    ACTING PRESIDENT BAILEY:   The
 3      sponsor yields.
 4                    SENATOR AKSHAR:   I just want to go
 5      back to this issue about travelling out of state.
 6      I don't think I articulated it well enough.
 7                    Would it be illegal for me, 90 days
 8      after the enactment, to travel to Virginia, buy a
 9      .30-06 semiautomatic hunting rifle, and then
10      bring it back to New York?  Would I be in
11      violation of the law?
12                    SENATOR THOMAS:   Through you,
13      Mr. President, we are only talking about
14      purchases that are made inside of New York State,
15      not outside.
16                    SENATOR AKSHAR:   Mr. President, I
17      thank the sponsor for answering my questions.
18      I'll all set, thank you.
19                    ACTING PRESIDENT BAILEY:   Thank
20      you, Senator Akshar.
21                    Senator Stec.
22                    SENATOR STEC:   Thank you.  Will the
23      sponsor yield, please.
24                    SENATOR THOMAS:   Yes.
25                    ACTING PRESIDENT BAILEY:   Will the
```

1   sponsor yield?  The sponsor yields.

2                SENATOR STEC:  All right, I've been

3   paying attention to the debate my colleague just

4   had, and I think I have more questions now than I

5   did before you started the debate.  So I want to

6   make sure, I'm going to repeat some of these

7   questions.

8                You said yourself you do not have or

9   are not familiar with, have never been through

10  the pistol permit process.  Is that true,

11  Senator?

12               SENATOR THOMAS:  Through you,

13  Mr. President, yes.

14               SENATOR STEC:  All right.  Will the

15  sponsor continue to yield?

16               ACTING PRESIDENT BAILEY:  Will the

17  sponsor yield?

18               SENATOR THOMAS:  Yes.

19               ACTING PRESIDENT BAILEY:  The

20  sponsor yields.

21               SENATOR STEC:  So are you also

22  unaware of what's involved in getting a pistol

23  permit?  Are you familiar with the cost, the

24  time, the process at all?

25               SENATOR THOMAS:  Through you,

```
 1    Mr. President, since I never obtained a license

 2    to have a pistol, I do not -- I am not aware of

 3    what it takes to do that.

 4                 But reading the law here, I am

 5    familiar with what they need.

 6                 SENATOR STEC:   All right.  And yet

 7    you're authoring legislation on the subject.

 8                 If the sponsor would continue to

 9    yield --

10                 ACTING PRESIDENT BAILEY:   Are you

11    asking the sponsor to yield?

12                 Will the sponsor yield?

13                 SENATOR THOMAS:   Yes.

14                 ACTING PRESIDENT BAILEY:   The

15    sponsor yields.

16                 SENATOR STEC:   All right.  So are

17    you familiar that the pistol permit process

18    requires a criminal background check be performed

19    by the sheriff's office, it involves the county

20    judge signing off, it involves fingerprinting,

21    the whole nine -- are you aware of that?

22                 SENATOR THOMAS:    Through you,

23    Mr. President.  In Nassau County, where I reside,

24    we do not need a judge to sign off on that.  It's

25    a different process.
```

```
1                    SENATOR STEC:    Okay.  There's 62

2       other counties in the state.

3                    If the sponsor will continue to

4       yield.

5                    ACTING PRESIDENT BAILEY:    Will the

6       sponsor yield?

7                    SENATOR THOMAS:    Yes.

8                    ACTING PRESIDENT BAILEY:    The

9       sponsor yields.

10                    SENATOR STEC:    Are you suggesting

11      that this application process under this bill for

12      semiautomatic long guns would be similar,

13      identical, very similar to the pistol permit

14      process?  Would there be background checks,

15      fingerprinting, you know, an analogous process to

16      what pistol permit processes are in the rest of

17      the state?

18                    SENATOR THOMAS:    Through you,

19      Mr. President, yes.

20                    SENATOR STEC:    If the sponsor would

21      continue to yield, please.

22                    ACTING PRESIDENT BAILEY:    Will the

23      sponsor yield?

24                    SENATOR THOMAS:    Yes.

25                    ACTING PRESIDENT BAILEY:    The
```

1    sponsor yields.

2              SENATOR STEC:   All right.  So now

3    you're aware that there are a lot of people that

4    have long guns that don't have pistol permits?

5              SENATOR THOMAS:   Yes.

6              SENATOR STEC:   Will the sponsor

7    continue to yield?

8              ACTING PRESIDENT BAILEY:   Does the

9    sponsor yield?

10              The sponsor yields.

11              SENATOR STEC:   All right.  So

12    you're suggesting that the millions of

13    New Yorkers that own long guns, if they already

14    own the long gun, they don't need to go through

15    this process.

16              But as my colleague said, if they

17    already owned a dozen long guns, if they wanted

18    to buy another long gun in New York State, they

19    would have to go and apply for this semiautomatic

20    permit.  Is that true?

21              SENATOR THOMAS:   Through you,

22    Mr. President, it's a semiautomatic rifle that we

23    are putting the permitting process on.  And we

24    are raising the age to 21 for a reason.  Because

25    right now --

```
 1                    SENATOR STEC:   That's not my
 2      question.  If the sponsor would continue to
 3      yield.
 4                    ACTING PRESIDENT BAILEY:   If you'd
 5      allow Senator Thomas to continue his answer,
 6      Senator Stec.
 7                    SENATOR STEC:   No, I'm not, I want
 8      him to answer the question I'm trying to ask.
 9                    If the sponsor will continue --
10                    ACTING PRESIDENT BAILEY:   Senator
11      Stec.  Senator Stec.  Senator Thomas was
12      answering your question.  Whether you like the
13      answer or not is immaterial.  He was answering
14      your question.
15                    Are you asking him to yield?
16                    SENATOR STEC:   I have a new
17      question, if he would yield.
18                    ACTING PRESIDENT BAILEY:   Will you
19      yield?
20                    SENATOR THOMAS:   Yes.
21                    ACTING PRESIDENT BAILEY:   Senator
22      Thomas yields.
23                    SENATOR STEC:   So if you already
24      own a dozen semiautomatic rifles, you don't need
25      a permit.  But if you go and you want to buy
```

1    another one in New York, you will need to go

2    through this permit process; correct?

3                    SENATOR THOMAS:    Through you,

4    Mr. President, yes.  Because there are going to

5    be additional requirements for you to undergo in

6    order to get that semiautomatic rifle.

7                    If you've never had a pistol permit

8    before and you've had the semiautomatic rifles,

9    it is logical that you have to go through the

10   fingerprinting, the criminal background checks

11   and other checks before you are given a permit

12   for a semiautomatic.

13                   SENATOR STEC:    If the sponsor would

14   yield.

15                   ACTING PRESIDENT BAILEY:    Would the

16   sponsor yield?

17                   SENATOR THOMAS:    Yes.

18                   ACTING PRESIDENT BAILEY:    The

19   sponsor yields.

20                   SENATOR STEC:    So if you're one of

21   those gun owners that has a pistol permit

22   already, are you saying that your process, your

23   application process to buy a semiautomatic rifle

24   would be simpler because you already have a

25   pistol permit, that there will be two processes,

```
 1    one for people that already have a pistol permit
 2    and one for people that don't have any permit at
 3    all?
 4                  SENATOR THOMAS:   Through you,
 5    Mr. President, I think I've answered this like a
 6    bazillion times already.
 7                  But listen, there's going to be
 8    another application for a semiautomatic rifle.
 9    All right?  If you've already had a permit for a
10    pistol before, you can go talk to your licensing
11    agency.  I don't know how many times I have to
12    repeat that.
13                  SENATOR STEC:   All right.  If the
14    sponsor will continue to yield.
15                  ACTING PRESIDENT BAILEY:   Will the
16    sponsor yield?
17                  SENATOR THOMAS:   Yes.
18                  ACTING PRESIDENT BAILEY:   The
19    sponsor yields.
20                  SENATOR STEC:   If you move here
21    from another state and you bring your hunting
22    rifles with you, do they need to be licensed?
23                  You move into New York -- you're one
24    of the few people that move into the State of
25    New York from another state, for all that we have
```

1    to offer.  Do you have to get a pistol permit --

2    or a -- sorry, a semiautomatic rifle permit?

3                    SENATOR THOMAS:   Through you,

4    Mr. President, if you're bringing, you know, a

5    gun from outside the state which was legal in

6    that state and you're bringing it into New York,

7    no, you do not need another license.

8                    SENATOR STEC:   Will the sponsor

9    continue to yield.

10                   ACTING PRESIDENT BAILEY:   Will the

11   sponsor yield?

12                   SENATOR THOMAS:   Yes.

13                   ACTING PRESIDENT BAILEY:   The

14   sponsor yields.

15                   SENATOR STEC:   If you're a

16   New Yorker and you want to go to another state

17   and buy a weapon there and bring it back -- I

18   just want to make sure we get the same answer

19   twice.

20                   SENATOR THOMAS:   Through you,

21   Mr. President.  Again, you and I are both

22   New York State Senators.  I don't understand why

23   I need to try and explain what another state's

24   law is and what hypothetical state you're talking

25   about here.

```
 1              SENATOR STEC:   If the sponsor would
 2   continue to yield, my question is, is that gun
 3   legal in New York?
 4              ACTING PRESIDENT BAILEY:   Will the
 5   sponsor yield?  The sponsor yields.
 6              SENATOR THOMAS:   Repeat the
 7   question again?
 8              SENATOR STEC:   If you had this
 9   permit -- or if you didn't have a permit, you
10   went to New Jersey and bought a semiautomatic
11   rifle there and came back to New York, would you
12   be violating this law?
13              SENATOR THOMAS:   This law is about
14   guns that are bought here in New York.
15              SENATOR STEC:   If the sponsor would
16   continue to yield.
17              ACTING PRESIDENT BAILEY:   Will the
18   sponsor yield?
19              SENATOR THOMAS:   Yes.
20              ACTING PRESIDENT BAILEY:   The
21   sponsor yields.
22              SENATOR STEC:   All right.
23              "Take possession."  So I've gone
24   through this process again for a long rifle
25   semiautomatic permit.  And I have guns -- or I
```

1    already have long guns, but I have them and I

2    want to let my 17- or 18-year-old son take

3    possession of them to go hunting.  Are either one

4    of us violating this law?

5              SENATOR THOMAS:   Through you,

6    Mr. President, this is not a possession permit.

7    This is a permit to purchase a semiautomatic.

8              So if you're going hunting with your

9    loved one and you are handing the gun over to

10   them to do whatever they need to do, you're not

11   in violation of the law.

12             SENATOR STEC:   All right.  Will the

13   sponsor continue to yield?

14             ACTING PRESIDENT BAILEY:   Will the

15   sponsor yield?

16             SENATOR THOMAS:   Yes.

17             SENATOR STEC:   All right, so over

18   the last week or so we've seen commercials and

19   news reports from our Governor talking about

20   raising the age to buy AR-15s.

21             Is it fair to say that this

22   legislation goes far beyond raising the age to

23   buy an AR-15, it's more than that?

24             SENATOR THOMAS:   Through you,

25   Mr. President, I don't think it goes far beyond.

5303

```
 1    Because we are making the same requirements that
 2    you need in order to get a pistol permit for a
 3    semiautomatic rifle.
 4                SENATOR STEC:   Will the sponsor
 5    continue to yield?
 6                ACTING PRESIDENT BAILEY:   Will the
 7    sponsor yield?
 8                SENATOR THOMAS:   Yes.
 9                ACTING PRESIDENT BAILEY:   The
10    sponsor yields.
11                SENATOR STEC:   Does this bill only
12    apply to AR-15s?
13                SENATOR THOMAS:   No.  Through you,
14    Mr. President, it applies to all semiautomatic
15    rifles.
16                SENATOR STEC:   All right.  If the
17    sponsor would continue to yield.
18                ACTING PRESIDENT BAILEY:   Will the
19    sponsor yield?
20                SENATOR THOMAS:   Yes.
21                ACTING PRESIDENT BAILEY:   The
22    sponsor yields.
23                SENATOR STEC:   Regardless of
24    caliber?  Would it apply to a .22?
25                SENATOR THOMAS:   Through you,
```

```
 1    Mr. President, it's a semiautomatic.  Right?  So
 2    it's when a gun that can shoot faster bullets
 3    because it reloads faster -- those are the type
 4    of guns that we're talking about here.
 5                 So a .22 -- can you describe what
 6    that is?
 7                 SENATOR STEC:   Will the sponsor
 8    yield?
 9                 ACTING PRESIDENT BAILEY:   Will the
10    sponsor yield?
11                 SENATOR STEC:   I want to make sure
12    I understand your question.  Are you asking me to
13    describe to you what a .22 is?
14                 SENATOR THOMAS:   Through you,
15    Mr. President, is it a semiautomatic?
16                 SENATOR STEC:   On the bill.
17                 ACTING PRESIDENT BAILEY:   Senator
18    Stec on the bill.
19                 SENATOR STEC:   Mr. President, we're
20    all concerned about safety.  We all abhor gun
21    violence, all of us.
22                 If you're going to bother with
23    legislation and you're going to jerk around
24    19 million New Yorkers, millions of gun owners
25    that own their weapons lawfully, have for years,
```

1    the first thing I think you should do is make

2    sure you're familiar with the topic that you're

3    going to author legislation on.

4              Second, it should be enforceable and

5    understandable.

6              I went through this exercise of

7    asking these questions, like my colleague did,

8    because a lot of us are going to be asked

9    questions at home about this, and all they know

10   is what they've been seeing on the television for

11   the last seven days, where we're going to raise

12   the age on buying an AR-15.

13             This bill goes far beyond that.  And

14   if you say we're going to make 21-year-olds --

15   before I saw this legislation, I had in my mind

16   that we were going to be showing a driver's

17   license at the gun store to show that we were

18   21 years old.  And I think that.  If I thought

19   that, there's a lot of people in this room that

20   thought that, and I know there are a lot of

21   constituents back home that were thinking, oh,

22   okay, we're raising the age to 21 to buy an

23   assault weapon.

24             What this bill does is -- the vast

25   majority of long guns sold in the United States

```
 1    today are semiautomatic.  The bill's sponsor
 2    doesn't even know what a .22 is.  And we're
 3    talking about if it's a semiautomatic weapon --
 4    that's almost every long gun that's sold.  And
 5    this isn't flash the driver's license, I'm
 6    21 years old.  This is do the pistol permit
 7    process all over again for millions of
 8    New Yorkers that have not had a problem owning or
 9    possessing a gun.
10              This bill does nothing more than
11    hassle lawful gun owners.  This bill will do very
12    little in a practical sense to stop gun violence.
13    And frankly, the sponsor should be embarrassed
14    for his lack of knowledge on the subject.
15              ACTING PRESIDENT BAILEY:   Are there
16    any other Senators wishing to be heard?
17              Senator Ryan on the bill.
18              SENATOR RYAN:   Will the sponsor
19    yield for a question?
20              SENATOR THOMAS:    Through you,
21    Mr. President, yes.
22              ACTING PRESIDENT BAILEY:   The
23    Senator yields.
24              SENATOR RYAN:   Two weeks ago there
25    was a horrific crime in Buffalo, and the crime
```

1    was perpetrated by an 18-year-old who went to a

2    gun store and he bought a Bushmaster XM15 AR-15

3    semiautomatic assault-style rifle.

4                    Today, in New York State, can that

5    18-year-old buy that without any restrictions?

6                    SENATOR THOMAS:    Through you,

7    Mr. President, yes.  All they need to do is go to

8    the gun store and get a background check done,

9    and they will have it.

10                   SENATOR RYAN:    So through you,

11   Mr. President, you've passed a basic federal

12   background check, it takes minutes, then you can

13   walk out with that gun.

14                   SENATOR THOMAS:    Through you,

15   Mr. President, yes.

16                   SENATOR RYAN:    Any licensing, any

17   training?

18                   SENATOR THOMAS:    Through you,

19   Mr. President, no.

20                   SENATOR RYAN:    Through you,

21   Mr. President, would this bill, if this passes

22   and the Governor signs it, would that same

23   18-year-old be able to buy that gun in the same

24   way?

25                   ACTING PRESIDENT BAILEY:    Senator

5308

```
 1   Thomas, do you yield?
 2                 SENATOR THOMAS:   Yes.
 3                 ACTING PRESIDENT BAILEY:   The
 4   sponsor yields.
 5                 SENATOR THOMAS:   Through you,
 6   Mr. President, no, they will not be able to,
 7   because the age would be now 21 years, and they
 8   would have to go through additional checks in
 9   order to purchase that semiautomatic.
10                 SENATOR RYAN:   Thank you very much.
11                 I have no further questions.
12                 SENATOR THOMAS:   Thank you.
13                 ACTING PRESIDENT BAILEY:   Thank
14   you, Senator Ryan.
15                 Senator Weik, are you asking the
16   sponsor to yield?
17                 SENATOR WEIK:   Through you,
18   Mr. President, does the sponsor yield for a
19   question?
20                 SENATOR THOMAS:   Yes.
21                 SENATOR WEIK:   So you're telling me
22   an 18-year-old can go to Pennsylvania, buy that
23   semiautomatic rifle, and come back to New York
24   and there's no problem?
25                 SENATOR THOMAS:   Through you,
```

1   Mr. President.  Again, we control the laws here

2   in the State of New York.  What they are able to

3   do in another state, we are not here to regulate.

4                 SENATOR WEIK:   So what I heard was

5   yes.

6                 ACTING PRESIDENT BAILEY:   Senator

7   Weik, are you asking the sponsor to yield?

8                 SENATOR WEIK:   I'm sorry.  Through

9   you, Mr. President.

10                So what I'm hearing you say is yes,

11  any 18-year-old can go to another state, buy

12  those weapons, come back to our state and commit

13  the same heinous crime.

14                SENATOR THOMAS:   Through you,

15  Mr. President, are you advocating for federal gun

16  control?  Because that's what we need in order

17  for that to stop.

18                SENATOR WEIK:   I'm sorry, are you

19  asking me a question?

20                ACTING PRESIDENT BAILEY:   I'd like

21  to remind our colleagues that the hour may be

22  late, but we pride ourselves on decorum.

23                So are you asking the sponsor to

24  yield, Senator Weik?

25                SENATOR WEIK:   No.  He seemed to be

1    asking me a question, sir.

2                   SENATOR THOMAS:   It was rhetorical.

3                   ACTING PRESIDENT BAILEY:   Senator

4    Thomas, your answer was?

5                   SENATOR THOMAS:   Through you,

6    Mr. President, listen.  I'm a New York State

7    Senator, I regulate what happens within this

8    state.  What they do outside of the state and

9    what laws are governing that transaction, it's

10   not up to me.

11                  SENATOR WEIK:   Mr. President, on

12   the bill.

13                  ACTING PRESIDENT BAILEY:   Senator

14   Weik on the bill.

15                  SENATOR WEIK:   So basically this

16   bill does absolutely nothing to protect

17   New Yorkers because 18-year-olds can still go to

18   other states, purchase the same gun and come back

19   to our state and commit the same heinous crime.

20   And so this bill essentially does absolutely,

21   positively nothing to protect New Yorkers.

22                  Thank you.

23                  ACTING PRESIDENT BAILEY:   Senator

24   Rivera.

25                  SENATOR RIVERA:   Through you,

1    Mr. President, would the sponsor yield for a few

2    questions.

3                    ACTING PRESIDENT BAILEY:    Will the

4    sponsor yield?

5                    SENATOR THOMAS:    Yes.

6                    ACTING PRESIDENT BAILEY:    The

7    Senator yields.

8                    SENATOR RIVERA:    Thank you,

9    Mr. President.    Through you.

10                    Earlier we were talking about

11   definitions in the dictionary.    And I wanted to

12   ask you whether you thought that a word that was

13   utilized on this floor by one of my colleagues on

14   the other side of the aisle about a hassle --

15   would you qualify a hassle as having to stand

16   outside of a school while your child is murdered

17   inside by someone with a semiautomatic rifle?

18   Would you consider that a hassle?    Through you,

19   Mr. President.

20                    SENATOR THOMAS:    Through you,

21   Mr. President, it's an unfortunate situation what

22   we're going through in this country.    And this

23   piece of legislation is there to protect

24   New Yorkers.    And it will save lives.

25                    SENATOR RIVERA:    Thank you,

```
 1    Mr. President.  On the bill.
 2                    ACTING PRESIDENT BAILEY:   Senator
 3    Rivera on the bill.
 4                    SENATOR RIVERA:   There's something
 5    a lot of people don't know on this floor and
 6    around the state.  Some of my closest friends
 7    don't even know.  I actually own a handgun.  I
 8    went through the process of actually getting a
 9    license.  It took me almost a year,
10    Mr. President.  I had to go through various
11    interviews down at One Police Plaza, I had to
12    fill out all sorts of questionnaires, I had to
13    provide letters of reference from some of my
14    close friends who know me to be a person of good
15    character.  And that was perhaps, Mr. President,
16    a hassle.
17                    But you know what it was as well?
18    It reminded me -- and as I did, I talked to all
19    of the different police officers that I talked to
20    throughout the entire process about how I was
21    thankful that it was such a difficult process,
22    because that meant that I was able to take the
23    time -- and since I am, again, a person of good
24    character and a person who was seeking it for
25    potential personal protection or for shooting
```

1  sports, et cetera, it took me a time and I was

2  thankful that it took me that long.

3           And I was thankful that someone else

4  that might be looking for such a weapon to hurt

5  other people or to mass murder folks was not able

6  to get a handle on it so quickly.

7           And so, Mr. President, I came onto

8  this floor more than a little bit perturbed,

9  because when some of my colleagues refer to a

10  permitting process as a hassle, a hassle to

11  New Yorkers, a hassle to responsible gun

12  owners -- it is not a hassle to a responsible gun

13  owner, which I am one.  And I believe that many

14  of my colleagues might be as well.  It is meant

15  to be a hassle -- it is meant to be a hassle to

16  those folks who might want to quickly get their

17  hands on something with which they can mass

18  murder people.

19           And as some of my colleagues also

20  have said -- and I'm very thankful that they

21  recognize the fact that unfortunately there is

22  only so much that this state can do.  Because

23  until our colleagues in Washington, D.C., get off

24  their keisters, to be PG on this floor, we will

25  still have the ability for people who are looking

1    to perform the heinous crimes that have been

2    committed in our state and all across the nation

3    on a daily friggin' basis.

4              So a hassle, yes.  That is indeed

5    what we would like to do.  Maybe not the sponsor,

6    I'll only speak for myself.  I want it to be a

7    hassle.  I want it to be a process by which you

8    go through different steps, and maybe you have to

9    file something and send it to somebody and then

10   something goes back -- that is exactly what we

11   should do.  Because unfortunately, my colleagues,

12   until our friggin' colleagues in Washington do

13   what they need to do, that is all we can do.

14             But guess what?  We're going to do

15   it.  And we're going to do it because it's the

16   least that we can do, to create a hassle so that

17   people that are responsible can go through that

18   hassle.  And people that are irresponsible and

19   are looking to potentially murder our neighbors,

20   our children, don't have the ability to do so so

21   quickly.

22             It is little stones, perhaps.  Until

23   we get it done at the federal level, that's all

24   we can do in this the state.  But we will do it

25   because we have a responsibility and we have an

```
 1    obligation to do so.
 2                    So I'm sorry that you shall be
 3    hassled for the rest of the day, still talking
 4    about many other bills, but such a hassle is
 5    necessary.
 6                    When the times comes, I'll be voting
 7    in the affirmative -- and proudly so,
 8    Mr. President.  Thank you.
 9                    ACTING PRESIDENT BAILEY:   Thank
10    you, Senator Rivera.
11                    Senator Palumbo.
12                    SENATOR PALUMBO:   Thank you,
13    Mr. President.  Will the sponsor yield for just
14    one or two quick questions.
15                    ACTING PRESIDENT BAILEY:   Will the
16    sponsor yield?
17                    SENATOR THOMAS:   Yes.
18                    ACTING PRESIDENT BAILEY:   The
19    sponsor yields.
20                    SENATOR PALUMBO:   Thank you,
21    Senator Thomas.
22                    So I'm not going to belabor the
23    point, but just there's another point that was
24    raised listening to this questioning.  I have a
25    valid permit, pistol permit.  I now apply to
```

```
 1    purchase a new semiautomatic and I do not get
 2    authorized, I fail that investigation, or the
 3    application process is denied.
 4              Can you tell me, under this
 5    legislation, what happens to my current permit
 6    and my current guns?  Are they confiscated?
 7              SENATOR THOMAS:   Through you,
 8    Mr. President, it depends on why that permit
 9    failed, why it was denied.  Did your character
10    and fitness fail?  Did your background check
11    fail?  That's what should be looked at.
12              But I'm not here to speculate,
13    because that's not what the bill here is about.
14              SENATOR PALUMBO:   Will the sponsor
15    yield for another question?
16              ACTING PRESIDENT BAILEY:   Would the
17    sponsor yield?
18              SENATOR THOMAS:   Yes.
19              ACTING PRESIDENT BAILEY:   The
20    sponsor yields.
21              SENATOR PALUMBO:   Well, Senator, I
22    guess if it's not something that would otherwise
23    disqualify you for a pistol permit, necessarily,
24    but you just failed that new application process,
25    that's a question that's left open.  So actually
```

```
 1    that was rhetorical.  Let me ask the actual
 2    question, because this is really where I'm going
 3    with this.
 4              Who's going to promulgate these
 5    rules regarding the new application process?
 6    Because all we have now, in certain
 7    jurisdictions -- like you and I from Long Island,
 8    in the western part of Suffolk County the
 9    Suffolk County Police Department issues pistol
10    permits.  Out by me, on the East End, it's the
11    Suffolk County sheriff who issues my pistol
12    permit.
13              So who is going to create these
14    rules in the event this is lobbed now into the
15    universe?  Who is going to create the permitting
16    process for long guns?
17              SENATOR THOMAS:   Through you,
18    Mr. President, it's just -- this bill is just
19    incorporating all the permit requirements for a
20    pistol license to a semiautomatic.
21              SENATOR PALUMBO:   Will the sponsor
22    just yield for one more question, then.
23              ACTING PRESIDENT BAILEY:   Will the
24    sponsor yield?
25              SENATOR THOMAS:   Yes.
```

```
 1                   ACTING PRESIDENT BAILEY:   The
 2      sponsor yields.
 3                   SENATOR PALUMBO:   Thank you,
 4      Senator.
 5                   So just so I'm clear, so this is the
 6      only process, we have one process.  And just so
 7      I'm clear, for the purposes of those folks
 8      listening, that we have one process of obtaining
 9      a license to have a firearm.  That is going to be
10      the exact same process for the application to
11      purchase a semiautomatic rifle.  Is that
12      accurate?
13                   SENATOR THOMAS:   Yes.  Through you,
14      Mr. President.
15                   SENATOR PALUMBO:   Okay, thank you.
16      No further questions.
17                   ACTING PRESIDENT BAILEY:   Thank
18      you.
19                   Senator Borrello, welcome back.
20                   SENATOR BORRELLO:   Ah, good to be
21      back.  Thank you very much, Mr. President.  Just
22      on the bill.
23                   ACTING PRESIDENT BAILEY:   Senator
24      Borrello on the bill.
25                   SENATOR BORRELLO:   I wanted to
```

5319

```
 1    address the idea of this being a hassle for
 2    people to have to reapply for a permit.  I agree,
 3    it should be a process, it should be a hassle.
 4              It's ironic, though, coming from my
 5    colleague, who supports bail reform, which is all
 6    about making sure we're not hassling criminals to
 7    actually show up for court.
 8              In the Town of Persia,
 9    population 700, in the month of February, 46 of
10    the people facing criminal charges, 46 of 50 did
11    not show up.  Because it was a hassle.  And it
12    was a hassle because, well, you know, they don't
13    have to show up because we don't need them to.
14              Can the judge issue a bench warrant?
15    No.  We've got to let him do it two more times.
16    We don't want to hassle them to show up to face
17    their criminal charges.
18              It's a hassle for people to actually
19    have to follow their parole orders.  Don't get
20    stoned, go to your job on time.  That's a hassle.
21    We don't want criminals to be hassled with
22    actually having to follow the conditions of their
23    parole order.  We're going to let them just, you
24    know, get a pass for that.
25              Why don't we repeal bail reform?  If
```

```
 1    we want to save lives, let's repeal bail reform.
 2    If you want to save, protect our children, how
 3    about we put an SRO in every school building in
 4    New York State?  And if you want to solve crimes,
 5    how about we refund instead of defund our police
 6    so they actually do the job they're supposed to
 7    do, protect the citizens.
 8                    I am sick and tired of listening to
 9    this hypocrisy.  That's what this is today, total
10    hypocrisy.  Do those three things, and New York
11    will be a much safer place.
12                    Thank you, Mr. President.
13                    ACTING PRESIDENT BAILEY:   Are there
14    any other Senators wishing to be heard?
15                    Senator Brooks on the bill.  Excuse
16    me, Senator Helming.
17                    SENATOR BROOKS:    Thank you,
18    Mr. President.
19                    It's sad what's going on here
20    tonight, it really is.  When I was a kid, my
21    grandfather was a gunsmith.  There were guns in
22    the house all the time, but they were locked up.
23    You didn't touch them.  They were separated.
24    There were different guns that had different
25    purposes.  You knew what safety meant.  You knew
```

1    your responsibilities as a gun owner.  I wouldn't

2    call myself a gun owner.

3              Fifty-one years ago, down in Fort

4    Polk, Louisiana, I had my first exposure to a

5    military weapon.  Dramatically different than the

6    guns grandpa had.  We had M16s.  It was

7    incredible.  You could aim at a target 300 yards

8    away and hit it.  The gun was designed to use

9    single shot.  Semiautomatic automatic.  What was

10   it?  It was a gun that was developed to kill

11   people, to use in combat.  There was a difference

12   between the guns we had at home and the guns that

13   we used in the military.

14             This last couple of weeks it's been

15   awful what's going on here.  To see those kids

16   killed, to see those kids in the building for

17   over an hour, to see those kids make phone calls

18   to send help, to realize in the 50 years from

19   when I first saw a military weapon, to what's

20   produced now -- they're designed to kill someone,

21   a long distance.  The ammunition we use is meant

22   to mutilate people.  Those kids were shot with

23   that kind of weapon.  Close proximity to the

24   firer of the gun.  The injuries they received

25   were devastating.  They were identified by DNA

5322

1    samples.

2                We have a crisis in this country, in

3    this state and in this country.  We're here

4    tonight fighting back and forth on what we should

5    do.  It's time, back and forth, collectively, we

6    figured out what we have to do.  Take the

7    politics out of this, because it's killing the

8    kids.  We all have the same responsibility, to

9    protect the people of this state.  You look at

10   those pictures.  They were kids, right?  They had

11   the pictures.  They made the honor roll.  Ten

12   years old.  Mom and dad never got to congratulate

13   them.  They had a girl apparently there that

14   covered herself in blood so not to be shot.

15               We've got a weapon that's so

16   powerful that it appears the officers that

17   respond didn't want to try to make entry.  Stop

18   fighting.  It's time to solve the problem.  We've

19   got to recognize there should be a separation in

20   the kind of weapons that are going to be used in

21   the military and what we can buy.  We've got to

22   recognize that people that have guns are

23   responsible, and we should identify those that

24   aren't responsible and make sure they don't have

25   them.

```
 1                  Too many kids have died in this

 2      country and in this state.  We don't have the

 3      right answers here tonight.  And we're having a

 4      challenge, a Ping-Pong match, back and forth

 5      asking questions.  But every one of us should ask

 6      the question, How is it that the last two

 7      incidents those individuals got hands on the

 8      weapons that they had?  Neither one should have

 9      had those kind of weapons.

10                  We've got to figure out how to stop

11      this.  We've got to work collectively.  Many on

12      the other side of the aisle have a lot of

13      experience in weapons, and others don't.  We have

14      to bring all of our resources together.  We've

15      got to stop this.  We've got to stop this for the

16      kids, for the seniors that we've lost, the events

17      we had in Buffalo, the events we had in Texas.

18      We've got to stop this.

19                  What we're doing here tonight is not

20      right.  What we need to be doing is working

21      together.  What we need to be doing is protecting

22      the innocent kids in this state and the rest of

23      this country.  It's the last day of session.

24      We've got a lot of time to think about what's

25      happened in this state and what's going on, a lot
```

```
1    of ideas to kick ideas together as to what we can
2    do.
3                But we've got to recognize that we
4    have an obligation to the people of this state to
5    solve the problem.  It's not going to be easy,
6    and it really has to be done at the national
7    level.  But this exercise proved nothing.  We're
8    a hell of a lot smarter than we think we are if
9    we work together.  And we can solve this problem,
10   and we can save those kids and we can make sure
11   that a kind of weapon that should be for combat
12   is only used in combat.  And we should make sure
13   that we have safety controls on guns in case
14   somebody gets hold of a gun they shouldn't.
15                I don't know the answer.  But I know
16   what's happening tonight is not the answer.
17   We've got to work together and save the kids.
18                Thank you, Mr. President.
19                ACTING PRESIDENT BAILEY:   Senator
20   Helming on the bill.
21                SENATOR HELMING:   Thank you,
22   Mr. President.
23                On the issue of protecting the
24   people, saving lives -- which should be the top
25   priority for all of us, and I do believe that it
```

1   really is -- I heard the sponsor of this piece of

2   legislation say something to the effect that if

3   you have something to discuss, bring it forward.

4   I heard that said yesterday during the

5   Clean Slate discussion.  I heard that today

6   during several of the firearm pieces of

7   legislation:  If you have any suggestions,

8   solutions, answers, bring it forward.

9                You know what?  The first few times

10  I heard it, I kept my mouth shut, but I'm not

11  anymore.  I'd like to remind people that just

12  today, a few hours ago, we brought forward two

13  amendments, one to help keep our schoolkids safer

14  by hardening our schools, by providing school

15  resource officers in every single building.

16  Every Republican here voted for that, but we

17  couldn't even get a discussion going with our

18  colleagues across the aisle.

19                We also brought forward an amendment

20  to increase mental health resources and to

21  increase the access that's needed by our children

22  and by adults.  It's ridiculous that people have

23  to wait months and months.

24                When Senator Boyle spoke during the

25  microstamping discussion, on the issue of

```
 1    tracking down killers, solving murders --
 2    microstamping, a technology that hasn't been
 3    proven, that hasn't even been fully developed.
 4    But this body, Senator Boyle brought it up,
 5    brought forward two pieces of legislation that
 6    the Democrats ignored, did not even bring to this
 7    floor.  Proven technologies -- the familial DNA,
 8    the genetic genealogy -- disregarded.
 9                    We've submitted so many bills, and
10    we support so many of our Democratic colleague
11    bills that do more to reinvest in our mental
12    health system, that do more to deter and to fight
13    crime, and that do more to hold criminals
14    accountable.
15                    Listen, I want to work with everyone
16    in here to reduce what's happening.  We've got to
17    stop it.  But don't tell me we haven't brought
18    anything to the table.  We have.  It's been
19    ignored.  It's not been brought to the floor.
20                    ACTING PRESIDENT BAILEY:   Senator
21    Kennedy on the bill.
22                    SENATOR KENNEDY:   Thank you,
23    Mr. President.
24                    First let me start by thanking again
25    our great Majority Leader, Andrea
```

```
1    Stewart-Cousins, for bringing the comprehensive
2    package of laws that we're voting on today to the
3    floor to protect the public, to strengthen the
4    laws against criminals in New York State, and to
5    make sure that we are protecting those
6    individuals throughout our state that can't
7    protect themselves.
8              They can't protect themselves
9    because of the fact that we have a government at
10   the federal level that has failed us when it
11   comes to gun laws.  We have a government at the
12   federal level that has failed to act time after
13   time.  We have a government that is as divided
14   today as it's ever been.
15             And I've got to tell you, I'm
16   heartbroken at the fact that we are bringing this
17   comprehensive package to the floor and bill after
18   bill we're getting no votes after no votes, when
19   we are trying to put things forward like
20   strengthening the red flag laws that will allow
21   potential criminals from possessing firearms in
22   the first place, making it more difficult to get
23   body armor like the invader in our community
24   wore, the white supremacist, when he murdered
25   10 of my constituents, 10 of my neighbors, 10 of
```

1    our friends and family members and community

2    members and leaders.

3             When we bring bills forward like

4    high-capacity magazine bans in the state, or

5    increasing the purchases -- I want thank my

6    colleague Senator Thomas for bringing this bill

7    to the floor increasing the age, making it more

8    difficult to get somebody's hand on a

9    semiautomatic weapon.

10            Holding each other accountable

11   through social media platforms?  Helping law

12   enforcement by giving them tools to identify

13   firearms that have been used in crimes by

14   improving ballistics?  There's nothing

15   sensational about these bills.  These bills are

16   simply common sense.  And we have to do them here

17   in New York State because our federal government

18   is failing us and our streets and communities

19   across this state are being saturated with

20   firearms that are being brought into our state

21   illegally, the Iron Pipeline.

22            I want to recognize my colleague

23   Senator Myrie for his work in helping to hold gun

24   manufacturers accountable, a bill we passed

25   earlier this year, that grieving families in

1    New York can now use to make sure that their

2    families get justice.

3              We have a uniquely American problem.

4    America has a gun problem.  Yes, we have to deal

5    with mental health.  We deal with that in this

6    package of legislation.  Yes, we have to deal

7    with the unaccountable social media platforms and

8    the hate and the white supremacy and the evil

9    that goes unchecked on those social media

10   platforms.  We deal with that in this

11   legislation.

12             Yes, we have to deal with the gun

13   problem here in our state and in our country.  We

14   deal with it in this comprehensive package of

15   legislation.  Now is the time we need to act.

16   New York State has to act because the federal

17   government failed us.

18             And we should come together.  This

19   should not be a partisan issue.  This isn't a

20   Democrat or Republican issue.  This isn't an

21   upstate or downstate issue.  This is an American

22   issue.  And we're all Americans in this room, and

23   we've got to act like it.  And we've got to vote

24   like it.

25             After the massacre in Buffalo, I

1    attended eight funerals.  I was here in the

2    Capitol voting on the Tuesday where one was held

3    and wasn't able to join the family for that

4    funeral.  I sent my regards, my condolences and

5    my sympathies.  There was another funeral in

6    Auburn I was not able to attend.  I sent my

7    sympathies and condolences to the families.

8            What I did at those funerals was I

9    promised the families -- to their faces, looking

10   them in the eyes -- that every single day and

11   every single moment that I have breath in these

12   lungs, I'm going to fight for justice for their

13   families.  And I'm going to stand with my

14   colleagues to do the same thing, to make sure

15   that those 10 individuals in Buffalo that were

16   massacred didn't die in vain.  That maybe

17   something positive can come from them being slain

18   in broad daylight on a Saturday afternoon on

19   Jefferson Avenue going shopping for groceries at

20   Tops Friendly Markets in the heart of the

21   community.

22           What we're doing here right now is

23   making good on that promise.  I think everyone

24   here in this chamber today owes it to those

25   10 families in Buffalo, our fellow New York State

Kirkland Reporting Service

```
 1    family members, our fellow residents, I think we
 2    owe it to those that were massacred everywhere
 3    else across this country, time after time after
 4    time.  I could start rattling off the list, but
 5    you know what, the list is far too long.  And we
 6    all know it.
 7              It's time we do something about the
 8    gun problem in America.  It's time we do
 9    something about the gun problem in New York.  And
10    this is it.  This is our time, this is our
11    moment.  This is why the people of New York State
12    sent us here.  This is what we have to do.  I
13    would suggest to my colleagues on both sides of
14    the aisle that we have the political courage, the
15    thoughtfulness to do the right thing and to pass
16    this comprehensive package of bills in a
17    bipartisan fashion.
18              With that, Mr. President, on this
19    bill I vote aye.
20              ACTING PRESIDENT BAILEY:   Are there
21    any other Senators wishing to be heard?
22              Senator Lanza.
23              SENATOR LANZA:   Yes, Mr. President.
24    On the bill.
25              ACTING PRESIDENT BAILEY:   Senator
```

1      Lanza on the bill.

2                    SENATOR LANZA:   So I've got some

3      bad news for the people of New York.   This

4      legislation that is immediately before the house

5      would not have prevented what happened in

6      Buffalo, plain and simple.

7                    People are shaking their heads.   A

8      question was asked on this floor, the question

9      went something like this:   Could that deranged,

10     satanic individual have done what he did if this

11     was the law?  The answer was no.   That is not

12     true, because that individual went to

13     Pennsylvania and purchased the rifle and came

14     here and did what he did.

15                    This legislation will do nothing to

16     stop what happened there.   No -- there were no

17     yes votes on this side?  That's a lie too.   There

18     were plenty of yes votes on this package, plenty.

19     Hate speech on the internet, almost unanimous

20     here.   Red flag, there were votes here.   Body

21     armor, almost unanimous.

22                    You know, I can yell and scream and

23     raise my voice and ask why that side of the aisle

24     refuses to put an armed police officer in every

25     school.   I can yell and I can scream, and I've

1    carried the legislation for 10 years.  Hasn't
2    worked.  I can yell and scream and raise my voice
3    and ask why that side of the aisle today, just
4    today, said no to a provision that would say if
5    you are arrested under this new law that's --
6    because you said you are going to shoot up a
7    school, that you should be held on bail and sent
8    for immediate mandatory psychiatric evaluation.
9    I can yell and scream and ask why, why not?  Why
10   did you vote no?
11              Yelling doesn't work.  I get it.  We
12   shouldn't yell at each other.  And we should talk
13   to each other.  And you say it's not about
14   politics?  It is about politics.  It is.  It is.
15              Does anyone think, does anyone think
16   that requiring someone to have a permit for one
17   of these rifles is going to stop someone who is
18   so deranged, so satanic, so evil that they will
19   walk into a school and kill innocent children?
20   Does anyone actually believe that?
21              You know, some people point to what
22   happened in Texas, another evil, satanic
23   individual, and say, Hey, that's why you don't
24   need the Second Amendment.  I have another
25   theory.  I say that's why you need the

 1    Second Amendment, because government is not going
 2    to save you.  Government failed at every single
 3    level.  Government sat outside that school for an
 4    hour.  Government did nothing.  A mother stormed
 5    through government barricades to save her child.
 6                   Buffalo.  Everything was there
 7    before us to know that that was imminent.
 8    Government had everything it needed, and
 9    government failed.
10                   And I don't want to blame only
11    government, because I don't want to walk away
12    from what is really true and what we all know in
13    our hearts, that the fault always lies -- sits
14    with that deranged individual.  And that's why,
15    yes, we have philosophical differences on the
16    approach.
17                   But I'm not going to sit here and
18    have to listen to the B.S. that we don't care.
19    I'm not going to say that you don't care.  I know
20    you care.  As Senator Brooks said, we've got to
21    stop using the differences to accuse each other
22    of not caring.  We have different ways of going
23    about doing it.  And I could tell you that I
24    believe that requiring someone to get a permit to
25    get a semiautomatic weapon is not going to solve

1    the problem.  And the people of the State of

2    New York should know -- because I know people run

3    home, we both do it:  Hey, I passed a bill, I've

4    solved the problem, nothing to worry about.

5    That's not true.  And the people should know it.

6    There's still a lot to worry about.

7              This bill before the house is not

8    going to do anything to address all the horror

9    that we've been talking about and witnessing.

10   Not a single thing.  Our approach focuses, yes,

11   more on defending society against the type of

12   people, the evil that over and over again commits

13   these crimes.

14             And again, I'll say it.  If you are

15   that deranged, that evil, that sick, that

16   hellbent on doing harm, you're going to do it.

17   Oklahoma City, there were no guns involved.  I

18   don't want to give sickos ideas, so I won't list

19   all the other ways that people could do

20   disgusting, hateful, evil things.

21             But I know this.  If you think this

22   is going to help, I hope you're right.  I'm not

23   going to call you a bad person.  I'm not going to

24   sit here and hear that no one on this side of the

25   aisle cares about it or is trying to seriously

```
 1    address it.  And if you want to talk, you've got
 2    my number.
 3              Mr. President, I'm going to vote no.
 4              ACTING PRESIDENT BAILEY:  Are there
 5    any other Senators wishing to be heard?
 6              Seeing and hearing none, debate is
 7    closed.  The Secretary will ring the bell.
 8              Read the last section.
 9              THE SECRETARY:  Section 8.  This
10    act shall take effect on the 90th day after it
11    shall have become a law.
12              ACTING PRESIDENT BAILEY:  Call the
13    roll.
14              (The Secretary called the roll.)
15              ACTING PRESIDENT BAILEY:  Senator
16    Ryan to explain his vote.
17              SENATOR RYAN:   Thank you,
18    Mr. President.
19              It's hard to believe that 19 days
20    ago a massacre occurred in Buffalo, New York.
21    But hot on the heels of that was a massacre of
22    schoolkids in Texas.  And hot on the heels of
23    that was a massacre in Tulsa, Oklahoma.  So they
24    keep rolling -- we seem to have a recipe for it.
25              We could do two things.  We could do
```

1    nothing, or we can attempt to fix problems.  The

2    bills that we are passing today are attempting to

3    fix the problem.  You cannot say that if we do

4    something, something else won't happen.  But I

5    can tell you, you can put hurdles up, you could

6    put impediments in the way.

7              And, you know, just to be clear,

8    according to the district attorney of Erie

9    County, the gun that was purchased to murder the

10   people in Buffalo was purchased at a gun shop in

11   Endicott, New York, legally, following all the

12   rules of New York State.  No one had to leave

13   New York State, because our laws as they

14   currently stand are so permissive that an

15   18-year-old can buy a weapon of war, then drive

16   to Buffalo.  No need to go to Pennsylvania,

17   because our laws were so lax that you could come

18   right here and buy them.  No need to go out of

19   state.  Right near here in New York State, legal

20   weapon.

21              So we're going to make it a little

22   harder.  We're going to make it so you have to be

23   21.  You have to take a safety course.  Here's

24   one of the ultimate ironies of New York State and

25   our tough gun laws.  Before today, anyone could

```
 1    go to any store and buy any long gun they wanted.

 2    But if you want to take that long gun and go hunt

 3    a squirrel, you need to sit for an eight-hour

 4    safety course.  But if you want to go to

 5    Endicott, New York, and buy an AR-15 to go hunt

 6    people, no requirements on that.

 7              We're going to change that today.

 8    We can't say that our actions are going to

 9    prevent something, but boy are we going to try.

10    We are going to try.  I don't have to tell you

11    this, Mr. President.  I've watched the scenes of

12    shootings from around America, and you get

13    hardened to it.  It touches your heart, but you

14    get hardened.  But when it happens 1.9 miles from

15    your house, it flips you out when you realize the

16    tremendous loss of life that could happen with

17    these weapons.

18              Senator Brooks has it right.  These

19    are not the same kind of weapons that if you grew

20    up handling a gun 30 years ago you'd even be

21    familiar with.  There's a tremendous loss of life

22    that occurred in 120 seconds.

23              So while it may not be perfect, we

24    are going to try.  And we are trying today, and

25    we are going to raise the age to 21.  We are
```

```
 1    going to make it so body armor cannot be just
 2    purchased willy-nilly by civilians.  And we are
 3    going to make our ERPO laws stronger.
 4                 I proudly vote in favor of this
 5    legislation, Mr. President.
 6                 ACTING PRESIDENT BAILEY:   Senator
 7    Ryan to be recorded in the affirmative.
 8                 Senator Mayer to explain her vote.
 9                 SENATOR MAYER:   Thank you,
10    Mr. President.
11                 You know, I rise with a sense both
12    of sadness at this debate that I've heard today
13    and, frankly, a sense of disbelief.  Because I
14    think we are not talking to the same people in
15    our districts.  I know, after Buffalo and Texas,
16    the mothers and fathers that called my office,
17    and they weren't talking about anything but guns.
18    They are afraid of guns.
19                 Here's one that wrote me:  "I've
20    never messaged a Senator before, but I am afraid
21    and really don't know what to do.  I am a nurse
22    and a mom of four children.  Two of my children
23    are in elementary school.  It terrifies me that
24    this could happen anywhere.  What can I do?  What
25    can the moms in my area do?  I'm not sure where
```

1    to start.  Please let me know how to help make

2    change."

3            I called this mother.  And you know

4    what she said?  "Don't let people under 21 buy

5    these deadly weapons."  And today, we made a

6    promise to these people.

7            And I would say to my colleagues on

8    the other side of the aisle who I think, frankly,

9    have quibbled and made small arguments over an

10   effort to solve a problem:  This package may not

11   be a perfect, as Senator Ryan said, but we are

12   putting something on the board here to address a

13   critical problem -- not a small problem, a

14   problem that is of such incredible proportion.

15           We are doing it, and we are pledged

16   to do it.  But you know what we could do

17   together?  Call on your partners in the Senate

18   that represent your side of the aisle to join our

19   side and call for a ban on assault weapons.

20   That's something we could do on a bipartisan

21   basis that would make a real difference for our

22   nation and for our state.

23           But until we get to that point of

24   bipartisanship, we on our side of the aisle are

25   going to put everything on the table that we

```
 1    promised, everything that's sensible and
 2    thoughtful and reasonable, but that speaks to the
 3    mothers and fathers in my district and the
 4    children in my district and the people who want
 5    to go to a supermarket at 3 o'clock in the
 6    afternoon in my district, and their families.
 7              We're going to do everything that we
 8    have to do.  It's too bad we can't do it all
 9    jointly.  But I know what we can do jointly:  Get
10    your colleagues to join us in Washington.
11              Until that day, I proudly vote yes.
12              ACTING PRESIDENT BAILEY:   Senator
13    Mayer to be recorded in the affirmative.
14              Senator Jackson to explain his vote.
15              SENATOR JACKSON:   Thank you,
16    Mr. President.
17              So I've been here all day long
18    listening to all of us discuss support and
19    against legislation that we're discussing.  And I
20    say to you that -- Kevin, let me thank you for
21    carrying the piece of legislation that's part of
22    our package.  As you said, this legislation and
23    what you're doing is to save lives.  And I
24    appreciate that.  Because too many lives are
25    being wasted, killed.  Every day we pick up the
```

1    newspaper or listen to the radio or TV, people

2    are killing each other.

3              And it's devastating all of these

4    little kids and people being killed with deranged

5    individuals, people with psychological issues,

6    with assault weapons that can fire 150 or a

7    couple of hundred bullets within a matter of a

8    minute or so.

9              And I just say that I think that we

10   need to not scream at each other.  But when I

11   hear that if a person goes to Pennsylvania or out

12   of our state to purchase, that is not going to do

13   any help -- I know that if I'm walking a half a

14   mile to go get something and I have to walk

15   another half a mile, I'm going to think about

16   whether or not I'm going to walk that other half

17   a mile in order to get it.

18             Or to walk upstairs after I park my

19   car in my parking space and I start walking up

20   the stairs and I'm walking to the third floor --

21   but if I have to walk to the sixth or seventh

22   floor, I may take the elevator.  So sometimes it

23   delays action that you are expecting to take.

24             But this is about saving lives.  And

25   I'd say to you that I think about the lives of

```
 1    these children and I think about my grandchildren
 2    that are 9 and 12.  And God knows, Allah knows
 3    that I want nothing to happen to them, just like
 4    I don't want anything to happen to anyone.
 5              So let's refocus and let's not try
 6    to tear each other apart in here.  Let's come
 7    together in unity, understanding what we're
 8    trying to do.  And is it perfect?  It's not
 9    perfect.  But we're going to try our best to make
10    a big difference in order to save lives.
11              And with that, Mr. President, I vote
12    aye.
13              ACTING PRESIDENT BAILEY:   Senator
14    Jackson to be recorded in the affirmative.
15              Senator Reichlin-Melnick to explain
16    his vote.
17              SENATOR REICHLIN-MELNICK:   Thank
18    you, Mr. President.
19              We've been listening to a lot of
20    debate about this issue.  And we're talking about
21    gun safety and how we keep our communities and
22    our state safe from guns.  And yet it seems like
23    my colleagues on the other side of the aisle want
24    to talk about everything but guns.  They want to
25    talk about mental health, about social media,
```

1    about violent video games.  They want to talk
2    about everything but the problem.
3              Because in any country in the world,
4    there are mentally unstable people, there are
5    violent people, there are social media platforms,
6    there are video games.  All of these things exist
7    not just in the United States.  And yet only in
8    the United States do we routinely have these
9    deadly mass shootings in schools, in
10   supermarkets, in shopping malls, in public
11   places, in houses of worship.  That's a United
12   States problem.
13             And what's the difference?  It's
14   that here, unlike all these other countries, an
15   18-year-old can walk into a store and walk out
16   with a weapon that can kill dozens of people in
17   the space of a few minutes.
18             We should not continue down this
19   path.  There are more guns than people in the
20   United States.  That is not what the founders
21   envisioned.  That is not what New Yorkers want to
22   see.
23             This is simply saying -- and I think
24   it's long overdue -- that you can't go as a
25   teenager and purchase these deadly weapons, very

```
 1    similar to the weapons that we send our soldiers
 2    into battle with, weapons that outgun and
 3    out-firepower our law enforcement officers.
 4              We hear sometimes that a good guy
 5    with a gun is going to stop these shootings.
 6    There was a good guy with a gun in Buffalo, an
 7    armed security guard who engaged the shooter and
 8    paid for it with his life because he could not
 9    match the firepower that this 18-year-old was
10    able to obtain.
11              There were police officers that went
12    into the school in Texas.  They did not stop the
13    shooter.  Good guys with guns are not enough.
14              We need to reduce the amount of
15    firepower that is out there in our communities,
16    and this is an important first step.
17              I'm grateful to the leadership for
18    bringing this to a vote.  I support this bill.
19              ACTING PRESIDENT BAILEY:   Senator
20    Reichlin-Melnick to be recorded in the
21    affirmative.
22              Senator Hinchey to explain her are
23    vote.
24              SENATOR HINCHEY:   Thank you,
25    Mr. President.
```

1          I am a proud upstate Democrat.  I

2   support our hunting culture, and I grew up with

3   guns in our house.  And as was brought up earlier

4   today, when I decided to run for office, I went

5   out to get a gun permit because I wanted to

6   understand what we would be talking about in this

7   chamber.

8               And to show you how much I knew at

9   that time, even being an upstate Democrat who

10  grew up around guns, I thought I was going to

11  shoot a handgun.  Before I got my permit, I

12  thought that would be the process.  And what I

13  learned was through the state laws, I was not

14  able to shoot a handgun until I had a permit, but

15  for the first gun I was able to shoot was an

16  AR-15.  That was the first gun I ever shot -- at

17  a gun range, safely -- having no experience,

18  because that was what our laws allowed.

19              All this bill does is raise the age

20  of when you can purchase a semiautomatic rifle.

21  We are just increasing the age so that people

22  don't get used to the ease of some of these guns.

23  It doesn't change semiautomatic shotguns that are

24  used for hunting.  It doesn't touch that.  We

25  advocated.  We said that the hunting culture is

1    incredibly important.

2              But what it does do is not start off

3    people with guns that they shouldn't be using in

4    our normal community.

5              This is something that is pretty

6    simple.  We have to make some changes.  I should

7    not be able to go to a gun range and have the

8    first gun I ever shoot be an AR-15.

9              For that reason, Mr. President, I

10   vote aye.

11             ACTING PRESIDENT BAILEY:   Senator

12   Hinchey to be recorded in the affirmative.

13             Senator Skoufis to explain his vote.

14             SENATOR SKOUFIS:   Thank you very

15   much, Mr. President.

16             I wasn't planning to speak on this

17   bill, but I heard something from my good

18   colleague from Staten Island a short while ago,

19   who I genuinely, sincerely respect, that I did

20   want to respond to.

21             And he acknowledged that the

22   shooters in Buffalo and Texas were evil, satanic,

23   deranged individuals.  And surely they were.  He

24   went on to say, however, that there's no

25   legislating a solution to what happened there and

```
 1    what's happening elsewhere on a near daily basis
 2    in this country, and that no laws can stop those
 3    kinds of evil people.  If they're evil enough,
 4    they will find a way to do what they did.
 5              The suggestion there, in my mind, is
 6    that I guess there are no evil people in Europe.
 7    There are no deranged people in Australia.  There
 8    are no satanic people anywhere else in the
 9    industrialized world.  Because surely if there
10    were, they'd find a way to do what's happening
11    here on a near daily basis.
12              But the matter of fact is that's not
13    happening anywhere else in the world, because
14    everywhere else in the sane world has systems in
15    place that keeps guns out of the hands of
16    dangerous individuals.  And that's what we're
17    trying to do here.
18              I vote yes.
19              ACTING PRESIDENT BAILEY:   Senator
20    Skoufis to be recorded in the affirmative.
21              Senator Harckham to explain his
22    vote.
23              SENATOR HARCKHAM:   Thank you,
24    Mr. President.
25              I've been listening to the debate,
```

1   and I've been taken by so many of the things our

2   colleagues have said, from Senator Brooks and

3   Senator Ryan and Senator Hinchey and Senator

4   Reichlin-Melnick, all about firepower and types

5   of weapons.

6                    I grew up shooting.  My father was

7   in the military.  Actually, he taught

8   marksmanship in the military.  And I own two

9   shotguns myself.  And there is such a difference

10  in the purpose and the firepower in the 12-gauge

11  shotguns that I own for trap shooting and for

12  bird hunting than for hunting people, as our

13  colleagues have described.  These weapons are so

14  powerful that the police are outgunned.  And they

15  are derived from the M16, as Senator Brooks said,

16  which is the primary combat weapon for so many

17  decades.

18                    And so what I circle back to is what

19  Senator Thomas is accomplishing in this are two

20  things.  One is we need to think about who has

21  that kind of firepower.  And so that's why I

22  think the permit is so necessary, and to Senator

23  Hinchey's point about why we left shotguns and

24  automatic shotguns out of this process.

25                    But I also think -- and many of us

 1    here perhaps can relate to this.  We're parents

 2    of adults that we saw grow up, and the difference

 3    between our children when they were 18 and when

 4    they are 21, the big, big gap of judgment there.

 5    And a big change in judgment.

 6                   And so we have seen nationally that

 7    the impulses of 18-year-olds who are able to

 8    legally buy these weapons of war -- in two

 9    instances, 30 dead.  In Tulsa, five dead because

10    someone on an impulse was able to purchase a

11    weapon of war.

12                   And so to me this is not infringing

13    on our constitutional rights, it's not even

14    infringing on people's rights to get one of these

15    weapons.  But we need to regulate the firepower,

16    and we need to regulate the age of folks so they

17    have time to think about their decisions, so that

18    we don't end up with 30 folks dead in two

19    incidents.

20                   So for all of those reasons, I vote

21    aye.  Thank you, Mr. President.

22                   ACTING PRESIDENT BAILEY:   Senator

23    Harckham to be recorded in the affirmative.

24                   Senator Tedisco to explain his vote.

25                   SENATOR TEDISCO:   You know, we're

1    all, up here on the floor, representatives on

2    behalf of our constituents.  But we're not

3    hearing here in these chambers from the most

4    important people we represent.  They're not

5    governors, they're not senators, they're not

6    Assembly people.  They're not people who advise

7    us.  They're the people out there, the

8    20½ million people.

9              I just heard from one.  It's an

10   obligation on my behalf as a representative to

11   read what this one said.  The subject:  Bills

12   10497, S9407B.  "Hello.  I would like to point

13   out many parents" -- and this is what is so sad

14   about what's being sent to me -- "have purchased

15   body armor for their children."

16             Purchased body armor for their

17   children.  I believe there is some media that

18   would love the story about felon parents, because

19   they're going to be felons with the bill you

20   passed today.

21             -- "trying to protect their

22   children when they cannot, especially when

23   politicians who are armed guard at work" -- she

24   paraphrased wrong -- "the Capitol building."

25   She's talking about you, which we get pooh-poohed

1    to when we talk about your security issues

2    here -- the guards and the metal detectors and

3    the cameras all about.

4              And the last time we talked about

5    that, years ago when we passed it in the

6    majority, we were told we were militarizing

7    schools.  Well, are we militarizing government

8    here?  Because you sure as hell aren't asking

9    them to leave.

10             "Especially when politicians who

11   have armed guards at work" -- the Capitol

12   building -- "will not put security measures in

13   all schools equal to what they have."  This is a

14   parent who puts body armor on her children,

15   because you didn't give them what you have here

16   at their school and she wants to make sure they

17   have them.

18             So it goes from both sides.  We've

19   got to protect them where they are.  And we've

20   got to do the things that protect them when

21   they're out in the playgrounds and when they're

22   just around the house.

23             But we can't be one-dimensional.

24   And it can't be all about saying, We figured out

25   you're mentally ill or you've got psychological

1    problems, take your gun, walk out the door.

2    That's irresponsible for them and for us.  We're

3    doing nothing to help them if we don't require,

4    as has been said, treatment.

5                    And when we talk about mental

6    health, we're not saying mental health's the

7    answer.  But it seems you are saying guns are the

8    answer.  Well, guns are not the answer.  Because

9    they will learn how to make bombs and bombs are

10   much more bigger and dangerouser than guns.  They

11   can hide them easier, they can do a lot more

12   damage.

13                   So as has been said, we don't have

14   all the answers.  You don't have all the answers.

15   But if we're one-dimensional and we want to

16   really say we're not playing politics, then we do

17   have to work together.  And it has to be good

18   laws for using weapons that are serious, but

19   protecting our Second Amendment rights, but also

20   protecting our children just like we protect

21   ourselves.

22                   I mean, if you can't say you want

23   them to have resource officers with weapons, then

24   why do we have resource officers with weapons?

25   If they don't work for us, then why do we have

1   them?  If they do work for us, they're smaller;

2   they need bigger resource guards with guns.  They

3   need bigger metal detectors.  They need better

4   security than we have here.

5                And the parents who are watching,

6   some of them probably agree with you.  But this

7   one to a great extent --

8                ACTING PRESIDENT BAILEY:   Senator

9   Tedisco, you just hit the four-minute mark.

10               SENATOR TEDISCO:   -- feels as

11  though they've got to protect themselves.

12               ACTING PRESIDENT BAILEY:   If you

13  can conclude, please.

14               SENATOR TEDISCO:   Thank you,

15  Mr. President.

16               ACTING PRESIDENT BAILEY:   Senator

17  Tedisco to be recorded in the negative.

18               Senator Thomas to explain his vote.

19               SENATOR THOMAS:   Thank you,

20  Mr. President.

21               Thoughts and prayers don't work

22  anymore, and concrete action must be taken to

23  protect lives.  As a functioning legislative body

24  whose job is to work on behalf of all our

25  residents, how can we not be reactive and change

```
1    the laws when their flaws are revealed to us and

2    it becomes necessary to protect our residents,

3    our children?

4              The Legislature has made sure, year

5    after year, that there are budget allocations for

6    the State Office of Mental Health.  We ensure our

7    police departments have essential funding and

8    equipment.  And we work closely to ensure gun

9    violence prevention advocacy groups and

10   organizations have funding to carry about

11   lifesaving work, like family and children's

12   associations STRONG Youth and Life After Loss

13   A.N.D.R.E.  And we even passed gun safety

14   legislation when I took office in 2019.

15             Yet gun violence continues to be a

16   topic of debate here in Albany because it has not

17   ended.  The tragedies in Buffalo and Texas have

18   shown us yet again that there is more that needs

19   to be done by states.  We know that when

20   semiautomatic weapons are used, more people are

21   killed.  We know that young adults ages 18 to 20

22   account for a disproportionate share of gun

23   homicides and related gun crimes.

24             We will not stand by and wait for

25   more New Yorkers to die before we take action.
```

5356

```
 1    Our efforts bring us one step closer to ending
 2    senseless gun violence, not only in mass-casualty
 3    shootings but also when happening, quite
 4    literally every day, in communities throughout my
 5    district and I'm sure throughout communities
 6    around yours as well.
 7              This legislation today saves lives.
 8    We will prevent more people, more children, more
 9    grocery store employees, and more New Yorkers
10    from being killed by senseless gun violence.  It
11    will promote public safety.  It will reduce the
12    psychological harm that gun violence victims,
13    survivors and their families suffer as a result
14    of gun violence.  This bill ensures that future
15    generations of New Yorkers live long enough to
16    enjoy the full range of constitutional freedoms
17    this country offers.
18              Opponents of gun safety legislation
19    will always find something to say and someone
20    else to blame but the guns themselves.  Yet I'm
21    proud to say to my district and to all
22    New Yorkers that this legislative body has your
23    back.  We see what's happening, we see the
24    devastation, the loss of life, and we are going
25    to work to fix it.
```

1              That is why I support this

2     legislation and support the other bills on the

3     floor today to ensure our communities are kept

4     safe and prosperous without having to live in

5     fear.

6              And I want to thank leadership,

7     thank the leader, the deputy leader, and my

8     entire conference for pushing forward with this

9     piece of legislation.

10             And to the families that lost their

11    loved ones, this is for them.

12             Thank you.

13             ACTING PRESIDENT BAILEY:   Senator

14    Thomas to be recorded in the affirmative.

15             Senator Ortt to explain his vote.

16             SENATOR ORTT:   Thank you,

17    Mr. President.

18             A lot of passion in this debate --

19    and rightfully so, when you consider what has

20    happened in our state, in my -- what I consider

21    my hometown, Buffalo, New York, Western New York.

22    I don't represent the grocery store where the

23    shooting of those folks took place, but I live

24    25 minutes from there.

25             There's not an American that watched

1   the news about the school massacre whose gut

2   wasn't wrenched, who wasn't angry.  And I'll

3   promise you this:  There wasn't one lawful gun

4   owner who wasn't as upset or more when they saw

5   that report.  There wasn't one parent who saw the

6   pictures of those kids that didn't feel sick to

7   their stomach.

8              Everyone here is frustrated, angry,

9   sad and knows that this is not acceptable.  We

10  can't be okay with it.  I think -- I really

11  believe there's bipartisan agreement on that.

12  And many of my colleagues have voted for various

13  pieces of this package today.

14              But there are some bills in this

15  package that either don't do what they are

16  purported to do, that won't stop bad people from

17  committing bad things, but what they will do --

18  and I want to break ranks from my own colleagues,

19  who kept saying "This bill will do nothing."

20  They're wrong.  It will do something.  It will do

21  something for the millions of law-abiding gun

22  owners here in New York State.  I've heard it

23  will deprive people from exercising their

24  constitutionally protected right.  And it will

25  deprive them in the following way.

1            If I have an immediate threat to my

2    safety, to my property, to my person, I have the

3    constitutionally protected right to defend that

4    property.  I'm not going to get a pistol, because

5    that takes months.  It takes months in a

6    gun-protecting county like Niagara.  Some of you

7    live in counties where it will take over a year,

8    your permit agency will take over a year.

9            But I could go and get a sport

10    rifle, I could go and get a rifle -- not a weapon

11    of war.  Every rifle was designed and every rifle

12    can kill.  My Glock 43 can kill.  It can also

13    protect my own life.  That's why a lot of people

14    actually purchase firearms.  But now you will

15    have to wait months because most rifles, many

16    guns that are manufactured today are, quote,

17    unquote, semiautomatic, under the definition of

18    this bill.

19            So that's what the bill will do.

20    For people who follow the laws, for people who

21    want to exercise their constitutionally protected

22    right, it will deprive them of that immediate

23    ability, it will make them go through more hoops

24    which we have not been able to define.  But will

25    it stop the scourge of gun violence?  No, it

1   won't.

2           There's been a scourge of gun

3   violence happening all over New York State, in

4   New York City, in the City of Rochester, in the

5   City of Buffalo -- not in a supermarket, but in

6   that same neighborhood.  In that same

7   neighborhood, in the City of Buffalo, there have

8   been gun shootings, murders, assaults committed

9   with illegal firearms, illegal handguns.  None of

10  these bills will address that.

11          We have a bill that has technology

12  to help our cops.  The problem is the technology

13  doesn't really exist.  We're increasing the age,

14  but we're actually doing more than that.  We're

15  creating a whole new process which wasn't even

16  laid out or properly defined.  By the way, not

17  the first time that the sponsor of a bill didn't

18  really understand the bill.

19          Intention is good, intent is

20  important.  But what the bill really does, and

21  understanding it, is just as important.

22          It was said by one of my colleagues

23  across the aisle, if we could only get rid of the

24  guns or, I'm sorry, reduce gun ownership --

25  that's almost a direct quote.  And that really is

 1   the problem.

 2              When we have these -- many

 3   colleagues of mine said we're supposed to do

 4   nothing, we're going to do nothing.  We haven't

 5   done nothing.  The SAFE Act.  Red flag law.  Safe

 6   storage law.  Ghost guns.  Don't sit here and

 7   tell anyone we've done nothing.  Most of these

 8   bills have been around, although not all, many of

 9   them have been around for years.

10              This has always been the agenda for

11   some of my colleagues on the Democratic side of

12   the aisle.  There's an aversion to gun ownership.

13   The goal is to reduce legal gun ownership.  Many

14   of my colleagues said over and over again:  They

15   want it to be a hassle.  They want owning a

16   firearm to be a hassle.  They want performing

17   your Second Amendment rights to be a hassle.

18   They want to make it harder.  Some, I'm sure,

19   would ban guns.

20              And that's why our conference

21   opposes these bills, because we do not subscribe

22   to that.  I do believe the person behind the gun

23   is responsible for these atrocities.  No one on

24   this side of the aisle has any culpability with a

25   racist scumbag coward who drove three hours --

1    one of my colleagues said, Well, maybe if they

2    have to walk an extra block, they'll think about

3    it.  That guy drove three hours.  He had three

4    hours to think about it.  Didn't change his mind.

5            Neither does your law.  Anyone who

6    can walk into a school and gun down a

7    third-grader, your law is not going to cause them

8    to rethink that.  There are real issues.

9    Protecting our kids.  There's an aversion -- the

10   aversion to guns is so strong, we don't even want

11   a police officer with a gun in a school.

12           While I was happy that there were

13   bills in here that even myself was able to

14   support, and my colleagues, the reality is this

15   package, this package, like all those laws

16   before -- the SAFE Act, that was going to stop

17   everything.  Our Governor, former Governor, told

18   us so.  Here we are.  Safe storage, it was going

19   to save lives.  Here we are.  Bill after bill.

20   And mark my words, we'll be back again.

21           And for those talking about the

22   federal government, the federal government is in

23   complete control -- one party, the majority party

24   in this house is the majority party in the U.S.

25   Senate and the White House and in Congress.  So

```
 1    if they want to pass federal legislation, they
 2    have the ability to do so.  But even amongst
 3    Democrats in Washington, D.C., and across this
 4    country, there is not unanimity, because they're
 5    not all as progressive, they're not all as averse
 6    to gun ownership as some of my colleagues here.
 7                So, Mr. President, we all share the
 8    loathing, the sickening about what's happened.
 9    But I will also add the shooter in Tulsa,
10    Oklahoma, he was 45 years old.  Not every shooter
11    is under 21.  Bad news for you, a lot of people
12    who commit mass shootings are over 21.  Because
13    it's the shooter, that's the problem.
14                And when we start getting serious
15    about people who commit crimes with guns, who
16    commit crimes with illegal firearms, instead of
17    giving them desk appearance tickets, then I'll
18    get lectured by some of my colleagues about
19    safety and about working with our law enforcement
20    and protecting New Yorkers.
21                So, well-intentioned as some of
22    these bills may be, they fail to meet the moment
23    and they in fact do infringe on our
24    constitutional amendment.  And for those reasons,
25    Mr. President, like most of my conference, I'll
```

5364

 1    be voting in the negative.

 2                    ACTING PRESIDENT BAILEY:   Senator

 3    Ortt to be recorded in the negative.

 4                    Majority Leader Andrea

 5    Stewart-Cousins to close.

 6                    SENATOR STEWART-COUSINS:   Thank

 7    you, Mr. President.

 8                    Buffalo, Uvalde, Tulsa -- three more

 9    places added to that uniquely American list of

10    mass shooting sites.  Since Uvalde last week,

11    there have been 18 more, 18 more mass shootings.

12    Just think about that.  This year alone, since

13    January, there are over 230 mass shootings.

14                    Over and over again, we think that

15    our country will finally get to the moment of

16    reckoning after one of the shootings dominates

17    the headlines, but we don't.  We hear the words.

18    We hear fake promises.  We have thoughts, we have

19    prayers, we have condolences.  And what happens

20    when the tears dry?  Because no action is taken,

21    the inevitable happens.  We have another mass

22    shooting added to the horrific and, again,

23    uniquely American list.

24                    So many of my colleagues, my

25    Republican colleagues are not willing to take any

```
 1    action.  For years, along with the gun industry
 2    allies flooding the streets with weapons of
 3    war -- and at the same time fearmongering,
 4    pushing dangerous misrepresentations on a federal
 5    level.  We have Republican obstruction, the
 6    threat of the Supreme Court overturning the state
 7    ban on concealed carry.
 8              New York cannot stand idly by, and
 9    that's why we're here.  We're taking action.
10    We're once again leading the nation on smart and
11    commonsense gun laws.  State legislatures have to
12    act.  We have to be the ones to take action.  And
13    I frankly hope that others will follow on our
14    lead.  We don't have all the answers.  No, we
15    don't.  But what we want to do is disrupt a
16    culture that has created a horrific and scary
17    present and future if we're not willing to say
18    we're unwilling to continue down this path.
19              Ten bills are passing today in both
20    the Senate and the Assembly, and the idea is to
21    tighten New York's gun laws, to close loopholes
22    that directly address the gaps in our laws
23    exposed by these horrific shootings in Buffalo,
24    Uvalde, Chattanooga, and around the country.
25    Why?  Because, as I said, we need to create more
```

1     roadblocks between someone having a lethal

2     premeditated idea and them acting on it.

3               We're changing the law to require

4     that an individual obtain a license with a

5     minimum age of 21 to purchase a semiautomatic

6     rifle.  The fact that you needed a permit for a

7     semiautomatic handgun but not for a rifle, which

8     is a true weapon of war, makes no sense.

9               By requiring the permits, we're

10    raising the age, building in an automatic

11    cooling-off period, requiring a background check,

12    and creating a record of who owns these weapons.

13              We're passing a microstamping act

14    which will require semiautomatic pistols

15    manufactured or delivered to any licensed dealer

16    in this state be capable of microstamping

17    ammunition.  This will allow us to clear more

18    domestic violence and murder cases.

19              In this legislative package we're

20    also strengthening the red flag law by expanding

21    the list of people who can file for extreme risk

22    protection orders.  We never want a tragedy like

23    Buffalo to happen again.  We have red flag laws.

24    We don't understand what happened.  That's why

25    we're making sure that we close that loophole and

```
 1    that more people can be able to apply for extreme
 2    risk protection orders.
 3                 We're confronting the spread of
 4    misinformation and hateful ideology by finally
 5    demanding social media platforms do more.  There
 6    are no more excuses.  We need a mechanism so that
 7    when people see something, they can say
 8    something.  And we need the resources to
 9    investigate real solutions.  That's why we've
10    created a special task force in the Attorney
11    General's office.  This will allow law
12    enforcement to break the echo chamber where
13    malice festers.
14                 In these devastating times in
15    New York and across the nation, we must stand
16    united to address the laws that keep allowing
17    guns to fall into the wrong hands.  It's one
18    thing to pass laws, but we need to ensure that
19    these measures are being enforced to fully
20    provide public protection.  And I, along with my
21    colleagues, will continue working on different
22    levels of government and with different levels of
23    government to make sure we do as much as we can
24    and these things get done.
25                 Mr. President, this is one step in a
```

5368

```
 1    lifelong journey.  We will always have more work

 2    to do to prevent and heal from these atrocities.

 3    But I -- and I know all of us are committed to

 4    this work and emboldened by those who are

 5    depending on us to take action.

 6                    I very proudly vote aye.  Thank you.

 7                    ACTING PRESIDENT BAILEY:   Majority

 8    Leader Stewart-Cousins to be recorded in the

 9    affirmative.

10                    Announce the results.

11                    THE SECRETARY:   In relation to

12    Calendar Number 1876, those Senators voting in

13    the negative are Senators Akshar, Borrello,

14    Boyle, Gallivan, Griffo, Helming, Jordan, Lanza,

15    Martucci, Mattera, Oberacker, O'Mara, Ortt,

16    Palumbo, Rath, Ritchie, Serino, Stec, Tedisco and

17    Weik.

18                    Ayes, 43.  Nays, 20.

19                    ACTING PRESIDENT BAILEY:   The bill

20    is passed.

21                    Senator Gianaris, that completes the

22    reading of the controversial calendar.

23                    SENATOR GIANARIS:   Thank you,

24    Mr. President.

25                    Just to give members a sense of
```

```
 1    schedule for the remainder of the evening, we are
 2    going to break for respective party conferences
 3    at this moment.
 4                We're going to call a Rules
 5    Committee meeting for 10:30 p.m.
 6                And the Democratic Conference will
 7    meet at 9:30 p.m.  The link for the virtual
 8    conference will be sent to your emails.
 9                Please recognize Senator Lanza.
10                ACTING PRESIDENT BAILEY:   Senator
11    Lanza.
12                SENATOR LANZA:   Mr. President,
13    there's an immediate meeting of the Republican
14    Conference in Room 315 of the Capitol.
15                ACTING PRESIDENT BAILEY:   There
16    will be a meeting of the Democratic Conference at
17    9:30 and an immediate meeting of the Republican
18    Conference in the Republican Conference Room.
19                And Rules will be at 10:30.
20                SENATOR GIANARIS:   Correct.
21                The Senate will stand at ease.
22                ACTING PRESIDENT BAILEY:   The
23    Senate will stand at ease.
24                (Whereupon, the Senate stood at ease
25    at 8:36 p.m.)
```

5370

```
 1              (Whereupon, the Senate reconvened at
 2       11:38 p.m.)
 3              ACTING PRESIDENT BAILEY:   The
 4       Senate will return to order.
 5              Senator Gianaris.
 6              SENATOR GIANARIS:   Mr. President, I
 7       believe there's a report of the Committee on
 8       Rules at the desk.  Can we take that up, please.
 9              ACTING PRESIDENT BAILEY:   The
10       Secretary will read.
11              THE SECRETARY:   Senator
12       Stewart-Cousins, from the Committee on Rules,
13       reports the following bills:
14              Senate Print 922C, by Senator May,
15       an act to amend the Education Law;
16              Senate Print 2238B, by
17       Senator Brooks, an act to amend the
18       Public Health Law;
19              Senate Print 4594B, by Senator May,
20       an act to amend the Real Property Actions and
21       Proceedings Law;
22              Senate Print 5625, by
23       Senator Martucci, an act to amend the
24       State Technology Law;
25              Senate Print 5946B, by
```

```
 1    Senator Reichlin-Melnick, an act to amend the
 2    Real Property Tax Law;
 3                    Senate Print 6541A, by
 4    Senator Rivera, an act to amend the
 5    Public Health Law;
 6                    Senate Print 6680A, by
 7    Senator Savino, an act to amend the
 8    Civil Rights Law;
 9                    Senate Print 6742, by Senator Ramos,
10    an act to amend the Alcoholic Beverage Control
11    Law;
12                    Senate Print 6895A, by
13    Senator Rivera, an act to amend the
14    Public Housing Law;
15                    Senate Print 8025, by
16    Senator Palumbo, an act to repeal Sections 2, 3,
17    4 and 5 of Chapter 330 of the Laws of 2011;
18                    Senate Print 8048B, by
19    Senator Mattera, an act authorizing the County of
20    Suffolk and the Town of Smithtown, located in the
21    County of Suffolk, to exchange certain parklands;
22                    Senate Print 8216, by
23    Senator Rivera, an act to amend the
24    Correction Law;
25                    Senate Print 8268B, by
```

5372

```
 1    Senator Mannion, an act to amend the

 2    Real Property Tax Law;

 3                    Senate Print 8449B, by

 4    Senator Sanders, an act establishing a commission

 5    to determine what benefits a public bank or

 6    network of public banks owned by the State of

 7    New York can provide;

 8                    Senate Print 8541A, by

 9    Senator Brooks, an act in relation to authorizing

10    the Village of Freeport, County of Nassau, to

11    alienate and discontinue the use of certain

12    parklands;

13                    Senate Print 8558A, by

14    Senator Gounardes, an act to amend the

15    Retirement and Social Security Law;

16                    Senate Print 8846, by

17    Senator Ritchie, an act to amend the Tax Law;

18                    Senate Print 8889A, by

19    Senator Hinchey, an act to amend the

20    Public Authorities Law;

21                    Senate Print 8987A, by

22    Senator Breslin, an act to authorize the

23    commissioner of the Office of General Services to

24    convey certain unappropriated state land to KIPP;

25                    Senate Print 9049, by
```

Kirkland Reporting Service

5373

```
1    Senator Kaplan, an act to amend the
2    Alcoholic Beverage Control Law;
3                    Senate Print 9059A, by
4    Senator Reichlin-Melnick, an act to amend the
5    Tax Law;
6                    Senate Print 9083, by
7    Senator Brooks, an act to amend the
8    General Municipal Law;
9                    Senate Print 9085, by
10   Senator Savino, an act to amend the
11   General Municipal Law;
12                   Senate Print 9086, by
13   Senator Mannion, an act relating to assessing the
14   staffing and other issues causing the continued
15   displacement of individuals with developmental
16   disabilities;
17                   Senate Print 9119, by
18   Senator Gounardes, an act to amend the
19   Retirement and Social Security Law;
20                   Senate Print 9141, by Senator Stec,
21   an act to authorize the County of Clinton to
22   offer an optional 25-year retirement plan to
23   certain deputy sheriffs;
24                   Senate Print 9149, by
25   Senator Gounardes, an act to amend the Workers'
```

5374

```
 1   Compensation Law;
 2              Senate Print 9349, by Senator Myrie,
 3   an act to amend the Facilities Development
 4   Corporation Act;
 5              Senate Print 9352, by Senator Lanza,
 6   an act to amend the Environmental Conservation
 7   Law;
 8              Senate Print 9448, by Senator Brouk,
 9   an act to amend the Education Law;
10              Senate Print 9469, by
11   Senator Hinchey, an act to amend the
12   Public Service Law;
13              Senate Print 9471, by
14   Senator Kavanagh, an act to amend the
15   Real Property Tax Law;
16              Senate Print 9478, by
17   Senator Jackson, an act to amend the
18   Civil Service Law;
19              Senate Print 74A, by
20   Senator Hoylman, an act to amend the Estates,
21   Powers and Trusts Law;
22              Senate Print 6486D, by
23   Senator Parker, an act to amend the Environmental
24   Conservation Law;
25              Senate Print 8530C, by
```

5375

```
 1      Senator Kennedy, an act to amend the
 2      General Business Law;
 3                     Senate Print 8850, by
 4      Senator Kavanagh, an act to amend Chapter 56 of
 5      the Laws of 2021;
 6                     Senate Print 4155A, by
 7      Senator Comrie, an act to amend the
 8      Insurance Law.
 9                     All bills reported direct to third
10      reading.
11                     SENATOR GIANARIS:   Move to accept
12      the report of the Rules Committee.
13                     ACTING PRESIDENT BAILEY:   All those
14      in favor of accepting the report of the
15      Rules Committee signify by saying aye.
16                     (Response of "Aye.")
17                     ACTING PRESIDENT BAILEY:   Opposed,
18      nay.
19                     (No response.)
20                     ACTING PRESIDENT BAILEY:   The
21      report of the Rules Committee is accepted.
22                     Senator Gianaris.
23                     SENATOR GIANARIS:   I believe
24      there's a report of the Judiciary Committee at
25      the desk.
```

```
 1                    Can we take that up now, please.
 2                    ACTING PRESIDENT BAILEY:   The
 3       Secretary will read.
 4                    THE SECRETARY:   Senator Hoylman,
 5       from the Committee on Judiciary, reports the
 6       following nominations:
 7                    As Interim Justice of the
 8       Supreme Court, Nassau County:  Wayne Ozzi.
 9                    As Interim Justice of the
10       Supreme Court, Kings County, Matthew J. D'Emic.
11                    As Judge of the Court of Claims:
12       Stephanie Saunders; Michael Siragusa;
13       Betty Calvo-Torres; Stephen Thomas Miller;
14       Zainab Chaudhry; Anthony Brindisi; Anar Patel;
15       Javier Enrique Vargas; Sarika Kapoor;
16       Joanne Quinones; Maureen Heitner; Tim Lewis.
17                    As Justice of the Supreme Court,
18       Erie County:  Craig Hannah and Edward Pace.
19                    As Surrogate Judge of the
20       St. Lawrence County Surrogate's Court:
21       Michelle Holmes Ladouceur.
22                    As Judge of the Nassau County
23       Family Court:  Colin O'Donnell; Eileen Goggin;
24       Joy Watson; Deral Dwayne Givens.
25                    ACTING PRESIDENT BAILEY:   Senator
```

```
 1   Hoylman.
 2                SENATOR HOYLMAN:    Thank you,
 3   Mr. President.  I rise to submit the report from
 4   the Judiciary Committee.
 5                And I'd like to congratulate not
 6   just the members of the committee and not just
 7   Governor Hochul for those splendid nominations,
 8   but also to our nominees who are here in the
 9   chamber this evening, many of them who persevered
10   throughout the entire day.
11                What's so impressive, Mr. President,
12   about this roster of judicial candidates is the
13   diversity.  First of all, it's the diversity of
14   their backgrounds.
15                Let me just tell you, Mr. President,
16   we have three first-generation Americans who have
17   been nominated to a number of courts.  We have
18   the first little person who's been nominated to
19   the Court of Claims.  Believe it or not, the
20   first gay man who's been nominated to the Court
21   of Claims.  The first Muslim New Yorker nominated
22   to the Court of Claims.  The first three
23   South Asians nominated to the Court of Claims.
24   We have Black nominees, we have Latino nominees,
25   we have Latina nominees.
```

1                And of course their background is

2     diverse, which is so important.  Because when

3     you're a litigant and you look up on that bench,

4     Mr. President, you want to see someone who

5     understands your lived experience.  That's why we

6     strive for judicial diversity in the State of

7     New York, as my colleague Senator Sepúlveda has

8     said many times.

9                But it's also their professional

10    background that's so diverse.  We have public

11    defenders, we have experts and former judges in

12    problem-solving courts.  We have individuals who

13    have served in white-shoe law firms and have

14    practiced pro bono defense and immigration law.

15               So let me say that I could not be

16    more proud to submit this report.  We have seen a

17    sea change from the previous Governor in terms of

18    judicial nominees.

19               I welcome them.  I congratulate them

20    and their families.

21               And I urge you, Mr. President, to

22    accept this report and call on any colleagues who

23    wish to speak about these specific judicial

24    nominees.

25               Thank you, Mr. President.

```
 1                    ACTING PRESIDENT BAILEY:   Thank
 2      you, Senator Hoylman.
 3                    Senator Ryan on the nominations.
 4                    SENATOR RYAN:   Thank you very much,
 5      Mr. President.
 6                    I have several folks I want to speak
 7      of, and I'm going to try to go through with
 8      deliberate speed.
 9                    And it's great to see people here
10      today at the hour.  To all the nominees,
11      congratulations.
12                    I'm going to start with four
13      nominees that I'm familiar with; I'm going to
14      start in the East and go to the West.
15                    Anthony Brindisi, who's not here but
16      he's watching.  Anthony has been involved in the
17      Utica community for many years.  He was a school
18      board member who worked hard to improve the
19      education system.  He was my colleague in the
20      Assembly.  We came in together in 2011 in a
21      special election.  We became fast friends.  And
22      we joined forces to help lift up the growing
23      refugee populations both in Buffalo, Utica and
24      across New York State.
25                    Anthony served with distinction as a
```

 1    member of congress from 2019 to '21 and works as

 2    a lawyer in his family's law firm with his father

 3    Louis and his sister Eva.

 4                I'm so happy for Anthony.  I know he

 5    will make an excellent judge.  I know that Erica,

 6    Anthony Jr. and Lily are all going to be happy to

 7    have him home again.

 8                So congratulations to Judge -- now

 9    Judge Brindisi.

10                Judge Betty Calvo-Torres is up here.

11    I've known Betty for a long time.  When she was a

12    freshly minted district attorney, I was a public

13    defender and we were working out in the town

14    courts, riding the circuit.

15                Our family lives and legal and

16    political careers have run parallel to one

17    another.  I was so pleased to support her when

18    she ran successfully for Buffalo City Court in

19    2008.  And that was noteworthy because she was

20    the first female Hispanic elected to Buffalo City

21    Court.

22                I was very pleased to support her

23    nomination, and I know that Charlie and Christian

24    could not be more proud of her today.

25                Stephanie Saunders, also another

 1    Buffalonian.  Wide legal experience in both the
 2    public and the private sector.  She's going to
 3    serve well on the bench.
 4              For the past five and a half years
 5    she's been the principal law clerk for Honorable
 6    Jeannette Ogden in the State Supreme Court.  The
 7    experience will no doubt serve her in her own
 8    courtroom.
 9              I was happy to chat with Stephanie's
10    mom yesterday, and you couldn't believe how proud
11    she was.
12              In alphabetical order, the last is
13    Mike Siragusa.  I've also been an attorney with
14    Mike over the years.  He was a New York Assistant
15    Attorney General, and he's currently the Erie
16    County Attorney.  He's been in that position for
17    about 10 years.  And that is a hard job.
18              He's a leader in the legal
19    community, he's an expert in all areas of civil
20    law.  He's going to be missed in the County
21    Attorney's office, but he is going to be a great
22    asset to the Court of Claims.
23              So to Anthony, Betty, Stephanie and
24    Mike, congratulations.  I know you're all going
25    to make Buffalo and Utica proud.

5382

```
 1              ACTING PRESIDENT BAILEY:   Senator
 2   Cooney on the nominations.
 3              SENATOR COONEY:    Thank you,
 4   Mr. President.
 5              I rise to express my great
 6   satisfaction in Judge Stephen Miller's
 7   appointment to the Court of Claims.
 8              Judge Stephen Miller is a
 9   constituent and a friend who has tirelessly
10   served my district in Rochester and all of
11   Monroe County for over two decades, first as an
12   assistant district attorney and currently as a
13   Rochester City Court judge.
14              Judge Miller is from the City of
15   Rochester and still lives in our community just a
16   few blocks from where he was raised, where he
17   attended Wilson Magnet High School.  As a fellow
18   Rochester City Schools graduate, I'm always proud
19   to see representation in state government
20   service.
21              Recently Judge Miller was awarded
22   the Rochester Black Association's Bridge Builder
23   Award, and he is highly qualified to bring a
24   diverse and unifying perspective to our state's
25   judiciary.  In fact, I believe that Judge Miller
```

1    will be one of the first people of color to

2    represent the 7th Judicial District on the Court

3    of Claims.

4              I have personally witnessed Judge

5    Miller's commitment to professionalism and his

6    accomplishments in serving our community,

7    including our faith community, and I

8    wholeheartedly support his nomination to the

9    Court of Claims.

10             Thank you, Mr. President.

11             ACTING PRESIDENT BAILEY:   Senator

12   Rivera on the nominations.

13             SENATOR RIVERA:   Thank you,

14   Mr. President.

15             While I'm sure, Mr. President, that

16   there will be many conversations that we have

17   with the Governor in the future about diversity

18   in her appointments, I will say that credit where

19   credit is due.

20             When we first received some

21   potential nominations for the Court of Claims, we

22   very clearly said that we needed more diversity

23   in that group of folks that were nominated, and

24   she responded in style.

25             The fact is that the folks who are

```
 1    before us are not only supremely well qualified
 2    but are representative of many groups that, as
 3    was stated by Senator Hoylman, many folks who
 4    have not had the opportunity to serve in the
 5    Court of Claims.  And I am incredibly proud to
 6    vote in the affirmative.
 7                 But there's one person in particular
 8    that I want to point out, and that is Your Honor
 9    Betty Calvo-Torres.  Although we've only had the
10    chance to meet briefly, you should know,
11    Your Honor, that your reputation precedes you.
12                 The fact is that in Western New York
13    there has never been a Latina in this particular
14    position.  And she will serve honorably, I know
15    this well.  You should know that there are many
16    folks who reached out all the way from Western
17    New York, all the way to me in the Bronx, saying
18    "This is somebody that you need to stand up for."
19    Community leaders, other fellow jurists, and even
20    the Cookie Man said that this is somebody who
21    needs to serve and will serve with honor.
22                 So this is an amazing roster.  I
23    congratulate each and every single one of you.  I
24    just singled out the judge because it was
25    necessary to point out how -- the service that
```

1    she will do over there.  But I know that each one

2    of you will serve honorably.  And I am incredibly

3    proud to vote in the affirmative for this

4    fantastic slate of jurists.

5              Thank you, Mr. President.

6              ACTING PRESIDENT BAILEY:   Thank

7    you.

8              Senator Sepúlveda on the

9    nominations.

10             SENATOR SEPÚLVEDA:   Thank you,

11   Mr. President, for allowing me to speak on these

12   nominations.

13             First of all, I want to congratulate

14   everyone who has been nominated and will serve as

15   justices in different capacities.  But as my

16   brother colleague here, Senator Hoylman,

17   indicated, I am the chair of the Subcommittee on

18   Judicial Diversity, and that is something that's

19   one of my passions.

20             As a proud Latino man from

21   Puerto Rican descent, I became a lawyer in 1992

22   and when I first set foot in the courthouse, I

23   think there was one judge of Hispanic descent in

24   the entire building.

25             Now, over the years we have seen

1    improvements in the election process with judges,

2    especially south of Yonkers.  We haven't had as

3    much success in the appointment processes,

4    especially north of Yonkers.  But today we do

5    well.  Today I have to give credit where credit

6    is due.

7             I have been hard on the issue of

8    diversity, and I will continue to do so until

9    this state's images represent the population of

10    Latinos that we have in New York.  But today I'm

11    so proud of three nominees for the Court of

12    Claims because these are individuals that will

13    make us proud.

14             When you are young and you're a

15    child, sometimes the people that you meet, the

16    people that you read about or you have

17    experiences with, can promote an interest in you

18    to strive for a career, to strive for a goal.

19    And when I was a young Latino boy in first,

20    second, third grade, there were no examples like

21    that for me.  I had a grandfather who did not

22    have a formal education but was one of the

23    smartest persons I ever knew, and he taught me

24    about the law and injustice.  He taught me about

25    Martin Luther King and a famous Puerto Rican

```
 1    figure called Pedro Albizu Campos.
 2              But there weren't role models there.
 3    Now we have three.  Future generations -- my
 4    young child, who's half Dominican and half
 5    Puerto Rican -- can look at them and say, I can
 6    strive and accomplish the same thing.  These are
 7    the role models that we're putting forth today.
 8              Joanne Quinones, Judge Quinones,
 9    Judge Betty Calvo-Torres, who will always have a
10    special place in my heart -- not that the other
11    ones won't -- and Javier Enrique Vargas are three
12    exemplary people of Latino descent.  They are
13    highly skilled, they are highly qualified, and
14    they are high-quality human beings.
15              And today you will make us proud.
16    All I ask is that don't forget wherever you --
17    where you came from, and pay it back for future
18    generations.
19              Thank you, and congratulations.
20              ACTING PRESIDENT BAILEY:   Senator
21    Kennedy on the nominations.
22              SENATOR KENNEDY:   Thank you,
23    Mr. President.
24              I rise today to support a number of
25    individuals from Western New York, each of whom
```

```
 1    has proven themselves to be of the highest
 2    integrity and demonstrated their commitment to
 3    equal justice under the law.
 4                Chief Judge Craig Hannah of the
 5    Buffalo City Court and Orchard Park Town Justice
 6    Ed Pace, both nominated to the Erie County
 7    Supreme Court.  And Stephanie Saunders, Mike
 8    Siragusa and Judge Betty Calvo-Torres all
 9    nominated to the Court of Claims.  I also want to
10    recognize in the gallery Zainab Chaudhry, who
11    will also be appointed to the Court of Claims.
12                I'm very proud to support these
13    nominees, and I want to commend Governor Hochul
14    for her diligence in ensuring that these
15    judgeships are filled by highly qualified
16    individuals who we know we can count on all
17    across New York State.
18                I also want to take this opportunity
19    to recognize my friend and our great leader and
20    champion for Western New York -- and really all
21    of us in this state -- who's joined us in the
22    chamber here this evening, Majority Leader
23    Crystal Peoples-Stokes.
24                Majority Leader, great to see you
25    today.  Thank you.
```

1              (Applause.)

2              SENATOR KENNEDY:   We have a great

3     partnership, and this partnership helped bring

4     these judges to the attention of the Governor,

5     who put them forward to be confirmed here this

6     moment.

7              Judge Betty Calvo-Torres has served

8     at Buffalo City Court since 2007, after serving

9     as ADA and Erie County commissioner for the

10    Buffalo Municipal Housing Authority,

11    demonstrating a commitment to fairness time and

12    time again.

13             In 2020 she was one of 99 State

14    Court judges of color who issued a collective

15    statement reaffirming their duty to dispense

16    equal treatment for all.  That commitment came in

17    the wake of the murder of George Floyd.  It was a

18    powerful demonstration of their promise to uphold

19    the Constitution of the United States and the

20    State of New York, and to be mindful of the

21    impacts racism and systemic injustices have on

22    people of color.

23             Judge Calvo-Torres isn't just vocal

24    on the bench.  She's an active member of our

25    community, having personally served as the

1    president of the Hispanic Women's League, the

2    Minority Bar Association of Western New York, and

3    on and on and on.  She does so much for our

4    community.  In fact, Judge Torres was the first

5    Latina judge to serve on the Buffalo City Court,

6    making her a trailblazer in Western New York.

7    And she breaks another glass ceiling with this

8    appointment tonight.

9              For all of those reasons and more, I

10   wholeheartedly support the nomination of

11   Judge Betty Calvo-Torres to the Court of Claims.

12              And the Erie County Attorney,

13   Mike Siragusa, who's handled himself with

14   professionalism and skill, holding the position

15   for the past decade, and previously serving as an

16   Assistant Attorney General and Deputy Assistant

17   Attorney General in charge of the Buffalo

18   regional office.

19              For the past five years, Mike has

20   served as the president of the County Attorneys

21   Association for the State of New York, showing

22   the level of respect his fellow county attorneys

23   hold for him.

24              In addition, he serves our community

25   in a variety of ways, including on the boards of

1    the Buffalo Zoo and the Buffalo Erie Niagara Land

2    Improvement Corporation.

3              As a former Erie County legislator,

4    I know how important the work of the Erie County

5    Attorney is, which is why I know Mike Siragusa

6    will be an excellent member of the Court of

7    Claims.

8              Buffalo native -- and our great

9    friend -- Stephanie Saunders, who is an exemplary

10   nominee for the Court of Claims.  Currently

11   serving as the principal law clerk for the

12   Honorable Jeannette Ogden at the New York State

13   Supreme Court in Erie County.  Prior to that, she

14   served as the assistant corporation counsel for

15   the Buffalo Board of Education.

16             Stephanie received her law degree

17   from the University of Buffalo and quickly

18   emerged as a leading attorney, well-versed on

19   tax, estate planning, pension and employee

20   benefits.  She's built her career in the city and

21   region she loves, and we're all better off

22   because of her work.

23             She's the president of the

24   Minority Bar Foundation of Western New York,

25   which works to prioritize minority representation

```
1    in the profession and empower future leaders to
2    help shape our justice system.
3               In everything she does, personally
4    and professionally, she leads with purpose,
5    passion, and integrity.  I'm thrilled to support
6    her nomination here today.
7               Judge Craig Hannah, who's been a
8    member of the Buffalo City Court since 2006 and
9    served as chief judge since 2019.
10              Judge Hannah's track record is truly
11   impressive, serving as the presiding judge of the
12   nation's first Opioid Intervention Court.  This
13   intervention court was designed with input by
14   medical professionals working to get nonviolent
15   drug users into treatment within hours of their
16   arrest instead of weeks, and requiring daily
17   check-ins with the court and quickly linking them
18   with the medication-assisted treatment and
19   behavioral treatment to get them back on the path
20   to recovery, recognizing that individuals
21   fighting addiction need all of our support.
22              At every step of his career,
23   Judge Hannah has shown himself to be a consummate
24   professional who's more than deserving of the
25   high esteem in which he's held by the
```

1    Western New York legal community and our entire

2    community.  Judge Hannah's made us so proud on

3    the Buffalo City Court, and I know he'll continue

4    that track record on the Erie County Supreme

5    Court.

6              And Ed Pace, currently serving as

7    town judge for the Town of Orchard Park since

8    2002.  A true public servant, he has served as

9    deputy supervisor of the Town of Orchard Park, a

10   trustee for Orchard Park Library, and a trustee

11   for the Cornell Cooperative Extension for

12   Erie County.

13             In his two decades as Orchard Park

14   town justice, he's overseen thousands of cases

15   ranging from vehicle and traffic matters to small

16   claims and criminal offenses.  Regardless of the

17   case in front of him, Judge Pace has treated each

18   case with the attention and care that it merits,

19   recognizing that any appearance before a court by

20   an individual is important.  And with his legal

21   experience, Judge Pace will bring strong legal

22   acumen to the Erie County Supreme Court.

23             Again, Mr. President, I want to

24   thank the Governor for these strong nominations

25   that will ensure Western New Yorkers and all

1    state residents will have qualified and caring

2    members of the Court of Claims and the

3    Erie County Supreme Court for years to come.

4                I proudly vote aye.

5                ACTING PRESIDENT BAILEY:   Senator

6    Thomas on the nominations.

7                SENATOR THOMAS:   Thank you,

8    Mr. President.

9                I rise on this very historic day --

10   it's a historic day because, for our South Asian

11   community, we have three trailblazers in this

12   list of nominees.  I want to congratulate all the

13   nominees, actually.

14               I want to especially congratulate

15   Zainab Chaudhry, Anar Patel, and Sarika Kapoor,

16   the three trailblazers from our South Asian

17   community.

18               You know, we came to this country as

19   immigrants.  Our parents brought us here, we

20   worked two or three jobs to get through the year,

21   and they raised the kids to do the right thing

22   and to do the best that they can.  And now, look

23   at all of you, being nominated for judgeships in

24   the Court of Claims.  I'm incredibly proud of all

25   of you.  Keep up the great work.  And God bless

1    you all.

2                    I vote aye.

3                    ACTING PRESIDENT BAILEY:    Senator

4    Mayer on the nominations.

5                    SENATOR MAYER:    Thank you,

6    Mr. President.

7                    I do want to commend the Governor

8    for this not only really spectacularly qualified

9    group of nominees for the Court of Claims -- and

10   thank you for those who stuck it out all the

11   night tonight -- but also for, as my colleagues

12   have said, the historic diversity of those who

13   will represent New Yorkers in hearing their

14   cases.

15                   I want to mention two nominees.

16                   My former colleague Anthony Brindisi

17   was a member of the Assembly with a number of us

18   here today, and then was an exceptional member of

19   Congress.  He is an extraordinary lawyer.  He

20   cares about his community.  He's been a leader on

21   the issues that were not always the easiest

22   politically, but they showed his courage and his

23   determination and his intelligence.

24                   And so I'm very, very pleased that

25   the Governor has nominated him for the Court of

1    Claims.

2                And in my district, my constituent,

3    Anar Rathod Patel, who's not here any longer.  I

4    think she has three small kids and she

5    understandably drove home.

6                But Anar Patel grew up in the small

7    rural town of Sherman, Texas.  Her parents, both

8    physicians, emigrated to the United States in

9    1975 and started their -- began their practices.

10               She went on to become an exceptional

11   lawyer, now counsel at Simpson Thacher & Bartlett

12   in New York City, as well as an adjunct professor

13   at Columbia Law School, after clerking for a

14   federal district court judge.  In addition, she's

15   handled pro bono immigration cases in the firm,

16   been active in our community, managing all that

17   while being a mother of three small children and

18   really having an exceptional legal career to date

19   as a young woman.

20               It is so very fitting that the

21   Governor has nominated her.  I couldn't be more

22   pleased, not only for myself and my constituents,

23   but for all in the judicial district that she

24   will represent, who will have someone of such

25   high caliber and representing the diversity of

1    our community.

2              So I'm proud to vote aye.  Thank

3    you, Mr. President.

4              ACTING PRESIDENT BAILEY:  The

5    question is on the nominations.

6              Call the roll.

7              (The Secretary called the roll.)

8              ACTING PRESIDENT BAILEY:  Announce

9    the results.

10             THE SECRETARY:  Ayes, 63.

11             ACTING PRESIDENT BAILEY:  The

12   nominees are confirmed.

13             (Extended standing ovation.)

14             ACTING PRESIDENT BAILEY:  On behalf

15   of the New York State Senate, we congratulate you

16   and we wish you the best of luck.

17             Senator Gianaris.

18             SENATOR GIANARIS:  Mr. President, I

19   now believe there's a report of the

20   Finance Committee at the desk.

21             Can we take that up and recognize

22   Senator Krueger.

23             ACTING PRESIDENT BAILEY:  The

24   Secretary will read.

25             THE SECRETARY:  Senator Krueger,

```
 1   from the Committee on Finance, reports the
 2   following nominations.
 3              As Major General of the Air National
 4   Guard, Department of Military and Naval Affairs:
 5   Denise Donnell.
 6              As a member of the Board of Parole:
 7   Darryl Towns.
 8              As commissioner and president of the
 9   Civil Service Commission:  Timothy Hogues.
10              As members of the Workers'
11   Compensation Board:  Renee Delgado, Steven A.
12   Crain, Mark Daniel Higgins and Samuel G.
13   Williams.
14              As member and vice chair of the
15   Workers' Compensation Board:  Freida D. Foster.
16              ACTING PRESIDENT BAILEY:   Senator
17   Gianaris.
18              SENATOR GIANARIS:   Mr. President,
19   before we proceed with the nominations, pursuant
20   to Rule 5, Section 2, I request permission to
21   continue our business after midnight.
22              ACTING PRESIDENT BAILEY:   So
23   ordered.
24              Senator Krueger.
25              SENATOR KRUEGER:   Excuse me.  I
```

5399

1   didn't realize it was broken down into two

2   pieces.  Thank you very much.

3              So as the Finance chair, we took up,

4   as you'll see if you listen for the whole list

5   tonight, an enormous number of nominees in the

6   last several weeks, to both work for the state

7   and to contribute as board members in various

8   unpaid positions.

9              This first group are people who were

10  nominated by the Governor to take on actual

11  positions that are paid for, working for the

12  State of New York:  Board of Parole, Workers'

13  Compensation Board, Civil Service Commission, and

14  the Air National Guard.

15             Each of them went through their

16  appropriate committee interviews or chairs of the

17  committee interviews and then through the

18  Finance Committee.  All of the people -- who are

19  before us on paper, since it's 1:00 in the

20  morning -- midnight, excuse me -- were supported

21  by the majority of members of the committees to

22  come to the floor of the Senate.

23             So in their absence, I am hoping

24  that we won't have that many speeches this

25  evening.  But we congratulate them all on the

```
 1    jobs that they have been appointed to, and we are

 2    confident that they will do well in them.

 3                   Thank you, Mr. President.

 4                   ACTING PRESIDENT BAILEY:   Senator

 5    Kennedy on the nominations.

 6                   SENATOR KENNEDY:   Thank you,

 7    Mr. President.

 8                   Let me just start by recognizing a

 9    few individuals that need to be recognized for

10    their leadership and congratulated on their

11    nomination as well as confirmation here tonight,

12    people that I have known for many years --

13    decades, even -- and have earned these titles

14    that I believe Governor Hochul has made

15    extraordinary selections.

16                   Tim Hogues, as the commissioner and

17    president of the Civil Service Commission, has

18    been a wonderful leader in Western New York and

19    Erie County, in his church and in our community.

20                   Mark Higgins and Sam Williams as

21    members of the Board of Workers' Compensation

22    have been leaders their entire lives, both in

23    labor and in the community, as well as ensuring

24    fairness and justice.

25                   I want to recognize them, and I want
```

1    to thank Governor Hochul for bringing them to the

2    floor tonight.

3              Thank you, Mr. President.  I vote

4    aye.

5              ACTING PRESIDENT BAILEY:   Are there

6    any other Senators wishing to be heard on the

7    nominations?

8              Seeing and hearing none, the

9    question is on the nominations.  All those in

10   favor signify by saying aye.

11             (Response of "Aye.")

12             ACTING PRESIDENT BAILEY:   Opposed,

13   nay.

14             (No response.)

15             ACTING PRESIDENT BAILEY:   The

16   nominations are confirmed.

17             Congratulations to the nominees.

18             Senator Gianaris.

19             SENATOR GIANARIS:   And I believe

20   we're still on the report of the Finance

21   Committee.  There's a second resolution as part

22   of that report.

23             ACTING PRESIDENT BAILEY:   The

24   Secretary will read.

25             THE SECRETARY:   As members of the

```
 1    Adirondack Park Agency:  Benita Law-Diao and
 2    Arthur Lussi.
 3                   As member and chair of the
 4    Adirondack Park Agency:  John Ernst.
 5                   As members of the Administrative
 6    Review Board for Professional Medical Conduct:
 7    Jill Rabin, MD, and Michael Reichgott, MD.
 8                   As members of the Behavioral Health
 9    Services Advisory Council:  Angelica Durham and
10    Joseph Turner.
11                   As members of the Board for Historic
12    Preservation:  John Aldrich and Dewey "Wayne"
13    Goodman.
14                   As a member of the Board of Visitors
15    for the Capital District Developmental
16    Disabilities Services Office:  Nirmala Sankaran.
17                   As a member of the Capital District
18    Transportation Authority:  Daniel Lynch.
19                   As members of the Board of Visitors
20    of the Central New York Forensic Psychiatric
21    Center:  Khadijah Osbourne and Lynn Schuetrum.
22                   As a member of the Central New York
23    Regional Transportation Authority:  Francis Saya
24    III.
25                   As a member of the Continuing Care
```

```
 1    Retirement Community Council:  Wayne L. Kaplan.
 2                 As a member of the Correction
 3    Medical Review Board:  Michael Pratts, Jr., MD.
 4                 As members of the Council on
 5    Human Blood and Transfusion Services:
 6    Amy Schmidt, MD; David Huskie; Timothy Hilbert;
 7    and Jessica Jacobson.
 8                 As a member of the Board of Visitors
 9    of the Creedmoor Psychiatric Center:
10    Jane Bardavid.
11                 As a member of the Dormitory
12    Authority:  Lisa Gomez.
13                 As a commissioner of the
14    Gateway Development Commission:  Alicia Glen.
15                 As board members of the Genesee
16    State Park, Recreation and Historic Preservation
17    Commission:  Nathan Coogan and Loren Penman.
18                 As a member of the Great Lakes
19    Protection Fund:  Judy Drabicki.
20                 As a member of the Great Lakes
21    Protection Fund Board of Directors:  Jill Spisiak
22    Jedlicka.
23                 As members of the Board of Visitors
24    of the Home for Veterans and their Dependents at
25    Oxford:  Lora Rowe; Joseph W. Coe; and Sophie
```

5404

```
 1    Liberatore.
 2              As a member of the Justice Center
 3    Advisory Council:  Veronica Crawford.
 4              As members of the Board of Visitors
 5    of the Kirby Forensic Psychiatric Center:
 6    Denise Hodges and Romy Rousseau.
 7              As a member of the Lake George Park
 8    Commission:  Kathryn Muncil.
 9              As members of the Metropolitan
10    Transportation Authority:  Harold Porr III;
11    David S. Mack; Frank Borelli; Isabel Midori
12    Valdivia Espino; Blanca Lopez; Lisa Sorin;
13    Frankie Miranda; Sherif Soliman; and Samuel Chu.
14              As a member of the Minority Health
15    Council:  Luis Freddy Molano.
16              As a member of the Board of Visitors
17    of the New York City Children's Center:
18    Marcia E. Alkins.
19              As a member of the New York State
20    Gaming Commission:  Marissa J. Shorenstein.
21              As member and chair of the New York
22    State Gaming Commission:  Brian O'Dwyer.
23              As members of the Board of Visitors
24    of the New York State Home for Veterans and their
25    Dependents at Montrose:  Susan P. Heyel and
```

```
 1    Chester B. Edwards II.
 2                As a member of the Niagara Frontier
 3    State Park, Recreation and Historic Preservation
 4    Commission:  Samika Sullivan.
 5                As member and chair of the
 6    Niagara Frontier Transportation Authority:
 7    Michael Hughes.
 8                As a commissioner of the Ohio River
 9    Valley Water Sanitation Commission:
10    Douglas E. Conroe.
11                As member and chair of the Olympic
12    Regional Development Authority:  Joseph Martens.
13                As board members of the
14    Palisades Interstate Park Commission:
15    David H. Mortimer and D. Bryce O'Brien II.
16                As members of the Port of Oswego
17    Authority:  Stanley Delia, Kathleen Macey and
18    Diane Zeller.
19                As a member of the Public Health and
20    Health Planning Council:  Denise Soffel, Ph.D.
21                As a member of the Rochester-Genesee
22    Regional Transportation Authority:
23    Laurie Oltramari.
24                As a member of the Board of Visitors
25    of the Rockland Children's Psychiatric Center:
```

1    Susan Albamont.

2              As a member of the Board of Visitors

3    of the Rockland Psychiatric Center:  Gerry

4    Trautz.

5              As a board member of the

6    Roosevelt Island Operating Corporation:

7    Fay Christian.

8              As board members of the

9    Saratoga-Capital District State Park, Recreation

10   and Historic Preservation Commission:

11   Eleanor Mullaney; Heather Mabee; and

12   Raul Aguirre.

13             As a commissioner of the State

14   Insurance Fund:  Kenneth R. Theobalds.

15             As a commissioner of the

16   State Liquor Authority:  Lily Fan.

17             As members of the Taconic State

18   Park, Recreation and Historic Preservation

19   Commission:  Edgar Masters and Linda B.

20   Tarrant-Reid.

21             As a board member of the

22   Thousand Islands State Park, Recreation and

23   Historic Preservation Commission:

24   Michael Chavoustie.

25             As directors of the

1    Urban Development Corporation:  John Wang and

2    Robert M. Simpson.

3                      As director and chair of the

4    Urban Development Corporation:  Kevin Law.

5                      As members of the Veterans' Services

6    Commission:  Kenneth Rosenblum; Diana Lynn

7    Patton; John Paddock, Jr.; Tanya Nelson-Waller;

8    and Lynn M. Magistrale.

9                      And as a member of the Board of

10   Visitors of the Western New York Children's

11   Psychiatric Center:  Priti S. Bangia.

12                     ACTING PRESIDENT BAILEY:   Senator

13   Krueger.

14                     SENATOR KRUEGER:   Mr. President.

15   All right, it's 12:15 at night.  So it's a very

16   long list, as we all just heard.  It's a very

17   broad diversity of people being nominated to

18   serve on endless numbers of boards and

19   authorities.

20                     These are citizens of the State of

21   New York who are willing to contribute their time

22   and talent, basically gratis to us, because they

23   believe in our state and what we are trying to

24   do.  And in a world where sometimes it is

25   difficult to find people willing and able to take

1    on serious responsibilities from a volunteer

2    perspective, I think that Governor Hochul has

3    found an extraordinary mix of people to serve.

4              Some are not new to these

5    positions -- they're being re-upped after

6    previous times serving in these positions -- and

7    many of them are new.  They probably come from

8    almost every district we have in our state.  And

9    I am very appreciative of my colleagues who

10   chaired the overlapping committees and the

11   members of the Finance Committee for being

12   willing to sometimes drop everything on very

13   short notice to have extra virtual meetings and

14   interviews with these candidates.

15             And given the late hour, again, I am

16   asking all members to please vote and support

17   these people.  But of course if individuals wish

18   to not vote for any one or a group of people on

19   these lists, they can let you know at the dais.

20             So thank you very much,

21   Mr. President.

22             ACTING PRESIDENT BAILEY:   Senator

23   Kennedy on the nominations.

24             SENATOR KENNEDY:   Thank you,

25   Mr. President.  It's a late hour; I will be

```
 1    brief.  But it's very important I recognize a
 2    couple of folks.
 3                   First of all, I want to recognize
 4    and congratulate the Governor for choosing such
 5    an auspicious group of appointees.
 6                   I want to thank Majority Leader
 7    Stewart-Cousins for bringing them to the floor
 8    tonight.  Of course the great chair of the
 9    Finance Committee, Liz Krueger, for her efforts
10    in moving them through the process.  My colleague
11    from the Corporations and Authorities Committee
12    that worked with me, as the chair of
13    Transportation, on all of the MTA appointments
14    that are moving through.
15                   There's a couple of folks -- I want
16    to recognize the chair of the Gaming Commission,
17    who has been an extraordinary leader on the
18    national and international level, who I've gotten
19    to know over the years, Brian O'Dwyer.
20                   He is going to serve this great
21    state very well as the chair of that commission.
22    A man of honor, a man of integrity, a man of
23    fairness, and someone I think that we will all be
24    able to work with very well.
25                   As well as the NFTA commissioner and
```

Kirkland Reporting Service

```
 1   chairman, Mike Hughes, who I've known for
 2   decades.  And Mike Hughes is going to play a
 3   prominent role in ensuring that the NFTA in
 4   Western New York, our public transportation
 5   system, functions to the highest level possible
 6   for the residents of our community.
 7             He is the son of Larry Hughes, who
 8   drove a bus for many years.  He understands
 9   firsthand the importance of public
10   transportation, its impact on our community, the
11   ridership and the workforce.
12             He is an extraordinary leader in the
13   private sector as well as the public sector, and
14   he will make an extraordinary leader as chair of
15   the NFTA.
16             With that, Mr. President, I vote
17   aye.
18             ACTING PRESIDENT BAILEY:  Are there
19   any other Senators wishing to be heard on the
20   nominations?
21             Seeing and hearing none, the
22   question is on the nominations set before us.
23   All those in favor signify by saying aye.
24             (Response of "Aye.")
25             ACTING PRESIDENT BAILEY:  Opposed,
```

5411

```
 1   nay.
 2                (No response.)
 3                ACTING PRESIDENT BAILEY:   The
 4   nominations are confirmed.
 5                Congratulations to the nominees.
 6                Senator Gianaris.
 7                SENATOR GIANARIS:   Mr. President,
 8   can we remove the lay-aside on Calendar 1682 and
 9   take that bill up, please.
10                ACTING PRESIDENT BAILEY:   Remove
11   the lay-aside, and the Secretary will read.
12                THE SECRETARY:   Calendar Number
13   1682, Senate Print 8832, by Senator Boyle, an act
14   authorizing the Town of Islip, County of Suffolk,
15   to transfer funds from the Kismet Street
16   Improvement District.
17                ACTING PRESIDENT BAILEY:   There is
18   a home-rule message at the desk.
19                Read the last section.
20                THE SECRETARY:   Section 2.  This
21   act shall take effect immediately.
22                ACTING PRESIDENT BAILEY:   Call the
23   roll.
24                (The Secretary called the roll.)
25                ACTING PRESIDENT BAILEY:   Announce
```

```
 1     the results.
 2                    THE SECRETARY:   In relation to
 3     Calendar Number 1682, voting in the negative:
 4     Senator Skoufis.
 5                    Ayes, 62.  Nays, 1.
 6                    ACTING PRESIDENT BAILEY:   The bill
 7     is passed.
 8                    Senator Gianaris.
 9                    SENATOR GIANARIS:   Can we now take
10     up the supplemental calendar.
11                    ACTING PRESIDENT BAILEY:   The
12     Secretary will read.
13                    (Pause.)
14                    SENATOR GIANARIS:   Mr. President,
15     we have some substitutions from the Assembly.
16     Can we return to that part of the agenda and take
17     those up, please.
18                    ACTING PRESIDENT BAILEY:   Return to
19     the substitutions.
20                    THE SECRETARY:   Senator May moves
21     to discharge, from the Committee on Finance,
22     Assembly Bill Number 5735C and substitute it for
23     the identical Senate Bill 922C, Third Reading
24     Calendar 1862.
25                    Senator Brooks moves to discharge,
```

```
 1    from the Committee on Health, Assembly Bill
 2    Number 6551B and substitute it for the identical
 3    Senate Bill 2238B, Third Reading Calendar 1887.
 4              Senator Reichlin-Melnick moves to
 5    discharge, from the Committee on Local
 6    Government, Assembly Bill Number 3491B and
 7    substitute it for the identical Senate Bill
 8    5946B, Third Reading Calendar 1890.
 9              Senator Rivera moves to discharge,
10    from the Committee on Housing, Construction and
11    Community Development, Assembly Bill Number 7053A
12    and substitute it for the identical Senate Bill
13    6895A, Third Reading Calendar 1895.
14              Senator Palumbo moves to discharge,
15    from the Committee on Local Government,
16    Assembly Bill Number 9158 and substitute it for
17    the identical Senate Bill 8025, Third Reading
18    Calendar 1897.
19              Senator Mattera moves to discharge,
20    from the Committee on Local Government,
21    Assembly Bill Number 9335B and substitute it for
22    the identical Senate Bill 8048B, Third Reading
23    Calendar 1898.
24              Senator Rivera moves to discharge,
25    from the Committee on Crime Victims, Crime and
```

1    Correction, Assembly Bill Number 9273 and

2    substitute it for the identical Senate Bill 8216,

3    Third Reading Calendar 1899.

4              Senator Mannion moves to discharge,

5    from the Committee on Local Government,

6    Assembly Bill Number 5987C and substitute it for

7    the identical Senate Bill 8268C, Third Reading

8    Calendar 1900.

9              Senator Brooks moves to discharge,

10   from the Committee on Local Government,

11   Assembly Bill Number 10002A and substitute it for

12   the identical Senate Bill 8541A, Third Reading

13   Calendar 1902.

14              Senator Gounardes moves to

15   discharge, from the Committee on Civil Service

16   and Pensions, Assembly Bill Number 4607B and

17   substitute it for the identical Senate Bill

18   8558A, Third Reading Calendar 1903.

19              Senator Hinchey moves to discharge,

20   from the Committee on Finance, Assembly Bill

21   Number 9328A and substitute it for the identical

22   Senate Bill 8889A, Third Reading Calendar 1905.

23              Senator Breslin moves to discharge,

24   from the Committee on Investigations and

25   Government Operations, Assembly Bill Number

```
 1    10225A and substitute it for the identical

 2    Senate Bill 8987A, Third Reading Calendar 1906.

 3                  Senator Kaplan moves to discharge,

 4    from the Committee on Investigations and

 5    Government Operations, Assembly Bill Number 10176

 6    and substitute it for the identical Senate Bill

 7    9049, Third Reading Calendar 1907.

 8                  Senator Stec moves to discharge,

 9    from the Committee on Civil Service and Pensions,

10    Assembly Bill Number 10231 and substitute it for

11    the identical Senate Bill 9141, Third Reading

12    Calendar 1913.

13                  Senator Parker moves to discharge,

14    from the Committee on Environmental Conservation,

15    Assembly Bill Number 7389C and substitute it for

16    the identical Senate Bill 6486D, Third Reading

17    Calendar 1923.

18                  Senator Kennedy moves to discharge,

19    from the Committee on Consumer Protection,

20    Assembly Bill Number 9343B and substitute it for

21    the identical Senate Bill 8530C, Third Reading

22    Calendar 1924.

23                  Senator Comrie moves to discharge,

24    from the Committee on Insurance, Assembly Bill

25    Number 4535A and substitute it for the identical
```

```
 1   Senate Bill 4155, Third Reading Calendar 1926.
 2                ACTING PRESIDENT BAILEY:   So
 3   ordered.
 4                SENATOR GIANARIS:   Please take up
 5   the supplemental calendar now, Mr. President.
 6                ACTING PRESIDENT BAILEY:   The
 7   Secretary will read.
 8                THE SECRETARY:   Calendar Number
 9   929, Senate Print 8343, by Senator Sanders, an
10   act in relation to establishing the New York
11   State Cryptocurrency and Blockchain Study
12   Task Force.
13                ACTING PRESIDENT BAILEY:   Read the
14   last section.
15                THE SECRETARY:   Section 2.  This
16   act shall take effect immediately.
17                ACTING PRESIDENT BAILEY:   Call the
18   roll.
19                (The Secretary called the roll.)
20                ACTING PRESIDENT BAILEY:   Announce
21   the results.
22                THE SECRETARY:   In relation to
23   Calendar Number 929, voting in the negative:
24   Senators Akshar and Brisport.
25                Ayes, 61.  Nays, 2.
```

1            ACTING PRESIDENT BAILEY:   The bill

2       is passed.

3            THE SECRETARY:   Calendar Number

4       1189, Senate Print 5535, by Senator Comrie, an

5       act to amend the Not-For-Profit Corporation Law.

6            ACTING PRESIDENT BAILEY:   Read the

7       last section.

8            THE SECRETARY:   Section 7.  This

9       act shall take effect on the 90th day after it

10      shall have become a law.

11           ACTING PRESIDENT BAILEY:   Call the

12      roll.

13           (The Secretary called the roll.)

14           ACTING PRESIDENT BAILEY:   Announce

15      the results.

16           THE SECRETARY:   In relation to

17      Calendar 1189, voting in the negative are

18      Senators Felder and Skoufis.

19           Ayes, 61.  Nays, 2.

20           ACTING PRESIDENT BAILEY:   The bill

21      is passed.

22           THE SECRETARY:   Calendar Number

23      1862, Assembly Print Number 5735C, by

24      Assemblymember Joyner, an act to amend the

25      Education Law.

```
1                   ACTING PRESIDENT BAILEY:   Read the
2    last section.
3                   THE SECRETARY:   Section 4.  This
4    act shall take effect on the first of July.
5                   ACTING PRESIDENT BAILEY:   Call the
6    roll.
7                   (The Secretary called the roll.)
8                   ACTING PRESIDENT BAILEY:   Senator
9    May to explain her vote.
10                   SENATOR MAY:   Thank you,
11    Mr. President.  I'm just making sure.  This is
12    Calendar 1862, correct?
13                   ACTING PRESIDENT BAILEY:   Yes, it
14    is, Senator May.
15                   SENATOR MAY:   All right, thank you.
16                   Dr. Martin Luther King School in
17    Syracuse, in one of the most racially segregated
18    and economically disadvantaged zip codes in the
19    country, sits within 100 feet of Interstate 81.
20    Eighteen-wheelers speed by just overhead, along
21    with giant dump trucks carrying garbage from
22    New York City to the Seneca Meadows Landfill to
23    the west.
24                   It's an environmental and social
25    justice calamity, causing high rates of asthma,
```

```
 1   distracting noise levels, and hazardous
 2   conditions.  And it sends a message that we as a
 3   society don't really value these kids or their
 4   education.
 5              The SIGH Act, which stands for
 6   Schools Impacted by Gross Highways, prohibits
 7   construction of new schools within 500 feet of
 8   major roadways, with some necessary exceptions.
 9              This Legislature has taken many
10   actions in recent years to assure a sound basic
11   education to all schools, and this is one more
12   step to affirming that essential duty given to us
13   by the State Constitution.
14              I want to thank Lanessa Chaplin of
15   the New York Civil Liberties Union for her
16   relentless advocacy for this bill, and
17   Dan Ranellone and Amanda Godkin for their legal
18   assistance from the central staff, and of course
19   Majority Leader Andrea Stewart-Cousins, who
20   recognized the need and moved this bill along.
21              So I thank my colleagues for
22   supporting it, and I vote aye.
23              ACTING PRESIDENT BAILEY:   Senator
24   May to be recorded in the affirmative.
25              Announce the results.
```

```
 1                    THE SECRETARY:   In relation to
 2     Calendar 1862, those Senators voting in the
 3     negative are Senators Akshar, Borrello, Boyle,
 4     Gallivan, Griffo, Helming, Jordan, Lanza,
 5     Martucci, Mattera, Oberacker, O'Mara, Ortt,
 6     Palumbo, Rath, Serino, Stec, Tedisco and Weik.
 7                    Ayes, 44.  Nays, 19.
 8                    ACTING PRESIDENT BAILEY:   The bill
 9     is passed.
10                    THE SECRETARY:   Calendar Number
11     1887, Assembly Print Number 6551B, by
12     Assemblymember Solages, an act to amend the
13     Public Health Law.
14                    ACTING PRESIDENT BAILEY:   Read the
15     last section.
16                    THE SECRETARY:   Section 2.  This
17     act shall take effect on the 90th day after it
18     shall have become a law.
19                    ACTING PRESIDENT BAILEY:   Call the
20     roll.
21                    (The Secretary called the roll.)
22                    ACTING PRESIDENT BAILEY:   Announce
23     the results.
24                    THE SECRETARY:   Ayes, 63.
25                    ACTING PRESIDENT BAILEY:   The bill
```

```
 1    is passed.
 2                  THE SECRETARY:   Calendar Number
 3    1888, Senate Print 4594B, by Senator May, an act
 4    to amend the Real Property Actions and
 5    Proceedings Law.
 6                  ACTING PRESIDENT BAILEY:   Read the
 7    last section.
 8                  THE SECRETARY:   Section 7.  This
 9    act shall take effect on the 180th day after it
10    shall have become a law.
11                  ACTING PRESIDENT BAILEY:   Call the
12    roll.
13                  (The Secretary called the roll.)
14                  ACTING PRESIDENT BAILEY:   Senator
15    May to explain her vote.
16                  SENATOR MAY:   Thank you again,
17    Mr. President.
18                  Tenants in my district have told us
19    some true horror stories -- squirrels chewing
20    through the ceiling and getting into their
21    kitchen cabinets and eating their food.  An
22    apartment without heat where one family used the
23    stove to heat the apartment and caused a fire,
24    and the landlord blithely rented the apartment to
25    new tenants without fixing the heat or the fire
```

```
 1    damage.  A third apartment with massive black
 2    mold spreading from a sewage leak in the
 3    basement.
 4              Tenants are often afraid to report
 5    unsafe conditions like these for fear of
 6    retaliation from their landlords.  This bill
 7    gives them a safe and simple way to get a court
 8    order to fix such problems or allow them to
 9    withhold rent without risking eviction.  It will
10    improve lives and improve the housing stock in
11    communities around the state.
12              I'm very grateful to the members of
13    the Syracuse Tenants Union, particularly
14    Mary Traynor and Palmer Harvey; to Steven Koch of
15    the Senate staff; and again to our
16    Majority Leader, Andrea Stewart-Cousins, for
17    recognizing the urgent need to address these
18    issues for tenants all across the state.
19              I vote aye.
20              ACTING PRESIDENT BAILEY:   Senator
21    May to be recorded in the affirmative.
22              Announce the results.
23              THE SECRETARY:   In relation to
24    Calendar 1888, those Senators voting in the
25    negative are Senators Borrello, Boyle, Felder,
```

1  Gallivan, Griffo, Helming, Jordan, Lanza,

2  Martucci, Mattera, Oberacker, O'Mara, Palumbo,

3  Rath, Ritchie, Serino, Stec, Tedisco and Weik.

4                Ayes, 44.  Nays, 19.

5                ACTING PRESIDENT BAILEY:   The bill

6  is passed.

7                THE SECRETARY:   Calendar Number

8  1889, Senate Print 5265, by Senator Savino, an

9  act to amend the Penal Law.

10               ACTING PRESIDENT BAILEY:   Read the

11 last section.

12               THE SECRETARY:   Section 6.  This

13 act shall take effect on the 60th day after it

14 shall have become a law.

15               ACTING PRESIDENT BAILEY:   Call the

16 roll.

17               (The Secretary called the roll.)

18               ACTING PRESIDENT BAILEY:   Announce

19 the results.

20               THE SECRETARY:   In relation to

21 Calendar 1889, voting in the negative are

22 Senators Brisport and Salazar.

23               Ayes, 61.  Nays, 2.

24               ACTING PRESIDENT BAILEY:   The bill

25 is passed.

```
 1                    THE SECRETARY:    Calendar Number
 2     1890, Assembly Print Number 3491B, by
 3     Assemblymember Galef, an act to amend the
 4     Real Property Tax Law.
 5                    ACTING PRESIDENT BAILEY:    Read the
 6     last section.
 7                    SENATOR LANZA:    Lay it aside.
 8                    ACTING PRESIDENT BAILEY:    Lay the
 9     bill aside.
10                    THE SECRETARY:    Calendar Number
11     1892, Senate Print 6541A, by Senator Rivera, an
12     act to amend the Public Health Law.
13                    ACTING PRESIDENT BAILEY:    Read the
14     last section.
15                    THE SECRETARY:    Section 10.  This
16     act shall take effect immediately.
17                    ACTING PRESIDENT BAILEY:    Call the
18     roll.
19                    (The Secretary called the roll.)
20                    ACTING PRESIDENT BAILEY:    Announce
21     the results.
22                    THE SECRETARY:    Ayes, 63.
23                    ACTING PRESIDENT BAILEY:    The bill
24     is passed.
25                    THE SECRETARY:    Calendar Number
```

1    1893, Senate Print 6680A, by Senator Savino, an

2    act to amend the Civil Rights Law.

3                    ACTING PRESIDENT BAILEY:   Read the

4    last section.

5                    THE SECRETARY:   Section 3.  This

6    act shall take effect immediately.

7                    ACTING PRESIDENT BAILEY:   Call the

8    roll.

9                    (The Secretary called the roll.)

10                   ACTING PRESIDENT BAILEY:   Announce

11   the results.

12                   THE SECRETARY:   Ayes, 63.

13                   ACTING PRESIDENT BAILEY:   The bill

14   is passed.

15                   THE SECRETARY:   Calendar Number

16   1894, Senate Print 6742, by Senator Ramos, an act

17   to amend the Alcoholic Beverage Control Law.

18                   ACTING PRESIDENT BAILEY:   Read the

19   last section.

20                   THE SECRETARY:   Section 5.  This

21   act shall take effect immediately.

22                   ACTING PRESIDENT BAILEY:   Call the

23   roll.

24                   (The Secretary called the roll.)

25                   ACTING PRESIDENT BAILEY:   Announce

```
 1    the results.

 2              THE SECRETARY:   Ayes, 63.

 3              ACTING PRESIDENT BAILEY:   The bill

 4    is passed.

 5              THE SECRETARY:   Calendar Number

 6    1895, Assembly Print Number 7053A, by

 7    Assemblymember Burgos, an act to amend the

 8    Public Housing Law.

 9              ACTING PRESIDENT BAILEY:   Read the

10    last section.

11              THE SECRETARY:   Section 2.  This

12    act shall take effect immediately.

13              ACTING PRESIDENT BAILEY:   Call the

14    roll.

15              (The Secretary called the roll.)

16              ACTING PRESIDENT BAILEY:   Senator

17    Rivera to explain his vote.

18              SENATOR RIVERA:   Thank you,

19    Mr. President.

20              As we've been talking in the last

21    couple of days about redemption, and we were

22    talking about the fact that we should not be

23    defined by the worst thing that we've ever done,

24    this bill goes along with that mentality.  It

25    basically says that it changes the rules for
```

1  folks who have -- who are formally incarcerated

2  and whether they can reside in public housing.

3           It is true that once, as we've

4  talked about before, if someone has committed a

5  mistake but they have paid their dues, they have

6  accepted responsibility, and we want to make sure

7  that they have some level of stability as they

8  come back into society, we want to make sure that

9  they have a place to live, that they have a place

10  to work.  Those that want to do those things, we

11  want to make sure that they have the ability to

12  do that.

13           So in this case, changing this --

14  passing this bill today, hopefully signing it

15  into law, would make certain that those folks

16  have the opportunity to reside in public housing,

17  which means that they'll have an opportunity to

18  stand on their own two feet and come back into

19  society and be productive members of it.

20           So I'm glad that it got brought onto

21  the floor, and I vote in the affirmative.

22           Thank you, Mr. President.

23           ACTING PRESIDENT BAILEY:   Senator

24  Rivera to be recorded in the affirmative.

25           Announce the results.

```
 1              THE SECRETARY:   In relation to
 2   Calendar 1895, those Senators voting in the
 3   negative are Senators Akshar, Borrello, Boyle,
 4   Griffo, Helming, Jordan, Martucci, Mattera,
 5   Oberacker, O'Mara, Ortt, Palumbo, Rath, Ritchie,
 6   Serino, Stec, Tedisco and Weik.
 7                   Ayes, 45.  Nays, 18.
 8              ACTING PRESIDENT BAILEY:   The bill
 9   is passed.
10              THE SECRETARY:   Calendar Number
11   1897, Assembly Print Number 9158, by
12   Assemblymember Thiele, an act to repeal
13   Sections 2, 3, 4 and 5 of Chapter 330 of the
14   Laws of 2011.
15              ACTING PRESIDENT BAILEY:   Read the
16   last section.
17              THE SECRETARY:   Section 2.  This
18   act shall take effect immediately.
19              ACTING PRESIDENT BAILEY:   Call the
20   roll.
21              (The Secretary called the roll.)
22              ACTING PRESIDENT BAILEY:   Announce
23   the results.
24              THE SECRETARY:   In relation to
25   Calendar 1897, voting in the negative are
```

```
 1   Senators Mannion, Reichlin-Melnick and Skoufis.
 2                   Ayes, 60.  Nays, 3.
 3                   ACTING PRESIDENT BAILEY:   The bill
 4   is passed.
 5                   THE SECRETARY:   Calendar Number
 6   1898, Assembly Print Number 9335B, by
 7   Assemblymember Fitzpatrick, an act authorizing
 8   the County of Suffolk and the Town of Smithtown,
 9   located in the County of Suffolk, to exchange
10   certain parklands.
11                   ACTING PRESIDENT BAILEY:   There is
12   a home-rule message at the desk.
13                   Read the last section.
14                   THE SECRETARY:   Section 2.  This
15   act shall take effect immediately.
16                   ACTING PRESIDENT BAILEY:   Call the
17   roll.
18                   (The Secretary called the roll.)
19                   ACTING PRESIDENT BAILEY:   Announce
20   the results.
21                   THE SECRETARY:   Ayes, 63.
22                   ACTING PRESIDENT BAILEY:   The bill
23   is passed.
24                   THE SECRETARY:   Calendar Number
25   1899, Assembly Print Number 9273, by
```

1     Assemblymember Aubry, an act to amend the

2     Correction Law.

3                    ACTING PRESIDENT BAILEY:   Read the

4     last section.

5                    THE SECRETARY:   Section 2.   This

6     act shall take effect immediately.

7                    ACTING PRESIDENT BAILEY:   Call the

8     roll.

9                    (The Secretary called the roll.)

10                   ACTING PRESIDENT BAILEY:   Announce

11    the results.

12                   THE SECRETARY:   In relation to

13    Calendar 1899, those Senators voting in the

14    negative are Senators Borrello, Griffo, Jordan,

15    Lanza, Martucci, Oberacker, O'Mara, Ortt,

16    Palumbo, Rath, Ritchie, Serino, Stec, Tedisco and

17    Weik.

18                   Ayes, 48.   Nays, 15.

19                   ACTING PRESIDENT BAILEY:   The bill

20    is passed.

21                   THE SECRETARY:   Calendar Number

22    1900, Assembly Print Number 5987C, by

23    Assemblymember Stirpe, an act to amend the

24    Real Property Tax Law.

25                   ACTING PRESIDENT BAILEY:   Read the

1    last section.

2               THE SECRETARY:   Section 2.   This

3    act shall take effect immediately.

4               ACTING PRESIDENT BAILEY:   Call the

5    roll.

6               (The Secretary called the roll.)

7               ACTING PRESIDENT BAILEY:   Announce

8    the results.

9               THE SECRETARY:   In relation to

10   Calendar Number 1900, voting in the negative:

11   Senator Helming.

12               Ayes, 62.   Nays, 1.

13               ACTING PRESIDENT BAILEY:   The bill

14   is passed.

15               THE SECRETARY:   Calendar Number

16   1901, Senate Print 8449B, by Senator Sanders, an

17   act establishing a commission to determine what

18   benefits a public bank or network of public banks

19   owned by the State of New York or by a public

20   authority constituted by the State of New York

21   can provide.

22               SENATOR GIANARIS:   Lay it aside for

23   the day, please.

24               ACTING PRESIDENT BAILEY:   Lay it

25   aside for the day.

```
 1                THE SECRETARY:   Calendar Number
 2    1902, Assembly Print Number 10002A, by
 3    Assemblymember Darling, an act in relation to
 4    authorizing the Village of Freeport, County of
 5    Nassau, to alienate and discontinue the use of
 6    certain parklands.
 7                ACTING PRESIDENT BAILEY:   There is
 8    a home-rule message at the desk.
 9                Read the last section.
10                THE SECRETARY:   Section 2.  This
11    act shall take effect immediately.
12                ACTING PRESIDENT BAILEY:   Call the
13    roll.
14                (The Secretary called the roll.)
15                ACTING PRESIDENT BAILEY:   Announce
16    the results.
17                THE SECRETARY:   In relation to
18    Calendar 1902, voting in the negative are
19    Senators Brisport, Rivera, Salazar and Stavisky.
20                Ayes, 59.  Nays, 4.
21                ACTING PRESIDENT BAILEY:   The bill
22    is passed.
23                THE SECRETARY:   Calendar Number
24    1903, Assembly Print Number 4607B, by
25    Assemblymember Abbate, an act to amend the
```

```
 1    Retirement and Social Security Law.
 2                    ACTING PRESIDENT BAILEY:   Read the
 3    last section.
 4                    THE SECRETARY:   Section 2.  This
 5    act shall take effect.
 6                    ACTING PRESIDENT BAILEY:   Call the
 7    roll.
 8                    (The Secretary called the roll.)
 9                    ACTING PRESIDENT BAILEY:   Announce
10    the results.
11                    THE SECRETARY:   In relation to
12    Calendar Number 1903, voting in the negative:
13    Senator Brisport.
14                    Ayes, 62.  Nays, 1.
15                    ACTING PRESIDENT BAILEY:   The bill
16    is passed.
17                    THE SECRETARY:   Calendar Number
18    1904, Senate Print 8846, by Senator Ritchie, an
19    act to amend the Tax Law.
20                    ACTING PRESIDENT BAILEY:   There is
21    a home-rule message at the desk.
22                    Read the last section.
23                    THE SECRETARY:   Section 2.  This
24    act shall take effect immediately.
25                    ACTING PRESIDENT BAILEY:   Call the
```

1    roll.

2              (The Secretary called the roll.)

3              ACTING PRESIDENT BAILEY:   Announce

4    the results.

5              THE SECRETARY:   In relation to

6    Calendar 1904, voting in the negative are

7    Senators Brooks, Felder, Mannion and Skoufis.

8              Ayes, 59.  Nays, 4.

9              ACTING PRESIDENT BAILEY:   The bill

10   is passed.

11             THE SECRETARY:   Calendar Number

12   1905, Assembly Print Number 9328B, by

13   Assemblymember Lupardo, an act to amend the

14   Public Authorities Law.

15             ACTING PRESIDENT BAILEY:   Read the

16   last section.

17             THE SECRETARY:   Section 3.  This

18   act shall take effect on the 90th day after it

19   shall have become a law.

20             ACTING PRESIDENT BAILEY:   Call the

21   roll.

22             (The Secretary called the roll.)

23             ACTING PRESIDENT BAILEY:   Announce

24   the results.

25             THE SECRETARY:   Ayes, 63.

```
 1                    ACTING PRESIDENT BAILEY:   The bill
 2      is passed.
 3                    THE SECRETARY:   Calendar Number
 4      1906, Assembly Print Number 10225A, by the
 5      Assembly Committee on Rules, an act to authorize
 6      the commissioner of the Office of General
 7      Services to convey certain unappropriated state
 8      land to KIPP.
 9                    ACTING PRESIDENT BAILEY:   Read the
10      last section.
11                    THE SECRETARY:   Section 2.  This
12      act shall take effect immediately.
13                    ACTING PRESIDENT BAILEY:   Call the
14      roll.
15                    (The Secretary called the roll.)
16                    ACTING PRESIDENT BAILEY:   Announce
17      the results.
18                    THE SECRETARY:   In relation to
19      Calendar Number 1906, voting in the negative are
20      Senators Brisport, Mannion and Salazar.
21                    Ayes, 60.  Nays, 3.
22                    ACTING PRESIDENT BAILEY:   The bill
23      is passed.
24                    THE SECRETARY:   Calendar Number
25      1907, Assembly Print Number 10176, by the
```

 1    Assembly Committee on Rules, an act to amend the

 2    Alcoholic Beverage Control Law.

 3                   ACTING PRESIDENT BAILEY:   Read the

 4    last section.

 5                   THE SECRETARY:   Section 2.  This

 6    act shall take effect immediately.

 7                   ACTING PRESIDENT BAILEY:   Call the

 8    roll.

 9                   (The Secretary called the roll.)

10                   ACTING PRESIDENT BAILEY:   Announce

11    the results.

12                   THE SECRETARY:   Ayes, 63.

13                   ACTING PRESIDENT BAILEY:   The bill

14    is passed.

15                   THE SECRETARY:   Calendar Number

16    1908, Senate Print Number 9059A, by

17    Senator Reichlin-Melnick, an act to amend the

18    Tax Law.

19                   SENATOR GIANARIS:   Lay the bill

20    aside for the day.

21                   ACTING PRESIDENT BAILEY:   Lay the

22    bill aside for the day.

23                   THE SECRETARY:   Calendar Number

24    1909, Senate Print 9083, by Senator Hinchey, an

25    act to amend Chapter 463 of the Laws of 2000.

```
 1                    ACTING PRESIDENT BAILEY:   There is
 2      a home-rule message at the desk.
 3                    Read the last section.
 4                    THE SECRETARY:   Section 2.  This
 5      act shall take effect immediately.
 6                    ACTING PRESIDENT BAILEY:  Call the
 7      roll.
 8                    (The Secretary called the roll.)
 9                    ACTING PRESIDENT BAILEY:   Announce
10      the results.
11                    THE SECRETARY:   Ayes, 63.
12                    ACTING PRESIDENT BAILEY:   The bill
13      is passed.
14                    THE SECRETARY:   Calendar Number
15      1910, Senate Print 9085, by Senator Savino, an
16      act to amend the General Municipal Law.
17                    ACTING PRESIDENT BAILEY:   Read the
18      last section.
19                    THE SECRETARY:   Section 2.  This
20      act shall take effect immediately.
21                    ACTING PRESIDENT BAILEY:  Call the
22      roll.
23                    (The Secretary called the roll.)
24                    ACTING PRESIDENT BAILEY:   Senator
25      Savino to explain her vote.
```

1            SENATOR SAVINO:    Thank you,

2    Mr. President.

3            I rise in support of this piece of

4    legislation, which is a long overdue amendment to

5    our state's Civil Service and Pension Law as it

6    refers to local police and fire departments.

7            As you know, most young men and

8    women who join the police department start early.

9    Many of them go on to get married and they have

10   families and they have children.  And if they are

11   unfortunate enough to die in the line of duty,

12   their death benefits are -- they go on to their

13   family, to their children, to their wives.  And

14   those wives and children receive the full death

15   benefit.

16            But for those who are not married

17   and don't have children, their beneficiaries,

18   which are oftentimes their parents, only get

19   50 percent of their death benefit.

20            This bill corrects that and allows

21   surviving parents to be able to collect the full

22   line of duty death benefit that a surviving

23   spouse or children would get, if there are none.

24            And just recently we had three young

25   men who died early, two firefighters --

1    31-year-old Timothy Klein, from Senator Persaud's

2    district -- he died very suddenly after

3    responding to a fire.  He was not married, he had

4    no children, but he had surviving parents.

5              Steven Pollard, just the year

6    before -- in fact, Timothy Klein delivered the

7    eulogy at Steven Pollard's funeral just the year

8    before.

9              And in January of this year, two

10   police officers were gunned down in

11   Senator Cleare's district.  One of them was not

12   married.  He was Police Officer Wilbert Mora,

13   27 years old, no wife, no children, but two

14   surviving parents.

15             This bill will see to it that their

16   parents will be able to collect the line of duty

17   death benefit that they're entitled to.

18             Thank you, Mr. President.  I thank

19   my colleagues for supporting this measure.

20             ACTING PRESIDENT BAILEY:   Senator

21   Savino to be recorded in the affirmative.

22             Announce the results.

23             THE SECRETARY:   Ayes, 63.

24             ACTING PRESIDENT BAILEY:   The bill

25   is passed.

1            THE SECRETARY:   Calendar Number

2    1911, Senate Print 9086, by Senator Mannion, an

3    act relating to assessing the staffing and other

4    issues causing the continued displacement of

5    individuals with developmental disabilities.

6            ACTING PRESIDENT BAILEY:   Read the

7    last section.

8            THE SECRETARY:   Section 4.  This

9    act shall take effect immediately.

10           ACTING PRESIDENT BAILEY:   Call the

11   roll.

12           (The Secretary called the roll.)

13           ACTING PRESIDENT BAILEY:   Announce

14   the results.

15           THE SECRETARY:   Ayes, 63.

16           ACTING PRESIDENT BAILEY:   The bill

17   is passed.

18           THE SECRETARY:   Calendar Number

19   1912, Senate Print 9119, by Senator Gounardes, an

20   act to amend the Retirement and Social Security

21   Law.

22           ACTING PRESIDENT BAILEY:   Read the

23   last section.

24           THE SECRETARY:   Section 13.  This

25   act shall take effect immediately.

5441

```
 1                    ACTING PRESIDENT BAILEY:   Call the
 2      roll.
 3                    (The Secretary called the roll.)
 4                    ACTING PRESIDENT BAILEY:   Announce
 5      the results.
 6                    THE SECRETARY:   In relation to
 7      Calendar Number 1912, voting in the negative:
 8      Senator Borrello.
 9                    Ayes, 62.  Nays, 1.
10                    ACTING PRESIDENT BAILEY:   The bill
11      is passed.
12                    THE SECRETARY:   Calendar Number
13      1913, Assembly Print Number 10231, by the
14      Assembly Committee on Rules, an act to authorize
15      the County of Clinton to offer an optional
16      25-year retirement plan to certain deputy
17      sheriffs.
18                    ACTING PRESIDENT BAILEY:   There is
19      a home-rule message at the desk.
20                    Read the last section.
21                    THE SECRETARY:   Section 2.  This
22      act shall take effect immediately.
23                    ACTING PRESIDENT BAILEY:   Call the
24      roll.
25                    (The Secretary called the roll.)
```

Kirkland Reporting Service

5442

```
 1                    ACTING PRESIDENT BAILEY:    Announce
 2       the results.
 3                    THE SECRETARY:    In relation to
 4       Calendar Number 1913, voting in the negative:
 5       Senator Brisport.
 6                    Ayes, 62.  Nays, 1.
 7                    ACTING PRESIDENT BAILEY:    The bill
 8       is passed.
 9                    THE SECRETARY:    Calendar Number
10       1914, Senate Print 9149, by Senator Gounardes, an
11       act to amend the Workers' Compensation Law.
12                    ACTING PRESIDENT BAILEY:    Read the
13       last section.
14                    THE SECRETARY:    Section 4.  This
15       act shall take effect immediately.
16                    ACTING PRESIDENT BAILEY:    Call the
17       roll.
18                    (The Secretary called the roll.)
19                    ACTING PRESIDENT BAILEY:    Announce
20       the results.
21                    THE SECRETARY:    In relation to
22       Calendar 1914, those Senators voting in the
23       negative are Senators Jordan, Oberacker, O'Mara,
24       Ortt and Tedisco.
25                    Ayes, 58.  Nays, 5.
```

5443

```
 1                    ACTING PRESIDENT BAILEY:   The bill
 2     is passed.
 3                    THE SECRETARY:   Calendar Number
 4     1915, Senate Print 9349, by Senator Myrie, an act
 5     to amend the Facilities Development Corporation
 6     Act.
 7                    ACTING PRESIDENT BAILEY:   Read the
 8     last section.
 9                    THE SECRETARY:   Section 2.  This
10     act shall take effect immediately.
11                    ACTING PRESIDENT BAILEY:   Call the
12     roll.
13                    (The Secretary called the roll.)
14                    ACTING PRESIDENT BAILEY:   Announce
15     the results.
16                    THE SECRETARY:   Ayes, 63.
17                    ACTING PRESIDENT BAILEY:   The bill
18     is passed.
19                    THE SECRETARY:   Calendar Number
20     1916, Senate Print 9352, by Senator Lanza, an act
21     to amend the Environmental Conservation Law.
22                    ACTING PRESIDENT BAILEY:   Read the
23     last section.
24                    THE SECRETARY:   Section 3.  This
25     act shall take effect immediately.
```

```
 1                    ACTING PRESIDENT BAILEY:   Call the
 2      roll.
 3                    (The Secretary called the roll.)
 4                    ACTING PRESIDENT BAILEY:   Announce
 5      the results.
 6                    THE SECRETARY:   Ayes, 63.
 7                    ACTING PRESIDENT BAILEY:   The bill
 8      is passed.
 9                    THE SECRETARY:   Calendar Number
10      1918, Senate Print 9448, by Senator Brouk, an act
11      to amend the Education Law.
12                    ACTING PRESIDENT BAILEY:   Read the
13      last section.
14                    THE SECRETARY:   Section 2.  This
15      act shall take effect on the 90th day after it
16      shall have become a law.
17                    ACTING PRESIDENT BAILEY:   Call the
18      roll.
19                    (The Secretary called the roll.)
20                    ACTING PRESIDENT BAILEY:   Announce
21      the results.
22                    THE SECRETARY:   Ayes, 63.
23                    ACTING PRESIDENT BAILEY:   The bill
24      is passed.
25                    THE SECRETARY:   Calendar Number
```

1    1919, Senate Print 9469, by Senator Hinchey, an

2    act to amend the Public Service Law.

3                    SENATOR GIANARIS:   Lay it aside for

4    the day.

5                    ACTING PRESIDENT BAILEY:   Lay the

6    bill aside for the day.

7                    THE SECRETARY:   Calendar Number

8    1920, Senate Print 9471, by Senator Kavanagh, an

9    act to amend the Real Property Tax Law.

10                   SENATOR GIANARIS:   Lay it aside for

11   the day.

12                   ACTING PRESIDENT BAILEY:   Lay the

13   bill aside for the day.

14                   THE SECRETARY:   Calendar Number

15   1921, Senate Print 9478, by Senator Jackson, an

16   act to amend the Civil Service Law and the

17   State Finance Law.

18                   SENATOR GIANARIS:   Mr. President,

19   is there a message of necessity at the desk?

20                   ACTING PRESIDENT BAILEY:   There is

21   a message of necessity at the desk.

22                   SENATOR GIANARIS:   Move to accept

23   the message of necessity.

24                   ACTING PRESIDENT BAILEY:   All those

25   in favor of accepting the message of necessity,

5446

```
 1    please signify by saying aye.
 2                 (Response of "Aye.")
 3                 ACTING PRESIDENT BAILEY:   Opposed,
 4    nay.
 5                 (Response of "Nay.")
 6                 ACTING PRESIDENT BAILEY:   The
 7    message is accepted.
 8                 Read the last section.
 9                 THE SECRETARY:   Section 28.  This
10    act shall take effect immediately.
11                 ACTING PRESIDENT BAILEY:   Call the
12    roll.
13                 (The Secretary called the roll.)
14                 ACTING PRESIDENT BAILEY:   Senator
15    Gaughran to explain his vote.
16                 SENATOR GAUGHRAN:   Thank you,
17    Mr. President.
18                 And so I guess the last time I will
19    speak on this Senate floor, I wanted to rise to
20    pay tribute to the great civil servants of this
21    state.
22                 And this bill, I want to thank our
23    leader for bringing it to the floor, and all the
24    great leadership she has given us.  I want to
25    thank the sponsor, Senator Jackson, for bringing
```

1    it forward.

2                  And this recognizes a collective

3    bargaining agreement that has been brought

4    together by all the parties.  But I think it

5    speaks in a broader term, because the four years

6    I've been in this Senate, we passed a lot of

7    great bills, we do a lot of great things, but

8    it's the men and women who work hard, whether

9    they are civil servants, whether they are the

10   staff of this great Senate -- no matter what they

11   do, they make us look great and they make our

12   state look great.

13                  I vote in the affirmative.

14                  ACTING PRESIDENT BAILEY:   Senator

15   Gaughran to be recorded in the affirmative.

16                  (Sustained applause.)

17                  ACTING PRESIDENT BAILEY:   Thank

18   you, Senator Gaughran.

19                  Announce the results.

20                  THE SECRETARY:   Ayes, 63.

21                  ACTING PRESIDENT BAILEY:   The bill

22   is passed.

23                  THE SECRETARY:   Calendar Number

24   1922, Senate Print 74A, by Senator Hoylman, an

25   act to amend the Estates, Powers and Trusts Law.

```
1                    SENATOR LANZA:   Lay it aside.

2                    ACTING PRESIDENT BAILEY:   After

3       that, we lay it aside.

4                    (Laughter.)

5                    THE SECRETARY:   Calendar Number

6       1923, Assembly Print Number 7389C, by the

7       Assembly Committee on Rules, an act to amend the

8       Environmental Conservation Law.

9                    SENATOR LANZA:   Lay it aside.

10                    ACTING PRESIDENT BAILEY:   Lay it

11      aside.

12                    THE SECRETARY:   Calendar Number

13      1924, Assembly Print Number 9343B, by

14      Assemblymember Magnarelli, an act to amend the

15      General Business Law.

16                    ACTING PRESIDENT BAILEY:   Read the

17      last section.

18                    THE SECRETARY:   Section 3.  This

19      act shall take effect on the 60th day after it

20      shall have become a law.

21                    ACTING PRESIDENT BAILEY:   Call the

22      roll.

23                    (The Secretary called the roll.)

24                    ACTING PRESIDENT BAILEY:   Senator

25      Kaminsky to explain his vote.
```

```
 1                SENATOR KAMINSKY:    Thank you,
 2    Mr. President.
 3                First I want to speak about this
 4    particular bill.  And, you know, as the author of
 5    the CLCPA, I have tremendous respect for the
 6    sponsor, the chair of the Energy Committee, and
 7    what he's doing here.
 8                I'm going to be voting in the
 9    negative on this because I believe that we should
10    want to work with the industry to help make it
11    greener, but obviously I'm grateful for all the
12    efforts we've done to protect the environment
13    here.
14                I just want to take this last
15    moment, like our previous speaker did, to just
16    very briefly reflect.  When I first came to
17    Legislature seven years ago, I did not have a
18    respect for the work that happened here.  And
19    probably because I spent the last previous seven
20    years investigating it.
21                (Laughter.)
22                SENATOR KAMINSKY:    So the first day
23    I walked in the Assembly, I actually shook hands
24    with three members who didn't know I had
25    investigated them.  And they said, I'm so-and-so.
```

```
 1    And in my head, I'm like, I've read your bank
 2    accounts for like the last two years.
 3              (Laughter.)
 4              SENATOR KAMINSKY:   And when I got
 5    to the urinal the first time in the Assembly
 6    bathroom, someone at the urinal next to me said,
 7    "I have a crackling on my phone.  Do you think
 8    I'm being tapped?"  And I said, "I just think you
 9    need to change your provider."
10              It was a very weird conversation.
11              (Laughter.)
12              SENATOR KAMINSKY:   But I have come
13    to have a healthy respect -- a tremendous respect
14    for the work that's done here.
15              First, just look where we are.  Look
16    where we are.  We're in the hallowed halls where
17    Roosevelts have walked and where New York has
18    paved the way, for generations, to do great
19    things and lead the way in America.  And we have
20    worked together to solve some very important
21    problems.
22              I've gotten to help the families of
23    9/11 first responders, differently-abled
24    children, Sandy victims, and so many of our -- to
25    help so many of our neighbors.  I was entrusted
```

1  the chair of the Environment Committee, got to

2  work on the CLCPA.  But the most important thing

3  I'll remember are the friendships I've made here

4  and the hard work of the people that keep this

5  building going.

6          Thank you to Shontell Smith, to

7  Eric Katz, to Halie Meyers, my amazing chief of

8  staff -- you know, my favorite memory of Halie is

9  one day we got a tip from the previous Governor's

10 office that vaccine appointments were going to be

11 going online at 2 in the morning or 3 in the

12 morning, and you can tell your constituents when

13 they wake up they could get them.

14         Well, that wasn't good enough.

15 Halie got up at 2 in the morning, had a list of

16 about a hundred people over 80 years old that

17 needed them.  And when they woke up in the

18 morning, they already had their appointments,

19 because that's the dedication that Halie and my

20 staff have for the people on Long Island and the

21 people of New York that we get to represent.

22         And most importantly, I got to be

23 here to play a small part, but to basically watch

24 Andrea Stewart-Cousins show the world what

25 leadership means, to ascend that rostrum and to

```
 1    entrust us all to do the landmark legislation and
 2    the groundbreaking things that we have done.
 3                    So I'm going to miss the
 4    friendships.  It's been the honor of my lifetime
 5    to get to serve the people of New York State.
 6    Please keep up the good work.  And I'll be
 7    watching, and I'll be voting.  God bless.
 8                    Thank you.
 9                    (Standing ovation.)
10                    ACTING PRESIDENT BAILEY:   Announce
11    the results.
12                    THE SECRETARY:   In relation to
13    Calendar Number 1924, voting in the negative:
14    Senator Kaminsky.
15                    Ayes, 62.  Nays, 1.
16                    ACTING PRESIDENT BAILEY:   The bill
17    is passed.
18                    THE SECRETARY:   Calendar Number
19    1925, Senate Print 8850, by Senator Kavanagh, an
20    act to amend Chapter 56 of the Laws of 2021.
21                    ACTING PRESIDENT BAILEY:   Read the
22    last section.
23                    SENATOR LANZA:   Lay it aside.
24                    ACTING PRESIDENT BAILEY:   Lay it
25    aside.
```

```
 1                    THE SECRETARY:   Calendar Number
 2       1926, Assembly Print Number 4535A, by
 3       Assemblymember Cook, an act to amend the
 4       Insurance Law.
 5                    ACTING PRESIDENT BAILEY:   Read the
 6       last section.
 7                    THE SECRETARY:   Section 2.  This
 8       act shall take effect immediately.
 9                    ACTING PRESIDENT BAILEY:   Call the
10       roll.
11               (The Secretary called the roll.)
12                    ACTING PRESIDENT BAILEY:   Announce
13       the results.
14               (Pause.)
15                    THE SECRETARY:   Ayes, 63.
16                    ACTING PRESIDENT BAILEY:   The bill
17       is passed.
18               (Laughter.)
19                    ACTING PRESIDENT BAILEY:   Senator
20       Gianaris, that completes the reading of the
21       supplemental calendar.
22                    SENATOR GIANARIS:   Thank you,
23       Mr. President.
24                    I understand a couple of the bills
25       we took up on this calendar passed the Assembly
```

1    first, so we need to take care of some

2    administrative work.  So back to motions.

3                 On behalf of Senator Comrie, I wish

4    to call up Senate Bill 5535, please.

5                 ACTING PRESIDENT BAILEY:   The

6    Secretary will read.

7                 THE SECRETARY:   Calendar Number

8    1189, Senate Print 5535, by Senator Comrie, an

9    act to amend the Not-For-Profit Corporation Law.

10                SENATOR GIANARIS:   Move to

11   reconsider the vote by which the bill was passed

12   and ask that the bill be restored to the order of

13   third reading.

14                ACTING PRESIDENT BAILEY:   Call the

15   roll on reconsideration.

16                (The Secretary called the roll.)

17                THE SECRETARY:   Ayes, 63.

18                ACTING PRESIDENT BAILEY:   The bill

19   is restored to its place on the Third Reading

20   Calendar.

21                SENATOR GIANARIS:   I now move to

22   discharge, from the Committee on Rules,

23   Assembly Print 382 and substitute it for that

24   identical bill.

25                ACTING PRESIDENT BAILEY:   I now

```
 1    move that the substituted Assembly bill have its
 2    third reading at this time.
 3                    THE SECRETARY:   Calendar Number
 4    1189, Assembly Number 382, by
 5    Assemblymember Paulin, an act to amend the
 6    Not-For-Profit Corporation Law.
 7                    ACTING PRESIDENT BAILEY:   Read the
 8    last section.
 9                    THE SECRETARY:   Section 7.  This
10    act shall take effect on the 90th day after it
11    shall have become a law.
12                    ACTING PRESIDENT BAILEY:   Call the
13    roll.
14                    (The Secretary called the roll.)
15                    ACTING PRESIDENT BAILEY:   Announce
16    the results.
17                    THE SECRETARY:   In relation to
18    Calendar 1189, voting in the negative are
19    Senators Felder and Skoufis.
20                    Ayes, 61.  Nays, 2.
21                    ACTING PRESIDENT BAILEY:   The bill
22    is passed.
23                    Senator Gianaris.
24                    SENATOR GIANARIS:   And,
25    Mr. President, on behalf of Senator Sanders, I
```

1    wish to call up Senate Print 8343, please.

2                    ACTING PRESIDENT BAILEY:    The

3    Secretary will read.

4                    THE SECRETARY:    Calendar Number

5    929, Senate Print 8343, by Senator Sanders, an

6    act in relation to establishing the New York

7    State Cryptocurrency and Blockchain Study Task

8    Force.

9                    ACTING PRESIDENT BAILEY:    Call the

10    roll on reconsideration.

11                    (The Secretary called the roll.)

12                    THE SECRETARY:    Ayes, 63.

13                    SENATOR GIANARIS:    Thank you for

14    accepting my motion to reconsider the vote,

15    Mr. President.    Is it now on third reading?

16                    ACTING PRESIDENT BAILEY:    Yes.

17                    (Laughter.)

18                    ACTING PRESIDENT BAILEY:    The bill

19    is restored to its place on the Third Reading

20    Calendar.

21                    SENATOR GIANARIS:    Move to

22    discharge, from the Committee on Rules,

23    Assembly Print Number 9275 and substitute it for

24    the identical bill.

25                    ACTING PRESIDENT BAILEY:    I now

```
 1    move that the substituted Assembly bill have its
 2    third reading at this time.
 3                    THE SECRETARY:   Calendar Number
 4    929, Assembly Print Number 9275, by
 5    Assemblymember Vanel, an act in relation to
 6    establishing the New York State Cryptocurrency
 7    and Blockchain Study Task Force.
 8                    ACTING PRESIDENT BAILEY:   Read the
 9    last section.
10                    THE SECRETARY:   Section 2.  This
11    act shall take effect immediately.
12                    ACTING PRESIDENT BAILEY:   Call the
13    roll.
14              (The Secretary called the roll.)
15                    ACTING PRESIDENT BAILEY:   Announce
16    the results.
17                    THE SECRETARY:   In relation to
18    Calendar 929, those Senators voting in the
19    negative are Senators Akshar and Brisport.
20                    Ayes, 61.  Nays, 2.
21                    ACTING PRESIDENT BAILEY:   The bill
22    is passed.
23                    Senator Gianaris.
24                    SENATOR GIANARIS:   Thank you, sir.
25                    Let us take up the controversial
```

5458

```
 1    calendar now, please.
 2                    ACTING PRESIDENT BAILEY:   The
 3    Secretary will ring the bell.
 4                    The Secretary will read.
 5                    THE SECRETARY:   Calendar Number
 6    1890, Assembly Print Number 3491B, by
 7    Assemblymember Galef, an act to amend the
 8    Real Property Tax Law.
 9                    ACTING PRESIDENT BAILEY:   Senator
10    Rath.
11                    SENATOR RATH:   Through you,
12    Mr. President, will the sponsor yield for some
13    questions.
14                    ACTING PRESIDENT BAILEY:   Will the
15    sponsor yield?
16                    SENATOR REICHLIN-MELNICK:   Yes, I'd
17    be glad to.
18                    ACTING PRESIDENT BAILEY:   The
19    sponsor yields.
20                    SENATOR RATH:   Thank you.
21                    Senator Reichlin-Melnick, it is
22    late, it's almost 1 o'clock, I will keep my
23    questions brief.  But they're important.
24                    Through you, Mr. President, in a
25    market where housing stock is scarce, is the
```

1    sponsor concerned that altering the assessment

2    for condos and co-ops could jeopardize housing

3    availability in growing or developing areas?

4              SENATOR REICHLIN-MELNICK:    Through

5    you, Mr. President, I am not especially concerned

6    because this is a bill that simply gives every

7    local government outside New York City and

8    Nassau County the option to change the way that

9    they value new -- after 2023 -- condo and co-op

10   construction.

11             So if a local government is

12   concerned about the limitation, they don't need

13   to participate in this methodology.

14             SENATOR RATH:    Through you,

15   Mr. President, will the sponsor continue to

16   yield?

17             ACTING PRESIDENT BAILEY:    Will the

18   sponsor yield?

19             (Pause.)

20             SENATOR REICHLIN-MELNICK:    Yes, I'm

21   sorry.  The hour is late.  Through you,

22   Mr. President, yes.

23             ACTING PRESIDENT BAILEY:    The

24   sponsor yields.

25             SENATOR RATH:    Next question.  What

```
 1    certainty does a developer of a rental building

 2    have that may be converting to a co-op or a condo

 3    that the assessment methodology would not change

 4    during the construction or permitting process?

 5              SENATOR REICHLIN-MELNICK:    Through

 6    you, Mr. President.  Again, this is a local

 7    option.  And so I would certainly encourage any

 8    government considering -- that would consider

 9    doing this to take that very seriously under

10    consideration.

11              The reason that I introduced this

12    legislation and that the Assembly has already

13    passed it on a nearly unanimous vote is because

14    the methodology that is currently used to assess

15    condos and co-ops is somewhat nonsensical.  You

16    could have two single-family houses, essentially,

17    side by side, one of them part of a co-op

18    association, or a condo, and one that is not.

19    And the assessment on them would be very

20    different, and their property tax burden would be

21    very different.

22              An investigation by Syracuse.com was

23    locating several houses where they found, for

24    instance, the same houses, side by side, that

25    were assessed dramatically differently because
```

```
 1    one of them was considered to be a condo and one
 2    was not.
 3                    And so that's the point of this
 4    bill, to give a local community that feels this
 5    does not make sense, it is unfairly burdening
 6    single-family homeowners with higher assessed
 7    values, it would give them this opportunity to
 8    change the way that they assess condos and
 9    co-ops.
10                    SENATOR RATH:   Through you,
11    Mr. President, will the sponsor continue to
12    yield?
13                    ACTING PRESIDENT BAILEY:   Will the
14    sponsor yield?
15                    SENATOR REICHLIN-MELNICK:   Yes.
16                    ACTING PRESIDENT BAILEY:   The
17    sponsor yields.
18                    SENATOR RATH:   In many instances
19    condos and co-ops are attractive for mobile
20    residents -- who like to move back and forth --
21    seeking smaller footholds in New York.
22    Particularly, I know of many retirees who prefer
23    these type of living situations, given the
24    affordability and lesser space of the smaller
25    places where they'll live.
```

```
 1              Is the sponsor concerned that the
 2     higher taxes as a result of this measure will
 3     dissuade these individuals from staying in
 4     New York State?
 5              SENATOR REICHLIN-MELNICK:   Through
 6     you, Mr. President, I think one of the reasons
 7     this bill is necessary is because, contrary to
 8     what many of us think of condos and co-ops
 9     necessarily being smaller units, that is not the
10     case in many of these newer developments.
11              There are many situations where
12     there have been single -- what essentially are
13     developments of single-family houses.  There's
14     one in my district on a golf course where there
15     are 12 luxury -- basically luxury mansions,
16     McMansions, whatever you want to call them, which
17     are considered to be a condo association and
18     taxed as if they were these smaller units, and
19     yet similar houses that are visually identical
20     from the street would pay a significantly lower
21     {sic} property tax.
22              And so this is essentially a
23     loophole which developers have been able to
24     exploit to build and market single-family houses
25     at a preferable tax rate, where existing
```

```
 1    single-family homeowners in the community are
 2    stuck paying a much higher rate.
 3                   And so this gives a community the
 4    option -- not a requirement -- to address that
 5    inequity.
 6                   SENATOR RATH:   Through you,
 7    Mr. President, will the sponsor continue to
 8    yield.
 9                   ACTING PRESIDENT BAILEY:   Will the
10    sponsor yield?
11                   SENATOR REICHLIN-MELNICK:   I will.
12                   ACTING PRESIDENT BAILEY:   The
13    sponsor yields.
14                   SENATOR RATH:   Last question.  This
15    is a specific question.
16                   Doesn't a condo with 100 units
17    provide a net tax benefit to a municipality,
18    versus 100 single-family homes which require more
19    municipal services?
20                   SENATOR REICHLIN-MELNICK:   Through
21    you, Mr. President.  The point of this bill,
22    again, is that we are -- ought to be valuing
23    properties in our assessments based on the type
24    of property.
25                   And so when you have -- you could
```

5464

```
 1    have an apartment building, as you said with
 2    100 condo units, versus an apartment building
 3    with 100 rental units, and the assessment would
 4    be very different simply based on the type of
 5    ownership, not the number of units, not the type
 6    of, you know, a hundred single-family homes.
 7              And so I think that part of this is
 8    about saying, again, if we have a situation, as
 9    we do in many parts of the state -- I represent
10    the Hudson Valley, was quoting something from
11    near Syracuse.  This article also indicates some
12    similar issues out near the district that you
13    represent -- where you have single-family
14    units -- again, there are cases where we've got
15    traditional condos that, yes, they might be in a
16    multifamily building, and many new cases where
17    you have a condo that you could walk right by and
18    you would never know it's a condo because it
19    looks like a standard single-family house.
20              And again, I think it is important
21    to give a local community the option, not the
22    requirement, to treat these properties based on
23    the type of property, not the ownership class.
24              SENATOR RATH:   Mr. President, on
25    the bill.
```

5465

```
 1                ACTING PRESIDENT BAILEY:   Senator

 2    Rath on the bill.

 3                SENATOR RATH:   This is a major

 4    issue in my district, and it's a major issue I

 5    think in many areas, suburban areas around

 6    New York State.

 7                I have heard from many stakeholders

 8    in my district where this will be disastrous for

 9    Western New York development and for Western

10    New York growth.  We need measures that I believe

11    prioritize affordability and incentivize smart

12    and rational growth.

13                This measure undermines all of those

14    goals.  For those reasons, Mr. President, I will

15    be in the negative.  Thank you.

16                ACTING PRESIDENT BAILEY:   Are there

17    any other Senators wishing to be heard?

18                Seeing and hearing none, debate is

19    closed.  The Secretary will ring the bell.

20                Read the last section.

21                THE SECRETARY:   Section 2.  This

22    act shall take effect immediately.

23                ACTING PRESIDENT BAILEY:   Call the

24    roll.

25                (The Secretary called the roll.)
```

Kirkland Reporting Service

```
 1              ACTING PRESIDENT BAILEY:   Announce
 2     the results.
 3              THE SECRETARY:   In relation to
 4     Calendar Number 1890, those Senators voting in
 5     the negative are Senators Akshar, Bailey,
 6     Borrello, Boyle, Comrie, Gallivan, Gaughran,
 7     Griffo, Helming, Kennedy, Lanza, Liu, Martucci,
 8     Mattera, Mayer, Oberacker, O'Mara, Palumbo,
 9     Ramos, Rath, Serino, Skoufis, Stavisky, Tedisco
10     and Weik.
11              Ayes, 38.  Nays, 25.
12              ACTING PRESIDENT BAILEY:   The bill
13     is passed.
14              THE SECRETARY:   Calendar Number
15     1922, Senate Print 74A, by Senator Hoylman, an
16     act to amend the Estates, Powers and Trusts.
17              ACTING PRESIDENT BAILEY:   Senator
18     Borrello, why do you rise?
19              SENATOR BORRELLO:   Mr. President,
20     will the sponsor yield for questions on something
21     else?
22              ACTING PRESIDENT BAILEY:   Senator
23     Hoylman, will you yield?
24              SENATOR HOYLMAN:   Yes,
25     Mr. President.
```

```
 1              ACTING PRESIDENT BAILEY:   The
 2    sponsor yields.
 3              SENATOR BORRELLO:   All right.  It's
 4    been a while, Senator Hoylman.
 5              SENATOR HOYLMAN:   Yes.
 6              SENATOR BORRELLO:   Through you,
 7    Mr. President.  I know this bill is going to
 8    expand those who can get damages in medical
 9    malpractice.
10              My first question is, you know,
11    New York State is already the highest when it
12    comes to medical malpractice payouts -- in 2019,
13    $661 million, dwarfing Pennsylvania at
14    $394 million and Florida at $335 million.
15              New York State also leads the nation
16    in payouts per resident, at $37.04 for every
17    single man, woman and child in New York State.
18              So why do you think that is?  And do
19    you think that's a problem?
20              SENATOR HOYLMAN:   Through you,
21    Mr. President.  This bill is important because it
22    resets not just who can file a wrongful death,
23    but what they can file for.  The bill authorizes
24    the recovery of noneconomic damages.
25              Under the current law, a jury or
```

5468

```
 1    judge in a wrongful death case can only award
 2    damages based on pecuniary or financial loss.
 3    This excludes noneconomic loss, such as emotional
 4    harm experienced by a decedent's loved ones.
 5               And this bill would remove that
 6    restriction and expand possible damages to
 7    include grief or anguish caused by the death,
 8    loss of love, society, protection, comfort,
 9    companionship and consortium, loss of nurture,
10    guidance, counsel, advice, training and education
11    and training resulting from the death.
12               New York is an outlier.  We are one
13    of only two states that don't allow noneconomic
14    damages.
15               And another thing I wish to point
16    out, Mr. President, is that this statute hasn't
17    been updated in 175 years.  In fact, it was 1847
18    when this law was written.  That was when James
19    Polk was president, the automobile hadn't yet
20    been invented, antiseptics, aspirin, penicillin
21    were not available.  Dick Gottfried had just
22    finished his first term in the Assembly.
23               (Laughter; applause.)
24               SENATOR HOYLMAN:   It is time to
25    update this statute for the people of New York.
```

5469

```
 1                    SENATOR BORRELLO:   Mr. President,
 2      will the sponsor continue to yield.
 3                    ACTING PRESIDENT BAILEY:   Senator
 4      Borrello, are you going to ask questions after
 5      that?  All right.
 6                    (Laughter.)
 7                    ACTING PRESIDENT BAILEY:   Will the
 8      sponsor yield?
 9                    SENATOR HOYLMAN:   Yes,
10      Mr. President.
11                    ACTING PRESIDENT BAILEY:   The
12      sponsor yields.
13                    SENATOR BORRELLO:   Notwithstanding
14      that.
15                    Well, you know, your bill calls for
16      a surviving close family member, which is really
17      kind of a vague term.  So wouldn't this really
18      allow an unlimited amount of family members to
19      recover damages from wrongful death?
20                    SENATOR HOYLMAN:   Well, a
21      distributee right now is defined in the statute
22      and refers to only one who is entitled to
23      property from the decedent under the inheritance
24      statutes.
25                    This bill would remove that
```

1    restriction and allow for the award of damages to

2    any surviving close family member, including a

3    spouse, children or parents.

4            The bill would expressly include

5    domestic partners, among those for whom damages

6    may be recovered.  And the bill would instruct

7    the fact-finder to determine who qualifies as a

8    close family member of the decedent, so it would

9    be up to the jury to determine that.

10            SENATOR BORRELLO:   Mr. President,

11   will the sponsor continue to yield.

12            ACTING PRESIDENT BAILEY:   Will the

13   sponsor yield?

14            SENATOR HOYLMAN:   Yes,

15   Mr. President.

16            ACTING PRESIDENT BAILEY:   The

17   sponsor yields.

18            SENATOR BORRELLO:   You mentioned

19   trying to bring us in line with other states,

20   and -- but other states actually cap those

21   awards.  This bill does not.  Is that a concern?

22            SENATOR HOYLMAN:   Through you,

23   Mr. President.  Not all states do cap.  Illinois,

24   in fact, just removed their caps recently, and we

25   haven't seen skyrocketing medical malpractice

1    insurance fees there.

2              But here's another concern about

3    caps.  We think the Constitution of the State of

4    New York actually prohibits caps.  Article 1,

5    Section 16 says "The right of action now existing

6    to recover damages for injuries resulting in

7    death shall never be abrogated and the amount

8    recoverable shall not be subject to any statutory

9    limitations."

10             SENATOR BORRELLO:   Mr. President,

11   will the sponsor continue to yield.

12             ACTING PRESIDENT BAILEY:   Will the

13   sponsor yield?

14             SENATOR HOYLMAN:   Yes,

15   Mr. President.

16             ACTING PRESIDENT BAILEY:   The

17   sponsor yields.

18             SENATOR BORRELLO:   So we're going

19   to have unlimited amounts of awards for what

20   could potentially be an unlimited amount of

21   people.  Studies show that this is going to

22   increase the cost of medical liability premiums

23   by as much as 39.5 percent.

24             You know, we have hospitals that

25   just got through COVID, hospitals and doctors

 1    that are struggling.  Do you have a concern for

 2    this actually having a negative impact for us --

 3    for hospitals to be able to provide care?

 4                    SENATOR HOYLMAN:    Through you,

 5    Mr. President.  Of course we should all be

 6    concerned about our hospitals.

 7                    Let me say that if a jury sets an

 8    award, a judge can examine that award, and that

 9    happens routinely currently.  And that would

10    happen under this statute.

11                    And not only does the statute

12    recognize that families take many different

13    shapes, but also that no money can replace a

14    loved one's lost -- a father, a daughter, a

15    sibling, a domestic partner or a spouse.  But

16    financial compensation for family members

17    grieving a loved one's wrongful death is a

18    necessary accountability tool.  We think that

19    this statute is actually going to make

20    institutions and others safer as a result.

21                    SENATOR BORRELLO:   Mr. President,

22    on the bill.

23                    ACTING PRESIDENT BAILEY:   Senator

24    Borrello on the bill.

25                    SENATOR BORRELLO:   Senator Hoylman,

5473

```
 1    thank you very much for indulging me at this late
 2    hour.
 3              You know, I think we already know
 4    that New York State is probably the most
 5    expensive place to do any kind of business.  But
 6    when we start talking about healthcare, I've
 7    heard a lot of people in this chamber bemoan the
 8    high cost of healthcare.
 9              We are about to raise one of the
10    most expensive parts of being a doctor in
11    New York State, which is liability insurance, by
12    about 40 percent.  So we can't replace anyone, we
13    can't replace their grief, but we're going to put
14    a price tag on it and it's going to have no cap.
15              I understand that there are a lot of
16    people out there who make a lot of money by
17    recovering damages on behalf of grief-stricken
18    loved ones.  I get that.  But the problem is
19    New York State already has a problem.  We're
20    already the most expensive place to do pretty
21    much anything, and certainly healthcare is among
22    the highest in the nation.  And we talk about how
23    we're going to provide universal healthcare.
24    Well, things like this make healthcare less and
25    less affordable.
```

5474

```
 1              So I don't think this is a good
 2     idea.  I don't think the people of New York
 3     State, who are trying to just afford the basic
 4     cost of living, think this is a good idea, and
 5     I'll be a no on this one.
 6              So, Mr. President, that's all I have
 7     on this one.  Thank you.
 8              ACTING PRESIDENT BAILEY:   Thank
 9     you, Senator Borrello.
10              Are there any other Senators wishing
11     to be heard?
12              Seeing and hearing none -- Senator
13     Savino on the bill.
14              SENATOR SAVINO:   Thank you,
15     Mr. President.
16              I rise in support of this bill.  You
17     know, I've been here a long time now, 18 years.
18     In fact, when I first arrived in the Senate --
19     after I was recruited by Senator Krueger and her
20     colleague Senator Schneiderman and the former
21     Senator Paterson, who went on to become the
22     Governor -- I arrived here in the Senate and I
23     sat in that very chair where Senator Hoylman is
24     sitting now.  That was my first desk.  And if you
25     look in the desk, you'll see my name signed in
```

1    there.

2              By the way, you should all sign your

3    desks.  One of these desks belonged to FDR; his

4    name is in here somewhere.  I think Senator

5    Kennedy's desk is signed by George W. Plunkitt,

6    who seen his opportunities and he took 'em.

7    That's quite true.  I went from that desk to that

8    desk to three desks in the back there (pointing).

9              And over the 18 years, I've been a

10   cosponsor of Senator Hoylman's bill, and I've

11   heard all of the horror stories of what would

12   happen, and what would happen to New York if we

13   don't do it.  And over those 18 years, as we

14   know, 30 other states have had this statute in

15   place, and none of the horror stories came to

16   pass there.

17             But a lot of other things, you know,

18   I've learned along the way.  I didn't know

19   anything about medical malpractice when I got

20   here.  I didn't know anything about energy policy

21   when I got here.  I didn't know anything about a

22   lot of things when I got here.  I knew a little

23   bit about a lot.  And I learned so much from so

24   many people.

25             I can remember sitting in that desk,

1    sitting next to Senator John Sabini, who sat in

2    the chair that is now Senator Tedisco's.  And

3    every day I would sit next to him and say,

4    "What's going on?"  I had no idea.

5              I don't remember the first time I

6    spoke on the floor of the Senate, but I do

7    remember my first debate, and it was against

8    Senator Skelos, who was quite annoyed that I had

9    the nerve to lay aside one of his bills.

10             (Laughter.)

11             SENATOR SAVINO:   I have been here

12   through six majority leaders, five governors.

13   I've lost track of the number of lieutenant

14   governors that have presided over the Senate.

15             (Laughter.)

16             SENATOR SAVINO:   It has been an

17   amazing ride.  We have made history in this

18   chamber -- sometimes good, and sometimes bad.  I

19   have written some amazing pieces of legislation

20   with the help of the people in this chamber.

21             The first Domestic Workers' Bill of

22   Rights in the nation, correcting an 85-year

23   injustice to women, particularly women of color.

24   We wrote the most comprehensive wage theft law in

25   the country.  It set the standard for other

1    states.  Medical marijuana.  Couldn't have done

2    it without many of you in this room.  Over and

3    over and over, we made history.  Again, as I say,

4    sometimes it was good.  Sometimes it was

5    flattering.  Sometimes it wasn't.  I will never

6    recover from seeing the image of myself with a

7    clown head superimposed on it on the front page

8    of the New York Post sitting in that chair over

9    there.

10             But that is the price you pay for

11   being an elected official.  You take the

12   brickbats with the accolades, and we move on.

13   Because public service is a calling.

14             None of us are able to do what we do

15   without the people that first got us here and

16   then the people that make sure we stay here, and

17   that's our staff.  I have been blessed since I

18   got elected to have had the same chief of staff

19   for 18 years:  Robert Cataldo, he's been amazing.

20   The same scheduler, Joanne Carbone, 18 years.

21   Barbara O'Neill, my legislative director, who has

22   been probably one of the most prolific

23   legislative staffers.  She's worked for the

24   Legislature for 32 years.

25             I could go on and on about all of

1    the staff.  Our central staff are amazing.  None

2    of us could get anything done without them.  You

3    see them during the budget process.  They work

4    ungodly hours.  And they manage to put together

5    briefings and make us look good every day.

6                    The sergeants-at-arms that take care

7    of us, who protect us, make sure this chamber is

8    protected.  The staff here every day, running

9    chamber, who understand the integrity of the

10   Senate, respect it.  We couldn't do it without

11   any of you.

12                   So I've been asked a million times

13   am I going to miss it.  Of course there will be

14   things I miss.  Of course.  But, you know, you've

15   got to know when it's time to move on and do

16   other things.

17                   I am now, Senator Lanza, the

18   second-longest-serving Senator from

19   Staten Island -- after Senator Marchi, who served

20   for 54 years.  I was not going to meet that goal.

21   You will now move on to be the senior Senator

22   from Staten Island.  And I know you're up to the

23   task.

24                   But to every person in this chamber

25   who has helped me, who has criticized me --

```
 1                    (Laughter.)
 2                    SENATOR SAVINO:   Criticism is
 3    important.  We have to be willing to listen to
 4    each other.  But people who have been there and
 5    worked with me and allowed me to be able to
 6    deliver for not just the people that I represent,
 7    but for the people of the State of New York, I
 8    want to thank you.
 9                    And finally, to the Senate Majority
10    Leader, Andrea Stewart-Cousins, who did not have
11    to take me in.  You know, I belonged to a little
12    ragtag bunch of people that pissed off some of
13    you --
14                    (Laughter.)
15                    SENATOR SAVINO:   -- the Independent
16    Democratic Conference.  We were an experiment in
17    time.  And I'm -- I will -- I was proud of that,
18    and I'm still proud of it.  But I know it was
19    disruptive.
20                    But again, you know, when the time
21    came, she was incredibly gracious to me, brought
22    me into the conference, accepted me.  And I will
23    never forget that.
24                    And so this may very well be the
25    last time I speak on the floor, who knows.  It
```

```
 1    has been a hell of a ride.  I've enjoyed every
 2    minute.  But it's time for me to get off now and
 3    for someone else to get on.
 4                    Thank you, Mr. President.
 5                    (Extended standing ovation.)
 6                    ACTING PRESIDENT BAILEY:   After
 7    that, I must say debate is certainly closed.
 8                    (Laughter.)
 9                    ACTING PRESIDENT BAILEY:   The
10    Secretary will ring the bell.
11                    Read the last section.
12                    THE SECRETARY:   Section 2.  This
13    act shall take effect immediately.
14                    ACTING PRESIDENT BAILEY:   Call the
15    roll.
16                    (The Secretary called the roll.)
17                    ACTING PRESIDENT BAILEY:   Senator
18    Hoylman to explain his vote.
19                    SENATOR HOYLMAN:   Thank you,
20    Mr. President.  I just wanted to thank my
21    colleagues for their support of this important
22    legislation.
23                    You know, the current law providing
24    for economic loss only discriminates against
25    children, seniors, women, people of color --
```

```
 1    those who are traditionally undervalued in our
 2    society.  This is a major course correction in
 3    our law.
 4              And this is a bipartisan effort.
 5    You know, not for nothing, but we have 83 percent
 6    of the New York State Senate as cosponsors.
 7    That's not a supermajority, that's a super-duper
 8    majority, Mr. President.
 9              (Laughter.)
10              SENATOR HOYLMAN:   That includes --
11    thank you -- the Minority Leader as well as so
12    many members of the Senate on my side of the
13    aisle and the other side of the aisle.
14              (Laughter.)
15              SENATOR HOYLMAN:   We are going to
16    do a great thing with this legislation.
17              But I have to say, we are only here
18    because of a new voice in the Senate, a woman who
19    raised her voice and was heard by my colleagues
20    and most importantly by our Majority Leader.  I
21    want to thank Senator Cordell Cleare for being
22    clear to us about the importance of this
23    legislation, for sharing with us her personal
24    story.
25              And I cannot thank you enough, but
```

1    New Yorkers cannot thank you enough.

2                    Thank you very much.

3                    (Standing ovation.)

4                    ACTING PRESIDENT BAILEY:   Senator

5    Hoylman to be recorded in the affirmative.

6                    Senator Cleare to explain her vote.

7                    SENATOR CLEARE:   I wasn't going to

8    say anything, but -- and it's been a long night.

9    And I'm so proud of all of the work I have gotten

10   to do with all of you.  I feel very fortunate and

11   really lucky.

12                   But tonight, first I want to give

13   thanks to God, who brought me here.  It was His

14   strength that got me here.  And those of you who

15   know my story know, but I have a grateful heart.

16                   And I have profound thanks for the

17   leader, Andrea Stewart-Cousins, for her courage,

18   for her wisdom, for her leadership.  Senator Brad

19   Hoylman, thank you, sir.  Assemblywoman Helene

20   Weinstein.  My conference, and the people on my

21   side of the aisle.

22                   (Laughter.)

23                   SENATOR CLEARE:   I thank you for

24   finally bringing this important wrongful death

25   legislation to the floor.

```
 1              No family should have to lose a
 2    loved one under tragic circumstances and then
 3    learn during the midst of the grieving process
 4    that there's no recourse and no value placed on
 5    the life of the individual because they are a
 6    child or a senior or someone who was defined as
 7    of limited pecuniary value.
 8              So this legislation, as you know, is
 9    extraordinarily personal to me.  And today
10    New York joins the majority of states in
11    recognizing that the worth and value of a life
12    must be measured in a thoughtful and
13    comprehensive way, taking into account
14    noneconomic damages such as loss of love,
15    society, protection, comfort, companionship,
16    nurture, guidance, counsel and advice.
17              This is a proud night, and I am
18    indeed grateful.  And I vote aye.
19              Thank you.  Thank you.
20              ACTING PRESIDENT BAILEY:   Senator
21    Cleare to be recorded in the affirmative.
22              Announce the results.
23              THE SECRETARY:   In relation to
24    Calendar 1922, those Senators voting in the
25    negative are Senators Borrello, Breslin, Brooks,
```

5484

```
 1    Cooney, Oberacker and O'Mara.

 2                   Ayes, 57.  Nays, 6.

 3                   ACTING PRESIDENT BAILEY:   The bill

 4    is passed.

 5                   THE SECRETARY:   Calendar Number

 6    1923, Assembly Print Number 7389C, by

 7    Assemblymember Kelles, an act to amend the

 8    Environmental Conservation Law.

 9                   ACTING PRESIDENT BAILEY:   Senator

10    Borrello.

11                   SENATOR BORRELLO:   Mr. President.

12                   ACTING PRESIDENT BAILEY:   Good to

13    see you again.

14                   SENATOR BORRELLO:   It's good to be

15    here still -- that's not true.

16                   (Laughter.)

17                   SENATOR BORRELLO:   Will the sponsor

18    yield for a question?

19                   ACTING PRESIDENT BAILEY:   Will the

20    sponsor yield?

21                   SENATOR PARKER:   Through you,

22    Mr. President.

23                   ACTING PRESIDENT BAILEY:   Senator

24    Parker, good to see you.

25                   (Laughter.)
```

Kirkland Reporting Service

```
 1            ACTING PRESIDENT BAILEY:   The
 2   sponsor yields.
 3            SENATOR BORRELLO:    Through you,
 4   Mr. President.  Senator Parker, good to see you.
 5            Can you explain to me what this bill
 6   will do?
 7            SENATOR PARKER:   Yes, through you,
 8   Mr. President.  This bill is a bill that makes
 9   sure that a very specific activity around
10   mothballed peaker plants in fact stays consistent
11   with our Climate Leadership and Community
12   Protection Act.
13            As you know, a number of years ago,
14   we have moved to a process in which we have
15   decided that we need to address the issue of
16   climate change in a very, very serious way.  And
17   so members of this body banded together and
18   worked for a number of years to pass what we
19   lovingly call the CLCPA, the most bold and
20   audacious climate change legislation in the
21   history of our great nation.
22            As an effect of that, a number of
23   what we call peaker plants -- that these are
24   plants that during peak energy times in our state
25   are turned on for very short periods of time,
```

Kirkland Reporting Service

1    sometimes six seven, eight hours, usually not

2    more than nine to 12 hours, sometimes over the

3    course of a month.

4              What has happened is that there is

5    some economic activity that has come in, taken

6    over some of these plants, and are now running

7    some of these plants that oftentimes are very

8    dirty -- are running on coal, are running

9    sometimes on gas -- and then running these

10   plants, instead of a couple of hours a month,

11   they're running them 24 hours a day, seven days a

12   week, 365 days a year.

13             What this bill does is really two

14   things.  One, it asks us to pause for a little

15   while we study the impact of this economic

16   activity on in fact our environment.

17             And the second thing it does is that

18   it asks DEC to actually do a study to find out

19   what the impact is on our ecology, on our carbon

20   footprint, and how we can actually do this

21   activity better.

22             So, in short, that's what it does.

23             SENATOR BORRELLO:    Thank you,

24   Senator Parker.

25             Mr. President, will the sponsor

1     continue to yield?

2                    ACTING PRESIDENT BAILEY:   Will the

3     sponsor continue to yield?

4                    SENATOR PARKER:   Yes.  Through you,

5     Mr. President.

6                    ACTING PRESIDENT BAILEY:   The

7     sponsor yields.

8                    SENATOR BORRELLO:   So we've

9     established that these peaker plants have now

10    become -- I'm going to assume, if they're doing

11    cryptocurrency mining, and that's a -- there's a

12    lot of energy that's used there.  So -- but

13    they're in business, they're doing this, they've

14    made the investment.  How is this going to impact

15    those operations that are currently underway?

16                    SENATOR PARKER:   So when we talk

17    about those operations, it is the sum total of

18    one.  Right?  And the legislation is prospective,

19    and so has no particular impact on the operation

20    as it currently stands.

21                    SENATOR BORRELLO:   Thank you,

22    Senator Parker, for that answer.

23                    And Mr. President, will the sponsor

24    continue to yield?

25                    ACTING PRESIDENT BAILEY:   Will the

```
 1    sponsor yield?
 2              SENATOR PARKER:   Yes.
 3              ACTING PRESIDENT BAILEY:   The
 4    sponsor yields.
 5              SENATOR BORRELLO:   Well, there are
 6    other projects that are pending out there, is my
 7    understanding, and the DEC is reviewing them.
 8    How will this moratorium impact those that have
 9    permits currently under review by the DEC?
10              SENATOR PARKER:   As far as I
11    understand, DEC has one other permit pending, and
12    it would actually pause that -- the approval of
13    that permit until the study is complete.
14              SENATOR BORRELLO:   Mr. President,
15    will the sponsor continue to yield?
16              ACTING PRESIDENT BAILEY:   Will the
17    sponsor yield?
18              SENATOR PARKER:   Yes.
19              ACTING PRESIDENT BAILEY:   The
20    sponsor yields.
21              SENATOR BORRELLO:   And there are
22    others that are looking to request a change in
23    their current operations through DEC.  What will
24    happen to those?
25              SENATOR PARKER:   Through you,
```

```
 1    Mr. President, as far as I know -- you're saying
 2    that, but that's rhetorical.  Because until you
 3    put in an application, we don't know who's
 4    actually intending to in fact, you know, be
 5    involved in this particular endeavor.
 6                   SENATOR BORRELLO:   Mr. President,
 7    on the bill.
 8                   ACTING PRESIDENT BAILEY:   Senator
 9    Borrello on the bill.
10                   SENATOR BORRELLO:   You know, I
11    think that New York State is in a particularly
12    good position to take advantage of the
13    cryptocurrency market.
14                   And I know that there are those who
15    have concerns about that when it comes to the
16    environmental inspect.  But the truth of the
17    matter is if New York is going to continue to be
18    a leader in the financial world, this has to be a
19    part of it.  It has to be a part of New York's
20    portfolio.
21                   I think we all understand that there
22    is a movement around the planet when it comes to
23    cryptocurrencies.  The United States has enjoyed
24    the American dollar as being the reserve currency
25    of the world.  That puts us in a very unique
```

1    position.  I don't know that that's always going

2    to be the case.  And it's a very dangerous

3    situation, because the day that the U.S. dollar

4    is no longer the reserve currency of the world is

5    the day that we instantly become Venezuela or

6    Greece.  And that's not a position we want to be

7    in.

8              So New York should be leading in

9    this effort, and I think that's incredibly

10   important.

11             (Reaction on the floor.)

12             SENATOR BORRELLO:   I know you don't

13   think it's --

14             SENATOR GIANARIS:   (Inaudible.)

15             SENATOR BORRELLO:   Oh, I'm sorry.

16   Oh, the Greeks.  Well, you know.

17             (Laughter.)

18             SENATOR BORRELLO:   I'm talking

19   about the reserve currency of the world.  Would

20   you let me finish, please?  Thank you very much.

21             (Laughter.)

22             SENATOR BORRELLO:  And with that, I

23   have no more questions.  And this is my last bill

24   tonight.

25             (Laughter.)

```
 1                 SENATOR BORRELLO:   Thank you all
 2    very much.
 3                 (Laughter.)
 4                 ACTING PRESIDENT BAILEY:   Are there
 5    any other Senators wishing to be heard?
 6                 Senator Krueger on the bill.
 7                 SENATOR KRUEGER:   We do have
 8    entertaining debates here in the Senate, don't
 9    we.
10                 For the record, because there's so
11    much confusion here, this isn't going to put
12    cryptocurrency out of business in New York State
13    in any way, shape or form.  As you just heard the
14    sponsor say, there is one mine in an old peaker
15    plant.  We're not closing them down.  We're
16    studying the impact.  I suspect the impact will
17    be serious problems.
18                 But you know what?  There are large
19    numbers of cryptocurrency companies starting, and
20    apparently almost all of them have made a
21    commitment not to do this kind of overutilization
22    of our energy and our water, and that they have
23    pretty much all said, you know, we're sort of
24    inventing our currency so we can sell it, and
25    we've figured out we can invent it without using
```

1    up small countries' energy supplies.

2                So what this moratorium will do, I

3    believe, and what the DEC study will do, I

4    believe, is to wake up those in the industry who

5    think maybe this model is working for them, and

6    to say this model isn't going to work for you and

7    your competitors are going to jump way ahead of

8    you because they aren't going to have to face

9    being responsible for environmental damage, and

10   that smart entrepreneurs going into these fields

11   of cryptocurrency will realize they can build a

12   better mousetrap and get us to buy that if

13   they're not destroying our environment.

14               I have a lot of other concerns about

15   cryptocurrencies and whether it's a good idea for

16   investment or not, but that's not the topic of

17   this bill or this fight.  So I think probably

18   everybody in the cryptocurrency world is not

19   necessarily watching their TV tonight on us, but

20   are watching what happens here in New York.  And

21   I think the message will be very clear:  You can

22   do this, just do this right.

23               And since most of the companies out

24   there have already figured out how to do that,

25   the couple of recalcitrant ones will either

```
 1    figure that out or they weren't going to make it
 2    in this market anyway.
 3                   I vote yes.  Thank you.
 4                   ACTING PRESIDENT BAILEY:   Are there
 5    any other Senators wishing to be heard?
 6                   Seeing and hearing none, debate is
 7    closed.
 8                   The Secretary will ring the bell.
 9                   Read the last section.
10                   THE SECRETARY:   Section 2.  This
11    act shall take effect immediately.
12                   ACTING PRESIDENT BAILEY:  Call the
13    roll.
14                   (The Secretary called the roll.)
15                   ACTING PRESIDENT BAILEY:  Senator
16    Parker to explain his vote.
17                   SENATOR PARKER:   Thank you,
18    Mr. President.
19                   Let me thank all of my colleagues
20    and the leader for letting this legislation come
21    forward.  I know for a lot of my colleagues this
22    was a difficult vote to take.  I think there was
23    a lot of miseducation.
24                   I want to thank Liz Krueger, because
25    I think that she certainly, you know, laid out
```

1     the fact that this is not an anti-cryptocurrency
2     vote or bill.
3                   You know, first, I'm
4     pro-cryptocurrency.  I'm pro-cryptocurrency
5     mining in the State of New York.  But it has to
6     happen in comportment with the CLCPA and with our
7     climate goals.  And some of the activity that
8     we're seeing now is certainly not that way, and
9     we certainly want to kind of be in a place where
10    we can protect our environment.
11                   But also we understand that if, you
12    know, folks want to do cryptocurrency mining in
13    the State of New York -- which, again, I'm very
14    open to -- that they should do it in a
15    sustainable way.  Developing sustainable energy
16    is our next best opportunity to create full-time
17    jobs at a living wage with benefits in this great
18    state.  And we need those all over the state.
19    And certainly looking forward to both the study
20    but also an opportunity to work with these
21    companies as we grow our economy.
22                   And as I take my seat,
23    Mr. President, let me just say "opa" to all of
24    the people of Greece.
25                   SENATOR GIANARIS:   Thank you,

```
 1    Kevin.
 2                 (Laughter.)
 3                 ACTING PRESIDENT BAILEY:   Senator
 4    Parker to be recorded in the affirmative.
 5                 Announce the results.
 6                 THE SECRETARY:   In relation to
 7    Calendar 1923, those Senators voting in the
 8    negative are Senators Addabbo, Akshar, Borrello,
 9    Boyle, Cooney, Gallivan, Gaughran, Griffo,
10    Helming, Jordan, Kaminsky, Kennedy, Mannion,
11    Martucci, Mattera, Oberacker, O'Mara, Ortt,
12    Palumbo, Rath, Ritchie, Savino, Serino, Skoufis,
13    Stec, Tedisco and Weik.
14                 Ayes, 36.  Nays, 27.
15                 ACTING PRESIDENT BAILEY:   The bill
16    is passed.
17                 THE SECRETARY:   Calendar Number
18    1925, Senate Print 8850, by Senator Kavanagh, an
19    act to amend Chapter 56 of the Laws of 2021.
20                 ACTING PRESIDENT BAILEY:   Senator
21    O'Mara.
22                 SENATOR O'MARA:   Yes, good morning,
23    Mr. President.  Will the sponsor yield for a
24    couple of questions.
25                 ACTING PRESIDENT BAILEY:   Will the
```

1    sponsor yield for -- will the sponsor yield?

2              SENATOR KAVANAGH:   Yes,

3    Mr. President.

4              ACTING PRESIDENT BAILEY:   The

5    Senator yields.

6              SENATOR O'MARA:   Senator Kavanagh,

7    could you I guess just briefly explain what

8    this -- this is a pretty brief bill -- so what

9    you're attempting to do here with regards to the

10   Emergency Rental Assistance Program?

11             SENATOR KAVANAGH:   Yes.  Through

12   you, Mr. President, this is, as has been noted,

13   an amendment to the Emergency Rental Assistance

14   Program that was enacted as part of the budget in

15   2021.  That program, of course, is a program that

16   is intended to pay rent arrears that were

17   accumulated during the COVID pandemic.

18             We have funded that program to date

19   with about $3.55 billion, and also supplemented

20   that program with a program called LRAP, which

21   focuses on landlord debts at about $375 million,

22   for a total of about $4 billion.

23             When the program was initially

24   enacted, it had a provision in it that said that

25   residents of public housing or residents of

```
 1    certain other housing where the rent -- the
 2    tenant contribution of the rent can be adjusted,
 3    or is a set percentage of income, that those
 4    tenants are eligible for the program, but they
 5    effectively went to the bottom of the list.
 6                  This bill repeals the 50 words that
 7    provided for that and just puts tenants in public
 8    housing and in Section 8 housing and other
 9    programs on the same footing as tenants in any
10    other kind of housing in the state.
11                  SENATOR O'MARA:   Through you,
12    Mr. President, will the sponsor continue to
13    yield.
14                  ACTING PRESIDENT BAILEY:   Will the
15    sponsor yield?
16                  SENATOR KAVANAGH:   Yes,
17    Mr. President.
18                  ACTING PRESIDENT BAILEY:   The
19    sponsor yields.
20                  SENATOR O'MARA:   Senator, these
21    tenants in the public authority subsidized
22    housing, if I'm phrasing that correctly, those
23    property owners -- the public housing authority
24    at that point -- they continued to receive the
25    subsidized rent payments throughout COVID, isn't
```

```
 1    that correct?
 2                  SENATOR KAVANAGH:    Through you,
 3    Mr. President, the public housing authorities did
 4    indeed continue to receive money from the federal
 5    government, as they do every year.  That funding
 6    actually has been calculated by Congress at only
 7    a fraction of the need in public authorities
 8    throughout the states.  So they've been
 9    underfunded for quite a while.
10                  But with respect to these particular
11    tenants, there was an adjustment downward in some
12    cases of the rent that the tenant was paying,
13    but -- and there was some expectation when the
14    original bill that we're amending today was
15    passed that HUD, the federal agency, would
16    subsidize -- would do direct subsidies for lost
17    revenue during COVID.
18                  Subsequent to that, subsequent to
19    our passage of this, the federal Treasury
20    Department put out guidance that made it clear
21    that public housing authorities should be
22    eligible for this program.  So HUD declined to
23    increase the amount of subsidy that the housing
24    authorities got to offset the reduction in rent
25    that these tenants were able to pay.
```

1          So they were continuing to receive

2     money, but they didn't receive more as a result

3     of having the lost revenue from the tenants.

4          SENATOR O'MARA:   Through you,

5     Mr. President, if the sponsor will yield for

6     another question.

7          ACTING PRESIDENT BAILEY:   Does the

8     sponsor yield?

9          SENATOR KAVANAGH:   Yes,

10    Mr. President.

11         ACTING PRESIDENT BAILEY:   The

12    sponsor yields.

13         SENATOR O'MARA:   So this bill,

14    then, is putting those public housing authorities

15    that received subsidized rent payments throughout

16    this on a level playing field with property

17    owners or landlords of housing that were not

18    receiving subsidized payments, so that perhaps

19    were receiving no rent at all during this period.

20    Is that correct?

21         SENATOR KAVANAGH:   Through you,

22    Mr. President, this program, the Emergency Rental

23    Assistance Program, is intended to cover arrears

24    that were built up during the COVID period.  So

25    it could conceivably be that all of a landlord's

1    tenants were able to pay no rent at all, and this

2    program would pay for that.

3              In many cases the -- I mean, it's

4    conceivable also that somebody who's benefiting

5    from this bill also could have received very

6    little rent and very little subsidy.

7              But yes, generally speaking, if

8    you're benefiting from the bill we're passing

9    today -- and again, only benefiting by, you know,

10   treating you the same as any other resident --

11   you probably were receiving some subsidy during

12   that period.

13             And I would just note again this is

14   not just public housing authorities, but perhaps

15   providers of housing through the Section 8

16   program.

17             SENATOR O'MARA:   Through you,

18   Mr. President, if the sponsor will continue to

19   yield.

20             ACTING PRESIDENT BAILEY:   Will the

21   sponsor yield?

22             SENATOR KAVANAGH:   Yes,

23   Mr. President.

24             ACTING PRESIDENT BAILEY:   The

25   sponsor yields.

```
 1                  SENATOR O'MARA:   Out of the total
 2      amount that's been appropriated for these
 3      programs -- I think you said at the beginning
 4      3-point-something billion dollars has been put
 5      towards this?
 6                  SENATOR KAVANAGH:   3.925, if you
 7      include the LRAP program.
 8                  SENATOR O'MARA:   Now, how much of
 9      that right now has been used or applied for?  And
10      what funds are remaining in this program to be
11      distributed?
12                  SENATOR KAVANAGH:   Again, I'm going
13      to separate out the LRAP for a second.  We did
14      $250 million in LRAP in Year 1, and we did
15      another 125 million in this year's budget.  I
16      don't actually have figures for that.
17                  But on the ERAP program, again, we
18      did a total of about 3.55 billion.  That includes
19      some administrative costs.  Roughly speaking,
20      there should be about $3.2 billion available.
21      And as of May 25th, $2.3 billion of that had been
22      obligated for the payment.  Which would leave
23      about $900 million remaining that was unobligated
24      as of about a week ago.
25                  SENATOR O'MARA:   Through you,
```

1    Mr. President, if the sponsor will continue to

2    yield.

3                   ACTING PRESIDENT BAILEY:   Would the

4    sponsor yield?

5                   SENATOR KAVANAGH:   Yes,

6    Mr. President.

7                   ACTING PRESIDENT BAILEY:   The

8    sponsor yields.

9                   SENATOR O'MARA:   Is this bill

10   dealing with just the ERAP portion or is it the

11   LRAP?

12                  SENATOR KAVANAGH:   It does not

13   include the LRAP program.  I just thought that

14   was important to sort of indicate the totality of

15   our state investment in this program, including

16   the fact that all of that LRAP money is state

17   money.

18                  And just to make the point that of

19   the total program, $2.75 billion is federal money

20   and $1.2 billion is state money.  There is no

21   state in America that has put nearly that much

22   state money into an effort to pay the rent that

23   has been lost by landlords throughout the state.

24                  SENATOR O'MARA:   Through you,

25   Mr. President, if the sponsor will continue to

Kirkland Reporting Service

5503

```
 1    yield.
 2                    ACTING PRESIDENT BAILEY:   Will the
 3    sponsor yield?
 4                    SENATOR KAVANAGH:   Yes,
 5    Mr. President.
 6                    ACTING PRESIDENT BAILEY:   The
 7    sponsor yields.
 8                    SENATOR O'MARA:   Now, the funds
 9    that are being affected by this legislation, the
10    ERAP funds, those payments, when awarded, go to
11    who?  Directly to the landlord, or do they go to
12    the tenant -- through the tenant, supposedly to
13    the landlord?
14                    SENATOR KAVANAGH:   Through you,
15    Mr. President, all payments in this program go to
16    the landlord and not to the tenant.
17                    SENATOR O'MARA:   Through you,
18    Mr. President, if the sponsor would continue to
19    yield.
20                    ACTING PRESIDENT BAILEY:   Will the
21    sponsor yield?
22                    SENATOR KAVANAGH:   Yes,
23    Mr. President.
24                    ACTING PRESIDENT BAILEY:   The
25    sponsor yields.
```

1              SENATOR O'MARA:   Just one last
2     question, I guess it's a little bit off to the
3     side of this bill.
4              But on the LRAP program, what
5     portion of that has been exhausted at this point,
6     and what's left?
7              SENATOR KAVANAGH:   Again, through
8     you, Mr. President, we did $250 million last year
9     for that program.  It is my understanding that
10    all of that had been allocated by the time we did
11    the budget this year.  And in this year's budget
12    we added $125 million of new state money to the
13    LRAP program.  Since this bill does not affect
14    that, I don't have the current data on that.
15             But as of -- we added that to the
16    budget in April, and I imagine some of it has
17    been spent by now.
18             SENATOR O'MARA:   Thank you,
19    Senator Kavanagh.  Thank you, Mr. President.
20             ACTING PRESIDENT BAILEY:   Thank
21    you, Senator O'Mara.
22             Are there any other Senators wishing
23    to be heard?
24             Seeing and hearing none, debate is
25    closed.  The Secretary will ring the bell.

```
 1                    Read the last section.
 2                    THE SECRETARY:   Section 2.  This
 3       act shall take effect immediately.
 4                    ACTING PRESIDENT BAILEY:   Call the
 5       roll.
 6                    (The Secretary called the roll.)
 7                    ACTING PRESIDENT BAILEY:   Senator
 8       Kavanagh to explain his vote.
 9                    SENATOR KAVANAGH:   Thank you,
10       Mr. President.  I'll be brief.  The hour is late.
11       And I'm not leaving, as the Wolf of Wall Street
12       once said.
13                    (Laughter.)
14                    SENATOR KAVANAGH:   But, you know, I
15       did want to just take a moment to -- you know,
16       this bill we're passing tonight is part of a
17       long-term commitment on the part of this state
18       and this house to ensure that we are paying the
19       full cost of the economic harm that has been done
20       during COVID.
21                    We know that there are a lot of
22       other harms -- emotional harm, physical harm.
23       We've all suffered tragedies in our communities.
24       But we have been more committed than any other
25       state in America to ensuring that people are not
```

```
 1    left with rent arrears.  That includes tenants

 2    who might have that hanging over them for a long

 3    time, and also our property owners, who of course

 4    need money to maintain their property.

 5                    I want to thank our leader,

 6    Andrea Stewart-Cousins, for bringing this bill to

 7    the floor and for her leadership in getting this

 8    program up and running in the first place, and

 9    all the staff and colleagues who have worked on

10    this.

11                    And, you know, we're now basically

12    trying to treat residents of public housing and

13    Section 8 housing in the same way.  And, you

14    know, it's sort of like had we done a bill that

15    excluded people, you know, solely because they're

16    from Greece, that would be unjust.

17                    (Laughter.)

18                    SENATOR KAVANAGH:   And this is

19    unjust in a similar way, so we're righting that

20    unjustice {sic} tonight, and I vote aye.

21                    ACTING PRESIDENT BAILEY:   Senator

22    Kavanagh to be recorded in the affirmative.

23                    Announce the results.

24                    THE SECRETARY:   In relation to

25    Calendar Number 1925, those Senators voting in
```

1    the negative are Senators Akshar, Boyle,

2    Gallivan, Griffo, Helming, Jordan, Lanza,

3    Martucci, Mattera, Oberacker, Ortt, Palumbo,

4    Ritchie, Serino, Stec, Tedisco and Weik.

5                    Ayes, 46.  Nays, 17.

6                    ACTING PRESIDENT BAILEY:   The bill

7    is passed.

8                    Senator Gianaris, that completes the

9    reading of the controversial calendar.

10                    SENATOR GIANARIS:   Thank you,

11    Mr. President.

12                    I want to remind my colleagues that

13    without Greece, we wouldn't be enjoying the

14    democracy that puts us in this room right now.

15                    (Laughter.)

16                    ACTING PRESIDENT BAILEY:   So

17    ordered.

18                    (Laughter.)

19                    SENATOR GIANARIS:   And I don't want

20    my colleagues to get the wrong idea by the next

21    question, because we still have some work to do.

22                    But is there any further business at

23    the desk on this fine Thursday evening?

24                    ACTING PRESIDENT BAILEY:   There is

25    no further business at the desk on this fine

5508

1    Thursday evening.

2              SENATOR GIANARIS:   I move to

3    adjourn until 1:45 a.m. on Friday, June 3rd.

4              ACTING PRESIDENT BAILEY:   The

5    Senate will be adjourned until 1:45 a.m. on

6    June 3rd.

7              (Whereupon, at 1:43 a.m., the Senate

8    adjourned.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25