

January 17, 2025

**Via ECF**
Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     *Volokh, et al. v. James*, 1:22-cv-10195-ALC
         Letter Motion of Darpana Sheth and James M. Diaz to Withdraw as
         Counsel for Plaintiffs

Your Honor:

    Pursuant to Local Civil Rule 1.4, Darpana Sheth and James M. Diaz respectfully request leave to withdraw as counsel for Plaintiffs Eugene Volokh, Rumble Canada Inc., and Locals Technology Inc. in the above-captioned matter.

    As of November 15, 2024, Mrs. Sheth and Mr. Diaz are no longer employed by the Foundation for Individual Rights and Expression (FIRE). Daniel M. Ortner of FIRE and Barry N. Covert of Liptsitz Green Scime Cambria LLP continue to represent Plaintiffs in this matter.

Respectfully submitted,

*/s/ Darpana Sheth*
DARPANA SHETH
(New York Bar No. 4287918)


*/s/ James M. Diaz*
JAMES M. DIAZ*
(Vermont Bar No. 5014)

*/s/ Daniel M. Ortner*
DANIEL M. ORTNER*
(California State Bar No. 329866)
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 717-3473
daniel.ortner@thefire.org
**Admitted Pro Hac Vice*

> BARRY N. COVERT
> (New York Bar No. 27118)
> LIPTSITZ GREEN SCIME CAMBRIA LLP
> 42 Delaware Ave., Suite 120
> Buffalo, NY 14202
> Tel: (716) 849-1333 x 365
> bcovert@lglaw.com
>
> *Counsel for Plaintiffs*

cc: All Counsel of Record (via ECF)