**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**VOLOKH ET AL,**

**Plaintiff,**

**-against-**

**LETITIA JAMES,** *in her official capacity as New York Attorney General*,

**Defendants.**

---------------------------------------------------------- x

**1:22-cv-10195-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On June 23, 2026, the Court of Appeals of New York issued an opinion regarding the three questions certified to it by the Second Circuit. The Parties are ORDERED to confer and file a joint status report regarding how they wish to proceed in this action. The Parties should submit the joint status report by **December 16, 2026**.

**SO ORDERED.**

**Dated: November 9, 2026**

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**