AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Volokh, et al.
*Plaintiff*
v.
James
*Defendant*

Case No. 1:22-cv-10195-ALC

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Eugene Volokh, Rumble Canada Inc., and Locals Technology Inc. .

Date: 11/13/2026

/s/ Robert Corn-Revere
*Attorney's signature*

Robert Corn-Revere, SDNY Bar No. RC0359
*Printed name and bar number*

Foundation for Individual Rights and Expression
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
*Address*

bob.corn-revere@fire.org
*E-mail address*

(215) 717-3473
*Telephone number*

N/A
*FAX number*